## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| WILLIAM C. STEPPACHER, JR., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ALFI, INC., PAUL ANTONIO PEREIRA, DENNIS MCINTOSH, JOHN M. COOK, II, PETER BORDES, JIM LEE, JUSTIN ELKOURI, ALLISON FICKEN, FRANK SMITH, and RICHARD MOWSER,<br><br>Defendants. | Case No. 1:21-cv-24232-KMW |
| GARY KLEINSCHMIDT, Individually and on behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ALFI, INC., PAUL PEREIRA, DENNIS MCINTOSH, JOHN M. COOK, II, JIM LEE, JUSTIN ELKOURI, ALLISON FICKEN, FRANK SMITH, RICHARD MOWSER, KINGSWOOD CAPITAL MARKETS, REVERE SECURITIES LLC, and WESTPARK CAPITAL, INC.,<br><br>Defendants. | Case No. 1:21-cv-24338-JLK |

## NOTICE OF MOTION OF CANDIDO RODRIGUEZ FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF <u>COUNSEL</u>

**TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that Candido Rodriguez ("Rodriguez"), by and through his counsel, hereby moves this Court, pursuant to Rule 42 of the Federal Rules of Civil Procedure, Section 21D of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78u-4, and Section 27 of the Securities Act of 1933 ("Securities Act"), 15 U.S.C. § 77z-1 for an Order: (1) consolidating the above-captioned actions; (2) appointing Rodriguez as Lead Plaintiff in the above-captioned action; (3) approving Rodriguez's selection of Glancy Prongay & Murray LLP as Lead Counsel and Saxena White P.A. as Local Counsel for the Class; and (4) granting such further relief as the Court may deem to be just and proper.

This motion is based on this notice, the attached memorandum of law, the declaration of Adam D. Warden, and the Court's complete files and records in this action, as well as such further argument as the Court may allow at a hearing on this motion.

## LOCAL RULE 7.1(a)(3) CERTIFICATION

This motion is filed pursuant to Section 21D of the Exchange Act and Section 27 of the Securities Act, as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA"). The PSLRA provides that the plaintiff who filed the action must publish notice of the action and that within 60 days after publication of such notice, any member of the proposed class may apply to the Court to be appointed as lead plaintiff, whether or not they have previously filed a complaint in the underlying action. Consequently, counsel for Rodriguez have no way of knowing with certainty who, if any, the competing lead plaintiff candidates are at this time. As a result, counsel for Rodriguez are not unable to conference with opposing counsel as prescribed in Local Rule 7.1(a)(3), and respectfully request that the conference requirement of Local Rule 7.1(a)(3) be waived for this motion. Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(iii)(II) of the

1

Exchange Act, defendants do not have standing to oppose the appointment of Rodriguez as lead plaintiff.

Dated:  January 31, 2022                    Respectfully submitted,

**SAXENA WHITE P.A.**

By: /s/ Adam D. Warden
Joseph E. White, III (FL Bar No. 621064)
Adam D. Warden (FL Bar No. 873691)
Jonathan D. Lamet (FL Bar No. 106059)
7777 Glades Road Suite 300
Boca Raton, FL 33434
Telephone: (561) 394-3399
Facsimile: (561) 394-3382
jwhite@saxenawhite.com
awarden@saxenawhite.com
jlamet@saxenawhite.com

*Local Counsel for Candido Rodriguez*

**GLANCY PRONGAY & MURRAY LLP**
Robert V. Prongay
Charles H. Linehan
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Candido Rodriguez, and Proposed Lead Counsel for the Class*

**THE LAW OFFICES OF FRANK R. CRUZ**
Frank R. Cruz
1999 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067
Telephone: (310) 914-5007

*Additional Counsel*

2

## CERTIFICATE OF SERVICE

I, Adam D. Warden, hereby certify that on January 31, 2022, a true and accurate copy of the above document was electronically filed with the Clerk of the Court by using the CM/ECF system which will send Notice of Electronic Filing (NEF) to all counsel of record.

*s/ Adam D. Warden*
Adam D. Warden