## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| WILLIAM C. STEPPACHER, JR., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ALFI, INC., PAUL ANTONIO PEREIRA, DENNIS MCINTOSH, JOHN M. COOK, II, PETER BORDES, JIM LEE, JUSTIN ELKOURI, ALLISON FICKEN, FRANK SMITH, and RICHARD MOWSER,<br><br>Defendants. | Case No. 1:21-cv-24232-KMW |
| GARY KLEINSCHMIDT, Individually and on behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ALFI, INC., PAUL PEREIRA, DENNIS MCINTOSH, JOHN M. COOK, II, JIM LEE, JUSTIN ELKOURI, ALLISON FICKEN, FRANK SMITH, RICHARD MOWSER, KINGSWOOD CAPITAL MARKETS, REVERE SECURITIES LLC, and WESTPARK CAPITAL, INC.,<br><br>Defendants. | Case No. 1:21-cv-24338-JLK |

## DECLARATION OF ADAM D. WARDEN IN SUPPORT OF MOTION OF CANDIDO RODRIGUEZ FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF COUNSEL

I, Adam D. Warden, hereby declare as follows:

1.      I am an attorney with Saxena White P.A., counsel on behalf of Candido Rodriguez ("Rodriguez") and have personal knowledge of the facts set forth herein. I make this Declaration in support of the Motion of Candido Rodriguez for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Counsel.

2.      Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:      Press release published December 2, 2021, on *PR Newswire*, announcing the pendency of the first-filed securities class action against Defendants herein;

Exhibit B:      Rodriguez's Signed PSLRA Certification;

Exhibit C:      Analysis of Rodriguez's financial interest resulting from his transactions in Alfi, Inc. securities;

Exhibit D:      Firm résumé of Glancy Prongay & Murray LLP; and

Exhibit E:      Firm résumé of Saxena White P.A.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed on January 31, 2022, at Boca Raton, Florida.

*/s/ Adam D. Warden*
Adam D. Warden

1

**<u>CERTIFICATE OF SERVICE</u>**

I, Adam D. Warden, hereby certify that on January 31, 2022, a true and accurate copy of the above document was electronically filed with the Clerk of the Court by using the CM/ECF system which will send Notice of Electronic Filing (NEF) to all counsel of record.

*s/ Adam D. Warden*
Adam D. Warden

2