# EXHIBIT B

**SWORN CERTIFICATION OF PLAINTIFF**

**ALFI, INC. SECURITIES LITIGATION**

I, Candido Rodriguez, certify that:

1. Lorena Ramirez, Horticolas Duero S. Coop, and Patatas Duero S.L.N.E. have assigned to me, Candido Rodriguez, all rights, title, ownership, and interest in claims, demands, and causes of action of any kind whatsoever that we have or may have arising from violations of the federal securities laws of the United States of America in connection with its purchases or acquisitions of Alfi, Inc. securities.

2. I have reviewed the Complaint, adopt its allegations, and authorize the filing of a Lead Plaintiff motion on our behalf.

3. We did not purchase the Alfi, Inc. securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under this title.

4. I am willing to serve as a representative party on behalf of a class and will testify at deposition and trial, if necessary.

5. Our transactions in Alfi, Inc. securities during the Class Period set forth in the Complaint are as follows:

   (See attached transactions)

6. I have not sought to serve, nor served, as a representative party on behalf of a class under this title during the last three years, except for the following:

7. I will not accept any payment for serving as a representative party, except to receive my pro rata share of any recovery or as ordered or approved by the court, including the award to a representative plaintiff of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under penalty of perjury that the foregoing are true and correct statements.

1/30/2022

_____
Date

_____
Candido Rodriguez

**Candido Rodriguez's Transactions in Alfi, Inc. (ALF)**

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 6/24/2021 | Bought | 200 | $12.1400 |
| 6/24/2021 | Bought | 200 | $12.1400 |
| 6/24/2021 | Bought | 100 | $12.1600 |
| 6/24/2021 | Bought | 200 | $12.2000 |
| 6/24/2021 | Bought | 1 | $12.1800 |
| 6/24/2021 | Bought | 100 | $12.1900 |
| 6/24/2021 | Bought | 100 | $12.1900 |
| 6/24/2021 | Bought | 100 | $12.1900 |
| 6/24/2021 | Bought | 599 | $12.2000 |
| 6/24/2021 | Bought | 100 | $12.2000 |
| 6/24/2021 | Bought | 1,400 | $12.2400 |
| 6/28/2021 | Bought | 1,100 | $18.4500 |
| 6/28/2021 | Bought | 100 | $19.8100 |
| 6/28/2021 | Bought | 24 | $19.8000 |
| 6/28/2021 | Bought | 300 | $19.8000 |
| 6/28/2021 | Bought | 90 | $19.8100 |
| 6/28/2021 | Bought | 100 | $19.8100 |
| 6/28/2021 | Bought | 100 | $19.8100 |
| 6/28/2021 | Bought | 400 | $19.8200 |
| 6/28/2021 | Bought | 100 | $19.8000 |
| 6/28/2021 | Bought | 100 | $19.8300 |
| 6/28/2021 | Bought | 100 | $19.8300 |
| 6/28/2021 | Bought | 80 | $19.8300 |
| 6/28/2021 | Bought | 200 | $19.8300 |
| 6/28/2021 | Bought | 100 | $19.8300 |
| 6/28/2021 | Bought | 100 | $19.8300 |
| 6/28/2021 | Bought | 106 | $19.8400 |
| 6/28/2021 | Bought | 27 | $19.8300 |
| 6/28/2021 | Bought | 1,800 | $19.8300 |
| 6/28/2021 | Bought | 173 | $19.8000 |
| 6/28/2021 | Bought | 1,000 | $19.8100 |
| 6/29/2021 | Bought | 300 | $16.2900 |
| 6/29/2021 | Bought | 200 | $16.2700 |
| 6/29/2021 | Bought | 700 | $16.3000 |
| 6/29/2021 | Bought | 200 | $16.2900 |
| 6/29/2021 | Bought | 2,400 | $16.2800 |
| 7/1/2021 | Bought | 1,800 | $14.1400 |

**Lorena Ramirez's Transactions in Alfi, Inc. (ALF)**

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 6/29/2021 | Bought | 1,200 | $17.0300 |

**Patatas Duero S.L.N.E.'s Transactions in Alfi, Inc. (ALF)**

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 6/21/2021 | Bought | 100 | $7.3300 |
| 6/21/2021 | Bought | 100 | $7.3300 |
| 6/21/2021 | Bought | 100 | $7.3300 |
| 6/21/2021 | Bought | 100 | $7.3500 |
| 6/21/2021 | Bought | 100 | $7.3300 |
| 6/21/2021 | Bought | 100 | $7.3500 |
| 6/21/2021 | Bought | 100 | $7.3300 |
| 6/21/2021 | Bought | 100 | $7.3300 |
| 6/21/2021 | Bought | 100 | $7.3300 |
| 6/21/2021 | Bought | 100 | $7.3500 |
| 6/21/2021 | Bought | 100 | $7.3300 |
| 6/21/2021 | Bought | 100 | $7.3500 |
| 6/21/2021 | Bought | 300 | $7.3300 |
| 6/22/2021 | Sold | -1,500 | $11.8300 |
| 6/28/2021 | Bought | 920 | $18.8900 |

**Horticolas Duero S. Coop's Transactions in Alfi, Inc. (ALF)**

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 6/21/2021 | Bought | 4,500 | $8.0700 |
| 6/22/2021 | Sold | -2,000 | $12.8600 |
| 6/22/2021 | Sold | -100 | $12.3900 |
| 6/22/2021 | Sold | -300 | $12.3900 |
| 6/22/2021 | Sold | -1,600 | $12.3900 |
| 6/22/2021 | Sold | -12 | $13.7800 |
| 6/22/2021 | Sold | -71 | $13.7600 |
| 6/22/2021 | Sold | -17 | $13.7600 |
| 6/22/2021 | Sold | -100 | $13.7600 |
| 6/22/2021 | Sold | -100 | $13.7600 |
| 6/22/2021 | Sold | -200 | $13.7300 |
| 6/28/2021 | Bought | 950 | $18.3800 |
| 6/28/2021 | Bought | 50 | $18.2900 |
| 6/28/2021 | Bought | 2,100 | $18.3000 |