# EXHIBIT C

## Financial Interest Analysis

**Company Name:** Alfi, Inc.
**Ticker:** ALF
**Class Period:** May 4, 2021 to November 15, 2021

**Name:** Candido Rodriguez

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 6/24/2021 | 200 | $12.1400 | -$2,428.0000 | | $0.0000 | -$2,428.00 |
| 6/24/2021 | 200 | $12.1400 | -$2,428.0000 | | $0.0000 | -$2,428.00 |
| 6/24/2021 | 100 | $12.1600 | -$1,216.0000 | | $0.0000 | -$1,216.00 |
| 6/24/2021 | 200 | $12.2000 | -$2,440.0000 | | $0.0000 | -$2,440.00 |
| 6/24/2021 | 1 | $12.1800 | -$12.1800 | | $0.0000 | -$12.18 |
| 6/24/2021 | 100 | $12.1900 | -$1,219.0000 | | $0.0000 | -$1,219.00 |
| 6/24/2021 | 100 | $12.1900 | -$1,219.0000 | | $0.0000 | -$1,219.00 |
| 6/24/2021 | 100 | $12.1900 | -$1,219.0000 | | $0.0000 | -$1,219.00 |
| 6/24/2021 | 599 | $12.2000 | -$7,307.8000 | | $0.0000 | -$7,307.80 |
| 6/24/2021 | 100 | $12.2000 | -$1,220.0000 | | $0.0000 | -$1,220.00 |
| 6/24/2021 | 1,400 | $12.2400 | -$17,136.0000 | | $0.0000 | -$17,136.00 |
| 6/28/2021 | 1,100 | $18.4500 | -$20,295.0000 | | $0.0000 | -$20,295.00 |
| 6/28/2021 | 100 | $19.8100 | -$1,981.0000 | | $0.0000 | -$1,981.00 |
| 6/28/2021 | 24 | $19.8000 | -$475.2000 | | $0.0000 | -$475.20 |
| 6/28/2021 | 300 | $19.8000 | -$5,940.0000 | | $0.0000 | -$5,940.00 |
| 6/28/2021 | 90 | $19.8100 | -$1,782.9000 | | $0.0000 | -$1,782.90 |
| 6/28/2021 | 100 | $19.8100 | -$1,981.0000 | | $0.0000 | -$1,981.00 |
| 6/28/2021 | 100 | $19.8100 | -$1,981.0000 | | $0.0000 | -$1,981.00 |
| 6/28/2021 | 400 | $19.8200 | -$7,928.0000 | | $0.0000 | -$7,928.00 |
| 6/28/2021 | 100 | $19.8000 | -$1,980.0000 | | $0.0000 | -$1,980.00 |
| 6/28/2021 | 100 | $19.8300 | -$1,983.0000 | | $0.0000 | -$1,983.00 |
| 6/28/2021 | 100 | $19.8300 | -$1,983.0000 | | $0.0000 | -$1,983.00 |
| 6/28/2021 | 80 | $19.8300 | -$1,586.4000 | | $0.0000 | -$1,586.40 |
| 6/28/2021 | 200 | $19.8300 | -$3,966.0000 | | $0.0000 | -$3,966.00 |
| 6/28/2021 | 100 | $19.8300 | -$1,983.0000 | | $0.0000 | -$1,983.00 |
| 6/28/2021 | 100 | $19.8300 | -$1,983.0000 | | $0.0000 | -$1,983.00 |
| 6/28/2021 | 106 | $19.8400 | -$2,103.0400 | | $0.0000 | -$2,103.04 |
| 6/28/2021 | 27 | $19.8300 | -$535.4100 | | $0.0000 | -$535.41 |
| 6/28/2021 | 1,800 | $19.8300 | -$35,694.0000 | | $0.0000 | -$35,694.00 |
| 6/28/2021 | 173 | $19.8000 | -$3,425.4000 | | $0.0000 | -$3,425.40 |
| 6/28/2021 | 1,000 | $19.8100 | -$19,810.0000 | | $0.0000 | -$19,810.00 |
| 6/29/2021 | 300 | $16.2900 | -$4,887.0000 | | $0.0000 | -$4,887.00 |
| 6/29/2021 | 200 | $16.2700 | -$3,254.0000 | | $0.0000 | -$3,254.00 |
| 6/29/2021 | 700 | $16.3000 | -$11,410.0000 | | $0.0000 | -$11,410.00 |

## Financial Interest Analysis

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 6/29/2021 | 200 | $16.2900 | -$3,258.0000 | | $0.0000 | -$3,258.00 |
| 6/29/2021 | 2,400 | $16.2800 | -$39,072.0000 | | $0.0000 | -$39,072.00 |
| 7/1/2021 | 1,800 | $14.1400 | -$25,452.0000 | | $0.0000 | -$25,452.00 |

| Shares Retained: | 14,800 | | | | Subtotal: | -$244,574.33 |
|---|---|---|---|---|---|---|
| | | **90-Day Average Price** | **Shares Retained** | | **90-Day Average:** | $40,131.22 |
| | | $2.7116 | 14,800 | | **Total:** | -$204,443.11 |

**Name:**  Lorena Ramirez

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 6/29/2021 | 1,200 | $17.0300 | -$20,436.0000 | | $0.0000 | -$20,436.00 |

| Shares Retained: | 1,200 | | | | Subtotal: | -$20,436.00 |
|---|---|---|---|---|---|---|
| | | **90-Day Average Price** | **Shares Retained** | | **90-Day Average:** | $3,253.88 |
| | | $2.7116 | 1,200 | | **Total:** | -$17,182.12 |

**Name:**  Patatas Duero S.L.N.E.

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 6/21/2021 | 100 | $7.3300 | -$733.0000 | | $0.0000 | -$733.00 |
| 6/21/2021 | 100 | $7.3300 | -$733.0000 | | $0.0000 | -$733.00 |
| 6/21/2021 | 100 | $7.3300 | -$733.0000 | | $0.0000 | -$733.00 |
| 6/21/2021 | 100 | $7.3500 | -$735.0000 | | $0.0000 | -$735.00 |
| 6/21/2021 | 100 | $7.3300 | -$733.0000 | | $0.0000 | -$733.00 |
| 6/21/2021 | 100 | $7.3500 | -$735.0000 | | $0.0000 | -$735.00 |
| 6/21/2021 | 100 | $7.3300 | -$733.0000 | | $0.0000 | -$733.00 |
| 6/21/2021 | 100 | $7.3300 | -$733.0000 | | $0.0000 | -$733.00 |
| 6/21/2021 | 100 | $7.3300 | -$733.0000 | | $0.0000 | -$733.00 |
| 6/21/2021 | 100 | $7.3500 | -$735.0000 | | $0.0000 | -$735.00 |
| 6/21/2021 | 100 | $7.3300 | -$733.0000 | | $0.0000 | -$733.00 |
| 6/21/2021 | 100 | $7.3500 | -$735.0000 | | $0.0000 | -$735.00 |
| 6/21/2021 | 300 | $7.3300 | -$2,199.0000 | | $0.0000 | -$2,199.00 |
| 6/22/2021 | -1,500 | | $0.0000 | $11.8300 | $17,745.0000 | $17,745.00 |
| 6/28/2021 | 920 | $18.8900 | -$17,378.8000 | | $0.0000 | -$17,378.80 |

| Shares Retained: | 920 | | | | Subtotal: | -$10,636.80 |
|---|---|---|---|---|---|---|
| | | **90-Day Average Price** | **Shares Retained** | | **90-Day Average:** | $2,494.64 |
| | | $2.7116 | 920 | | **Total:** | -$8,142.16 |

## Financial Interest Analysis

**Name:** Horticolas Duero S. Coop

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 6/21/2021 | 4,500 | $8.0700 | -$36,315.0000 | | $0.0000 | -$36,315.00 |
| 6/22/2021 | -100 | $12.3900 | $0.0000 | $12.3900 | $1,239.0000 | $1,239.00 |
| 6/22/2021 | -300 | $12.3900 | $0.0000 | $12.3900 | $3,717.0000 | $3,717.00 |
| 6/22/2021 | -1,600 | $12.3900 | $0.0000 | $12.3900 | $19,824.0000 | $19,824.00 |
| 6/22/2021 | -2,000 | $12.8600 | $0.0000 | $12.8600 | $25,720.0000 | $25,720.00 |
| 6/22/2021 | -12 | $13.7800 | $0.0000 | $13.7800 | $165.3600 | $165.36 |
| 6/22/2021 | -71 | $13.7600 | $0.0000 | $13.7600 | $976.9600 | $976.96 |
| 6/22/2021 | -17 | $13.7600 | $0.0000 | $13.7600 | $233.9200 | $233.92 |
| 6/22/2021 | -100 | $13.7600 | $0.0000 | $13.7600 | $1,376.0000 | $1,376.00 |
| 6/22/2021 | -100 | $13.7600 | $0.0000 | $13.7600 | $1,376.0000 | $1,376.00 |
| 6/22/2021 | -200 | $13.7300 | $0.0000 | $13.7300 | $2,746.0000 | $2,746.00 |
| 6/28/2021 | 50 | $18.2900 | -$914.5000 | | $0.0000 | -$914.50 |
| 6/28/2021 | 2,100 | $18.3000 | -$38,430.0000 | | $0.0000 | -$38,430.00 |
| 6/28/2021 | 950 | $18.3800 | -$17,461.0000 | | $0.0000 | -$17,461.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **3,100** | | | | **Subtotal:** | **-$35,746.26** |
| | | | **90-Day Average Price** | **Shares Retained** | **90-Day Average:** | **$8,405.86** |
| | | | $2.7116 | 3,100 | **Total:** | **-$27,340.40** |

| Summary | |
|---|---|
| Candido Rodriguez: | -$204,443.11 |
| Lorena Ramirez: | -$17,182.12 |
| Patatas Duero S.L.N.E.: | -$8,142.16 |
| Horticolas Duero S. Coop: | -$27,340.40 |
| **Candido Rodriguez Loss Total:** | **-$257,107.79** |

<u>Notes</u>

The 90-Day Average Price used in this loss chart is the average closing price between November 16, 2021 and January 28, 2022.