## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 21-24232-CIV-WILLIAMS

WILLIAM C. STEPPACHER, JR., Individually and On Behalf of All Others Similarly Situated,

Plaintiff,

vs.

ALFI, INC., PAUL ANTONIO PEREIRA, DENNIS MCINTOSH, JOHN M. COOK, II, PETER BORDES, JIM LEE, JUSTIN ELKOURI, ALLISON FICKEN, FRANK SMITH, and RICHARD MOWSER,

Defendants.

_____   /

GARY KLEINSCHMIDT, Individually and On Behalf of All Others Similarly Situated,

Case. No. 21-24338-CIV-KING

Plaintiff,

vs.

ALFI, INC., PAUL PEREIRA, DENNIS MCINTOSH, JOHN M. COOK, II, JIM LEE, JUSTIN ELKOURI, ALLISON FICKEN, FRANK SMITH, RICHARD MOWSER, KINGSWOOD CAPITAL MARKETS, REVERE SECURITIES LLC, and WESTPARK CAPITAL, INC.,

Defendants.

_____   /

### DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MOVANT ALFI INVESTOR GROUP'S MOTION TO CONSOLIDATE RELATED ACTIONS, APPOINT LEAD PLAINTIFF AND APPROVE SELECTION OF COUNSEL

I, Laurence M. Rosen, hereby declare under penalty of perjury:

1.     I am an attorney duly licensed to practice in the State of Florida and before this Court. I am the Managing Partner of The Rosen Law Firm, P.A., Proposed Lead Counsel for Lead Plaintiff Movant Alfi Investor Group ("Movant"). I make this Declaration in support of the motion by Movant for consolidation of related actions, appointment as Lead Plaintiff and for approval of selection of The Rosen Law Firm, P.A. as Lead Counsel. I have personal knowledge of the matters set forth herein and, if called upon, I could and would completely testify thereto.

2.     Attached hereto as Exhibit 1 is a true and correct copy of the PSLRA early notice issued notifying investors of the pendency of this Action.

3.     Attached hereto as Exhibit 2 is a true and correct copy of the Movant's PSLRA Certification.

4.     Attached hereto as Exhibit 3 is a true and correct copy of a loss chart evidencing Movant's financial interest.

5.     Attached hereto as Exhibit 4 is a true and correct copy of The Rosen Law Firm, P.A.'s firm resume.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed: January 31, 2022

**THE ROSEN LAW FIRM, P.A.**

/s/Laurence M. Rosen
Laurence M. Rosen, Esq., Fla. Bar No. 0182877

2

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2022, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/Laurence M. Rosen