# Exhibit 2

## CERTIFICATION

John K. Allen, on behalf of the Joseph M. Driscoll Trust ("Driscoll Trust"), as the Executor and a Trustee of the Driscoll Trust, authorizes The Rosen Law Firm, P.A. to file an action or amend a current action under the federal securities laws to recover damages and to seek other relief against Alfi, Inc. ("Alfi"), and its current and/or former officers.

Driscoll Trust declares, as to the claims asserted under the federal securities laws, that:

1.      The undersigned has reviewed a complaint against Alfi and retained The Rosen Law Firm, P.A. and authorizes it to file a Lead Plaintiff motion on Driscoll Trust's behalf.

2.      Driscoll Trust did not engage in transactions in the securities that are the subject of this action at the direction of counsel or in order to participate in this or any other litigation under the securities laws of the United States.

3.      Driscoll Trust is willing to serve as a lead plaintiff either individually or as part of a group. A lead plaintiff is a representative party which acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial.

4.      The following is a list of all of the purchases and sales Driscoll Trust has made in Alfi securities during the Class Period set forth in the complaint. Driscoll Trust has made no transactions during the Class Period in the securities that are the subject of this lawsuit except those set forth here:

See Schedule A.

5.      Driscoll Trust has not, within the three years preceding the date of this certification, sought to serve or served as a representative party on behalf of a class in an action involving alleged violations of the federal securities laws, except: for the following company(ies):

6.      Driscoll Trust will not accept any payment for serving as a representative party beyond its pro rata share of any recovery, except reasonable costs and expenses, such as travel expenses and lost wages directly related to the class representation, as ordered or approved by the court pursuant to law.

7.      The undersigned is authorized by Driscoll Trust to execute this certification on its behalf.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on ___1/31/2022___

_____
John K. Allen
Executor, Trustee, and Authorized Agent of the
Joseph M. Driscoll Trust

DocuSign Envelope ID: 729535 13-9D44-4CC5-BEA6-D31CCED16B72

## SCHEDULE A

### JOSEPH M. DRISCOLL TRUST

### CLASS PERIOD TRANSACTIONS

### ALFI, INC. (ALF)

### PURCHASES

| DATE | SHARES | PRICE |
|------|--------|-------|
| 6/21/2021 | 5,000 | ($7.90) |
| 6/21/2021 | 2,500 | ($7.36) |
| 7/8/2021 | 2,000 | ($14.35) |
| 7/8/2021 | 500 | ($14.31) |
| 7/8/2021 | 500 | ($14.23) |
| 7/8/2021 | 1,000 | ($13.89) |
| 7/8/2021 | 500 | ($14.25) |
| 9/23/2021 | 1,000 | ($7.04) |
| 9/28/2021 | 4,000 | ($7.90) |
| 9/28/2021 | 6,000 | ($8.26) |
| 9/28/2021 | 7,000 | ($8.36) |
| 9/29/2021 | 3,000 | ($7.34) |
| 9/29/2021 | 2,000 | ($7.10) |
| 9/30/2021 | 3,000 | ($6.82) |
| 9/30/2021 | 2,000 | ($6.59) |

**CERTIFICATION**

Alexander C. Takian ("Movant") authorizes The Rosen Law Firm, P.A. to file an action or amend a current action under the federal securities laws to recover damages and to seek other relief against Alfi, Inc. ("Alfi"), and its current and/or former officers.

Movant declares, as to the claims asserted under the federal securities laws, that:

1.      Movant has reviewed a complaint against Alfi and retained The Rosen Law Firm, P.A. and authorizes it to file a Lead Plaintiff motion on Movant's behalf.

2.      Movant did not engage in transactions in the securities that are the subject of this action at the direction of counsel or in order to participate in this or any other litigation under the securities laws of the United States.

3.      Movant is willing to serve as a lead plaintiff either individually or as part of a group. A lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial.

4.      The following is a list of all of the purchases and sales Movant has made in Alfi securities during the Class Period set forth in the complaint. Movant has made no transactions during the Class Period in the securities that are the subject of this lawsuit except those set forth here:

See Schedule A.

5.      Movant has not, within the three years preceding the date of this certification, sought to serve or served as a representative party on behalf of a class in an action involving alleged violations of the federal securities laws, except: for the following company(ies):

6.      Movant will not accept any payment for serving as a representative party beyond Movant's pro rata share of any recovery, except reasonable costs and expenses, such as travel expenses and lost wages directly related to the class representation, as ordered or approved by the court pursuant to law.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on ___1/31/2022_____

DocuSigned by:

*Alexander Takian*
—3315F298A199437...

Alexander C. Takian

1

DocuSign Envelope ID: 6A48EDD9-5957-47C2-B02C-421DA460FB38

# SCHEDULE A

## ALEXANDER C. TAKIAN

CLASS PERIOD TRANSACTIONS

### ACCOUNT 1

**STOCK PURCHASES**

**STOCK SALES**

| DATE | SHARES | PRICE | | DATE | SHARES | PRICE |
|---|---|---|---|---|---|---|
| 6/16/2021 | 491 | ($7.42) | | 6/18/2021 | 33 | $7.76 |
| 6/16/2021 | 509 | ($7.43) | | 6/18/2021 | 407 | $7.77 |
| 6/16/2021 | 1,250 | ($7.38) | | 6/18/2021 | 560 | $7.76 |
| 6/16/2021 | 1,650 | ($7.37) | | 6/22/2021 | 1,000 | $13.96 |
| 6/16/2021 | 100 | ($7.38) | | 6/22/2021 | 500 | $9.43 |
| 6/16/2021 | 1,000 | ($6.88) | | 6/22/2021 | 200 | $9.43 |
| 6/16/2021 | 500 | ($6.59) | | 6/22/2021 | 3,900 | $9.42 |
| 6/16/2021 | 500 | ($6.92) | | 6/22/2021 | 200 | $9.42 |
| 6/17/2021 | 500 | ($6.64) | | 6/22/2021 | 200 | $9.42 |
| 6/17/2021 | 1,000 | ($5.91) | | 6/22/2021 | 1,000 | $13.60 |
| 6/21/2021 | 1,000 | ($7.24) | | 6/24/2021 | 2,500 | $12.30 |
| 6/21/2021 | 100 | ($7.33) | | 6/24/2021 | 2,500 | $13.29 |
| 6/21/2021 | 100 | ($7.33) | | 6/24/2021 | 6,500 | $11.91 |
| 6/21/2021 | 300 | ($7.32) | | 6/25/2021 | 59 | $14.45 |
| 6/21/2021 | 1,000 | ($7.28) | | 6/25/2021 | 2,941 | $14.42 |
| 6/21/2021 | 2,000 | ($7.37) | | 6/28/2021 | 1,000 | $20.15 |
| 6/21/2021 | 1,000 | ($7.44) | | 6/29/2021 | 700 | $16.73 |
| 6/23/2021 | 500 | ($13.05) | | 6/29/2021 | 4,200 | $16.72 |
| 6/23/2021 | 100 | ($12.18) | | 6/29/2021 | 100 | $16.73 |
| 6/23/2021 | 900 | ($12.18) | | 7/7/2021 | 1,500 | $15.49 |
| 6/23/2021 | 2,000 | ($13.17) | | 7/7/2021 | 300 | $15.31 |
| 6/23/2021 | 1,000 | ($12.91) | | 7/7/2021 | 200 | $15.25 |
| 6/23/2021 | 2,000 | ($14.16) | | 7/7/2021 | 1,773 | $16.47 |
| 6/25/2021 | 3,000 | ($18.80) | | 7/7/2021 | 527 | $17.95 |
| 6/25/2021 | 1,000 | ($16.99) | | 7/7/2021 | 1,000 | $15.62 |
| 6/25/2021 | 1,000 | ($17.25) | | 7/9/2021 | 1,000 | $14.08 |
| 6/25/2021 | 600 | ($17.44) | | 7/9/2021 | 154 | $14.06 |
| 6/25/2021 | 400 | ($17.40) | | 7/9/2021 | 100 | $15.46 |
| 6/25/2021 | 3,000 | ($12.72) | | 7/9/2021 | 200 | $15.45 |
| 6/30/2021 | 1,000 | ($16.37) | | 7/9/2021 | 1,000 | $15.42 |
| 6/30/2021 | 1,265 | ($15.18) | | 7/9/2021 | 700 | $15.45 |
| 6/30/2021 | 227 | ($15.19) | | 7/9/2021 | 1,000 | $14.95 |

2

DocuSign Envelope ID: 6A48EDD9-5957-47C2-B02C-421DA460FB38

| Date | Shares | Price |
|---|---|---|
| 6/30/2021 | 8 | ($15.20) |
| 6/30/2021 | 1,000 | ($14.93) |
| 7/2/2021 | 500 | ($15.40) |
| 7/6/2021 | 200 | ($14.75) |
| 7/6/2021 | 100 | ($14.85) |
| 7/7/2021 | 99 | ($15.85) |
| 7/7/2021 | 901 | ($15.85) |
| 7/8/2021 | 1,000 | ($14.99) |
| 7/8/2021 | 900 | ($13.62) |
| 7/8/2021 | 1,000 | ($13.83) |
| 7/8/2021 | 100 | ($13.53) |
| 7/8/2021 | 1,000 | ($14.49) |
| 7/8/2021 | 900 | ($14.63) |
| 7/8/2021 | 100 | ($14.37) |
| 7/9/2021 | 2,000 | ($15.10) |
| 7/9/2021 | 500 | ($13.84) |
| 7/9/2021 | 490 | ($13.90) |
| 7/9/2021 | 10 | ($13.89) |
| 7/9/2021 | 1,000 | ($14.35) |
| 7/9/2021 | 10 | ($14.64) |
| 7/9/2021 | 990 | ($14.66) |
| 7/12/2021 | 1,000 | ($12.70) |
| 7/12/2021 | 1,154 | ($14.53) |
| 7/12/2021 | 1,000 | ($13.30) |
| 7/12/2021 | 1,000 | ($14.33) |
| 7/13/2021 | 1,000 | ($11.90) |
| 7/22/2021 | 1 | ($10.77) |
| 8/13/2021 | 1,000 | ($7.11) |
| 8/13/2021 | 2,600 | ($7.13) |
| 8/13/2021 | 399 | ($7.13) |
| 8/18/2021 | 500 | ($9.10) |
| 8/18/2021 | 500 | ($9.17) |
| 8/18/2021 | 1,000 | ($9.30) |
| 8/18/2021 | 450 | ($9.30) |
| 8/18/2021 | 50 | ($9.29) |
| 8/18/2021 | 500 | ($9.35) |
| 8/18/2021 | 1,000 | ($9.70) |
| 8/18/2021 | 1,000 | ($9.20) |
| 8/18/2021 | 1 | ($9.27) |
| 8/19/2021 | 500 | ($10.28) |
| 8/19/2021 | 150 | ($8.84) |
| 8/19/2021 | 350 | ($8.87) |
| 8/19/2021 | 499 | ($10.60) |
| 8/19/2021 | 200 | ($9.66) |
| 7/13/2021 | 5,000 | $12.77 |
| 7/13/2021 | 1 | $10.87 |
| 7/13/2021 | 985 | $10.90 |
| 7/13/2021 | 24 | $10.88 |
| 7/13/2021 | 200 | $10.90 |
| 7/13/2021 | 4,790 | $10.86 |
| 8/16/2021 | 500 | $7.25 |
| 8/16/2021 | 164 | $7.31 |
| 8/16/2021 | 136 | $7.29 |
| 8/16/2021 | 200 | $7.29 |
| 8/17/2021 | 700 | $7.15 |
| 8/17/2021 | 200 | $7.16 |
| 8/17/2021 | 100 | $7.17 |
| 8/17/2021 | 2,000 | $6.91 |
| 8/18/2021 | 4,404 | $9.64 |
| 8/18/2021 | 596 | $9.70 |
| 8/19/2021 | 1,349 | $9.05 |
| 8/19/2021 | 1 | $9.03 |
| 8/19/2021 | 500 | $10.07 |
| 8/19/2021 | 2,200 | $10.09 |
| 8/20/2021 | 1,000 | $9.09 |
| 8/23/2021 | 300 | $9.63 |
| 8/23/2021 | 300 | $9.65 |
| 8/23/2021 | 200 | $9.65 |
| 8/23/2021 | 600 | $9.64 |
| 8/24/2021 | 600 | $9.73 |
| 8/27/2021 | 700 | $8.62 |
| 8/30/2021 | 500 | $8.36 |
| 8/30/2021 | 800 | $8.72 |
| 10/14/2021 | 1,000 | $6.24 |

| Date | Shares | Price |
|---|---|---|
| 8/19/2021 | 100 | ($9.01) |
| 8/19/2021 | 400 | ($9.01) |
| 8/19/2021 | 200 | ($9.73) |
| 8/19/2021 | 300 | ($9.72) |
| 8/19/2021 | 1,000 | ($9.75) |
| 8/19/2021 | 500 | ($10.75) |
| 8/19/2021 | 500 | ($10.60) |
| 8/19/2021 | 500 | ($9.84) |
| 8/19/2021 | 400 | ($10.49) |
| 8/19/2021 | 600 | ($10.49) |
| 8/19/2021 | 500 | ($9.80) |
| 8/19/2021 | 50 | ($8.98) |
| 8/19/2021 | 300 | ($9.71) |
| 8/19/2021 | 500 | ($10.17) |
| 8/19/2021 | 500 | ($10.17) |
| 8/19/2021 | 500 | ($10.14) |
| 8/19/2021 | 100 | ($10.36) |
| 8/19/2021 | 400 | ($10.36) |
| 8/30/2021 | 1 | ($8.25) |
| 9/29/2021 | 1,000 | ($7.18) |

| WARRANT PURCHASES | | | | WARRANT SALES | | |
|---|---|---|---|---|---|---|
| **DATE** | **SHARES** | **PRICE** | | **DATE** | **SHARES** | **PRICE** |
| 6/17/2021 | 2,500 | ($2.08) | | 6/18/2021 | 5,000 | $3.44 |
| 6/17/2021 | 1,000 | ($2.30) | | 6/21/2021 | 500 | $3.27 |
| 6/17/2021 | 10,000 | ($2.60) | | 6/21/2021 | 200 | $3.37 |
| 6/17/2021 | 1,000 | ($2.35) | | 6/21/2021 | 1,600 | $3.25 |
| 6/17/2021 | 500 | ($2.44) | | 6/21/2021 | 200 | $3.26 |
| 6/17/2021 | 500 | ($2.33) | | 6/22/2021 | 100 | $10.56 |
| 6/17/2021 | 2,000 | ($2.24) | | 6/22/2021 | 100 | $10.75 |
| 6/22/2021 | 2,000 | ($9.65) | | 6/22/2021 | 2,500 | $10.50 |
| 6/22/2021 | 500 | ($4.63) | | 6/22/2021 | 300 | $10.76 |
| 6/22/2021 | 22 | ($4.58) | | 6/23/2021 | 5 | $8.01 |
| 6/22/2021 | 100 | ($4.74) | | 6/23/2021 | 200 | $7.90 |
| 6/22/2021 | 500 | ($4.71) | | 6/23/2021 | 115 | $7.71 |
| 6/22/2021 | 552 | ($4.67) | | 6/23/2021 | 300 | $7.83 |
| 6/22/2021 | 326 | ($4.60) | | 6/23/2021 | 500 | $7.85 |
| 6/22/2021 | 2,000 | ($4.60) | | 6/23/2021 | 1,780 | $7.56 |
| 6/22/2021 | 2,000 | ($4.70) | | 6/23/2021 | 100 | $7.90 |
| 6/22/2021 | 100 | ($5.19) | | 6/23/2021 | 300 | $7.72 |
| 6/22/2021 | 50 | ($5.17) | | 6/23/2021 | 100 | $7.91 |
| 6/22/2021 | 50 | ($5.14) | | 6/23/2021 | 1,600 | $7.82 |

4

| 6/22/2021 | 600 | ($5.09) | 6/23/2021 | 100 | $8.05 |
|---|---|---|---|---|---|
| 6/22/2021 | 1,000 | ($5.11) | 6/23/2021 | 500 | $8.12 |
| 6/22/2021 | 1,000 | ($5.10) | 6/23/2021 | 300 | $8.10 |
| 6/22/2021 | 98 | ($5.06) | 6/23/2021 | 300 | $8.15 |
| 6/22/2021 | 2 | ($5.05) | 6/23/2021 | 1,700 | $8.04 |
| 6/22/2021 | 800 | ($5.29) | 6/23/2021 | 200 | $8.17 |
| 6/22/2021 | 200 | ($5.24) | 6/23/2021 | 100 | $8.26 |
| 6/22/2021 | 100 | ($5.20) | 6/23/2021 | 547 | $8.01 |
| 6/22/2021 | 1,000 | ($8.99) | 6/23/2021 | 518 | $8.18 |
| 6/24/2021 | 100 | ($8.45) | 6/23/2021 | 1,900 | $8.28 |
| 6/24/2021 | 100 | ($8.44) | 6/23/2021 | 100 | $8.24 |
| 6/24/2021 | 148 | ($8.15) | 6/23/2021 | 1,359 | $8.30 |
| 6/24/2021 | 100 | ($8.49) | 6/23/2021 | 1,000 | $8.27 |
| 6/24/2021 | 552 | ($8.50) | 6/23/2021 | 600 | $8.35 |
| 6/24/2021 | 3,000 | ($7.99) | 6/23/2021 | 100 | $8.63 |
| 6/24/2021 | 297 | ($8.57) | 6/23/2021 | 500 | $8.55 |
| 6/24/2021 | 553 | ($8.60) | 6/23/2021 | 100 | $8.58 |
| 6/24/2021 | 100 | ($8.70) | 6/23/2021 | 76 | $8.72 |
| 6/24/2021 | 100 | ($8.22) | 6/24/2021 | 2,600 | $8.56 |
| 6/24/2021 | 1,550 | ($8.50) | 6/24/2021 | 600 | $8.52 |
| 6/24/2021 | 100 | ($8.80) | 6/24/2021 | 300 | $8.59 |
| 6/24/2021 | 1,200 | ($8.25) | 6/24/2021 | 10 | $8.77 |
| 6/24/2021 | 100 | ($8.23) | 6/24/2021 | 218 | $8.61 |
| 6/24/2021 | 1,500 | ($7.48) | 6/24/2021 | 1,000 | $8.55 |
| 6/24/2021 | 100 | ($8.25) | 6/24/2021 | 5,638 | $8.50 |
| 6/24/2021 | 500 | ($7.72) | 6/24/2021 | 400 | $8.71 |
| 6/24/2021 | 3,134 | ($7.79) | 6/24/2021 | 234 | $8.76 |
| 6/24/2021 | 715 | ($7.70) | 6/25/2021 | 5,000 | $13.56 |
| 6/24/2021 | 172 | ($7.77) | 6/25/2021 | 1,270 | $13.04 |
| 6/24/2021 | 379 | ($7.75) | 6/25/2021 | 285 | $12.90 |
| 6/24/2021 | 500 | ($7.09) | 6/25/2021 | 200 | $13.06 |
| 6/24/2021 | 1,000 | ($6.96) | 6/25/2021 | 1,000 | $13.05 |
| 6/25/2021 | 4,968 | ($14.89) | 6/25/2021 | 185 | $13.07 |
| 6/25/2021 | 32 | ($14.75) | 6/25/2021 | 60 | $13.60 |
| 6/25/2021 | 882 | ($14.20) | 6/25/2021 | 2,500 | $11.26 |
| 6/25/2021 | 38 | ($14.10) | 6/25/2021 | 1,500 | $11.21 |
| 6/25/2021 | 80 | ($14.00) | 6/25/2021 | 500 | $11.20 |
| 6/25/2021 | 1,297 | ($10.50) | 6/25/2021 | 600 | $11.57 |
| 6/25/2021 | 882 | ($9.90) | 6/25/2021 | 140 | $11.22 |
| 6/25/2021 | 1,065 | ($9.89) | 6/25/2021 | 100 | $11.28 |
| 6/25/2021 | 2,000 | ($14.46) | 6/25/2021 | 500 | $11.19 |
| 6/25/2021 | 70 | ($9.80) | 6/25/2021 | 200 | $11.27 |
| 6/25/2021 | 1,686 | ($9.70) | 6/25/2021 | 460 | $11.15 |
| 6/25/2021 | 4,871 | ($9.00) | 6/25/2021 | 1,500 | $11.16 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 6/25/2021 | 64 | ($8.89) | | 6/25/2021 | 4,200 | $12.05 |
| 6/25/2021 | 65 | ($8.97) | | 6/25/2021 | 800 | $12.24 |
| 6/25/2021 | 225 | ($12.15) | | 7/7/2021 | 3,000 | $12.19 |
| 6/25/2021 | 2,775 | ($12.25) | | 7/8/2021 | 100 | $11.50 |
| 6/29/2021 | 700 | ($12.85) | | 7/9/2021 | 536 | $10.26 |
| 6/29/2021 | 200 | ($12.84) | | 7/9/2021 | 130 | $10.40 |
| 6/29/2021 | 100 | ($12.82) | | 7/9/2021 | 100 | $10.44 |
| 6/30/2021 | 800 | ($12.70) | | 7/9/2021 | 100 | $10.45 |
| 6/30/2021 | 100 | ($11.99) | | 7/9/2021 | 30 | $10.47 |
| 6/30/2021 | 200 | ($12.00) | | 7/9/2021 | 30 | $10.48 |
| 6/30/2021 | 200 | ($11.50) | | 7/9/2021 | 20 | $10.49 |
| 7/1/2021 | 800 | ($10.02) | | 7/9/2021 | 54 | $10.90 |
| 7/1/2021 | 300 | ($10.02) | | 7/9/2021 | 371 | $9.70 |
| 7/1/2021 | 100 | ($10.17) | | 7/9/2021 | 180 | $9.76 |
| 7/2/2021 | 500 | ($10.68) | | 7/9/2021 | 349 | $9.75 |
| 7/2/2021 | 300 | ($10.77) | | 7/9/2021 | 100 | $10.01 |
| 7/2/2021 | 700 | ($10.76) | | 7/9/2021 | 1,000 | $10.00 |
| 7/7/2021 | 1,000 | ($12.05) | | 7/9/2021 | 41 | $10.30 |
| 7/7/2021 | 4,000 | ($11.65) | | 7/9/2021 | 759 | $10.38 |
| 7/7/2021 | 900 | ($11.30) | | 7/9/2021 | 100 | $10.35 |
| 7/7/2021 | 16 | ($11.47) | | 7/9/2021 | 100 | $10.31 |
| 7/7/2021 | 1,084 | ($11.59) | | 7/9/2021 | 1,000 | $10.22 |
| 7/7/2021 | 10 | ($11.29) | | 7/9/2021 | 155 | $11.00 |
| 7/7/2021 | 1,000 | ($11.50) | | 7/9/2021 | 841 | $11.10 |
| 7/8/2021 | 90 | ($10.28) | | 7/9/2021 | 1,000 | $10.20 |
| 7/12/2021 | 300 | ($10.00) | | 7/9/2021 | 4 | $11.35 |
| 7/12/2021 | 150 | ($9.90) | | 7/12/2021 | 200 | $9.95 |
| 7/12/2021 | 176 | ($10.20) | | 7/12/2021 | 1,000 | $9.70 |
| 7/12/2021 | 24 | ($10.00) | | 7/12/2021 | 650 | $9.65 |
| 7/12/2021 | 1,000 | ($11.00) | | 7/12/2021 | 500 | $9.67 |
| 7/13/2021 | 500 | ($7.51) | | 7/12/2021 | 100 | $9.71 |
| 7/13/2021 | 100 | ($6.97) | | 7/12/2021 | 40 | $9.69 |
| 7/13/2021 | 135 | ($9.25) | | 7/12/2021 | 360 | $9.67 |
| 7/13/2021 | 35 | ($9.20) | | 7/13/2021 | 1,000 | $8.60 |
| 7/13/2021 | 66 | ($9.00) | | 7/13/2021 | 746 | $8.75 |
| 7/13/2021 | 320 | ($8.15) | | 7/13/2021 | 254 | $9.26 |
| 7/13/2021 | 264 | ($8.62) | | 7/15/2021 | 50 | $6.34 |
| 7/13/2021 | 680 | ($8.10) | | 7/15/2021 | 900 | $6.56 |
| 7/13/2021 | 12 | ($8.66) | | 7/15/2021 | 50 | $6.40 |
| 7/13/2021 | 807 | ($8.53) | | 7/15/2021 | 219 | $6.32 |
| 7/13/2021 | 100 | ($8.63) | | 7/15/2021 | 200 | $6.27 |
| 7/13/2021 | 200 | ($8.67) | | 7/15/2021 | 100 | $6.27 |
| 7/13/2021 | 100 | ($8.67) | | 7/15/2021 | 100 | $6.26 |
| 7/13/2021 | 100 | ($8.64) | | 7/15/2021 | 175 | $6.26 |

| Date | Shares | Price | | Date | Shares | Price |
|---|---|---|---|---|---|---|
| 7/13/2021 | 500 | ($7.50) | | 7/15/2021 | 106 | $6.27 |
| 7/13/2021 | 100 | ($8.93) | | 7/15/2021 | 100 | $6.27 |
| 7/13/2021 | 271 | ($8.69) | | 7/15/2021 | 700 | $6.14 |
| 7/13/2021 | 10 | ($8.68) | | 7/15/2021 | 800 | $6.25 |
| 7/13/2021 | 500 | ($7.60) | | 7/15/2021 | 200 | $6.35 |
| 7/13/2021 | 300 | ($7.54) | | 7/15/2021 | 100 | $6.29 |
| 7/13/2021 | 200 | ($7.55) | | 7/15/2021 | 50 | $6.36 |
| 7/13/2021 | 500 | ($7.65) | | 7/15/2021 | 350 | $6.31 |
| 7/14/2021 | 300 | ($7.75) | | 7/15/2021 | 50 | $6.31 |
| 7/14/2021 | 500 | ($6.55) | | 7/15/2021 | 350 | $6.32 |
| 7/14/2021 | 100 | ($6.60) | | 7/15/2021 | 100 | $6.35 |
| 7/20/2021 | 100 | ($8.70) | | 7/15/2021 | 250 | $6.31 |
| 7/20/2021 | 305 | ($8.66) | | 7/15/2021 | 200 | $6.29 |
| 7/20/2021 | 57 | ($8.71) | | 7/15/2021 | 50 | $6.35 |
| 7/20/2021 | 38 | ($8.49) | | 7/15/2021 | 200 | $6.16 |
| 7/20/2021 | 400 | ($8.29) | | 7/15/2021 | 100 | $6.14 |
| 7/20/2021 | 100 | ($8.30) | | 7/15/2021 | 100 | $6.15 |
| 7/20/2021 | 200 | ($8.27) | | 7/15/2021 | 654 | $6.13 |
| 7/21/2021 | 100 | ($7.23) | | 7/15/2021 | 32 | $6.24 |
| 7/21/2021 | 100 | ($7.22) | | 7/15/2021 | 50 | $6.23 |
| 7/22/2021 | 1,873 | ($6.56) | | 7/15/2021 | 674 | $6.20 |
| 7/22/2021 | 127 | ($6.55) | | 7/15/2021 | 176 | $6.21 |
| 7/23/2021 | 100 | ($6.23) | | 7/15/2021 | 14 | $6.05 |
| 7/23/2021 | 300 | ($6.26) | | 7/20/2021 | 700 | $7.37 |
| 7/23/2021 | 300 | ($6.50) | | 7/22/2021 | 2,000 | $7.76 |
| 7/23/2021 | 200 | ($6.50) | | 7/28/2021 | 50 | $5.67 |
| 7/23/2021 | 100 | ($6.54) | | 7/28/2021 | 350 | $5.68 |
| 7/23/2021 | 100 | ($6.20) | | 7/28/2021 | 300 | $5.65 |
| 7/23/2021 | 50 | ($6.20) | | 7/28/2021 | 300 | $5.65 |
| 7/23/2021 | 50 | ($6.20) | | 7/29/2021 | 1,095 | $5.59 |
| 7/23/2021 | 50 | ($6.25) | | 7/29/2021 | 5 | $5.60 |
| 7/23/2021 | 50 | ($6.32) | | 7/29/2021 | 900 | $5.71 |
| 7/23/2021 | 20 | ($6.32) | | 8/4/2021 | 1,200 | $5.00 |
| 7/23/2021 | 16 | ($6.31) | | 8/9/2021 | 100 | $5.31 |
| 7/23/2021 | 64 | ($6.26) | | 8/17/2021 | 372 | $6.00 |
| 7/23/2021 | 76 | ($6.33) | | 8/18/2021 | 300 | $7.11 |
| 7/23/2021 | 24 | ($6.23) | | 8/18/2021 | 1,700 | $6.75 |
| 7/26/2021 | 500 | ($5.68) | | 8/18/2021 | 1,000 | $6.76 |
| 7/26/2021 | 500 | ($5.85) | | 8/18/2021 | 100 | $6.81 |
| 7/26/2021 | 500 | ($6.00) | | 8/18/2021 | 37 | $5.37 |
| 7/27/2021 | 500 | ($5.85) | | 8/18/2021 | 963 | $5.25 |
| 7/27/2021 | 300 | ($5.85) | | 8/18/2021 | 300 | $7.10 |
| 7/27/2021 | 200 | ($5.82) | | 8/18/2021 | 200 | $5.31 |
| 7/27/2021 | 500 | ($5.90) | | 8/18/2021 | 200 | $5.36 |

7

| Date | Shares | Price | | Date | Shares | Price |
|---|---|---|---|---|---|---|
| 7/27/2021 | 500 | ($5.61) | | 8/18/2021 | 200 | $5.32 |
| 8/3/2021 | 100 | ($5.59) | | 8/18/2021 | 696 | $5.30 |
| 8/3/2021 | 100 | ($5.58) | | 8/18/2021 | 1,000 | $5.65 |
| 8/4/2021 | 100 | ($5.14) | | 8/18/2021 | 1,000 | $6.87 |
| 8/4/2021 | 100 | ($5.15) | | 8/18/2021 | 704 | $5.65 |
| 8/4/2021 | 300 | ($5.07) | | 8/18/2021 | 1,000 | $5.78 |
| 8/4/2021 | 500 | ($5.10) | | 8/18/2021 | 1,000 | $5.78 |
| 8/6/2021 | 100 | ($5.44) | | 8/18/2021 | 300 | $6.70 |
| 8/6/2021 | 105 | ($5.99) | | 8/18/2021 | 500 | $6.85 |
| 8/6/2021 | 1,000 | ($4.58) | | 8/18/2021 | 100 | $6.68 |
| 8/6/2021 | 895 | ($4.85) | | 8/18/2021 | 100 | $6.68 |
| 8/11/2021 | 883 | ($4.95) | | 8/18/2021 | 100 | $6.50 |
| 8/11/2021 | 117 | ($4.69) | | 8/18/2021 | 1,328 | $5.65 |
| 8/16/2021 | 477 | ($3.59) | | 8/18/2021 | 1,000 | $5.35 |
| 8/16/2021 | 463 | ($3.49) | | 8/19/2021 | 50 | $6.05 |
| 8/16/2021 | 60 | ($3.48) | | 8/19/2021 | 36 | $6.12 |
| 8/17/2021 | 1,800 | ($3.40) | | 8/19/2021 | 164 | $6.01 |
| 8/17/2021 | 200 | ($3.34) | | 8/19/2021 | 200 | $6.02 |
| 8/17/2021 | 20 | ($4.98) | | 8/19/2021 | 50 | $6.06 |
| 8/17/2021 | 100 | ($4.96) | | 8/19/2021 | 877 | $5.75 |
| 8/17/2021 | 500 | ($5.50) | | 8/19/2021 | 1,000 | $5.70 |
| 8/17/2021 | 880 | ($4.63) | | 8/19/2021 | 1,000 | $5.70 |
| 8/17/2021 | 1,000 | ($3.19) | | 8/19/2021 | 500 | $6.06 |
| 8/17/2021 | 435 | ($3.16) | | 8/19/2021 | 1,500 | $5.82 |
| 8/17/2021 | 465 | ($3.19) | | 8/19/2021 | 900 | $5.95 |
| 8/17/2021 | 100 | ($3.18) | | 8/19/2021 | 100 | $6.05 |
| 8/17/2021 | 100 | ($5.79) | | 8/19/2021 | 500 | $6.00 |
| 8/17/2021 | 100 | ($5.75) | | 8/19/2021 | 795 | $5.95 |
| 8/18/2021 | 100 | ($5.86) | | 8/19/2021 | 100 | $6.02 |
| 8/18/2021 | 100 | ($5.83) | | 8/19/2021 | 105 | $6.01 |
| 8/18/2021 | 100 | ($5.85) | | 8/19/2021 | 95 | $6.01 |
| 8/18/2021 | 200 | ($5.84) | | 8/19/2021 | 405 | $6.07 |
| 8/18/2021 | 290 | ($5.85) | | 8/19/2021 | 100 | $6.04 |
| 8/18/2021 | 100 | ($5.85) | | 9/28/2021 | 200 | $4.56 |
| 8/18/2021 | 100 | ($5.85) | | 12/1/2021 | 41 | $1.13 |
| 8/18/2021 | 10 | ($5.85) | | 12/1/2021 | 200 | $1.15 |
| 8/18/2021 | 700 | ($5.80) | | 12/1/2021 | 100 | $1.17 |
| 8/18/2021 | 7 | ($5.81) | | 12/1/2021 | 300 | $1.17 |
| 8/18/2021 | 736 | ($5.80) | | 12/1/2021 | 359 | $1.16 |
| 8/18/2021 | 93 | ($5.85) | | 12/22/2021 | 7,100 | $0.74 |
| 8/18/2021 | 100 | ($5.80) | | 12/22/2021 | 40 | $0.76 |
| 8/18/2021 | 100 | ($5.77) | | 12/22/2021 | 2,612 | $0.76 |
| 8/18/2021 | 100 | ($5.80) | | 12/22/2021 | 100 | $0.78 |
| 8/18/2021 | 100 | ($5.80) | | 12/22/2021 | 100 | $0.79 |

8

| Date | Shares | Price | | Date | Shares | Price |
|---|---|---|---|---|---|---|
| 8/18/2021 | 2,064 | ($5.95) | | 12/22/2021 | 4,898 | $0.65 |
| 8/18/2021 | 1,000 | ($5.99) | | 12/22/2021 | 100 | $0.68 |
| 8/18/2021 | 1,400 | ($5.80) | | 12/22/2021 | 50 | $0.68 |
| 8/18/2021 | 100 | ($6.08) | | 12/22/2021 | 100 | $0.68 |
| 8/18/2021 | 300 | ($6.06) | | 12/22/2021 | 200 | $0.70 |
| 8/18/2021 | 100 | ($6.09) | | 12/22/2021 | 50 | $0.70 |
| 8/18/2021 | 100 | ($6.04) | | 12/22/2021 | 9,750 | $0.69 |
| 8/18/2021 | 80 | ($5.81) | | | | |
| 8/18/2021 | 20 | ($5.84) | | | | |
| 8/19/2021 | 2 | ($5.43) | | | | |
| 8/19/2021 | 281 | ($5.44) | | | | |
| 8/19/2021 | 100 | ($5.42) | | | | |
| 8/19/2021 | 100 | ($5.40) | | | | |
| 8/19/2021 | 100 | ($5.43) | | | | |
| 8/19/2021 | 217 | ($5.40) | | | | |
| 8/19/2021 | 100 | ($5.28) | | | | |
| 8/19/2021 | 100 | ($5.30) | | | | |
| 8/19/2021 | 400 | ($5.90) | | | | |
| 8/19/2021 | 300 | ($5.88) | | | | |
| 8/19/2021 | 200 | ($5.87) | | | | |
| 8/19/2021 | 1,100 | ($5.89) | | | | |
| 8/19/2021 | 2,000 | ($5.88) | | | | |
| 8/20/2021 | 90 | ($5.80) | | | | |
| 8/20/2021 | 300 | ($5.81) | | | | |
| 8/20/2021 | 200 | ($5.82) | | | | |
| 8/20/2021 | 900 | ($5.56) | | | | |
| 8/20/2021 | 100 | ($5.72) | | | | |
| 8/20/2021 | 100 | ($5.47) | | | | |
| 8/20/2021 | 70 | ($5.29) | | | | |
| 8/20/2021 | 5 | ($5.28) | | | | |
| 8/20/2021 | 5 | ($5.29) | | | | |
| 8/20/2021 | 5 | ($5.29) | | | | |
| 8/20/2021 | 5 | ($5.29) | | | | |
| 8/20/2021 | 5 | ($5.72) | | | | |
| 8/20/2021 | 5 | ($5.48) | | | | |
| 8/20/2021 | 134 | ($6.17) | | | | |
| 8/20/2021 | 100 | ($6.17) | | | | |
| 8/20/2021 | 50 | ($6.15) | | | | |
| 8/20/2021 | 603 | ($6.10) | | | | |
| 8/23/2021 | 200 | ($5.75) | | | | |
| 8/23/2021 | 600 | ($5.41) | | | | |
| 8/23/2021 | 200 | ($5.32) | | | | |
| 8/23/2021 | 200 | ($5.41) | | | | |
| 8/23/2021 | 100 | ($5.40) | | | | |

9

| 8/23/2021 | 200 | ($5.41) |
|---|---|---|
| 8/23/2021 | 200 | ($5.32) |
| 8/23/2021 | 500 | ($5.32) |
| 8/24/2021 | 150 | ($5.50) |
| 8/24/2021 | 200 | ($5.46) |
| 8/24/2021 | 200 | ($5.45) |
| 8/24/2021 | 450 | ($5.39) |
| 8/27/2021 | 50 | ($5.05) |
| 8/27/2021 | 79 | ($5.00) |
| 8/27/2021 | 1 | ($4.99) |
| 8/27/2021 | 10 | ($4.99) |
| 8/27/2021 | 10 | ($5.00) |
| 8/27/2021 | 50 | ($5.00) |
| 8/27/2021 | 89 | ($5.00) |
| 8/27/2021 | 1 | ($4.99) |
| 8/27/2021 | 50 | ($4.99) |
| 8/27/2021 | 50 | ($4.99) |
| 8/27/2021 | 10 | ($5.08) |
| 8/27/2021 | 10 | ($5.07) |
| 8/27/2021 | 10 | ($4.77) |
| 8/27/2021 | 10 | ($5.03) |
| 8/27/2021 | 10 | ($4.77) |
| 8/27/2021 | 10 | ($4.64) |
| 8/27/2021 | 37 | ($4.81) |
| 8/27/2021 | 10 | ($5.03) |
| 8/27/2021 | 10 | ($4.77) |
| 8/27/2021 | 9 | ($4.77) |
| 8/27/2021 | 10 | ($5.08) |
| 8/27/2021 | 10 | ($5.03) |
| 8/27/2021 | 10 | ($4.88) |
| 8/27/2021 | 10 | ($5.03) |
| 8/27/2021 | 1 | ($5.00) |
| 8/27/2021 | 10 | ($4.91) |
| 8/27/2021 | 328 | ($5.01) |
| 8/27/2021 | 5 | ($4.95) |
| 8/27/2021 | 30 | ($4.75) |
| 8/27/2021 | 10 | ($4.87) |
| 8/27/2021 | 60 | ($4.88) |
| 8/30/2021 | 60 | ($4.80) |
| 8/30/2021 | 10 | ($4.81) |
| 8/30/2021 | 10 | ($4.83) |
| 8/30/2021 | 10 | ($4.60) |
| 8/30/2021 | 10 | ($4.71) |
| 8/30/2021 | 40 | ($4.81) |

DocuSign Envelope ID: 6A48EDD9-5957-47C2-B02C-421DA460FB38

| | | |
|---|---|---|
| 8/30/2021 | 50 | ($4.67) |
| 8/30/2021 | 10 | ($4.82) |
| 8/30/2021 | 585 | ($5.04) |
| 8/30/2021 | 300 | ($5.33) |
| 8/30/2021 | 100 | ($4.99) |
| 8/30/2021 | 100 | ($4.99) |
| 8/30/2021 | 15 | ($5.00) |
| 8/30/2021 | 944 | ($4.99) |
| 8/30/2021 | 56 | ($5.00) |
| 8/31/2021 | 100 | ($5.22) |
| 9/13/2021 | 1 | ($4.77) |
| 9/13/2021 | 3 | ($4.83) |
| 9/13/2021 | 10 | ($4.94) |
| 9/13/2021 | 15 | ($4.89) |
| 9/13/2021 | 60 | ($4.77) |
| 9/13/2021 | 16 | ($4.77) |
| 9/13/2021 | 10 | ($4.77) |
| 9/14/2021 | 25 | ($4.65) |
| 9/14/2021 | 45 | ($4.50) |
| 9/14/2021 | 10 | ($4.50) |
| 9/14/2021 | 20 | ($4.70) |
| 9/14/2021 | 10 | ($4.23) |
| 9/15/2021 | 3 | ($4.54) |
| 9/15/2021 | 100 | ($4.37) |
| 9/16/2021 | 170 | ($4.65) |
| 9/16/2021 | 2 | ($4.69) |
| 9/16/2021 | 100 | ($4.60) |
| 9/28/2021 | 100 | ($4.12) |
| 9/29/2021 | 900 | ($4.23) |
| 9/29/2021 | 100 | ($4.13) |
| 9/29/2021 | 952 | ($4.23) |
| 9/29/2021 | 48 | ($4.09) |
| 9/29/2021 | 100 | ($4.49) |
| 10/14/2021 | 731 | ($3.23) |
| 10/14/2021 | 269 | ($3.18) |
| 10/22/2021 | 500 | ($2.56) |
| 10/22/2021 | 100 | ($2.56) |
| 10/22/2021 | 100 | ($2.56) |
| 10/22/2021 | 100 | ($2.56) |
| 10/22/2021 | 100 | ($2.56) |
| 10/22/2021 | 100 | ($2.58) |
| 11/4/2021 | 100 | ($2.18) |

11

## ACCOUNT 2

### STOCK PURCHASES

| DATE | SHARES | PRICE |
|------|--------|-------|
| 6/16/2021 | 1000 | ($7.00) |
| 6/16/2021 | 975 | ($7.39) |
| 6/16/2021 | 2025 | ($7.38) |
| 6/17/2021 | 400 | ($6.34) |
| 6/21/2021 | 1600 | ($7.59) |
| 6/23/2021 | 97 | ($11.83) |
| 6/23/2021 | 100 | ($11.83) |
| 6/23/2021 | 400 | ($11.82) |
| 6/23/2021 | 402 | ($11.83) |
| 6/23/2021 | 1 | ($11.84) |
| 6/23/2021 | 2000 | ($13.30) |
| 6/25/2021 | 1900 | ($13.30) |
| 6/25/2021 | 100 | ($13.30) |
| 7/9/2021 | 250 | ($14.45) |

### STOCK SALES

| DATE | SHARES | PRICE |
|------|--------|-------|
| 6/24/2021 | 4000 | $12.33 |
| 6/24/2021 | 2100 | $13.43 |
| 6/24/2021 | 500 | $13.42 |
| 6/24/2021 | 2300 | $13.42 |
| 6/24/2021 | 100 | $13.43 |
| 6/25/2021 | 1870 | $17.30 |
| 6/25/2021 | 130 | $17.28 |
| 9/17/2021 | 250 | $7.83 |

### WARRANT PURCHASES

| DATE | SHARES | PRICE |
|------|--------|-------|
| 6/21/2021 | 1000 | ($3.48) |
| 6/24/2021 | 47 | ($8.70) |
| 6/24/2021 | 4415 | ($8.40) |
| 6/24/2021 | 553 | ($8.60) |
| 6/24/2021 | 585 | ($8.30) |
| 6/24/2021 | 200 | ($7.00) |
| 6/24/2021 | 200 | ($6.99) |
| 6/30/2021 | 1000 | ($10.56) |
| 7/1/2021 | 1000 | ($11.00) |
| 7/1/2021 | 1000 | ($11.00) |
| 8/30/2021 | 400 | ($4.65) |
| 8/30/2021 | 100 | ($4.64) |
| 8/30/2021 | 900 | ($4.51) |
| 8/30/2021 | 100 | ($4.62) |
| 8/30/2021 | 100 | ($4.99) |
| 8/30/2021 | 100 | ($4.94) |
| 9/13/2021 | 20 | ($4.90) |
| 9/21/2021 | 10 | ($4.40) |
| 9/21/2021 | 60 | ($4.12) |
| 9/21/2021 | 400 | ($4.11) |

### WARRANT SALES

| DATE | SHARES | PRICE |
|------|--------|-------|
| 6/23/2021 | 1000 | $8.31 |
| 6/25/2021 | 500 | $11.01 |
| 6/28/2021 | 1500 | $15.20 |
| 6/29/2021 | 614 | $11.70 |
| 6/29/2021 | 970 | $11.75 |
| 6/29/2021 | 200 | $11.85 |
| 6/29/2021 | 216 | $11.90 |
| 12/22/2021 | 1528 | $0.74 |
| 12/22/2021 | 472 | $0.75 |

| 9/21/2021 | 10 | ($5.24) |

## ACCOUNT 3

### STOCK PURCHASES

| DATE | SHARES | PRICE |
|------|--------|-------|
| 6/16/2021 | 439 | ($7.27) |
| 6/16/2021 | 1887 | ($7.27) |
| 6/16/2021 | 174 | ($7.26) |
| 6/17/2021 | 2500 | ($6.47) |
| 6/21/2021 | 500 | ($7.45) |
| 6/25/2021 | 3000 | ($12.72) |
| 6/30/2021 | 600 | ($15.36) |
| 6/30/2021 | 1000 | ($15.23) |
| 7/8/2021 | 100 | ($14.00) |
| 7/8/2021 | 2000 | ($14.01) |
| 7/8/2021 | 200 | ($14.39) |
| 7/8/2021 | 300 | ($14.45) |
| 7/8/2021 | 1000 | ($14.44) |
| 7/12/2021 | 30 | ($13.80) |
| 8/30/2021 | 1 | ($8.25) |

### STOCK SALES

| DATE | SHARES | PRICE |
|------|--------|-------|
| 6/22/2021 | 1495 | $13.16 |
| 6/22/2021 | 5 | $13.18 |
| 6/24/2021 | 4000 | $13.31 |
| 6/25/2021 | 1790 | $18.41 |
| 6/25/2021 | 10 | $18.44 |
| 6/25/2021 | 200 | $18.44 |
| 6/25/2021 | 1000 | $18.48 |
| 7/7/2021 | 1250 | $15.01 |

### WARRANT PURCHASES

| DATE | HARES | PRICE |
|------|-------|-------|
| 6/17/2021 | 1000 | ($2.23) |
| 6/21/2021 | 3900 | ($3.60) |
| 6/21/2021 | 100 | ($3.59) |
| 6/21/2021 | 1000 | ($3.55) |
| 6/23/2021 | 14 | ($9.31) |
| 6/23/2021 | 1400 | ($9.68) |
| 6/23/2021 | 19 | ($9.20) |
| 6/23/2021 | 567 | ($9.40) |
| 6/23/2021 | 500 | ($8.53) |
| 6/23/2021 | 500 | ($8.50) |
| 6/23/2021 | 4000 | ($8.60) |
| 6/24/2021 | 100 | ($8.84) |
| 6/24/2021 | 200 | ($8.85) |
| 6/24/2021 | 200 | ($6.99) |
| 6/24/2021 | 500 | ($7.04) |
| 6/24/2021 | 93 | ($7.00) |

### WARRANT SALES

| DATE | SHARES | PRICE |
|------|--------|-------|
| 6/24/2021 | 1923 | $8.26 |
| 6/24/2021 | 1000 | $8.45 |
| 6/24/2021 | 1277 | $8.40 |
| 6/24/2021 | 100 | $8.44 |
| 6/25/2021 | 83 | $10.98 |
| 6/25/2021 | 600 | $11.06 |
| 6/25/2021 | 717 | $10.97 |
| 6/25/2021 | 300 | $11.11 |
| 6/25/2021 | 200 | $11.13 |
| 6/25/2021 | 1600 | $11.26 |
| 6/25/2021 | 900 | $11.22 |
| 6/25/2021 | 600 | $11.27 |
| 7/15/2021 | 500 | $6.22 |
| 7/20/2021 | 200 | $7.57 |
| 7/20/2021 | 1476 | $7.53 |
| 7/20/2021 | 200 | $7.55 |

13

| | | | | | |
|---|---|---|---|---|---|
| 6/24/2021 | 207 | ($7.14) | 7/20/2021 | 200 | $7.55 |
| 6/25/2021 | 436 | ($10.25) | 7/20/2021 | 424 | $7.54 |
| 6/25/2021 | 200 | ($10.20) | 7/20/2021 | 3000 | $7.54 |
| 6/25/2021 | 100 | ($10.22) | 11/16/2021 | 252 | $2.02 |
| 6/25/2021 | 100 | ($10.24) | 11/16/2021 | 148 | $1.71 |
| 6/25/2021 | 27 | ($10.06) | 11/16/2021 | 200 | $1.93 |
| 6/25/2021 | 200 | ($10.16) | 11/16/2021 | 300 | $1.85 |
| 6/25/2021 | 37 | ($10.00) | 11/16/2021 | 1400 | $2.20 |
| 6/25/2021 | 2500 | ($9.99) | 6/24/2021 | 1923 | $8.26 |
| 6/25/2021 | 90 | ($9.97) | 6/24/2021 | 1000 | $8.45 |
| 6/25/2021 | 80 | ($9.98) | 6/24/2021 | 1277 | $8.40 |
| 6/25/2021 | 200 | ($9.93) | 6/24/2021 | 100 | $8.44 |
| 6/25/2021 | 1030 | ($9.92) | 6/25/2021 | 83 | $10.98 |
| 6/30/2021 | 224 | ($11.00) | 6/25/2021 | 600 | $11.06 |
| 6/30/2021 | 91 | ($10.96) | 6/25/2021 | 717 | $10.97 |
| 6/30/2021 | 30 | ($10.94) | 6/25/2021 | 300 | $11.11 |
| 7/7/2021 | 947 | ($11.45) | 6/25/2021 | 200 | $11.13 |
| 7/7/2021 | 48 | ($11.30) | 6/25/2021 | 1600 | $11.26 |
| 7/7/2021 | 500 | ($11.15) | 6/25/2021 | 900 | $11.22 |
| 7/7/2021 | 100 | ($11.14) | 6/25/2021 | 600 | $11.27 |
| 7/7/2021 | 60 | ($11.14) | 7/15/2021 | 500 | $6.22 |
| 7/8/2021 | 100 | ($10.23) | 7/20/2021 | 200 | $7.57 |
| 7/8/2021 | 1000 | ($11.25) | 7/20/2021 | 1476 | $7.53 |
| 7/12/2021 | 80 | ($11.00) | 7/20/2021 | 200 | $7.55 |
| 7/12/2021 | 820 | ($10.50) | 7/20/2021 | 200 | $7.55 |
| 8/6/2021 | 200 | ($5.69) | 7/20/2021 | 424 | $7.54 |
| 8/6/2021 | 100 | ($5.68) | 7/20/2021 | 3000 | $7.54 |
| 8/6/2021 | 100 | ($5.70) | 11/16/2021 | 252 | $2.02 |
| 8/6/2021 | 200 | ($5.46) | 11/16/2021 | 148 | $1.71 |
| 8/6/2021 | 200 | ($5.50) | 11/16/2021 | 200 | $1.93 |
| 8/6/2021 | 200 | ($5.44) | 11/16/2021 | 300 | $1.85 |
| 8/6/2021 | 1000 | ($5.43) | 11/16/2021 | 1400 | $2.20 |
| 8/6/2021 | 700 | ($5.43) | 6/24/2021 | 1923 | $8.26 |
| 8/6/2021 | 200 | ($5.42) | 6/24/2021 | 1000 | $8.45 |
| 8/6/2021 | 300 | ($5.36) | 6/24/2021 | 1277 | $8.40 |
| 8/6/2021 | 700 | ($5.43) | 6/24/2021 | 100 | $8.44 |
| 8/6/2021 | 100 | ($5.42) | 6/25/2021 | 83 | $10.98 |
| 8/6/2021 | 1000 | ($5.42) | 6/25/2021 | 600 | $11.06 |
| 8/6/2021 | 900 | ($5.43) | 6/25/2021 | 717 | $10.97 |
| 8/6/2021 | 100 | ($5.38) | 6/25/2021 | 300 | $11.11 |
| 8/6/2021 | 300 | ($5.12) | 6/25/2021 | 200 | $11.13 |
| 8/6/2021 | 69 | ($5.30) | 6/25/2021 | 1600 | $11.26 |
| 8/6/2021 | 100 | ($5.41) | 6/25/2021 | 900 | $11.22 |
| 8/6/2021 | 269 | ($5.42) | 6/25/2021 | 600 | $11.27 |

14

| | | | | | | |
|---|---|---|---|---|---|---|
| 8/6/2021 | 31 | ($5.42) | | 7/15/2021 | 500 | $6.22 |
| 8/6/2021 | 100 | ($5.42) | | 7/20/2021 | 200 | $7.57 |
| 8/6/2021 | 31 | ($5.40) | | 7/20/2021 | 1476 | $7.53 |
| 8/6/2021 | 100 | ($5.39) | | 7/20/2021 | 200 | $7.55 |
| 8/27/2021 | 186 | ($4.84) | | 7/20/2021 | 200 | $7.55 |
| 8/27/2021 | 314 | ($5.00) | | 7/20/2021 | 424 | $7.54 |
| 8/30/2021 | 92 | ($4.67) | | 7/20/2021 | 3000 | $7.54 |
| 8/30/2021 | 8 | ($4.80) | | 11/16/2021 | 252 | $2.02 |
| 8/30/2021 | 100 | ($4.80) | | 11/16/2021 | 148 | $1.71 |
| 8/30/2021 | 49 | ($4.50) | | 11/16/2021 | 200 | $1.93 |
| 8/30/2021 | 151 | ($4.78) | | 11/16/2021 | 300 | $1.85 |
| 8/30/2021 | 100 | ($4.75) | | 11/16/2021 | 1400 | $2.20 |
| 8/30/2021 | 100 | ($4.75) | | 6/24/2021 | 1923 | $8.26 |
| 8/30/2021 | 90 | ($4.80) | | 6/24/2021 | 1000 | $8.45 |
| 8/30/2021 | 10 | ($4.80) | | 6/24/2021 | 1277 | $8.40 |
| 8/30/2021 | 300 | ($4.99) | | 6/24/2021 | 100 | $8.44 |
| 8/30/2021 | 100 | ($5.00) | | 6/25/2021 | 83 | $10.98 |
| 8/30/2021 | 2 | ($4.78) | | 6/25/2021 | 600 | $11.06 |
| 8/30/2021 | 298 | ($4.82) | | 6/25/2021 | 717 | $10.97 |
| 9/3/2021 | 300 | ($4.93) | | 6/25/2021 | 300 | $11.11 |
| 9/3/2021 | 100 | ($4.85) | | 6/25/2021 | 200 | $11.13 |
| 9/3/2021 | 90 | ($4.85) | | 6/25/2021 | 1600 | $11.26 |
| 9/3/2021 | 128 | ($4.85) | | 6/25/2021 | 900 | $11.22 |
| 9/3/2021 | 100 | ($4.63) | | 6/25/2021 | 600 | $11.27 |
| 9/3/2021 | 100 | ($4.60) | | 7/15/2021 | 500 | $6.22 |
| 9/3/2021 | 182 | ($4.64) | | 7/20/2021 | 200 | $7.57 |
| 9/3/2021 | 100 | ($4.60) | | 7/20/2021 | 1476 | $7.53 |
| 9/9/2021 | 750 | ($5.00) | | 7/20/2021 | 200 | $7.55 |
| 9/9/2021 | 92 | ($4.73) | | 7/20/2021 | 200 | $7.55 |
| 9/9/2021 | 8 | ($4.70) | | 7/20/2021 | 424 | $7.54 |
| 9/9/2021 | 100 | ($5.00) | | 7/20/2021 | 3000 | $7.54 |
| 9/9/2021 | 10 | ($4.77) | | 11/16/2021 | 252 | $2.02 |
| 9/9/2021 | 10 | ($5.05) | | 11/16/2021 | 148 | $1.71 |
| 9/9/2021 | 10 | ($4.85) | | 11/16/2021 | 200 | $1.93 |
| 9/9/2021 | 10 | ($4.78) | | 11/16/2021 | 300 | $1.85 |
| 9/9/2021 | 10 | ($4.94) | | 11/16/2021 | 1400 | $2.20 |
| 9/10/2021 | 1000 | ($4.69) | | | | |
| 9/13/2021 | 3 | ($4.89) | | | | |
| 9/13/2021 | 5 | ($4.93) | | | | |
| 9/13/2021 | 39 | ($4.89) | | | | |
| 9/13/2021 | 11 | ($4.88) | | | | |
| 9/13/2021 | 10 | ($4.77) | | | | |
| 9/13/2021 | 40 | ($4.88) | | | | |
| 9/13/2021 | 50 | ($4.77) | | | | |

15

| 9/13/2021  | 50   | ($4.77) |
|------------|------|---------|
| 9/13/2021  | 50   | ($4.90) |
| 10/28/2021 | 100  | ($2.64) |
| 10/28/2021 | 100  | ($2.63) |
| 10/28/2021 | 142  | ($2.59) |
| 10/28/2021 | 100  | ($2.73) |
| 10/28/2021 | 100  | ($2.52) |
| 10/28/2021 | 100  | ($2.58) |
| 10/28/2021 | 100  | ($2.71) |
| 11/3/2021  | 1000 | ($2.08) |
| 11/5/2021  | 100  | ($2.17) |
| 11/12/2021 | 100  | ($2.49) |
| 11/12/2021 | 100  | ($2.38) |

16