# Exhibit 3

**Alfi, Inc. Loss Chart**
**Class Period: May 4, 2021 through November 15, 2021**

| Name | Date Purchased | Shares | Price per share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price (ALF) $2.7116 | Lookback Price (ALFIW) $2.2500 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Joseph M. Driscoll Trust | 6/21/2021 | 5,000 | ($7.90) | ($39,500.00) | | | | | | | | | |
| | 6/21/2021 | 2,500 | ($7.36) | ($18,400.00) | | | | | | | | | |
| | 7/8/2021 | 2,000 | ($14.35) | ($28,699.80) | | | | | | | | | |
| | 7/8/2021 | 500 | ($14.31) | ($7,155.00) | | | | | | | | | |
| | 7/8/2021 | 500 | ($14.23) | ($7,115.00) | | | | | | | | | |
| | 7/8/2021 | 1,000 | ($13.89) | ($13,890.00) | | | | | | | | | |
| | 9/23/2021 | 1,000 | ($7.04) | ($7,040.00) | | | | | | | | | |
| | 9/28/2021 | 4,000 | ($7.90) | ($31,599.60) | | | | | | | | | |
| | 9/28/2021 | 6,000 | ($8.26) | ($49,560.00) | | | | | | | | | |
| | 9/28/2021 | 7,000 | ($8.36) | ($58,520.00) | | | | | | | | | |
| | 9/29/2021 | 3,000 | ($7.34) | ($22,020.00) | | | | | | | | | |
| | 9/29/2021 | 2,000 | ($7.10) | ($14,200.00) | | | | | | | | | |
| | 9/30/2021 | 3,000 | ($6.82) | ($20,460.00) | | | | | | | | | |
| | 9/30/2021 | 2,000 | ($6.59) | ($13,180.00) | | | | | | | | | |
| | 7/8/2021 | 500 | ($14.25) | ($7,125.00) | | | | | | | | | |
| | | 40,000 | | ($338,464.40) | | | | | 40,000 | $108,462.75 | ($230,001.65) | | |
| Takian, Alexander C. Account 1 ALF | 6/16/2021 | 491 | ($7.42) | ($3,643.22) | 6/18/2021 | 33 | $7.76 | $256.08 | | | | | |
| | 6/16/2021 | 509 | ($7.43) | ($3,781.87) | 6/18/2021 | 407 | $7.77 | $3,162.39 | | | | | |
| | 6/16/2021 | 1,250 | ($7.38) | ($9,225.00) | 6/18/2021 | 560 | $7.76 | $4,345.82 | | | | | |
| | 6/16/2021 | 1,650 | ($7.37) | ($12,160.50) | 6/22/2021 | 1,000 | $13.96 | $13,960.10 | | | | | |
| | 6/16/2021 | 100 | ($7.38) | ($737.90) | 6/22/2021 | 500 | $9.43 | $4,715.00 | | | | | |
| | 6/16/2021 | 1,000 | ($6.88) | ($6,878.90) | 6/22/2021 | 200 | $9.43 | $1,886.40 | | | | | |
| | 6/16/2021 | 500 | ($6.59) | ($3,292.60) | 6/22/2021 | 3,900 | $9.42 | $36,738.00 | | | | | |
| | 6/16/2021 | 500 | ($6.92) | ($3,460.00) | 6/22/2021 | 200 | $9.42 | $1,884.40 | | | | | |
| | 6/17/2021 | 500 | ($6.64) | ($3,319.25) | 6/22/2021 | 200 | $9.42 | $1,884.60 | | | | | |
| | 6/17/2021 | 1,000 | ($5.91) | ($5,908.40) | 6/22/2021 | 1,000 | $13.60 | $13,600.00 | | | | | |
| | 6/21/2021 | 1,000 | ($7.24) | ($7,238.50) | 6/24/2021 | 2,500 | $12.30 | $30,750.00 | | | | | |
| | 6/21/2021 | 100 | ($7.33) | ($733.00) | 6/24/2021 | 2,500 | $13.29 | $33,212.50 | | | | | |
| | 6/21/2021 | 100 | ($7.33) | ($732.50) | 6/24/2021 | 6,500 | $11.91 | $77,415.00 | | | | | |
| | 6/21/2021 | 300 | ($7.32) | ($2,194.50) | 6/25/2021 | 59 | $14.45 | $852.55 | | | | | |
| | 6/21/2021 | 1,000 | ($7.28) | ($7,279.40) | 6/25/2021 | 2,941 | $14.42 | $42,416.57 | | | | | |
| | 6/21/2021 | 2,000 | ($7.37) | ($14,739.80) | 6/28/2021 | 1,000 | $20.15 | $20,150.00 | | | | | |
| | 6/21/2021 | 1,000 | ($7.44) | ($7,440.00) | 6/29/2021 | 700 | $16.73 | $11,711.00 | | | | | |
| | 6/23/2021 | 500 | ($13.05) | ($6,522.50) | 6/29/2021 | 4,200 | $16.72 | $70,224.00 | | | | | |
| | 6/23/2021 | 100 | ($12.18) | ($1,217.50) | 6/29/2021 | 100 | $16.73 | $1,672.50 | | | | | |
| | 6/23/2021 | 900 | ($12.18) | ($10,961.91) | 7/7/2021 | 1,500 | $15.49 | $23,227.50 | | | | | |
| | 6/23/2021 | 2,000 | ($13.17) | ($26,340.00) | 7/7/2021 | 300 | $15.31 | $4,593.00 | | | | | |
| | 6/23/2021 | 1,000 | ($12.91) | ($12,910.00) | 7/7/2021 | 200 | $15.25 | $3,050.00 | | | | | |
| | 6/23/2021 | 2,000 | ($14.16) | ($28,320.00) | 7/7/2021 | 1,773 | $16.47 | $29,201.49 | | | | | |
| | 6/25/2021 | 3,000 | ($18.80) | ($56,400.00) | 7/7/2021 | 527 | $17.95 | $9,459.65 | | | | | |

| Date | Qty | Price | Amount | Date | Qty | Price | Amount |
|---|---|---|---|---|---|---|---|
| 6/25/2021 | 1,000 | ($16.99) | ($16,990.00) | 7/7/2021 | 1,000 | $15.62 | $15,615.00 |
| 6/25/2021 | 1,000 | ($17.25) | ($17,251.10) | 7/9/2021 | 1,000 | $14.08 | $14,075.00 |
| 6/25/2021 | 600 | ($17.44) | ($10,461.00) | 7/9/2021 | 154 | $14.06 | $2,165.24 |
| 6/25/2021 | 400 | ($17.40) | ($6,959.40) | 7/9/2021 | 100 | $15.46 | $1,546.00 |
| 6/25/2021 | 3,000 | ($12.72) | ($38,160.00) | 7/9/2021 | 200 | $15.45 | $3,090.20 |
| 6/30/2021 | 1,000 | ($16.37) | ($16,369.00) | 7/9/2021 | 1,000 | $15.42 | $15,420.00 |
| 6/30/2021 | 1,265 | ($15.18) | ($19,202.70) | 7/9/2021 | 700 | $15.45 | $10,815.00 |
| 6/30/2021 | 227 | ($15.19) | ($3,448.92) | 7/9/2021 | 1,000 | $14.95 | $14,950.70 |
| 6/30/2021 | 8 | ($15.20) | ($121.60) | 7/13/2021 | 5,000 | $12.77 | $63,850.00 |
| 6/30/2021 | 1,000 | ($14.93) | ($14,925.00) | 7/13/2021 | 1 | $10.87 | $10.87 |
| 7/2/2021 | 500 | ($15.40) | ($7,700.00) | 7/13/2021 | 985 | $10.90 | $10,736.50 |
| 7/6/2021 | 200 | ($14.75) | ($2,950.00) | 7/13/2021 | 24 | $10.88 | $261.12 |
| 7/6/2021 | 100 | ($14.85) | ($1,485.00) | 7/13/2021 | 200 | $10.90 | $2,180.20 |
| 7/7/2021 | 99 | ($15.85) | ($1,569.15) | 7/13/2021 | 4,790 | $10.86 | $52,019.40 |
| 7/7/2021 | 901 | ($15.85) | ($14,280.67) | 8/16/2021 | 500 | $7.25 | $3,625.00 |
| 7/8/2021 | 1,000 | ($14.99) | ($14,989.00) | 8/16/2021 | 164 | $7.31 | $1,198.02 |
| 7/8/2021 | 900 | ($13.62) | ($12,258.09) | 8/16/2021 | 136 | $7.29 | $991.44 |
| 7/8/2021 | 1,000 | ($13.83) | ($13,832.60) | 8/16/2021 | 200 | $7.29 | $1,458.40 |
| 7/8/2021 | 100 | ($13.53) | ($1,352.50) | 8/17/2021 | 700 | $7.15 | $5,005.00 |
| 7/8/2021 | 1,000 | ($14.49) | ($14,489.00) | 8/17/2021 | 200 | $7.16 | $1,432.00 |
| 7/8/2021 | 900 | ($14.63) | ($13,165.38) | 8/17/2021 | 100 | $7.17 | $717.00 |
| 7/8/2021 | 100 | ($14.37) | ($1,436.99) | 8/17/2021 | 2,000 | $6.91 | $13,810.40 |
| 7/9/2021 | 2,000 | ($15.10) | ($30,200.00) | 8/18/2021 | 4,404 | $9.64 | $42,432.54 |
| 7/9/2021 | 500 | ($13.84) | ($6,920.00) | 8/18/2021 | 596 | $9.70 | $5,781.20 |
| 7/9/2021 | 490 | ($13.90) | ($6,811.00) | 8/19/2021 | 1,349 | $9.05 | $12,208.45 |
| 7/9/2021 | 10 | ($13.89) | ($138.90) | 8/19/2021 | 1 | $9.03 | $9.03 |
| 7/9/2021 | 1,000 | ($14.35) | ($14,350.00) | 8/19/2021 | 500 | $10.07 | $5,035.00 |
| 7/9/2021 | 10 | ($14.64) | ($146.40) | 8/19/2021 | 2,200 | $10.09 | $22,198.22 |
| 7/9/2021 | 990 | ($14.66) | ($14,513.40) | 8/20/2021 | 1,000 | $9.09 | $9,085.00 |
| 7/12/2021 | 1,000 | ($12.70) | ($12,700.00) | 8/23/2021 | 300 | $9.63 | $2,887.50 |
| 7/12/2021 | 1,154 | ($14.53) | ($16,767.62) | 8/23/2021 | 300 | $9.65 | $2,895.00 |
| 7/12/2021 | 1,000 | ($13.30) | ($13,300.00) | 8/23/2021 | 200 | $9.65 | $1,929.50 |
| 7/12/2021 | 1,000 | ($14.33) | ($14,325.20) | 8/23/2021 | 600 | $9.64 | $5,785.50 |
| 7/13/2021 | 1,000 | ($11.90) | ($11,900.00) | 8/24/2021 | 600 | $9.73 | $5,838.48 |
| 7/22/2021 | 1 | ($10.77) | ($10.77) | 8/27/2021 | 700 | $8.62 | $6,032.04 |
| 8/13/2021 | 1,000 | ($7.11) | ($7,110.00) | 8/30/2021 | 500 | $8.36 | $4,180.50 |
| 8/13/2021 | 2,600 | ($7.13) | ($18,535.40) | 8/30/2021 | 800 | $8.72 | $6,979.28 |
| 8/13/2021 | 399 | ($7.13) | ($2,844.87) | 10/14/2021 | 1,000 | $6.24 | $6,238.90 |
| 8/18/2021 | 500 | ($9.10) | ($4,548.15) | | | | |
| 8/18/2021 | 500 | ($9.17) | ($4,584.05) | | | | |
| 8/18/2021 | 1,000 | ($9.30) | ($9,300.00) | | | | |
| 8/18/2021 | 450 | ($9.30) | ($4,184.96) | | | | |
| 8/18/2021 | 50 | ($9.29) | ($464.50) | | | | |
| 8/18/2021 | 500 | ($9.35) | ($4,675.00) | | | | |
| 8/18/2021 | 1,000 | ($9.70) | ($9,700.00) | | | | |
| 8/18/2021 | 1,000 | ($9.20) | ($9,200.00) | | | | |
| 8/18/2021 | 1 | ($9.27) | ($9.27) | | | | |
| 8/19/2021 | 500 | ($10.28) | ($5,139.50) | | | | |

|  | Date | Shares | Price | Amount | Date | Shares | Price | Amount |  |  |  |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 8/19/2021 | 150 | ($8.84) | ($1,326.00) |  |  |  |  |  |  |  |
|  | 8/19/2021 | 350 | ($8.87) | ($3,103.91) |  |  |  |  |  |  |  |
|  | 8/19/2021 | 499 | ($10.60) | ($5,289.40) |  |  |  |  |  |  |  |
|  | 8/19/2021 | 200 | ($9.66) | ($1,931.54) |  |  |  |  |  |  |  |
|  | 8/19/2021 | 100 | ($9.01) | ($901.00) |  |  |  |  |  |  |  |
|  | 8/19/2021 | 400 | ($9.01) | ($3,603.92) |  |  |  |  |  |  |  |
|  | 8/19/2021 | 200 | ($9.73) | ($1,945.40) |  |  |  |  |  |  |  |
|  | 8/19/2021 | 300 | ($9.72) | ($2,916.00) |  |  |  |  |  |  |  |
|  | 8/19/2021 | 1,000 | ($9.75) | ($9,750.00) |  |  |  |  |  |  |  |
|  | 8/19/2021 | 500 | ($10.75) | ($5,374.40) |  |  |  |  |  |  |  |
|  | 8/19/2021 | 500 | ($10.60) | ($5,300.00) |  |  |  |  |  |  |  |
|  | 8/19/2021 | 500 | ($9.84) | ($4,919.60) |  |  |  |  |  |  |  |
|  | 8/19/2021 | 400 | ($10.49) | ($4,194.80) |  |  |  |  |  |  |  |
|  | 8/19/2021 | 600 | ($10.49) | ($6,293.28) |  |  |  |  |  |  |  |
|  | 8/19/2021 | 500 | ($9.80) | ($4,899.95) |  |  |  |  |  |  |  |
|  | 8/19/2021 | 50 | ($8.98) | ($449.00) |  |  |  |  |  |  |  |
|  | 8/19/2021 | 300 | ($9.71) | ($2,911.86) |  |  |  |  |  |  |  |
|  | 8/19/2021 | 500 | ($10.17) | ($5,084.50) |  |  |  |  |  |  |  |
|  | 8/19/2021 | 500 | ($10.17) | ($5,084.60) |  |  |  |  |  |  |  |
|  | 8/19/2021 | 500 | ($10.14) | ($5,067.50) |  |  |  |  |  |  |  |
|  | 8/19/2021 | 100 | ($10.36) | ($1,035.50) |  |  |  |  |  |  |  |
|  | 8/19/2021 | 400 | ($10.36) | ($4,143.96) |  |  |  |  |  |  |  |
|  | 8/30/2021 | 1 | ($8.25) | ($8.25) |  |  |  |  |  |  |  |
|  | 9/29/2021 | 1,000 | ($7.18) | ($7,180.00) |  |  |  |  |  |  |  |
|  |  | 68,005 |  | ($793,927.70) |  | 68,004 |  | $814,857.18 | 1 | $2.71 | $20,932.20 |
| ALFIW | 6/17/2021 | 2,500 | ($2.08) | ($5,200.00) | 6/18/2021 | 5,000 | $3.44 | $17,200.00 |  |  |  |
|  | 6/17/2021 | 1,000 | ($2.30) | ($2,299.90) | 6/21/2021 | 500 | $3.27 | $1,635.00 |  |  |  |
|  | 6/17/2021 | 10,000 | ($2.60) | ($26,000.00) | 6/21/2021 | 200 | $3.37 | $674.00 |  |  |  |
|  | 6/17/2021 | 1,000 | ($2.35) | ($2,350.00) | 6/21/2021 | 1,600 | $3.25 | $5,200.00 |  |  |  |
|  | 6/17/2021 | 500 | ($2.44) | ($1,220.00) | 6/21/2021 | 200 | $3.26 | $652.00 |  |  |  |
|  | 6/17/2021 | 500 | ($2.33) | ($1,165.00) | 6/22/2021 | 100 | $10.56 | $1,056.00 |  |  |  |
|  | 6/17/2021 | 2,000 | ($2.24) | ($4,480.00) | 6/22/2021 | 100 | $10.75 | $1,075.00 |  |  |  |
|  | 6/22/2021 | 2,000 | ($9.65) | ($19,300.00) | 6/22/2021 | 2,500 | $10.50 | $26,250.00 |  |  |  |
|  | 6/22/2021 | 500 | ($4.63) | ($2,315.00) | 6/22/2021 | 300 | $10.76 | $3,226.50 |  |  |  |
|  | 6/22/2021 | 22 | ($4.58) | ($100.76) | 6/23/2021 | 5 | $8.01 | $40.05 |  |  |  |
|  | 6/22/2021 | 100 | ($4.74) | ($474.00) | 6/23/2021 | 200 | $7.90 | $1,580.80 |  |  |  |
|  | 6/22/2021 | 500 | ($4.71) | ($2,355.00) | 6/23/2021 | 115 | $7.71 | $886.42 |  |  |  |
|  | 6/22/2021 | 552 | ($4.67) | ($2,577.84) | 6/23/2021 | 300 | $7.83 | $2,349.00 |  |  |  |
|  | 6/22/2021 | 326 | ($4.60) | ($1,499.60) | 6/23/2021 | 500 | $7.85 | $3,925.00 |  |  |  |
|  | 6/22/2021 | 2,000 | ($4.60) | ($9,200.00) | 6/23/2021 | 1,780 | $7.56 | $13,448.79 |  |  |  |
|  | 6/22/2021 | 2,000 | ($4.70) | ($9,400.00) | 6/23/2021 | 100 | $7.90 | $790.00 |  |  |  |
|  | 6/22/2021 | 100 | ($5.19) | ($519.00) | 6/23/2021 | 300 | $7.72 | $2,314.50 |  |  |  |
|  | 6/22/2021 | 50 | ($5.17) | ($258.50) | 6/23/2021 | 100 | $7.91 | $791.00 |  |  |  |
|  | 6/22/2021 | 50 | ($5.14) | ($257.00) | 6/23/2021 | 1,600 | $7.82 | $12,512.00 |  |  |  |
|  | 6/22/2021 | 600 | ($5.09) | ($3,054.00) | 6/23/2021 | 100 | $8.05 | $805.00 |  |  |  |
|  | 6/22/2021 | 1,000 | ($5.11) | ($5,110.00) | 6/23/2021 | 500 | $8.12 | $4,060.00 |  |  |  |
|  | 6/22/2021 | 1,000 | ($5.10) | ($5,100.00) | 6/23/2021 | 300 | $8.10 | $2,430.00 |  |  |  |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 6/22/2021 | 98 | ($5.06) | ($495.88) | 6/23/2021 | 300 | $8.15 | $2,445.00 |
| 6/22/2021 | 2 | ($5.05) | ($10.10) | 6/23/2021 | 1,700 | $8.04 | $13,668.00 |
| 6/22/2021 | 800 | ($5.29) | ($4,232.00) | 6/23/2021 | 200 | $8.17 | $1,634.00 |
| 6/22/2021 | 200 | ($5.24) | ($1,048.00) | 6/23/2021 | 100 | $8.26 | $826.00 |
| 6/22/2021 | 100 | ($5.20) | ($520.00) | 6/23/2021 | 547 | $8.01 | $4,381.47 |
| 6/22/2021 | 1,000 | ($8.99) | ($8,990.00) | 6/23/2021 | 518 | $8.18 | $4,237.24 |
| 6/24/2021 | 100 | ($8.45) | ($845.00) | 6/23/2021 | 1,900 | $8.28 | $15,732.00 |
| 6/24/2021 | 100 | ($8.44) | ($844.00) | 6/23/2021 | 100 | $8.24 | $824.00 |
| 6/24/2021 | 148 | ($8.15) | ($1,206.20) | 6/23/2021 | 1,359 | $8.30 | $11,279.70 |
| 6/24/2021 | 100 | ($8.49) | ($849.00) | 6/23/2021 | 1,000 | $8.27 | $8,270.00 |
| 6/24/2021 | 552 | ($8.50) | ($4,692.00) | 6/23/2021 | 600 | $8.35 | $5,010.00 |
| 6/24/2021 | 3,000 | ($7.99) | ($23,965.80) | 6/23/2021 | 100 | $8.63 | $863.00 |
| 6/24/2021 | 297 | ($8.57) | ($2,545.35) | 6/23/2021 | 500 | $8.55 | $4,275.00 |
| 6/24/2021 | 553 | ($8.60) | ($4,755.80) | 6/23/2021 | 100 | $8.58 | $858.00 |
| 6/24/2021 | 100 | ($8.70) | ($870.00) | 6/23/2021 | 76 | $8.72 | $662.72 |
| 6/24/2021 | 100 | ($8.22) | ($822.00) | 6/24/2021 | 2,600 | $8.56 | $22,256.00 |
| 6/24/2021 | 1,550 | ($8.50) | ($13,175.00) | 6/24/2021 | 600 | $8.52 | $5,112.00 |
| 6/24/2021 | 100 | ($8.80) | ($880.00) | 6/24/2021 | 300 | $8.59 | $2,577.00 |
| 6/24/2021 | 1,200 | ($8.25) | ($9,900.00) | 6/24/2021 | 10 | $8.77 | $87.70 |
| 6/24/2021 | 100 | ($8.23) | ($823.00) | 6/24/2021 | 218 | $8.61 | $1,876.98 |
| 6/24/2021 | 1,500 | ($7.48) | ($11,217.00) | 6/24/2021 | 1,000 | $8.55 | $8,550.00 |
| 6/24/2021 | 100 | ($8.25) | ($825.00) | 6/24/2021 | 5,638 | $8.50 | $47,923.00 |
| 6/24/2021 | 500 | ($7.72) | ($3,860.00) | 6/24/2021 | 400 | $8.71 | $3,484.00 |
| 6/24/2021 | 3,134 | ($7.79) | ($24,421.70) | 6/24/2021 | 234 | $8.76 | $2,049.84 |
| 6/24/2021 | 715 | ($7.70) | ($5,505.50) | 6/25/2021 | 5,000 | $13.56 | $67,775.00 |
| 6/24/2021 | 172 | ($7.77) | ($1,336.44) | 6/25/2021 | 1,270 | $13.04 | $16,560.80 |
| 6/24/2021 | 379 | ($7.75) | ($2,937.25) | 6/25/2021 | 285 | $12.90 | $3,676.50 |
| 6/24/2021 | 500 | ($7.09) | ($3,545.00) | 6/25/2021 | 200 | $13.06 | $2,612.00 |
| 6/24/2021 | 1,000 | ($6.96) | ($6,960.80) | 6/25/2021 | 1,000 | $13.05 | $13,050.00 |
| 6/25/2021 | 4,968 | ($14.89) | ($73,973.02) | 6/25/2021 | 185 | $13.07 | $2,417.95 |
| 6/25/2021 | 32 | ($14.75) | ($472.00) | 6/25/2021 | 60 | $13.60 | $816.00 |
| 6/25/2021 | 882 | ($14.20) | ($12,524.40) | 6/25/2021 | 2,500 | $11.26 | $28,150.00 |
| 6/25/2021 | 38 | ($14.10) | ($535.80) | 6/25/2021 | 1,500 | $11.21 | $16,815.00 |
| 6/25/2021 | 80 | ($14.00) | ($1,120.00) | 6/25/2021 | 500 | $11.20 | $5,600.00 |
| 6/25/2021 | 1,297 | ($10.50) | ($13,618.50) | 6/25/2021 | 600 | $11.57 | $6,942.00 |
| 6/25/2021 | 882 | ($9.90) | ($8,731.80) | 6/25/2021 | 140 | $11.22 | $1,570.80 |
| 6/25/2021 | 1,065 | ($9.89) | ($10,532.85) | 6/25/2021 | 100 | $11.28 | $1,128.00 |
| 6/25/2021 | 2,000 | ($14.46) | ($28,911.40) | 6/25/2021 | 500 | $11.19 | $5,595.00 |
| 6/25/2021 | 70 | ($9.80) | ($686.00) | 6/25/2021 | 200 | $11.27 | $2,254.00 |
| 6/25/2021 | 1,686 | ($9.70) | ($16,354.20) | 6/25/2021 | 460 | $11.15 | $5,129.00 |
| 6/25/2021 | 4,871 | ($9.00) | ($43,839.00) | 6/25/2021 | 1,500 | $11.16 | $16,740.00 |
| 6/25/2021 | 64 | ($8.89) | ($568.96) | 6/25/2021 | 4,200 | $12.05 | $50,612.10 |
| 6/25/2021 | 65 | ($8.97) | ($583.05) | 6/25/2021 | 800 | $12.24 | $9,791.20 |
| 6/25/2021 | 225 | ($12.15) | ($2,733.75) | 7/7/2021 | 3,000 | $12.19 | $36,570.00 |
| 6/25/2021 | 2,775 | ($12.25) | ($33,993.75) | 7/8/2021 | 100 | $11.50 | $1,150.00 |
| 6/29/2021 | 700 | ($12.85) | ($8,995.00) | 7/9/2021 | 536 | $10.26 | $5,499.36 |
| 6/29/2021 | 200 | ($12.84) | ($2,567.28) | 7/9/2021 | 130 | $10.40 | $1,352.00 |
| 6/29/2021 | 100 | ($12.82) | ($1,282.00) | 7/9/2021 | 100 | $10.44 | $1,044.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 6/30/2021 | 800 | ($12.70) | ($10,160.00) | 7/9/2021 | 100 | $10.45 | $1,045.00 |
| 6/30/2021 | 100 | ($11.99) | ($1,199.00) | 7/9/2021 | 30 | $10.47 | $314.10 |
| 6/30/2021 | 200 | ($12.00) | ($2,400.00) | 7/9/2021 | 30 | $10.48 | $314.40 |
| 6/30/2021 | 200 | ($11.50) | ($2,300.00) | 7/9/2021 | 20 | $10.49 | $209.80 |
| 7/1/2021 | 800 | ($10.02) | ($8,016.00) | 7/9/2021 | 54 | $10.90 | $588.60 |
| 7/1/2021 | 300 | ($10.02) | ($3,006.00) | 7/9/2021 | 371 | $9.70 | $3,598.70 |
| 7/1/2021 | 100 | ($10.17) | ($1,017.32) | 7/9/2021 | 180 | $9.76 | $1,756.80 |
| 7/2/2021 | 500 | ($10.68) | ($5,340.00) | 7/9/2021 | 349 | $9.75 | $3,402.75 |
| 7/2/2021 | 300 | ($10.77) | ($3,231.00) | 7/9/2021 | 100 | $10.01 | $1,001.00 |
| 7/2/2021 | 700 | ($10.76) | ($7,532.00) | 7/9/2021 | 1,000 | $10.00 | $10,000.00 |
| 7/7/2021 | 1,000 | ($12.05) | ($12,050.00) | 7/9/2021 | 41 | $10.30 | $422.30 |
| 7/7/2021 | 4,000 | ($11.65) | ($46,600.00) | 7/9/2021 | 759 | $10.38 | $7,878.42 |
| 7/7/2021 | 900 | ($11.30) | ($10,165.50) | 7/9/2021 | 100 | $10.35 | $1,034.50 |
| 7/7/2021 | 16 | ($11.47) | ($183.52) | 7/9/2021 | 100 | $10.31 | $1,031.00 |
| 7/7/2021 | 1,084 | ($11.59) | ($12,563.56) | 7/9/2021 | 1,000 | $10.22 | $10,220.00 |
| 7/7/2021 | 10 | ($11.29) | ($112.90) | 7/9/2021 | 155 | $11.00 | $1,705.00 |
| 7/7/2021 | 1,000 | ($11.50) | ($11,500.00) | 7/9/2021 | 841 | $11.10 | $9,335.10 |
| 7/8/2021 | 90 | ($10.28) | ($924.75) | 7/9/2021 | 1,000 | $10.20 | $10,198.60 |
| 7/12/2021 | 300 | ($10.00) | ($2,998.50) | 7/9/2021 | 4 | $11.35 | $45.40 |
| 7/12/2021 | 150 | ($9.90) | ($1,485.00) | 7/12/2021 | 200 | $9.95 | $1,990.00 |
| 7/12/2021 | 176 | ($10.20) | ($1,795.20) | 7/12/2021 | 1,000 | $9.70 | $9,701.00 |
| 7/12/2021 | 24 | ($10.00) | ($240.00) | 7/12/2021 | 650 | $9.65 | $6,272.50 |
| 7/12/2021 | 1,000 | ($11.00) | ($11,000.00) | 7/12/2021 | 500 | $9.67 | $4,836.70 |
| 7/13/2021 | 500 | ($7.51) | ($3,752.50) | 7/12/2021 | 100 | $9.71 | $971.00 |
| 7/13/2021 | 100 | ($6.97) | ($697.00) | 7/12/2021 | 40 | $9.69 | $387.60 |
| 7/13/2021 | 135 | ($9.25) | ($1,248.75) | 7/12/2021 | 360 | $9.67 | $3,481.20 |
| 7/13/2021 | 35 | ($9.20) | ($322.00) | 7/13/2021 | 1,000 | $8.60 | $8,602.40 |
| 7/13/2021 | 66 | ($9.00) | ($594.00) | 7/13/2021 | 746 | $8.75 | $6,523.77 |
| 7/13/2021 | 320 | ($8.15) | ($2,608.00) | 7/13/2021 | 254 | $9.26 | $2,352.04 |
| 7/13/2021 | 264 | ($8.62) | ($2,275.28) | 7/15/2021 | 50 | $6.34 | $317.00 |
| 7/13/2021 | 680 | ($8.10) | ($5,508.00) | 7/15/2021 | 900 | $6.56 | $5,904.00 |
| 7/13/2021 | 12 | ($8.66) | ($103.92) | 7/15/2021 | 50 | $6.40 | $320.00 |
| 7/13/2021 | 807 | ($8.53) | ($6,880.48) | 7/15/2021 | 219 | $6.32 | $1,384.36 |
| 7/13/2021 | 100 | ($8.63) | ($863.00) | 7/15/2021 | 200 | $6.27 | $1,254.00 |
| 7/13/2021 | 200 | ($8.67) | ($1,734.00) | 7/15/2021 | 100 | $6.27 | $626.50 |
| 7/13/2021 | 100 | ($8.67) | ($867.00) | 7/15/2021 | 100 | $6.26 | $626.00 |
| 7/13/2021 | 100 | ($8.64) | ($864.00) | 7/15/2021 | 175 | $6.26 | $1,095.50 |
| 7/13/2021 | 500 | ($7.50) | ($3,750.00) | 7/15/2021 | 106 | $6.27 | $664.62 |
| 7/13/2021 | 100 | ($8.93) | ($893.00) | 7/15/2021 | 100 | $6.27 | $626.50 |
| 7/13/2021 | 271 | ($8.69) | ($2,354.99) | 7/15/2021 | 700 | $6.14 | $4,296.95 |
| 7/13/2021 | 10 | ($8.68) | ($86.80) | 7/15/2021 | 800 | $6.25 | $5,000.00 |
| 7/13/2021 | 500 | ($7.60) | ($3,800.00) | 7/15/2021 | 200 | $6.35 | $1,270.00 |
| 7/13/2021 | 300 | ($7.54) | ($2,262.00) | 7/15/2021 | 100 | $6.29 | $629.00 |
| 7/13/2021 | 200 | ($7.55) | ($1,510.00) | 7/15/2021 | 50 | $6.36 | $318.00 |
| 7/13/2021 | 500 | ($7.65) | ($3,825.00) | 7/15/2021 | 350 | $6.31 | $2,208.50 |
| 7/14/2021 | 300 | ($7.75) | ($2,325.00) | 7/15/2021 | 50 | $6.31 | $315.50 |
| 7/14/2021 | 500 | ($6.55) | ($3,275.00) | 7/15/2021 | 350 | $6.32 | $2,212.00 |
| 7/14/2021 | 100 | ($6.60) | ($660.00) | 7/15/2021 | 100 | $6.35 | $635.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 7/20/2021 | 100 | ($8.70) | ($870.00) | 7/15/2021 | 250 | $6.31 | $1,577.50 |
| 7/20/2021 | 305 | ($8.66) | ($2,641.30) | 7/15/2021 | 200 | $6.29 | $1,258.00 |
| 7/20/2021 | 57 | ($8.71) | ($496.47) | 7/15/2021 | 50 | $6.35 | $317.50 |
| 7/20/2021 | 38 | ($8.49) | ($322.62) | 7/15/2021 | 200 | $6.16 | $1,232.00 |
| 7/20/2021 | 400 | ($8.29) | ($3,316.00) | 7/15/2021 | 100 | $6.14 | $614.00 |
| 7/20/2021 | 100 | ($8.30) | ($830.00) | 7/15/2021 | 100 | $6.15 | $615.00 |
| 7/20/2021 | 200 | ($8.27) | ($1,654.00) | 7/15/2021 | 654 | $6.13 | $4,009.02 |
| 7/21/2021 | 100 | ($7.23) | ($723.00) | 7/15/2021 | 32 | $6.24 | $199.64 |
| 7/21/2021 | 100 | ($7.22) | ($722.00) | 7/15/2021 | 50 | $6.23 | $311.50 |
| 7/22/2021 | 1,873 | ($6.56) | ($12,286.88) | 7/15/2021 | 674 | $6.20 | $4,178.80 |
| 7/22/2021 | 127 | ($6.55) | ($831.85) | 7/15/2021 | 176 | $6.21 | $1,092.96 |
| 7/23/2021 | 100 | ($6.23) | ($623.00) | 7/15/2021 | 14 | $6.05 | $84.70 |
| 7/23/2021 | 300 | ($6.26) | ($1,878.00) | 7/20/2021 | 700 | $7.37 | $5,159.00 |
| 7/23/2021 | 300 | ($6.50) | ($1,948.80) | 7/22/2021 | 2,000 | $7.76 | $15,520.00 |
| 7/23/2021 | 200 | ($6.50) | ($1,300.00) | 7/28/2021 | 50 | $5.67 | $283.50 |
| 7/23/2021 | 100 | ($6.54) | ($654.00) | 7/28/2021 | 350 | $5.68 | $1,988.00 |
| 7/23/2021 | 100 | ($6.20) | ($620.00) | 7/28/2021 | 300 | $5.65 | $1,695.00 |
| 7/23/2021 | 50 | ($6.20) | ($310.00) | 7/28/2021 | 300 | $5.65 | $1,695.06 |
| 7/23/2021 | 50 | ($6.20) | ($310.00) | 7/29/2021 | 1,095 | $5.59 | $6,125.54 |
| 7/23/2021 | 50 | ($6.25) | ($312.50) | 7/29/2021 | 5 | $5.60 | $28.00 |
| 7/23/2021 | 50 | ($6.32) | ($316.00) | 7/29/2021 | 900 | $5.71 | $5,141.70 |
| 7/23/2021 | 20 | ($6.32) | ($126.40) | 8/4/2021 | 1,200 | $5.00 | $6,000.00 |
| 7/23/2021 | 16 | ($6.31) | ($100.96) | 8/9/2021 | 100 | $5.31 | $530.50 |
| 7/23/2021 | 64 | ($6.26) | ($400.64) | 8/17/2021 | 372 | $6.00 | $2,232.00 |
| 7/23/2021 | 76 | ($6.33) | ($481.08) | 8/18/2021 | 300 | $7.11 | $2,133.00 |
| 7/23/2021 | 24 | ($6.23) | ($149.52) | 8/18/2021 | 1,700 | $6.75 | $11,475.00 |
| 7/26/2021 | 500 | ($5.68) | ($2,840.00) | 8/18/2021 | 1,000 | $6.76 | $6,760.00 |
| 7/26/2021 | 500 | ($5.85) | ($2,925.00) | 8/18/2021 | 100 | $6.81 | $681.00 |
| 7/26/2021 | 500 | ($6.00) | ($3,000.00) | 8/18/2021 | 37 | $5.37 | $198.69 |
| 7/27/2021 | 500 | ($5.85) | ($2,925.00) | 8/18/2021 | 963 | $5.25 | $5,055.75 |
| 7/27/2021 | 300 | ($5.85) | ($1,755.00) | 8/18/2021 | 300 | $7.10 | $2,130.00 |
| 7/27/2021 | 200 | ($5.82) | ($1,164.00) | 8/18/2021 | 200 | $5.31 | $1,062.00 |
| 7/27/2021 | 500 | ($5.90) | ($2,950.00) | 8/18/2021 | 200 | $5.36 | $1,072.00 |
| 7/27/2021 | 500 | ($5.61) | ($2,805.00) | 8/18/2021 | 200 | $5.32 | $1,064.00 |
| 8/3/2021 | 100 | ($5.59) | ($559.00) | 8/18/2021 | 696 | $5.30 | $3,688.80 |
| 8/3/2021 | 100 | ($5.58) | ($558.00) | 8/18/2021 | 1,000 | $5.65 | $5,650.00 |
| 8/4/2021 | 100 | ($5.14) | ($514.00) | 8/18/2021 | 1,000 | $6.87 | $6,870.00 |
| 8/4/2021 | 100 | ($5.15) | ($515.00) | 8/18/2021 | 704 | $5.65 | $3,977.60 |
| 8/4/2021 | 300 | ($5.07) | ($1,521.00) | 8/18/2021 | 1,000 | $5.78 | $5,778.40 |
| 8/4/2021 | 500 | ($5.10) | ($2,550.00) | 8/18/2021 | 1,000 | $5.78 | $5,778.40 |
| 8/6/2021 | 100 | ($5.44) | ($544.00) | 8/18/2021 | 300 | $6.70 | $2,010.00 |
| 8/6/2021 | 105 | ($5.99) | ($628.94) | 8/18/2021 | 500 | $6.85 | $3,425.00 |
| 8/6/2021 | 1,000 | ($4.58) | ($4,580.00) | 8/18/2021 | 100 | $6.68 | $668.00 |
| 8/6/2021 | 895 | ($4.85) | ($4,340.75) | 8/18/2021 | 100 | $6.68 | $668.00 |
| 8/11/2021 | 883 | ($4.95) | ($4,370.85) | 8/18/2021 | 100 | $6.50 | $650.00 |
| 8/11/2021 | 117 | ($4.69) | ($548.15) | 8/18/2021 | 1,328 | $5.65 | $7,503.20 |
| 8/16/2021 | 477 | ($3.59) | ($1,712.43) | 8/18/2021 | 1,000 | $5.35 | $5,353.60 |
| 8/16/2021 | 463 | ($3.49) | ($1,615.87) | 8/19/2021 | 50 | $6.05 | $302.50 |

| 8/16/2021 | 60 | ($3.48) | ($208.80) | 8/19/2021 | 36 | $6.12 | $220.32 |
| 8/17/2021 | 1,800 | ($3.40) | ($6,116.22) | 8/19/2021 | 164 | $6.01 | $985.64 |
| 8/17/2021 | 200 | ($3.34) | ($667.40) | 8/19/2021 | 200 | $6.02 | $1,204.00 |
| 8/17/2021 | 20 | ($4.98) | ($99.60) | 8/19/2021 | 50 | $6.06 | $303.00 |
| 8/17/2021 | 100 | ($4.96) | ($496.00) | 8/19/2021 | 877 | $5.75 | $5,042.75 |
| 8/17/2021 | 500 | ($5.50) | ($2,750.00) | 8/19/2021 | 1,000 | $5.70 | $5,700.00 |
| 8/17/2021 | 880 | ($4.63) | ($4,074.40) | 8/19/2021 | 1,000 | $5.70 | $5,700.00 |
| 8/17/2021 | 1,000 | ($3.19) | ($3,186.50) | 8/19/2021 | 500 | $6.06 | $3,031.55 |
| 8/17/2021 | 435 | ($3.16) | ($1,372.43) | 8/19/2021 | 1,500 | $5.82 | $8,730.45 |
| 8/17/2021 | 465 | ($3.19) | ($1,483.35) | 8/19/2021 | 900 | $5.95 | $5,355.00 |
| 8/17/2021 | 100 | ($3.18) | ($318.00) | 8/19/2021 | 100 | $6.05 | $605.00 |
| 8/17/2021 | 100 | ($5.79) | ($579.00) | 8/19/2021 | 500 | $6.00 | $3,000.00 |
| 8/17/2021 | 100 | ($5.75) | ($575.00) | 8/19/2021 | 795 | $5.95 | $4,730.25 |
| 8/18/2021 | 100 | ($5.86) | ($586.00) | 8/19/2021 | 100 | $6.02 | $602.00 |
| 8/18/2021 | 100 | ($5.83) | ($583.00) | 8/19/2021 | 105 | $6.01 | $631.05 |
| 8/18/2021 | 100 | ($5.85) | ($585.00) | 8/19/2021 | 95 | $6.01 | $570.95 |
| 8/18/2021 | 200 | ($5.84) | ($1,168.00) | 8/19/2021 | 405 | $6.07 | $2,458.35 |
| 8/18/2021 | 290 | ($5.85) | ($1,696.50) | 8/19/2021 | 100 | $6.04 | $604.00 |
| 8/18/2021 | 100 | ($5.85) | ($585.00) | 9/28/2021 | 200 | $4.56 | $912.00 |
| 8/18/2021 | 100 | ($5.85) | ($585.00) | 12/1/2021 | 41 | $1.13 | $46.33 |
| 8/18/2021 | 10 | ($5.85) | ($58.50) | 12/1/2021 | 200 | $1.15 | $230.00 |
| 8/18/2021 | 700 | ($5.80) | ($4,060.00) | 12/1/2021 | 100 | $1.17 | $116.50 |
| 8/18/2021 | 7 | ($5.81) | ($40.67) | 12/1/2021 | 300 | $1.17 | $351.00 |
| 8/18/2021 | 736 | ($5.80) | ($4,268.80) | 12/1/2021 | 359 | $1.16 | $416.44 |
| 8/18/2021 | 93 | ($5.85) | ($544.05) | 12/22/2021 | 7,100 | $0.74 | $5,254.00 |
| 8/18/2021 | 100 | ($5.80) | ($580.00) | 12/22/2021 | 40 | $0.76 | $30.40 |
| 8/18/2021 | 100 | ($5.77) | ($577.00) | 12/22/2021 | 2,612 | $0.76 | $1,985.12 |
| 8/18/2021 | 100 | ($5.80) | ($580.00) | 12/22/2021 | 100 | $0.78 | $78.00 |
| 8/18/2021 | 100 | ($5.80) | ($580.00) | 12/22/2021 | 100 | $0.79 | $79.00 |
| 8/18/2021 | 2,064 | ($5.95) | ($12,280.80) | 12/22/2021 | 4,898 | $0.65 | $3,183.70 |
| 8/18/2021 | 1,000 | ($5.99) | ($5,990.00) | 12/22/2021 | 100 | $0.68 | $68.01 |
| 8/18/2021 | 1,400 | ($5.80) | ($8,113.00) | 12/22/2021 | 50 | $0.68 | $34.00 |
| 8/18/2021 | 100 | ($6.08) | ($608.00) | 12/22/2021 | 100 | $0.68 | $68.02 |
| 8/18/2021 | 300 | ($6.06) | ($1,818.00) | 12/22/2021 | 200 | $0.70 | $140.14 |
| 8/18/2021 | 100 | ($6.09) | ($609.00) | 12/22/2021 | 50 | $0.70 | $35.00 |
| 8/18/2021 | 100 | ($6.04) | ($604.00) | 12/22/2021 | 9,750 | $0.69 | $6,727.50 |
| 8/18/2021 | 80 | ($5.81) | ($464.80) | | | | |
| 8/18/2021 | 20 | ($5.84) | ($116.80) | | | | |
| 8/19/2021 | 2 | ($5.43) | ($10.86) | | | | |
| 8/19/2021 | 281 | ($5.44) | ($1,528.64) | | | | |
| 8/19/2021 | 100 | ($5.42) | ($542.00) | | | | |
| 8/19/2021 | 100 | ($5.40) | ($539.50) | | | | |
| 8/19/2021 | 100 | ($5.43) | ($543.00) | | | | |
| 8/19/2021 | 217 | ($5.40) | ($1,171.80) | | | | |
| 8/19/2021 | 100 | ($5.28) | ($528.00) | | | | |
| 8/19/2021 | 100 | ($5.30) | ($530.00) | | | | |
| 8/19/2021 | 400 | ($5.90) | ($2,360.00) | | | | |
| 8/19/2021 | 300 | ($5.88) | ($1,764.00) | | | | |

| Date | Quantity | Price | Total |
|---|---|---|---|
| 8/19/2021 | 200 | ($5.87) | ($1,174.00) |
| 8/19/2021 | 1,100 | ($5.89) | ($6,479.00) |
| 8/19/2021 | 2,000 | ($5.88) | ($11,767.60) |
| 8/20/2021 | 90 | ($5.80) | ($522.00) |
| 8/20/2021 | 300 | ($5.81) | ($1,743.00) |
| 8/20/2021 | 200 | ($5.82) | ($1,164.00) |
| 8/20/2021 | 900 | ($5.56) | ($4,999.50) |
| 8/20/2021 | 100 | ($5.72) | ($572.00) |
| 8/20/2021 | 100 | ($5.47) | ($547.00) |
| 8/20/2021 | 70 | ($5.29) | ($370.30) |
| 8/20/2021 | 5 | ($5.28) | ($26.40) |
| 8/20/2021 | 5 | ($5.29) | ($26.45) |
| 8/20/2021 | 5 | ($5.29) | ($26.45) |
| 8/20/2021 | 5 | ($5.29) | ($26.43) |
| 8/20/2021 | 5 | ($5.72) | ($28.60) |
| 8/20/2021 | 5 | ($5.48) | ($27.38) |
| 8/20/2021 | 134 | ($6.17) | ($826.78) |
| 8/20/2021 | 100 | ($6.17) | ($617.00) |
| 8/20/2021 | 50 | ($6.15) | ($307.50) |
| 8/20/2021 | 603 | ($6.10) | ($3,678.30) |
| 8/23/2021 | 200 | ($5.75) | ($1,150.00) |
| 8/23/2021 | 600 | ($5.41) | ($3,246.00) |
| 8/23/2021 | 200 | ($5.32) | ($1,063.00) |
| 8/23/2021 | 200 | ($5.41) | ($1,082.00) |
| 8/23/2021 | 100 | ($5.40) | ($540.00) |
| 8/23/2021 | 200 | ($5.41) | ($1,082.00) |
| 8/23/2021 | 200 | ($5.32) | ($1,063.00) |
| 8/23/2021 | 500 | ($5.32) | ($2,657.50) |
| 8/24/2021 | 150 | ($5.50) | ($825.00) |
| 8/24/2021 | 200 | ($5.46) | ($1,092.00) |
| 8/24/2021 | 200 | ($5.45) | ($1,090.00) |
| 8/24/2021 | 450 | ($5.39) | ($2,425.50) |
| 8/27/2021 | 50 | ($5.05) | ($252.50) |
| 8/27/2021 | 79 | ($5.00) | ($395.00) |
| 8/27/2021 | 1 | ($4.99) | ($4.99) |
| 8/27/2021 | 10 | ($4.99) | ($49.90) |
| 8/27/2021 | 10 | ($5.00) | ($50.00) |
| 8/27/2021 | 50 | ($5.00) | ($250.00) |
| 8/27/2021 | 89 | ($5.00) | ($445.00) |
| 8/27/2021 | 1 | ($4.99) | ($4.99) |
| 8/27/2021 | 50 | ($4.99) | ($249.50) |
| 8/27/2021 | 50 | ($4.99) | ($249.50) |
| 8/27/2021 | 10 | ($5.08) | ($50.80) |
| 8/27/2021 | 10 | ($5.07) | ($50.70) |
| 8/27/2021 | 10 | ($4.77) | ($47.65) |
| 8/27/2021 | 10 | ($5.03) | ($50.30) |
| 8/27/2021 | 10 | ($4.77) | ($47.65) |
| 8/27/2021 | 10 | ($4.64) | ($46.39) |

| | | | |
|---|---|---|---|
| 8/27/2021 | 37 | ($4.81) | ($177.82) |
| 8/27/2021 | 10 | ($5.03) | ($50.30) |
| 8/27/2021 | 10 | ($4.77) | ($47.65) |
| 8/27/2021 | 9 | ($4.77) | ($42.89) |
| 8/27/2021 | 10 | ($5.08) | ($50.80) |
| 8/27/2021 | 10 | ($5.03) | ($50.30) |
| 8/27/2021 | 10 | ($4.88) | ($48.79) |
| 8/27/2021 | 10 | ($5.03) | ($50.30) |
| 8/27/2021 | 1 | ($5.00) | ($5.00) |
| 8/27/2021 | 10 | ($4.91) | ($49.09) |
| 8/27/2021 | 328 | ($5.01) | ($1,643.28) |
| 8/27/2021 | 5 | ($4.95) | ($24.75) |
| 8/27/2021 | 30 | ($4.75) | ($142.35) |
| 8/27/2021 | 10 | ($4.87) | ($48.70) |
| 8/27/2021 | 60 | ($4.88) | ($292.80) |
| 8/30/2021 | 60 | ($4.80) | ($288.00) |
| 8/30/2021 | 10 | ($4.81) | ($48.10) |
| 8/30/2021 | 10 | ($4.83) | ($48.30) |
| 8/30/2021 | 10 | ($4.60) | ($45.99) |
| 8/30/2021 | 10 | ($4.71) | ($47.06) |
| 8/30/2021 | 40 | ($4.81) | ($192.40) |
| 8/30/2021 | 50 | ($4.67) | ($233.25) |
| 8/30/2021 | 10 | ($4.82) | ($48.20) |
| 8/30/2021 | 585 | ($5.04) | ($2,948.40) |
| 8/30/2021 | 300 | ($5.33) | ($1,599.00) |
| 8/30/2021 | 100 | ($4.99) | ($499.00) |
| 8/30/2021 | 100 | ($4.99) | ($499.00) |
| 8/30/2021 | 15 | ($5.00) | ($75.00) |
| 8/30/2021 | 944 | ($4.99) | ($4,706.78) |
| 8/30/2021 | 56 | ($5.00) | ($280.00) |
| 8/31/2021 | 100 | ($5.22) | ($521.50) |
| 9/13/2021 | 1 | ($4.77) | ($4.77) |
| 9/13/2021 | 3 | ($4.83) | ($14.50) |
| 9/13/2021 | 10 | ($4.94) | ($49.37) |
| 9/13/2021 | 15 | ($4.89) | ($73.35) |
| 9/13/2021 | 60 | ($4.77) | ($286.20) |
| 9/13/2021 | 16 | ($4.77) | ($76.32) |
| 9/13/2021 | 10 | ($4.77) | ($47.70) |
| 9/14/2021 | 25 | ($4.65) | ($116.25) |
| 9/14/2021 | 45 | ($4.50) | ($202.50) |
| 9/14/2021 | 10 | ($4.50) | ($45.00) |
| 9/14/2021 | 20 | ($4.70) | ($94.00) |
| 9/14/2021 | 10 | ($4.23) | ($42.29) |
| 9/15/2021 | 3 | ($4.54) | ($13.62) |
| 9/15/2021 | 100 | ($4.37) | ($437.00) |
| 9/16/2021 | 170 | ($4.65) | ($790.50) |
| 9/16/2021 | 2 | ($4.69) | ($9.38) |
| 9/16/2021 | 100 | ($4.60) | ($459.50) |

| | | | | | | | | | | | |
|---|---|---:|---:|---:|---|---:|---:|---:|---|---:|---:|
| | 9/28/2021 | 100 | ($4.12) | ($411.50) | | | | | | | |
| | 9/29/2021 | 900 | ($4.23) | ($3,807.00) | | | | | | | |
| | 9/29/2021 | 100 | ($4.13) | ($412.50) | | | | | | | |
| | 9/29/2021 | 952 | ($4.23) | ($4,026.96) | | | | | | | |
| | 9/29/2021 | 48 | ($4.09) | ($196.32) | | | | | | | |
| | 9/29/2021 | 100 | ($4.49) | ($449.00) | | | | | | | |
| | 10/14/2021 | 731 | ($3.23) | ($2,362.59) | | | | | | | |
| | 10/14/2021 | 269 | ($3.18) | ($855.96) | | | | | | | |
| | 10/22/2021 | 500 | ($2.56) | ($1,277.50) | | | | | | | |
| | 10/22/2021 | 100 | ($2.56) | ($255.50) | | | | | | | |
| | 10/22/2021 | 100 | ($2.56) | ($255.50) | | | | | | | |
| | 10/22/2021 | 100 | ($2.56) | ($255.50) | | | | | | | |
| | 10/22/2021 | 100 | ($2.56) | ($255.50) | | | | | | | |
| | 10/22/2021 | 100 | ($2.58) | ($258.00) | | | | | | | |
| | 11/4/2021 | 100 | ($2.18) | ($218.43) | | | | | | | |
| | | 135,627 | | ($962,844.93) | | 135,627 | | $928,630.86 | 0 | $0.00 | ($34,214.07) |
| Takian, Alexander C. | 6/16/2021 | 1000 | ($7.00) | ($7,000.00) | 6/24/2021 | 4000 | $12.33 | $49,320.00 | | | |
| Account 2 | 6/16/2021 | 975 | ($7.39) | ($7,205.25) | 6/24/2021 | 2100 | $13.43 | $28,209.30 | | | |
| ALF | 6/16/2021 | 2025 | ($7.38) | ($14,944.50) | 6/24/2021 | 500 | $13.42 | $6,708.00 | | | |
| | 6/17/2021 | 400 | ($6.34) | ($2,537.04) | 6/24/2021 | 2300 | $13.42 | $30,875.20 | | | |
| | 6/21/2021 | 1600 | ($7.59) | ($12,141.44) | 6/24/2021 | 100 | $13.43 | $1,343.00 | | | |
| | 6/23/2021 | 97 | ($11.83) | ($1,147.51) | 6/25/2021 | 1870 | $17.30 | $32,351.00 | | | |
| | 6/23/2021 | 100 | ($11.83) | ($1,182.50) | 6/25/2021 | 130 | $17.28 | $2,246.40 | | | |
| | 6/23/2021 | 400 | ($11.82) | ($4,728.00) | 9/17/2021 | 250 | $7.83 | $1,957.85 | | | |
| | 6/23/2021 | 402 | ($11.83) | ($4,754.45) | | | | | | | |
| | 6/23/2021 | 1 | ($11.84) | ($11.84) | | | | | | | |
| | 6/23/2021 | 2000 | ($13.30) | ($26,599.80) | | | | | | | |
| | 6/25/2021 | 1900 | ($13.30) | ($25,269.81) | | | | | | | |
| | 6/25/2021 | 100 | ($13.30) | ($1,330.00) | | | | | | | |
| | 7/9/2021 | 250 | ($14.45) | ($3,612.50) | | | | | | | |
| | | 11,250 | | ($112,464.64) | | 11,250 | | $153,010.75 | 0 | $0.00 | $40,546.11 |
| ALFIW | 6/21/2021 | 1000 | ($3.48) | ($3,480.00) | 6/23/2021 | 1000 | $8.31 | $8,305.40 | | | |
| | 6/24/2021 | 47 | ($8.70) | ($408.90) | 6/25/2021 | 500 | $11.01 | $5,505.00 | | | |
| | 6/24/2021 | 4415 | ($8.40) | ($37,086.00) | 6/28/2021 | 1500 | $15.20 | $22,800.00 | | | |
| | 6/24/2021 | 553 | ($8.60) | ($4,755.80) | 6/29/2021 | 614 | $11.70 | $7,183.80 | | | |
| | 6/24/2021 | 585 | ($8.30) | ($4,855.50) | 6/29/2021 | 970 | $11.75 | $11,397.50 | | | |
| | 6/24/2021 | 200 | ($7.00) | ($1,400.00) | 6/29/2021 | 200 | $11.85 | $2,370.00 | | | |
| | 6/24/2021 | 200 | ($6.99) | ($1,398.00) | 6/29/2021 | 216 | $11.90 | $2,570.40 | | | |
| | 6/30/2021 | 1000 | ($10.56) | ($10,555.00) | 12/22/2021 | 1528 | $0.74 | $1,130.72 | | | |
| | 7/1/2021 | 1000 | ($11.00) | ($11,000.00) | 12/22/2021 | 472 | $0.75 | $354.14 | | | |
| | 7/1/2021 | 1000 | ($11.00) | ($11,000.00) | | | | | | | |
| | 8/30/2021 | 400 | ($4.65) | ($1,860.00) | | | | | | | |
| | 8/30/2021 | 100 | ($4.64) | ($464.00) | | | | | | | |
| | 8/30/2021 | 900 | ($4.51) | ($4,056.30) | | | | | | | |
| | 8/30/2021 | 100 | ($4.62) | ($462.00) | | | | | | | |
| | 8/30/2021 | 100 | ($4.99) | ($499.00) | | | | | | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 8/30/2021 | 100 | ($4.94) | ($493.65) | | | | | | |
| | 9/13/2021 | 20 | ($4.90) | ($98.00) | | | | | | |
| | 9/21/2021 | 10 | ($4.40) | ($44.00) | | | | | | |
| | 9/21/2021 | 60 | ($4.12) | ($247.35) | | | | | | |
| | 9/21/2021 | 400 | ($4.11) | ($1,642.32) | | | | | | |
| | 9/21/2021 | 10 | ($5.24) | ($52.40) | | | | | | |
| | | 12,200 | | ($95,858.22) | | 7,000 | | $61,616.96 | 5,200 | $11,700.00 | ($22,541.26) |
| | | | | | | | | | | |
| Takian, Alexander C. | 6/16/2021 | 439 | ($7.27) | ($3,191.31) | 6/22/2021 | 1495 | $13.16 | $19,674.20 | | |
| Account 3 | 6/16/2021 | 1887 | ($7.27) | ($13,718.49) | 6/22/2021 | 5 | $13.18 | $65.88 | | |
| ALF | 6/16/2021 | 174 | ($7.26) | ($1,263.24) | 6/24/2021 | 4000 | $13.31 | $53,240.00 | | |
| | 6/17/2021 | 2500 | ($6.47) | ($16,162.50) | 6/25/2021 | 1790 | $18.41 | $32,953.90 | | |
| | 6/21/2021 | 500 | ($7.45) | ($3,725.00) | 6/25/2021 | 10 | $18.44 | $184.40 | | |
| | 6/25/2021 | 3000 | ($12.72) | ($38,160.00) | 6/25/2021 | 200 | $18.44 | $3,688.16 | | |
| | 6/30/2021 | 600 | ($15.36) | ($9,213.00) | 6/25/2021 | 1000 | $18.48 | $18,478.00 | | |
| | 6/30/2021 | 1000 | ($15.23) | ($15,228.20) | 7/7/2021 | 1250 | $15.01 | $18,762.50 | | |
| | 7/8/2021 | 100 | ($14.00) | ($1,399.50) | 7/7/2021 | 100 | $15.04 | $1,504.00 | | |
| | 7/8/2021 | 2000 | ($14.01) | ($28,020.00) | 7/7/2021 | 250 | $15.03 | $3,757.50 | | |
| | 7/8/2021 | 200 | ($14.39) | ($2,877.86) | 7/15/2021 | 2300 | $10.41 | $23,938.40 | | |
| | 7/8/2021 | 300 | ($14.45) | ($4,335.00) | 7/15/2021 | 1130 | $10.39 | $11,742.96 | | |
| | 7/8/2021 | 1000 | ($14.44) | ($14,440.00) | 7/15/2021 | 200 | $10.38 | $2,076.40 | | |
| | 7/12/2021 | 30 | ($13.80) | ($414.00) | | | | | | |
| | 8/30/2021 | 1 | ($8.25) | ($8.25) | | | | | | |
| | | 13,731 | | ($152,156.35) | | 13,730 | | $190,066.30 | 1 | $2.71 | $37,912.65 |
| | | | | | | | | | | |
| ALFIW | 6/17/2021 | 1000 | ($2.23) | ($2,230.70) | 6/24/2021 | 1923 | $8.26 | $15,883.98 | | |
| | 6/21/2021 | 3900 | ($3.60) | ($14,040.00) | 6/24/2021 | 1000 | $8.45 | $8,450.00 | | |
| | 6/21/2021 | 100 | ($3.59) | ($359.00) | 6/24/2021 | 1277 | $8.40 | $10,726.80 | | |
| | 6/21/2021 | 1000 | ($3.55) | ($3,550.00) | 6/24/2021 | 100 | $8.44 | $844.00 | | |
| | 6/23/2021 | 14 | ($9.31) | ($130.34) | 6/25/2021 | 83 | $10.98 | $911.34 | | |
| | 6/23/2021 | 1400 | ($9.68) | ($13,552.00) | 6/25/2021 | 600 | $11.06 | $6,636.00 | | |
| | 6/23/2021 | 19 | ($9.20) | ($174.80) | 6/25/2021 | 717 | $10.97 | $7,865.49 | | |
| | 6/23/2021 | 567 | ($9.40) | ($5,329.80) | 6/25/2021 | 300 | $11.11 | $3,333.00 | | |
| | 6/23/2021 | 500 | ($8.53) | ($4,265.00) | 6/25/2021 | 200 | $11.13 | $2,226.00 | | |
| | 6/23/2021 | 500 | ($8.50) | ($4,250.00) | 6/25/2021 | 1600 | $11.26 | $18,016.00 | | |
| | 6/23/2021 | 4000 | ($8.60) | ($34,400.00) | 6/25/2021 | 900 | $11.22 | $10,098.00 | | |
| | 6/24/2021 | 100 | ($8.84) | ($884.00) | 6/25/2021 | 600 | $11.27 | $6,762.00 | | |
| | 6/24/2021 | 200 | ($8.85) | ($1,770.00) | 7/15/2021 | 500 | $6.22 | $3,110.00 | | |
| | 6/24/2021 | 200 | ($6.99) | ($1,398.00) | 7/20/2021 | 200 | $7.57 | $1,514.00 | | |
| | 6/24/2021 | 500 | ($7.04) | ($3,520.00) | 7/20/2021 | 1476 | $7.53 | $11,112.51 | | |
| | 6/24/2021 | 93 | ($7.00) | ($651.00) | 7/20/2021 | 200 | $7.55 | $1,510.80 | | |
| | 6/24/2021 | 207 | ($7.14) | ($1,477.98) | 7/20/2021 | 200 | $7.55 | $1,510.00 | | |
| | 6/25/2021 | 436 | ($10.25) | ($4,469.00) | 7/20/2021 | 424 | $7.54 | $3,196.96 | | |
| | 6/25/2021 | 200 | ($10.20) | ($2,040.00) | 7/20/2021 | 3000 | $7.54 | $22,620.00 | | |
| | 6/25/2021 | 100 | ($10.22) | ($1,022.00) | 11/16/2021 | 252 | $2.02 | $509.04 | | |
| | 6/25/2021 | 100 | ($10.24) | ($1,024.00) | 11/16/2021 | 148 | $1.71 | $253.08 | | |
| | 6/25/2021 | 27 | ($10.06) | ($271.62) | 11/16/2021 | 200 | $1.93 | $386.00 | | |
| | 6/25/2021 | 200 | ($10.16) | ($2,032.00) | 11/16/2021 | 300 | $1.85 | $555.00 | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 6/25/2021 | 37 | ($10.00) | ($370.00) | 11/16/2021 | 1400 | $2.20 | $3,080.00 |
| 6/25/2021 | 2500 | ($9.99) | ($24,975.00) | | | | |
| 6/25/2021 | 90 | ($9.97) | ($897.30) | | | | |
| 6/25/2021 | 80 | ($9.98) | ($798.40) | | | | |
| 6/25/2021 | 200 | ($9.93) | ($1,986.00) | | | | |
| 6/25/2021 | 1030 | ($9.92) | ($10,217.60) | | | | |
| 6/30/2021 | 224 | ($11.00) | ($2,464.00) | | | | |
| 6/30/2021 | 91 | ($10.96) | ($997.41) | | | | |
| 6/30/2021 | 30 | ($10.94) | ($328.20) | | | | |
| 7/7/2021 | 947 | ($11.45) | ($10,843.15) | | | | |
| 7/7/2021 | 48 | ($11.30) | ($542.40) | | | | |
| 7/7/2021 | 500 | ($11.15) | ($5,575.00) | | | | |
| 7/7/2021 | 100 | ($11.14) | ($1,113.50) | | | | |
| 7/7/2021 | 60 | ($11.14) | ($668.10) | | | | |
| 7/8/2021 | 100 | ($10.23) | ($1,022.62) | | | | |
| 7/8/2021 | 1000 | ($11.25) | ($11,249.90) | | | | |
| 7/12/2021 | 80 | ($11.00) | ($880.00) | | | | |
| 7/12/2021 | 820 | ($10.50) | ($8,610.00) | | | | |
| 8/6/2021 | 200 | ($5.69) | ($1,138.00) | | | | |
| 8/6/2021 | 100 | ($5.68) | ($568.00) | | | | |
| 8/6/2021 | 100 | ($5.70) | ($570.00) | | | | |
| 8/6/2021 | 200 | ($5.46) | ($1,092.00) | | | | |
| 8/6/2021 | 200 | ($5.50) | ($1,100.00) | | | | |
| 8/6/2021 | 200 | ($5.44) | ($1,088.00) | | | | |
| 8/6/2021 | 1000 | ($5.43) | ($5,430.00) | | | | |
| 8/6/2021 | 700 | ($5.43) | ($3,801.00) | | | | |
| 8/6/2021 | 200 | ($5.42) | ($1,084.00) | | | | |
| 8/6/2021 | 300 | ($5.36) | ($1,608.30) | | | | |
| 8/6/2021 | 700 | ($5.43) | ($3,801.00) | | | | |
| 8/6/2021 | 100 | ($5.42) | ($542.00) | | | | |
| 8/6/2021 | 1000 | ($5.42) | ($5,420.00) | | | | |
| 8/6/2021 | 900 | ($5.43) | ($4,887.00) | | | | |
| 8/6/2021 | 100 | ($5.38) | ($538.00) | | | | |
| 8/6/2021 | 300 | ($5.12) | ($1,536.60) | | | | |
| 8/6/2021 | 69 | ($5.30) | ($365.56) | | | | |
| 8/6/2021 | 100 | ($5.41) | ($541.00) | | | | |
| 8/6/2021 | 269 | ($5.42) | ($1,457.98) | | | | |
| 8/6/2021 | 31 | ($5.42) | ($168.02) | | | | |
| 8/6/2021 | 100 | ($5.42) | ($542.00) | | | | |
| 8/6/2021 | 31 | ($5.40) | ($167.40) | | | | |
| 8/6/2021 | 100 | ($5.39) | ($539.00) | | | | |
| 8/27/2021 | 186 | ($4.84) | ($900.24) | | | | |
| 8/27/2021 | 314 | ($5.00) | ($1,570.00) | | | | |
| 8/30/2021 | 92 | ($4.67) | ($429.18) | | | | |
| 8/30/2021 | 8 | ($4.80) | ($38.40) | | | | |
| 8/30/2021 | 100 | ($4.80) | ($480.00) | | | | |
| 8/30/2021 | 49 | ($4.50) | ($220.50) | | | | |
| 8/30/2021 | 151 | ($4.78) | ($721.78) | | | | |

| Date | Qty | Price | Amount | | | | | |
|---|---|---|---|---|---|---|---|---|
| 8/30/2021 | 100 | ($4.75) | ($475.00) | | | | | |
| 8/30/2021 | 100 | ($4.75) | ($475.00) | | | | | |
| 8/30/2021 | 90 | ($4.80) | ($432.00) | | | | | |
| 8/30/2021 | 10 | ($4.80) | ($48.00) | | | | | |
| 8/30/2021 | 300 | ($4.99) | ($1,497.00) | | | | | |
| 8/30/2021 | 100 | ($5.00) | ($500.00) | | | | | |
| 8/30/2021 | 2 | ($4.78) | ($9.56) | | | | | |
| 8/30/2021 | 298 | ($4.82) | ($1,436.36) | | | | | |
| 9/3/2021 | 300 | ($4.93) | ($1,477.71) | | | | | |
| 9/3/2021 | 100 | ($4.85) | ($485.00) | | | | | |
| 9/3/2021 | 90 | ($4.85) | ($436.50) | | | | | |
| 9/3/2021 | 128 | ($4.85) | ($620.80) | | | | | |
| 9/3/2021 | 100 | ($4.63) | ($463.00) | | | | | |
| 9/3/2021 | 100 | ($4.60) | ($459.50) | | | | | |
| 9/3/2021 | 182 | ($4.64) | ($844.48) | | | | | |
| 9/3/2021 | 100 | ($4.60) | ($459.50) | | | | | |
| 9/9/2021 | 750 | ($5.00) | ($3,750.00) | | | | | |
| 9/9/2021 | 92 | ($4.73) | ($435.16) | | | | | |
| 9/9/2021 | 8 | ($4.70) | ($37.60) | | | | | |
| 9/9/2021 | 100 | ($5.00) | ($500.00) | | | | | |
| 9/9/2021 | 10 | ($4.77) | ($47.70) | | | | | |
| 9/9/2021 | 10 | ($5.05) | ($50.50) | | | | | |
| 9/9/2021 | 10 | ($4.85) | ($48.46) | | | | | |
| 9/9/2021 | 10 | ($4.78) | ($47.80) | | | | | |
| 9/9/2021 | 10 | ($4.94) | ($49.42) | | | | | |
| 9/10/2021 | 1000 | ($4.69) | ($4,690.00) | | | | | |
| 9/13/2021 | 3 | ($4.89) | ($14.67) | | | | | |
| 9/13/2021 | 5 | ($4.93) | ($24.65) | | | | | |
| 9/13/2021 | 39 | ($4.89) | ($190.71) | | | | | |
| 9/13/2021 | 11 | ($4.88) | ($53.68) | | | | | |
| 9/13/2021 | 10 | ($4.77) | ($47.70) | | | | | |
| 9/13/2021 | 40 | ($4.88) | ($195.20) | | | | | |
| 9/13/2021 | 50 | ($4.77) | ($238.50) | | | | | |
| 9/13/2021 | 50 | ($4.77) | ($238.50) | | | | | |
| 9/13/2021 | 50 | ($4.90) | ($245.00) | | | | | |
| 10/28/2021 | 100 | ($2.64) | ($263.72) | | | | | |
| 10/28/2021 | 100 | ($2.63) | ($263.24) | | | | | |
| 10/28/2021 | 142 | ($2.59) | ($367.07) | | | | | |
| 10/28/2021 | 100 | ($2.73) | ($273.00) | | | | | |
| 10/28/2021 | 100 | ($2.52) | ($251.60) | | | | | |
| 10/28/2021 | 100 | ($2.58) | ($258.00) | | | | | |
| 10/28/2021 | 100 | ($2.71) | ($271.00) | | | | | |
| 11/3/2021 | 1000 | ($2.08) | ($2,075.00) | | | | | |
| 11/5/2021 | 100 | ($2.17) | ($217.00) | | | | | |
| 11/12/2021 | 100 | ($2.49) | ($249.00) | | | | | |
| 11/12/2021 | 100 | ($2.38) | ($238.00) | | | | | |
| | 37,600 | | ($254,476.07) | | 17,600 | $141,110.00 | 20,000 | $45,000.00 | ($68,366.07) |

| | |
|---|---|
| Takian Total | ($25,730.45) |
| Alfi Investor Group Total | ($255,732.10) |