UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| WILLIAM C. STEPPACHER, JR., Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ALFI, INC., PAUL ANTONIO PEREIRA, DENNIS MCINTOSH, JOHN M. COOK, II, PETER BORDES, JIM LEE, JUSTIN ELKOURI, ALLISON FICKEN, FRANK SMITH, and RICHARD MOWSER,<br><br>Defendants. | Case No. 1:21-cv-24232-KMW-CMM<br><br>**NOTICE OF MOTION OF CHAD AND AILEEN HABER FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF COUNSEL** |
| GARY KLEINSCHMIDT, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ALFI, INC., PAUL PEREIRA, DENNIS MCINTOSH, JOHN M. COOK, II, JIM LEE, JUSTIN ELKOURI, ALLISON FICKEN, FRANK SMITH, RICHARD MOWSER, KINGSWOOD CAPITAL MARKETS, REVERE SECURITIES LLC, and, WESTPARK CAPITAL, INC.,<br><br>Defendants. | Case No. 1:21-cv-24338-JLK |

- 1 -

011065-11/1784306 V1

PLEASE TAKE NOTICE that the undersigned counsel for Chad Haber and Aileen Haber, brother and sister (collectively "Movants"), will and herby do respectfully move before the Honorable Kathleen M. Williams at the United States District Court, Southern District of Florida for an Order: (1) consolidating the Actions; (2) appointing Movants as Lead Plaintiff; (3) approving the Movants' selection of Hagens Berman Sobol Shapiro LLP to serve as Lead Counsel, Buckner + Miles to serve as Liaison Counsel, and DCB Law Group LLC to serve as Additional Counsel; and (4) granting such other and further relief as the Court may deem just and proper.

The undersigned intends to rely upon the annexed Brief and Declaration of David M. Buckner. A proposed Order accompanies this motion.

Local Rule 7.1(a)(3) requires a conference of counsel prior to filing motions.  Pursuant to the PSLRA, however, if any class member desires to be appointed lead plaintiff, the class member must file a motion within a certain period of time. U.S.C. § 78u-4(a)(3).  Thus, Movants are presently unaware of the other entities or persons who plan to move for appointment as lead plaintiff and will not know their identities until after all the movants have filed their respective motions.  Under these circumstances, Movants respectfully request that the conferral requirement of LR 7.1 be waived.

Dated: January 31, 2022                           Respectfully submitted,


                                                  By: s// David M. Buckner
                                                      David M. Buckner (60550)

                                                  BUCKNER + MILES
                                                  2020 Salzedo Street, Suite 302
                                                  Coral Gables, FL 33134
                                                  Telephone: (305) 964-8003
                                                  Facsimile:  (786) 523-0485
                                                  Email: david@bucknermiles.com

- 2 -

011065-11/1784306 V1

*Liaison Counsel for [Proposed] Lead Plaintiff
Chad Haber and Aileen Haber*

Reed R. Kathrein (262161)
Lucas E. Gilmore (*pro hac vice* forthcoming)
Wesley A. Wong (*pro hac vice* forthcoming)
HAGENS BERMAN SOBOL SHAPIRO LLP
533 F Street, Suite 207
San Diego, CA  92101
Telephone: (619) 929-3340
Facsimile:  (619) 929-3337
Email:  reed@hbsslaw.com
Email:  lucasg@hbsslaw.com
Email:  wesleyw@hbsslaw.com

Steve W. Berman (*pro hac vice* forthcoming)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
Email: steve@hbsslaw.com

*Lead Counsel for [Proposed] Lead Plaintiff
Chad Haber and Aileen Haber*

Steven J. Bonafonte (*pro hac vice* forthcoming)
DCB LAW GROUP LLC
62 West Street
PO Box 630
Litchfield, CT 06759
Telephone: (860) 560-6092
Email: bonafonte@dcblawgroup.com

*Additional Counsel for [Proposed] Lead Plaintiff
Chad Haber and Aileen Haber*

- 3 -