UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| WILLIAM C. STEPPACHER, JR., Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ALFI, INC., PAUL ANTONIO PEREIRA, DENNIS MCINTOSH, JOHN M. COOK, II, PETER BORDES, JIM LEE, JUSTIN ELKOURI, ALLISON FICKEN, FRANK SMITH, and RICHARD MOWSER,<br><br>Defendants. | Case No. 1:21-cv-24232-KMW-CMM<br><br>**[PROPOSED] ORDER GRANTING MOTION OF CHAD AND AILEEN HABER FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF COUNSEL** |
| GARY KLEINSCHMIDT, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ALFI, INC., PAUL PEREIRA, DENNIS MCINTOSH, JOHN M. COOK, II, JIM LEE, JUSTIN ELKOURI, ALLISON FICKEN, FRANK SMITH, RICHARD MOWSER, KINGSWOOD CAPITAL MARKETS, REVERE SECURITIES LLC, and, WESTPARK CAPITAL, INC.,<br><br>Defendants. | Case No. 1:21-cv-24338-JLK |

- 1 -

**WHEREAS**, the Court has considered the motion of class members Chad Haber and Aileen Haber, brother and sister ("Movants") for entry of an Order: (1) consolidating the Actions; (2) appointing Movants as Lead Plaintiff on behalf of all persons or entities who purchased or otherwise acquired the securities of Alfi, Inc. ("Alfi" or the "Company") between May 4, 2021, and November 15, 2021, both dates inclusive; (3) approving Movant's selection of the law firm of Buckner + Miles as Liaison Counsel, Hagens Berman Sobol Shapiro LLP ("Hagens Berman") as Lead Counsel, and DCB Law Group LLC to serve as Additional Counsel for the class; and (4) granting such other and further relief as the Court may deem just and proper, and with good cause appearing therefor, **IT IS HEREBY ORDERED THAT**:

1.      Movants are appointed to serve as Lead Plaintiff in the above-captioned action pursuant to Section 21D(a)(3)(B) of the Securities Act of 1934, 15 U.S.C. §78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995.

2.      Lead Plaintiff's selection of Liaison Counsel, Lead Counsel and Additional Counsel is approved. Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), Buckner + Miles is approved as Liaison Counsel, Hagens Berman Sobol Shapiro LLP is approved as Lead Counsel, and DCB Law Group is approved as Additional Counsel for the Class in the action.

3.      Lead Counsel shall have authority to speak for the Plaintiffs in matters regarding pretrial and trial procedure and settlement negotiations, and shall make all work assignments in such manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.

4.      Lead Counsel shall be responsible for coordination of all activities and appearances on behalf of the Plaintiffs and for the dissemination of notices and orders of this

011065-11/1784320 V2

- 3 -

Court. No motion, request for discovery or other pretrial proceedings shall be initiated or filed by Plaintiffs except through Lead Counsel.

5.      Lead Counsel shall also be available and responsible for communications to and from this Court.

6.      Defendants' counsel may rely upon all agreements made with Lead Counsel or other duly-authorized representatives of Plaintiffs, and such agreements shall be binding on Plaintiffs.

**IT IS SO ORDERED.**

Dated: _____

_____
HONORABLE KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

Dated: January 31, 2022

By: s// David M. Buckner
     David M. Buckner (FBN 60550)

BUCKNER + MILES
2020 Salzedo Street, Suite 302
Coral Gables, FL 33134
Telephone: (305) 964-8003
Facsimile:  (786) 523-0485
Email: david@bucknermiles.com

*Liaison Counsel for [Proposed] Lead Plaintiff*
*Chad Haber and Aileen Haber*

Reed R. Kathrein (262161)
Lucas E. Gilmore (*pro hac vice* forthcoming)
Wesley A. Wong (*pro hac vice* forthcoming)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone: (510) 725-3000

011065-11/1784320 V2

Facsimile:  (510) 725-3001
Email: reed@hbsslaw.com
Email: lucasg@hbsslaw.com
Email: wesleyw@hbsslaw.com

Steve W. Berman (*pro hac vice* forthcoming)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
Email: steve@hbsslaw.com

*Lead Counsel for [Proposed] Lead Plaintiff*
*Chad Haber and Aileen Haber*

Steven J. Bonafonte (*pro hac vice* forthcoming)
DCB LAW GROUP LLC
62 West Street
PO Box 630
Litchfield, CT 06759
Telephone: (860) 560-6092
Email: bonafonte@dcblawgroup.com

*Additional Counsel for [Proposed] Lead Plaintiff*
*Chad Haber and Aileen Haber*

- 4 -