UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| WILLIAM C. STEPPACHER, JR., Individually and On Behalf of All Others Similarly Situated, <br><br>  Plaintiff, <br><br> v. <br><br> ALFI, INC., PAUL ANTONIO PEREIRA, DENNIS MCINTOSH, JOHN M. COOK, II, PETER BORDES, JIM LEE, JUSTIN ELKOURI, ALLISON FICKEN, FRANK SMITH, and RICHARD MOWSER, <br><br>  Defendants. | Case No. 1:21-cv-24232-KMW-CMM <br><br> **DECLARATION OF DAVID M. BUCKNER IN SUPPORT OF MOTION OF CHAD AND AILEEN HABER FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF COUNSEL** |
| GARY KLEINSCHMIDT, Individually and On Behalf of All Others Similarly Situated, <br><br>  Plaintiff, <br><br> v. <br><br> ALFI, INC., PAUL PEREIRA, DENNIS MCINTOSH, JOHN M. COOK, II, JIM LEE, JUSTIN ELKOURI, ALLISON FICKEN, FRANK SMITH, RICHARD MOWSER, KINGSWOOD CAPITAL MARKETS, REVERE SECURITIES LLC, and, WESTPARK CAPITAL, INC., <br><br>  Defendants. | Case No. 1:21-cv-24338-JLK |

- 1 -

I, David M. Buckner, declare as follows:

1.      I am a Partner at the law firm Buckner + Miles, liaison counsel for class members Chad Haber and Aileen Haber ("Movants"). I am an attorney licensed to practice law in the State of Florida. I make this declaration in support of Movants' Motion for Consolidation, Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Local, Lead and Additional Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached as exhibits are the true and correct copies of the following:

Exhibit A:      Certifications of Movants.

Exhibit B:      Movants' Loss Charts.

Exhibit C:      Notice published by the plaintiff in the first-filed action on *PR Newswire*, a national, business-oriented newswire service, on December 2, 2021.

Exhibit D:      Movants' Joint Declaration.

Exhibit E:      Firm resume of Hagens Berman Sobol Shapiro LLP.

Exhibit F:      Firm resume of Buckner +Miles.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 31st day of January 2022 in Coral Gables, Florida.

Dated: January 31, 2022                    Respectfully submitted,


By: s// David M. Buckner
    David M. Buckner (FBN 60550)

BUCKNER + MILES
2020 Salzedo Street, Suite 302
Coral Gables, FL 33134
Telephone: (305) 964-8003

- 2 -

011065-11/1784319 V3

Facsimile:  (786) 523-0485
Email: david@bucknermiles.com

*Liaison Counsel for [Proposed] Lead Plaintiff*
*Chad Haber and Aileen Haber*

Reed R. Kathrein (262161)
Lucas E. Gilmore (*pro hac vice* forthcoming)
Wesley A. Wong (*pro hac vice* forthcoming)
HAGENS BERMAN SOBOL SHAPIRO LLP
533 F Street, Suite 207
San Diego, CA  92101
Telephone: (619) 929-3340
Facsimile:  (619) 929-3337
Email:  reed@hbsslaw.com
Email:  lucasg@hbsslaw.com
Email:  wesleyw@hbsslaw.com

Steve W. Berman (*pro hac vice* forthcoming)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
Email: steve@hbsslaw.com

*Lead Counsel for [Proposed] Lead Plaintiff*
*Chad Haber and Aileen Haber*

Steven J. Bonafonte (*pro hac vice* forthcoming)
DCB LAW GROUP LLC
62 West Street
PO Box 630
Litchfield, CT 06759
Telephone: (860) 560-6092
Email: bonafonte@dcblawgroup.com

*Additional Counsel for [Proposed] Lead Plaintiff*
*Chad Haber and Aileen Haber*

- 3 -