# Exhibit B

| | Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price) | Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP) |
|---|---|---|
| Chad Haber | $273,778.61 | $273,778.61 |
| Aileen Haber | $64,919.69 | $64,919.69 |
| | $338,698.30 | $338,698.30 |

**Loss Analysis for Chad Haber - Alfi, Inc.(ALF)**
**Class Period 05/04/21 - 11/15/21**

| | | PURCHASES | | | | | SALES | | |
|---|---|---|---|---|---|---|---|---|---|
| | Date | Shares | Share Price | Amount Paid | | Date | Shares | Share Price | Amount Received |
| Pre-Class Held | | | | | | | | | |
| Class Period | 06/18/21 | 1,105 | $8.1000 | $8,950.50 | | 07/01/21 | 7,500 | $13.8101 | $103,575.75 |
| Purchases | 06/23/21 | 175 | $11.7400 | $2,054.50 | | 08/17/21 | 85 | $8.8545 | $752.63 |
| | 06/24/21 | 7,500 | $13.2899 | $99,674.25 | | 10/21/21 | 5,000 | $5.8301 | $29,150.50 |
| | 06/28/21 | 2,500 | $18.7550 | $46,887.50 | | 10/21/21 | 5,000 | $5.8301 | $29,150.50 |
| | 06/30/21 | 2,404 | $16.4400 | $39,521.76 | | 10/21/21 | 1 | $5.8500 | $5.85 |
| | 06/30/21 | 187 | $16.4300 | $3,072.41 | | 10/21/21 | 299 | $5.8452 | $1,747.71 |
| | 06/30/21 | 19 | $16.4200 | $311.98 | | 10/21/21 | 4,700 | $5.8300 | $27,401.00 |
| | 06/30/21 | 2,005 | $16.4000 | $32,882.00 | | 10/21/21 | 960 | $5.8335 | $5,600.16 |
| | 06/30/21 | 607 | $16.3900 | $9,948.73 | | 10/21/21 | 1,109 | $5.8300 | $6,465.47 |
| | 06/30/21 | 908 | $16.3800 | $14,873.04 | | 10/21/21 | 2,931 | $5.8200 | $17,058.42 |
| | 06/30/21 | 3,870 | $16.3599 | $63,312.81 | | 10/21/21 | 1 | $5.8400 | $5.84 |
| | 06/30/21 | 100 | $16.2680 | $1,626.80 | | 10/21/21 | 4,827 | $5.8304 | $28,143.34 |
| | 06/30/21 | 1,100 | $16.0950 | $17,704.50 | | 10/21/21 | 23 | $5.8300 | $134.09 |
| | 07/01/21 | 200 | $14.1860 | $2,837.20 | | 10/21/21 | 149 | $5.8200 | $867.18 |
| | 07/01/21 | 5,800 | $14.1799 | $82,243.42 | | 10/21/21 | 1,000 | $5.8200 | $5,820.00 |
| | 07/01/21 | 6,000 | $14.1900 | $85,140.00 | | 10/21/21 | 2,500 | $5.8011 | $14,502.75 |
| | 07/13/21 | 250 | $11.7450 | $2,936.25 | | 10/22/21 | 2,500 | $5.4601 | $13,650.25 |
| | 07/13/21 | 2,725 | $11.3899 | $31,037.48 | | | | | |
| | 07/13/21 | 1,100 | $11.3870 | $12,525.70 | | | | | |
| | 08/17/21 | 10 | $8.9599 | $89.60 | | | | | |
| | 08/17/21 | 15 | $8.9850 | $134.78 | | | | | |
| | 08/17/21 | 5 | $8.9700 | $44.85 | | | | | |
| Post Class Purchases | | | | | Post Class Sales | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Total Shares Acquired in CP | 38,585 | Total Amt. Paid in CP | $557,810.05 | Total Shares Sold in CP | 38,585 | Total Amt. Sold in CP | $284,031.45 |
| | | | | Post CP Shares Sold | 0 | Post CP Amount Sold | $0.00 |
| | | | | Total Shares Sold to Current | 38,585 | Total Amt. Sold to Current | $284,031.45 ALTERNATIVE |

Actual Net Shares Acquired in CP  -  (CP Retained Shares)

| | | |
|---|---|---|
| Net Amount Paid in CP | $273,778.61 | |
| Net Amount Paid in CP Minus Sold to Current Date | $273,778.61 | ALTERNATIVE |

**Calculation Using 90-Day Lookback**

| | | |
|---|---|---|
| Net Shares Acquired in CP (CP Retained Shares) | 0 | Automatically 0 if Negative |
| Net Shares Acquired During Class Period Held to Current Date | 0 | Automatically 0 if Negative (ALTERNATIVE) |

| | |
|---|---|
| 90-Day Mean Share Price after last Day of CP | $2.69 |

| | | |
|---|---|---|
| Value of Net Shares Acquired in CP Using 90-Day Mean Share Price | $0.00 | |
| Value of Net Shares Acquired in CP and Held to Date Using 90-Day Mean Share Price | $0.00 | ALTERNATIVE |
| Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price | $273,778.61 | ALTERNATIVE |

| | | |
|---|---|---|
| Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price) | $273,778.61 | |
| Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP) | $273,778.61 | ALTERNATIVE |

**Loss Analysis for Aileen Haber - Alfi, Inc. (ALF)**
**Class Period 05/04/21 - 11/15/21**

| | PURCHASES | | | | SALES | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Date | Shares | Share Price | Amount Paid | Date | Shares | Share Price | Amount Received |
| **Pre-Class Held** | | | | | | | | |
| **Class Period** | 06/15/21 | 4,000 | $5.7190 | $22,876.00 | 07/13/21 | 300 | $11.9200 | $3,576.00 |
| **Purchases** | 06/15/21 | 2,500 | $5.7000 | $14,250.00 | 07/13/21 | 896 | $11.9000 | $10,662.40 |
| | 06/15/21 | 1,300 | $5.6950 | $7,403.50 | 07/13/21 | 3,804 | $11.8800 | $45,191.52 |
| | 06/15/21 | 1,200 | $5.6882 | $6,825.84 | 07/13/21 | 10 | $11.8300 | $118.30 |
| | 06/15/21 | 1,000 | $5.6528 | $5,652.80 | 07/13/21 | 100 | $11.8200 | $1,182.00 |
| | 06/15/21 | 1,000 | $5.5623 | $5,562.30 | 07/13/21 | 4,100 | $11.8001 | $48,380.41 |
| | 06/15/21 | 1,000 | $5.6882 | $5,688.20 | 07/13/21 | 790 | $11.8000 | $9,322.00 |
| | 06/15/21 | 2,500 | $5.7195 | $14,298.75 | 08/17/21 | 561 | $9.8335 | $5,516.59 |
| | 06/15/21 | 500 | $5.6550 | $2,827.50 | 08/17/21 | 200 | $9.8300 | $1,966.00 |
| | 06/16/21 | 1,300 | $7.2350 | $9,405.50 | 08/17/21 | 205 | $9.8200 | $2,013.10 |
| | 06/16/21 | 200 | $7.2082 | $1,441.64 | 08/17/21 | 2,834 | $9.7900 | $27,744.86 |
| | 06/16/21 | 500 | $7.2400 | $3,620.00 | 10/22/21 | 100 | $5.5600 | $556.00 |
| | 06/16/21 | 475 | $6.9782 | $3,314.65 | 10/22/21 | 100 | $5.5535 | $555.35 |
| | 06/16/21 | 25 | $7.0100 | $175.25 | 10/22/21 | 300 | $5.5000 | $1,650.00 |
| | 06/16/21 | 535 | $7.0500 | $3,771.75 | 10/22/21 | 4,500 | $5.4900 | $24,705.00 |
| | 06/16/21 | 1,100 | $6.3700 | $7,007.00 | 10/22/21 | 153 | $5.5610 | $850.83 |
| | 06/24/21 | 7,500 | $13.4099 | $100,574.25 | 10/22/21 | 2,610 | $5.5601 | $14,511.86 |
| | 07/13/21 | 3,500 | $11.8300 | $41,405.00 | 10/22/21 | 154 | $5.5600 | $856.24 |
| | 07/13/21 | 100 | $11.8270 | $1,182.70 | 10/22/21 | 2,083 | $5.5101 | $11,477.54 |
| | 07/13/21 | 200 | $11.8200 | $2,364.00 | 10/29/21 | 300 | $4.4203 | $1,326.09 |
| | 07/13/21 | 1,000 | $11.7999 | $11,799.90 | 10/29/21 | 300 | $4.4201 | $1,326.03 |
| | 07/13/21 | 200 | $11.7970 | $2,359.40 | 10/29/21 | 161 | $4.4200 | $711.62 |
| | 07/13/21 | 3,200 | $11.7800 | $37,696.00 | 10/29/21 | 4,639 | $4.4100 | $20,457.99 |
| | 07/13/21 | 100 | $11.7150 | $1,171.50 | 10/29/21 | 2,100 | $4.4000 | $9,240.00 |
| | 07/13/21 | 75 | $11.2330 | $842.48 | 10/29/21 | 200 | $4.3830 | $876.60 |
| | 08/17/21 | 1,000 | $10.6500 | $10,650.00 | 10/29/21 | 200 | $4.3820 | $876.40 |
| | 08/17/21 | 425 | $10.8100 | $4,594.25 | 10/29/21 | 300 | $4.3801 | $1,314.03 |
| | 08/18/21 | 65 | $9.3176 | $605.64 | 10/29/21 | 1,889 | $4.3800 | $8,273.82 |
| | 08/18/21 | 75 | $9.3250 | $699.38 | 10/29/21 | 764 | $4.3700 | $3,338.68 |
| | 08/18/21 | 35 | $9.4770 | $331.70 | 10/29/21 | 2,277 | $4.3600 | $9,927.72 |
| | 08/18/21 | 35 | $9.4702 | $331.46 | | | | |
| | 08/18/21 | 15 | $9.4350 | $141.53 | | | | |
| | 08/18/21 | 20 | $9.4300 | $188.60 | | | | |
| | 08/18/21 | 10 | $9.4200 | $94.20 | | | | |
| | 08/18/21 | 35 | $9.4550 | $330.93 | | | | |
| | 08/18/21 | 15 | $9.2948 | $139.42 | | | | |
| | 08/18/21 | 40 | $9.2650 | $370.60 | | | | |
| | 08/18/21 | 10 | $9.3100 | $93.10 | | | | |
| | 08/18/21 | 10 | $9.3269 | $93.27 | | | | |
| | 08/18/21 | 50 | $9.6050 | $480.25 | | | | |
| | 08/18/21 | 60 | $9.5550 | $573.30 | | | | |
| | 08/18/21 | 20 | $9.5582 | $191.16 | | | | |
| **Post Class Purchases** | | | | | **Post Class Sales** | | | |

| | | |
| --- | --- | --- |
| Total Shares Acquired in CP | 36,930 | |
| Total Amt. Paid in CP | $333,424.68 | |
| Total Shares Sold in CP | 36,930 | |
| Total Amt. Sold in CP | $268,504.99 | |
| Post CP Shares Sold | 0 | |
| Post CP Amount Sold | $0.00 | |
| Total Shares Sold to Current | 36,930 | |
| Total Amt. Sold to Current | $268,504.99 | ALTERNATIVE |

Actual Net Shares Acquired in CP  **-**  (CP Retained Shares)

Net Amount Paid in CP  $64,919.69

Net Amount Paid in CP Minus Sold to Current Date  $64,919.69  ALTERNATIVE

**Calculation Using 90-Day Lookback**

Net Shares Acquired in CP (CP Retained Shares)  0  Automatically 0 if Negative

Net Shares Acquired During Class Period Held to Current Date  0  Automatically 0 if Negative (ALTERNATIVE)

90-Day Mean Share Price after last Day of CP  $2.69

Value of Net Shares Acquired in CP Using 90-Day Mean Share Price  $0.00

Value of Net Shares Acquired in CP and Held to Date Using 90-Day Mean Share Price  $0.00  ALTERNATIVE

| | | |
|---|---|---|
| Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price | $64,919.69 | ALTERNATIVE |
| Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price) | $64,919.69 | |
| Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP) | $64,919.69 | ALTERNATIVE |