# Exhibit D

## JOINT DECLARATION OF CHAD AND AILEEN HABER IN SUPPORT OF THEIR MOTION FOR APPOINTMENT AS LEAD PLAINTIFF

Movants, Chad and Aileen Haber, pursuant to 28 U.S.C. § 1746, jointly declare as follows:

1.      We respectfully submit this Joint Declaration in support of our motion for appointment as Lead Plaintiff in the above-captioned securities class action (the "Action") on behalf of investors in Alfi, Inc. ("ALF" or the "Company") securities pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA").  We have personal knowledge about the facts stated herein and could competently testify to them if called to do so.

2.      We are informed of and understand the requirements of serving as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"). We have each had multiple individual calls and emails with counsel discussing the process.  We each have personal knowledge about the information in this Joint Declaration as to ourselves and, where applicable, the entities and other persons with which we are associated.

3.      I, Chad Haber, am 54 years old.  I presently reside in Bristol, Connecticut.  I presently work as an Accounting Analyst for the Town of Plainville, Connecticut. I received a Bachelor of Science in Accounting from Central Connecticut State University in New Britain, Connecticut.  I have over 25 years of experience in managing my own investment portfolio. Aileen Haber is my sister.

4.      I, Aileen Haber, am 57 years old.  I presently reside in Bristol, Connecticut.  I am present retired.  Previously, I worked as an Office Assistant at Tunxis Community College in Farmington, Connecticut. I received a Bachelor of Science in Accounting from Central Connecticut State University in New Britain, Connecticut.  I have over 20 years of experience in managing my own investment portfolio.  Chad Haber is my brother.

5.      As set forth in our certifications, during the Class Period, we personally purchased a substantial amount of shares of ALF, retained those shares through disclosures that allegedly caused the share price to drop significantly, and suffered substantial recoverable losses as a result. By virtue of our significant financial interest in the resolution of the Action we are motivated to litigate vigorously, efficiently, and to the best of our ability to maximize the potential recovery for ourselves and the Class we seek to represent.

6.      Prior to seeking appointment as lead plaintiff in the Action, we spoke via phone and email with attorneys at Hagens Berman Sobol Shapiro LLP about the lead plaintiff process, the responsibilities of a lead plaintiff under the PSLRA, and how the case would progress after a lead plaintiff is appointed.  We understand that a lead plaintiff is required to direct the litigation

on behalf of the Class, stay apprised of all material developments of the litigation, and that we would owe duties to the Class to act in its best interest. If appointed as lead plaintiff, we will be responsible for conferring with counsel, reviewing and authorizing the filing of important litigation documents, and being deposed or attending important court hearings and trial, if necessary. We further understand that we are not required to seek appointment as lead plaintiff in order to recover. Rather, based on our financial interest, we decided to seek lead plaintiff appointment rather than remain absent class members.

7.      After discussing the responsibilities of serving as a lead plaintiff and being satisfied that Hagens Berman Sobol Shapiro LLP would adequately serve as lead counsel based on the firm's experience, resources, and past successes we signed a retainer agreement with Hagens Berman Sobol Shapiro LLP and authorized the firm to file a lead plaintiff motion on our behalf.

Pursuant to 28 U.S.C. § 1746, we declare under penalty of perjury that the foregoing statements related to ourselves are true and correct. Executed on this 28th day of January, 2022.

DocuSigned by:

*Chad Haber*

CDD6E668328245A...

CHAD HABER


AILEEN HABER

on behalf of the Class, stay apprised of all material developments of the litigation, and that we would owe duties to the Class to act in its best interest.  If appointed as lead plaintiff, we will be responsible for conferring with counsel, reviewing and authorizing the filing of important litigation documents, and being deposed or attending important court hearings and trial, if necessary.  We further understand that we are not required to seek appointment as lead plaintiff in order to recover.  Rather, based on our financial interest, we decided to seek lead plaintiff appointment rather than remain absent class members.

7.      After discussing the responsibilities of serving as a lead plaintiff and being satisfied that Hagens Berman Sobol Shapiro LLP would adequately serve as lead counsel based on the firm's experience, resources, and past successes we signed a retainer agreement with Hagens Berman Sobol Shapiro LLP and authorized the firm to file a lead plaintiff motion on our behalf.

Pursuant to 28 U.S.C. § 1746, we declare under penalty of perjury that the foregoing statements related to ourselves are true and correct.  Executed on this 28th day of January, 2022.


_____

CHAD HABER



AILEEN HABER