# Exhibit F

# BUCKNER + MILES

Buckner + Miles was founded in 2015 by David Buckner and Seth Miles, trial lawyers with a proven track record of successfully and zealously representing their clients.  As a result of their advocacy, their clients have recovered over $1 billion in damages.

David earned his B.A. in Political Science with High Honors from Rutgers College, and was selected a Harry S Truman Scholar. He received his J.D. from Harvard Law School, *magna cum laude*, and his Master of Public Policy from the John F. Kennedy School of Government at Harvard University. David served as a law clerk for Judge R. Lanier Anderson, III, of the United States 11th Circuit Court of Appeals.

Seth earned a B.S. from Northwestern University and received his J.D. from the Georgetown University Law Center, *magna cum laude.*  Seth served as a law clerk for Judge Patricia A. Seitz on the United States District Court for the Southern District of Florida.

David and Seth met at the United States Attorney's Office for the Southern District of Florida where they both served as federal prosecutors.  David investigated and prosecuted cases involving securities fraud, tax fraud, public corruption, money laundering, espionage and other crimes related to national security. He conducted numerous jury trials in the United States District Court for the Southern District of Florida, and argued a number of cases before the United States Eleventh Circuit Court of Appeals, including the *en banc* court.  Seth tried dozens of cases ranging from airplane hijacking to armed career criminals as part of the newly developed Project Safe Neighborhoods initiative and argued numerous times before the Eleventh Circuit Court of Appeals.  He ended his career at the United States Attorney's Office in the economic crimes division with a six-week health care fraud trial that resulted in over thirty defendants, including two doctors, being convicted on every charged count.

Buckner + Miles has served as class counsel in dozens of class actions and successfully litigated numerous other complex civil cases.  A representative sample of those cases includes:

- A $410 million settlement on behalf of Bank of America individual account holders who suffered additional overdraft fees as a result of the bank's policy of re-sequencing debit transactions from highest to lowest.
- A $137.5 million settlement on behalf of Citizens Bank individual account holders who suffered additional overdraft fees as a result of the bank's policy of re-sequencing debit transactions from highest to lowest.
- A $110 million settlement on behalf of JP Morgan Chase individual account holders who suffered additional overdraft fees as a result of the bank's policy of re-sequencing debit transactions from highest to lowest.
- A $90 million settlement on behalf of PNC Bank individual account holders who suffered additional overdraft fees as a result of the bank's policy of re-sequencing debit transactions from highest to lowest.

# BUCKNER + MILES

- A $90 million settlement on behalf of tenants of shopping malls managed by CBL & Associates Management, Inc., who were overcharged for electricity.
- An $80 million verdict on behalf of three Cuban migrants forced to work at a Curaçao dry dock company.
- A $62 million settlement on behalf of TD Bank individual account holders who suffered additional overdraft fees as a result of the bank's policy of re-sequencing debit transactions from highest to lowest.
- A $55 million settlement on behalf of U.S. Bank individual account holders who suffered additional overdraft fees as a result of the bank's policy of re-sequencing debit transactions from highest to lowest.
- A $52 million settlement on behalf of a class of merchants overbilled by credit card payment processing company Mercury Payment Systems, LLC.
- A $39 million settlement on behalf of a class of Florida property owners assessed unlawful windstorm deductibles by Lloyds of London.
- A $38 million verdict against the Colombian FARC on behalf of our client, who was kidnapped and tortured by the group.
- A $36 million settlement on behalf of Union Bank individual account holders who suffered additional overdraft fees as a result of the bank's policy of re-sequencing debit transactions from highest to lowest.
- A $22.5 million settlement on behalf of a nationwide class of J.P. Morgan Chase Bank mortgage holders for excessive force-placed flood premiums.
- A $20 million settlement with TD Bank on behalf of a class of mostly European investors in a viatical life insurance scheme.
- A $18.3 million settlement on behalf of Commerce Bank individual account holders who suffered additional overdraft fees as a result of the bank's policy of re-sequencing debit transactions from highest to lowest.
- A $15.5 million settlement in a class action against Endo Pharmaceuticals on behalf of several hundred thousand class members who purchased fluoride tablets containing less than half of the amount of fluoride ion claimed on the product's label.
- A $13 million settlement on behalf of a class of Associated Bank account holders who suffered additional overdraft fees as a result of the bank's policy of re-sequencing debit transactions from highest to lowest.
- A more than $5 million settlement for a class of consumers against CubeSmart for deceptive practices involving the sale of self-storage insurance.
- A $5 million jury verdict in Nevada federal court against a government-subcontractor airline, and an additional $1.8 million settlement with the airline, to provide unpaid hazard pay to a class of pilots and flight attendants who operated Vision Airline's flights into the war zones in Iraq and Afghanistan during the United States' involvement in the conflicts there.
- A $5 million settlement for a class of consumers against Public Storage for deceptive practices involving the sale of self-storage insurance.
- A $4.5 million settlement for a class of consumers charged undisclosed and unjustified "shop fees" by Tire Kingdom.