UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| WILLIAM C. STEPPACHER, JR., Individually and on Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>    v.<br><br>ALFI, INC., PAUL ANTONIO PEREIRA, DENNIS MCINTOSH, JOHN M. COOK, II, PETER BORDES, JIM LEE, JUSTIN ELKOURI, ALLISON FICKEN, FRANK SMITH, and RICHARD MOWSER,<br><br>          Defendants. | Case No. 1:21-cv-24232-KMW<br><br>**DECLARATION OF EMILY KOMLOSSY IN SUPPORT OF MOTION OF JOSH BUTERIN FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL** |
| GARY KLEINSCHMIDT, Individually and on behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>    v.<br><br>ALFI, INC., PAUL PEREIRA, DENNIS MCINTOSH, JOHN M. COOK, II, JIM LEE, JUSTIN ELKOURI, ALLISON FICKEN, FRANK SMITH, RICHARD MOWSER, KINGSWOOD CAPITAL MARKETS, REVERE SECURITIES LLC, and WESTPARK CAPITAL, INC.,<br><br>          Defendants. | Case No. 1:21-cv-24338-JLK |

I, Emily Komlossy, hereby declare as follows:

1.     I am an attorney with Komlossy Law P.A. ("Komlossy Law"), counsel on behalf of Josh Buterin ("Buterin"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of Buterin's motion for consolidation of the above-captioned related actions (the "Related Actions"), appointment as Lead Plaintiff for the Class in the Related Actions, and approval of his selection of Pomerantz LLP ("Pomerantz") and as Lead Counsel, and Komlossy Law as Liaison Counsel, for the Class.

2.     Attached hereto as the exhibits indicated are true and correct copies of the following:

> Exhibit A:     Damages analysis reflecting Buterin's financial interest in the Related Actions;
>
> Exhibit B:     Press release published over *PR Newswire* on December 2, 2021, announcing the pendency of the first-filed of the Related Actions;
>
> Exhibit C:     Shareholder Certification executed by Buterin;
>
> Exhibit D:     Declaration executed by Buterin;
>
> Exhibit E:     Firm resume of Pomerantz; and
>
> Exhibit F:     Firm resume of Komlossy Law.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on January 31, 2022, at Hollywood, Florida.

*/s/ Emily C. Komlossy*
Emily C. Komlossy

1