# EXHIBIT A

**Alfi, Inc. (ALF)**
**Class Period: May 4, 2021 and November 15, 2021**
**(Includes 90-Day Sales @ Statutory Pricing)**
**IPO Price: $4.15/share**

| Plaintiff | Account Number | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 73-Day* Mean Price $2.7543 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Buterin, Josh | Account 1 | 6/25/2021 | 219,182 | $18.1956 | ($3,988,149) | | | | | 219,182 | $603,690 | ($3,384,459) |
| Buterin, Josh | Account 2 | 6/25/2021 | 38,138 | $18.4900 | ($705,172) | | | | | 38,138 | $105,043 | ($600,129) |
| **Buterin, Josh** | | | **257,320** | | **($4,693,320)** | | | | | **257,320** | | **($3,984,587)** |

*Average Closing Prices from Novermber 16, 2021 to January 28, 2022