# EXHIBIT F



Komlossy Law, P.A. focuses its practice on complex civil litigation, including securities class action litigation and shareholder derivative, merger and transactional litigation. The firm is headquartered in Hollywood, FL.

**Emily C. Komlossy**

Ms. Komlossy is the founding shareholder of the firm. Ms. Komlossy has litigated complex class action securities fraud and shareholder litigation for over 30 years and has also provided portfolio monitoring services to institutional and hedge fund clients to enable them to identify and determine an appropriate course of action when potential misconduct affects the client's portfolio holdings.

Ms. Komlossy is currently counsel of record for plaintiffs in *McConnell v. P.D.K., Inc.,* Case No. 562017CA1650AXXXHC (19th Jud. Cir.), shareholders of a Florida corporation who sought to obtain the books and records of the company. Defendant challenged the status of plaintiffs as shareholders. On appeal, the shareholders' status as such was upheld by the Fourth District Court of Appeal in *P.D.K., Inc. v. McConnell*, 291 So. 3d 134 (Fla. 4th DCA 2020).

She is also counsel of record in a long-running case, *Casanovas Balado v. UBS Financial Services, Inc.,* Civil No. 2014-0072 (Supr. Ct. San Juan, P.R.) a derivative action involving certain UBS closed-end mutual funds. In this case, which went to the Supreme Court of Puerto Rico, the application of *Garner v. Wolfinbarger* was adopted by the courts of Puerto Rico.

Ms. Komlossy was also counsel of record in *In re Medtronic, Inc. Shareholder Litigation,* Lead File No. 27-CV-14-11452 (4th Jud. Dt., Hennepin Co., MN) wherein the initial complaint was dismissed on the basis that it encompassed derivative, not direct claims which were extinguished on the completion of the merger. However, on appeal, the Minnesota Supreme Court ultimately held up the majority of the claims as direct.

4700 Sheridan Street, Suite J
Hollywood, FL 33021

Ms. Komlossy has represented clients in a number of complex class action securities litigation.  She successfully represented a county public employees' retirement plan in a class action securities fraud case against a computer company which allegedly violated the federal securities laws by inappropriately recognizing revenue prematurely on contracts.  This action ultimately resulted in a $24.5 million settlement on behalf of the class.  Other representative cases include *Cheney v. CyberGuard, Inc.*, 98-6879-CIV-GOLD (S.D. Fla.) (founder was one of plaintiffs' counsel and co-liaison counsel in a case which recovered a $10 million settlement); and *In re Sunbeam Securities Litigation*, Case No. 98-8258-Middlebrooks (S.D. Fla.) (Ms. Komlossy was one of plaintiffs' counsel and co-liaison counsel in litigation which resulted in a settlement of over $140 million).

In addition, a substantial portion of Ms. Komlossy's litigation has been in the shareholder merger litigation area.  She has been actively involved in prosecuting many merger-related class actions, including *In re Alfa Corp. Shareholder Litig.*, Case No. 03-CV-2007-900485.00 (Montgomery Cty, Ala. Cir. Ct.) (one of plaintiffs' counsel instrumental, along with the Company's special committee, in securing an increased share price for shareholders of $22.00 from the originally-proposed $17.60 per share offer, which represented over a $160 million benefit to class members, and further, obtained additional proxy disclosures to ensure that Alfa shareholders were fully-informed before making their decision to vote in favor of the merger, or seek appraisal); and served as the primary counsel prosecuting these cases in which her then-current firm was co-lead or lead and which ultimately provided the class of shareholders with valuable material disclosures, including *In re Bronco Drilling Co., Inc. Shareholder Litigation*, Cons. C.A. No. 6398-VCP (Del. Ch.); *In re Burger King Holdings, Inc. Shareholder Litigation*, Case No. 10-48395 CA 40 (11th Jud. Cir., Fla.); *In re CKx, Inc. Shareholder Litigation*, Cons. C.A. No. 5545-CS (Del. Ch.); *In re The Coca-Cola Company Shareholder Litigation*, C.A. No. 2010 CV 182035 (Fulton Super. Ct., Ga.); *In re Marvel Entertainment, Inc. Shareholder Litigation*, Index No. 09/602706 (New York Sup. Ct.) and *In re Sepracor Inc. Shareholders Litigation*, Cons. C.A. 4871-VCS (Del. Ch.).

Ms. Komlossy's skills have been noted favorably by the courts.  *In Yud v. Saf T Lok*, 98 CV 8507 (S.D. Fla.), a case in which she played a major role, Magistrate Judge Linnea R.

4700 Sheridan St., Suite J
Hollywood, FL 33021

Johnson noted "the attorneys have done an outstanding amount of work in a short period of time to bring this class action to resolution in a successful fashion."

Ms. Komlossy is a Florida Supreme Court certified Civil Circuit court mediator and a Florida Supreme Court qualified arbitrator.  She is also certified by the Belgian Federal Mediation Commission as a commercial mediator and is on the FINRA roster of non-public arbitrators and AAA roster of arbitrators.

Ms. Komlossy is a member of the Association for International Arbitration.

Ms. Komlossy earned a B.A. from the State University of New York at Oneonta in 1983 and a J.D. from New York Law School in 1989.  She is admitted to practice in the States of  New York and Florida and the United States District Courts for the Southern District of New York, Southern District of Florida, Middle District of Florida and Western Districts of New York and Michigan, as well as the Second and Eleventh Circuit Court of Appeals.

**Ross A. Appel**

Ross, formerly an associate of the Firm and currently Of Counsel,  practices in the area of class action shareholder litigation and derivative litigation and also focuses on small business representation.

Mr. Appel graduated from the Florida State University College of Law in 2011 (J.D., *cum laude*).  While at Florida State, Mr. Appel was a member of the *Business Review* and the *Journal of Transnational Law and Policy*.  He has published articles in the Texas Review of Entertainment and Sports Law, the International Sports Law Review and the Arizona State Sports and Entertainment Law Journal.  Mr. Appel graduated from the University of Florida in 2007 (Master of Accounting and Bachelor of Science in Accounting, 2007).

Mr. Appel graduated from the University of Florida (Master of Accounting and Bachelor of Science in Accounting, 2007) and from the Florida State University College of Law (J.D., *cum* laude, 2011).  While at Florida State, Mr. Appel was a member of the Business Review and the Journal of Transnational Law and Policy.  He has articles published in the Texas Review of Entertainment and Sports Law, the International Sports Law Review, the Arizona State Sports

4700 Sheridan St., Suite J
Hollywood, FL 33021

and Entertainment Law Journal and Fordham Intellectual Property, Media & Entertainment Law Journal.

Mr. Appel is also a Certified Public Accountant, licensed to practice in Florida.  Mr. Appel is admitted to the Florida Bar.

4

4700 Sheridan St., Suite J
Hollywood, FL 33021