UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-24232-CIV-WILLIAMS
Case No. 21-CIV-24338-KING

WILLIAM C. STEPPACHER, JR.,

    Plaintiff,

vs.

ALFI, INC., *et al*.,

    Defendants.

_____/

GARY KLEINSCHMIDT,

    Plaintiff,

vs.

ALFI, INC., *et al*.,

    Defendant.

_____/

## OMNIBUS ORDER

**THIS MATTER** is before the Court on the Motions to Consolidate Cases, Appoint Lead Plaintiff, and Appoint Lead Plaintiff's Counsel (DE 11; DE 12; DE 13) and the Motion to Consolidate Cases and Appoint Lead Plaintiff (DE 14.) Having reviewed the motions and records, and having found good cause to grant in part the relief requested, it is **ORDERED AND ADJUDGED** that:

    1. The motions (DE 11; DE 12; DE 13; and DE14) are **GRANTED IN PART** to the extent they seek consolidation.

2. The later-filed action *Kleinschmidt v. Alfi, Inc., et al.*, Case No. 21-cv-24338-JLK is hereby **CONSOLIDATED** for all purposes, including pretrial proceedings and trial, under Case No. 21-cv-24232-KMW, pursuant to Federal Rule of Civil Procedure 42(a). The consolidated action shall be captioned *Steppacher, Jr., et al. v. Alfi, Inc. et al.*, Case No. 21-cv-24232-KMW.

3. All papers filed in connection with the consolidated Action will be maintained in one file under Case No. 21-cv-24232-KMW. The Clerk is directed to establish a Master File.

4. As to the motions to appoint a lead plaintiff and lead plaintiff's counsel, the motions (DE 11; DE 12; DE 13; and DE14) are under review.

**DONE AND ORDERED** in Chambers in Miami, Florida, this <u>3rd</u> day of February, 2022.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE