# EXHIBIT A

## DUPLICATE ORIGINAL     #3

Department of the Treasury
Internal Revenue Service
Technical Services Territory Manager

Letter Number: 531-T

SE:S:E:TS:MW:3

Letter Date: **OCT 0 6 2009**
Taxpayer Identification Number: ▮▮▮▮▮▮
Form: 1040
Tax Year Ended and Deficiency:  See Page 3
Person to Contact:  Scott H. Paulson
Employee Identification Number: ▮▮▮▮▮
Contact Hours:  7:00 a.m. -3:30 p.m.
Contact Phone Number: (414) 231-2230
Fax Number:  (414) 231-2333
Last Day to File a Petition with the JAN 0 4 2009
United States Tax Court:

JOSH H BUTERIN
6639 FRONTAGE ROAD
MERRIAM, KS 66202-3647

**CERTIFIED MAIL**

## NOTICE OF DEFICIENCY

We have determined that you owe additional tax or other amounts, or both, for the tax year(s) identified above.  This letter is your NOTICE OF DEFICIENCY, as required by law.  The enclosed statement shows how we figured the deficiency.

If you want to contest this determination in court before making any payment, you have 90 days from the date of this letter (150 days if this letter is addressed to you outside of the United States) to file a petition with the United States Tax Court for a redetermination of the deficiency.  You can get a copy of the rules for filing a petition and a petition form you can use by writing to the address below.

United States Tax Court
400 Second Street, NW
Washington, DC  20217

The Tax Court has a simplified procedure for small tax cases when the amount in dispute for each tax year is $50,000 or less.  If you intend to file a petition for multiple tax years, and the amount in dispute for any one or more of the tax years exceeds $50,000, this simplified procedure is not available to you.  If you use this simplified procedure, you cannot appeal the Tax Court's decision.  You can get information pertaining to the simplified procedure for small cases from the Tax Court by writing to the court at the above address or from the court's internet site at www.ustaxcourt.gov.

Send the completed petition form, a copy of this letter, and copies of all statements and/or schedules you received with this letter to the Tax Court at the above address.  The Court cannot consider your case if the petition is filed late.  The petition is considered timely filed if the postmark date falls within the prescribed 90 or 150-day period and the envelope containing the petition is properly addressed with the correct postage.

The time you have to file a petition with the court is set by law and cannot be extended or suspended.  Thus, contacting the Internal Revenue Service (IRS) for more information, or receiving other correspondence from the IRS won't change the allowable period for filing a petition with the Tax Court.

As required by law, separate notices are sent to husbands and wives.  If this letter is addressed to both husband and wife, and both want to petition the Tax Court, both must sign and file the petition or each must file a separate, signed petition.  If more than one tax year is shown above, you may file one petition form showing all of the years you are contesting.

You may represent yourself before the Tax Court, or you may be represented by anyone admitted to practice before the Tax Court.

211 West Wisconsin Avenue, Milwaukee WI 53203-2303

Letter 531-T (Rev. 11-2007)
Catalog Number 40222A

If you decide not to file a petition with the Tax Court, please sign the enclosed waiver form and return it to us at the IRS address shown below. This will permit us to assess the deficiency quickly and can help limit the accumulation of interest.

> Internal Revenue Service
> MS 4020 MIL: Notices Clerk
> 211 West Wisconsin Avenue
> Milwaukee, WI 53203-2303

If you decide not to sign and return the waiver, and you do not file a petition with the Tax Court within the time limit, the law requires us to assess and bill you for the deficiency after 90 days from the date of this letter (150 days if this letter is addressed to you outside the United States).

NOTE: If you are a C-corporation, section 6621(c) of the Internal Revenue Code requires that we charge an interest rate two percent higher than the normal rate on corporate underpayments in excess of $100,000.

If you have questions about this letter, you may write to or call the contact person whose name, telephone number, and IRS address are shown above in this letter. If you write, please include your telephone number, the best time for us to call you if we need more information, and a copy of this letter to help us identify your account. Keep the original letter for your records. If you prefer to call and the telephone number is outside your local calling area, there will be a long distance charge to you.

The contact person can access your tax information and help you get answers. You also have the right to contact the office of the Taxpayer Advocate. Taxpayer Advocate assistance is not a substitute for established IRS procedures such as the formal appeals process. The Taxpayer Advocate is not able to reverse legally correct tax determinations, nor extend the time fixed by law that you have to file a petition in the U.S. Tax Court. The Taxpayer Advocate can, however, see that a tax matter that may not have been resolved through normal channels gets prompt and proper handling. If you want Taxpayer Advocate assistance, please contact the Taxpayer Advocate for the IRS office that issued this notice of deficiency. Please visit our website at www.irs.gov/advocate/content/0,.id=150972,00.html or call 1-877-777-4778 for the Taxpayer Advocate telephone numbers and address for this location.

Thank you for your cooperation.

Sincerely,

Douglas H. Shulman
Commissioner

Kevin Harris
Technical Services Territory Manager

Enclosures:
Explanation of tax changes
Waiver
Form 9465 Installment Agreement Request

211 West Wisconsin Avenue, Milwaukee WI 53203-2303

Letter 531-T (Rev. 11-2007)
Catalog Number 40222A

CONTINUATION OF FORM 531-T

Page 3

JOSH H BUTERIN
6639 FRONTAGE ROAD
MERRIAM, KS 66202-3647

| Taxable Year Ended | | Deficiency |
|---|---|---|
| December 31, 2005 | Income Tax | $ 579,344.00 |
| | Addition to the tax – Sec. – 6663 – Fraud Penalty | 434,508.00 |
| December 31, 2006 | Income Tax | 771,587.00 |
| | Addition to the tax – Sec. – 6663 – Fraud Penalty | 578,690.25 |
| | Total Taxes, Penalties and Deficiencies | $2,364,129.25 |

## DUPLICATE ORIGINAL

| | | |
|---|---|---|
| Form 4089<br>(Rev. January, 1983) | Department of Treasury – Internal Revenue Service<br><br>**NOTICE OF DEFICIENCY - WAIVER** | Symbols: SE:S:E:TS:MW:3<br>MS4020 MIL: Notices Clerk |

NAME, SSN or EIN, and Address of Taxpayer(s)
JOSH H BUTERIN
6639 FRONTAGE ROAD
MERRIAM, KS 66202-3647

Kind of Tax

Copy to Authorized Representative  ☒
DAVID V CAPES

INCOME

**Deficiency**

| Tax Year Ended | Increase in Tax<br>Income Tax | Penalties<br>Sec. 6663<br>Fraud Penalty |
|---|---|---|
| December 31, 2005 | $579,344.00 | $434,508.00 |
| December 31, 2006 | $771,587.00 | $578,690.25 |

See the attached explanation for the above deficiencies
I consent to the immediate assessment and collection of the deficiencies (increase in tax and penalties) shown above, plus any interest provided by law.

| | | |
|---|---|---|
| Your Signature | ........................................................ | ..............................<br>(Date Signed) |
| Spouse's Signature, if a Joint Return Was Filed | ........................................................ | ..............................<br>(Date Signed) |
| Taxpayer's Representative Sign Here | ........................................................ | ..............................<br>(Date Signed) |
| Corporate Name: | ........................................................ | |
| Corporate Officers Sign Here | ........................................................<br>(Signature)          (Title) | ..............................<br>(Date Signed) |
| | ........................................................<br>(Signature)          (Title) | ..............................<br>(Date Signed) |

**Note:**
    If you consent to the assessment of the amounts shown in this waiver, please sign it, and return in order to limit the accumulation of interest and expedite our bill to you. Your consent will not prevent you from filing a claim for refund. It will not prevent us from later determining, if necessary, that you owe an additional tax; nor will it extend the time provided by law for either action.
    If you later file a claim and the Internal Revenue Service disallows it, you may file suit for refund in a district court or the United States Claims Court, but you may not file a petition with the Untied States Tax Court.

**Who Must Sign:**
    If this waiver is for any year(s) for which you filed a joint return, both you and your spouse must sign the original and duplicate of this form. Sign your name exactly as it appears on the return. If you are acting under a power of attorney for your spouse, you may sign as an agent for him or her.
    For an agent or attorney acting under a power or attorney, a power of attorney must be sent with this form if not previously filed.
    For a person acting in a fiduciary capacity (executor, administrator, trustee), file Form 56, Notice of Fiduciary Relationship, with this form if not previously filed.
    For a corporation, enter the name of the corporation followed by the signature and title of the officer(s) authorized to sign

If you agree, please sign one copy and return it; keep the other copy for your records

Form 4089 (Rev. 1-83)

## DUPLICATE ORIGINAL

| Form 4089<br>(Rev. January, 1983) | Department of Treasury – Internal Revenue Service<br><br>**NOTICE OF DEFICIENCY - WAIVER** | Symbols: SE:S:E:TS:MW:3<br>MS4020 MIL: Notices Clerk |
|---|---|---|

NAME, SSN or EIN, and Address of Taxpayer(s)
JOSH H BUTERIN
6639 FRONTAGE ROAD
MERRIAM, KS 66202-3647

| Kind of Tax | Copy to Authorized Representative ☒<br>DAVID V CAPES | |
|---|---|---|

INCOME

| | Deficiency | |
|---|---|---|
| | Increase in Tax | Penalties<br>Sec. 6663 |
| Tax Year Ended | Income Tax | Fraud Penalty |
| December 31, 2005 | $579,344.00 | $434,508.00 |
| December 31, 2006 | $771,587.00 | $578,690.25 |

See the attached explanation for the above deficiencies

I consent to the immediate assessment and collection of the deficiencies (increase in tax and penalties) shown above, plus any interest provided by law.

| Your Signature | .................................................................................... | ...............................<br>(Date Signed) |
|---|---|---|
| Spouse's Signature, If a Joint Return Was Filed | .................................................................................... | ...............................<br>(Date Signed) |
| Taxpayer's Representative Sign Here | .................................................................................... | ...............................<br>(Date Signed) |
| Corporate Name: | .................................................................................... | |
| Corporate Officers Sign Here | ...............................................<br>(Signature)   (Title) | ...............................<br>(Date Signed) |
| | ...............................................<br>(Signature)   (Title) | ...............................<br>(Date Signed) |

**Note:**

If you consent to the assessment of the amounts shown in this waiver, please sign it, and return in order to limit the accumulation of interest and expedite our bill to you. Your consent will not prevent you from filing a claim for refund. It will not prevent us from later determining, if necessary, that you owe an additional tax; nor will it extend the time provided by law for either action.

If you later file a claim and the Internal Revenue Service disallows it, you may file suit for refund in a district court or the United States Claims Court, but you may not file a petition with the Untied States Tax Court.

**Who Must Sign:**

If this waiver is for any year(s) for which you filed a joint return, both you and your spouse must sign the original and duplicate of this form. Sign your name exactly as it appears on the return. If you are acting under a power of attorney for your spouse, you may sign as an agent for him or her.

For an agent or attorney acting under a power or attorney, a power of attorney must be sent with this form if not previously filed.

For a person acting in a fiduciary capacity (executor, administrator, trustee), file Form 56, Notice of Fiduciary Relationship, with this form if not previously filed.

For a corporation, enter the name of the corporation followed by the signature and title of the officer(s) authorized to sign

If you agree, please sign one copy and return it; keep the other copy for your records

Form 4089 (Rev. 1-83)

| Form **4549-A** (Rev. May 2008) | Department of the Treasury-Internal Revenue Service **Income Tax Discrepancy Adjustments** | | Page __1__ of __2__ | |
|---|---|---|---|---|
| Name and Address of Taxpayer | | Taxpayer Identification Number | Return Form No.: 1040 | |
| JOSH H BUTERIN 365 KAW LN E LAKE QUIVIRA  KS  66217-8766 | | Person with whom examination changes were discussed. | Name and Title: | |

| 1. Adjustments to Income | | Period End 12/31/2005 | Period End 12/31/2006 | Period End |
|---|---|---|---|---|
| a. Sch E - Country Hill Motors | | 1,541,570.00 | 2,100,885.00 | |
| b. Qualified dividends | | 256,270.00 | 255,980.00 | |
| c. Itemized Deductions | | 19,452.00 | 6,702.00 | |
| d. Exemptions | | 2,560.00 | | |
| e. | | | | |
| f. | | | | |
| g. | | | | |
| h. | | | | |
| i. | | | | |
| j. | | | | |
| k. | | | | |
| l. | | | | |
| m. | | | | |
| n. | | | | |
| o. | | | | |
| p. | | | | |
| 2. Total Adjustments | | 1,819,852.00 | 2,363,567.00 | |
| 3. Taxable Income Per Return or as Previously Adjusted | | 143,572.00 | 260,946.00 | |
| 4. Corrected Taxable Income | | 1,963,424.00 | 2,624,513.00 | |
| Tax Method | | SCHEDULE D | SCHEDULE D | |
| Filing Status | | Single | Single | |
| 5. Tax | | 616,201.00 | 844,532.00 | |
| 6. Additional Taxes / Alternative Minimum | | 0.00 | 0.00 | |
| 7. Corrected Tax Liability | | 616,201.00 | 844,532.00 | |
| 8. Less Credits | a. Foreign Tax Credit | 107.00 | 29.00 | |
| | b. | | | |
| | c. | | | |
| | d. | | | |
| 9. Balance (Line 7 less total of Lines 8a thru 8d) | | 616,094.00 | 844,503.00 | |
| 10. Plus Other Taxes | a. | | | |
| | b. | | | |
| | c. | | | |
| | d. | | | |
| 11. Total Corrected Tax Liability (Line 9 plus Lines 10a thru 10d) | | 616,094.00 | 844,503.00 | |
| 12. Total Tax Shown on Return or as Previously Adjusted | | 36,750.00 | 72,916.00 | |
| 13. Adjustments to: | a. | | | |
| | b. | | | |
| | c. | | | |
| 14. Deficiency-Increase in Tax or (Overassessment - Decrease in Tax) (Line 11 less Line 12 adjusted by Lines 13a through 13c) | | 579,344.00 | 771,587.00 | |
| 15. Adjustments to Prepayment Credits-Increase (Decrease) | | | | |
| 16. Balance Due or (Overpayment) - (Line 14 adjusted by Line 15) (Excluding interest and penalties) | | 579,344.00 | 771,587.00 | |

Catalog Number 23110T                     www.irs.gov                     Form **4549-A** (Rev. 5-2008)

| Form **4549-A** (Rev. May 2006) | Department of the Treasury-Internal Revenue Service **Income Tax Discrepancy Adjustments** | | Page 2 of 2 | |
|---|---|---|---|---|
| Name of Taxpayer JOSH H BUTERIN | | Taxpayer Identification Number ▮▮▮▮ | Return Form No.: 1040 | |
| | | Period End 12/31/2005 | Period End 12/31/2006 | Period End |
| **17. Penalties/ Code Sections** | | | | |
| a. Fraud-IRC 6663 | | 434,508.00 | 578,690.25 | |
| b. | | | | |
| c. | | | | |
| d. | | | | |
| e. | | | | |
| f. | | | | |
| g. | | | | |
| h. | | | | |
| i. | | | | |
| j. | | | | |
| k. | | | | |
| l. | | | | |
| m. | | | | |
| n. | | | | |
| **18. Total Penalties** | | 434,508.00 | 578,690.25 | |
| Underpayment attributable to negligence: (1981-1987) A tax addition of 50 percent of the interest due on the underpayment will accrue until it is paid or assessed. | | | | |
| Underpayment attributable to fraud: (1981-1987) A tax addition of 50 percent of the interest due on the underpayment will accrue until it is paid or assessed. | | | | |
| Underpayment attributable to Tax Motivated Transactions (TMT). Interest will accrue and be assessed at 120% of underpayment rate in accordance with IRC 6621(c). | | 0.00 | 0.00 | |
| **19. Summary of Taxes, Penalties and Interest:** | | | | |
| a. Balance due or (Overpayment) Taxes - (Line 16, Page 1) | | 579,344.00 | 771,587.00 | |
| b. Penalties (Line 18) - | | 434,508.00 | 578,690.25 | |
| c. Interest (IRC § 6601) - computed to | | 0.00 | 0.00 | |
| d. TMT Interest - computed to (on TMT underpayment) | | 0.00 | 0.00 | |
| e. Amount due or refund - (sum of Lines a, b, c and d) | | 1,013,852.00 | 1,350,277.25 | |

Other Information:
Internal Revenue Code Section 6404(g) does not apply.

| Examiner's Signature: Name | Employee ID: | Office: | Date: |
|---|---|---|---|

The Internal Revenue Service has agreements with state tax agencies under which information about federal tax, including increases or decreases, is exchanged with the states. If this change affects the amount of your state income tax, you should amend your state return by filing the necessary forms.

You may be subject to backup withholding if you underreport your interest, dividend, or patronage dividend income you earned and do not pay the required tax. The IRS may order backup withholding (withholding of a percentage of your dividend and/or interest payments) if the tax remains unpaid after it has been assessed and four notices have been issued to you over a 120-day period.

Catalog Number 23110T | www.irs.gov | Form **4549-A** (Rev. 5-2006)

| FORM886A | **EXPLANATION OF ITEMS** | SCHEDULE OR EXHIBIT NO |
|---|---|---|
| NAME OF TAXPAYER: JOSH H. BUTERIN | | YEARS OR PERIODS ENDED: 2005, 2006 FORM 1040 |

## A:   SCHEDULE E – COUNTRY HILL MOTORS

| Year | Per Return | Per Audit | Adjustment |
|---|---|---|---|
| 2005 | $ 29,358.00 | $1,570,928.00 | $1,541,570.00 |
| 2006 | $ 111,542.00 | $2,212,427.00 | $2,100,885.00 |

We adjusted your return in accordance with the S Corporation return, which has also been examined. See Country Hill Motors Inc. Form 4605-A and 886-Z(C) flowthrough for Josh Buterin.

Alternatively, with regard to the $1,520,000 shown by Country Hill Motors Inc. as payments of administrative fees, we adjusted your return in accordance with the partnership return, which has also been examined.  See Buterin-Zaslavsky Investments Form 4605-A and 886-Z(C) flowthrough for Josh Buterin.

Alternatively, all payments made to the management companies (Hickory Crest Inc.; B Barger Investments Inc.; Buterin-Zaslavsky Investments) are considered paid (proportionately) directly to Josh H. Buterin.

## B:   QUALIFIED DIVIDENDS

| Year | Per Return | Per Audit | Adjustment |
|---|---|---|---|
| 2005 | $ 5,652.00 | $261,922.00 | $256,270.00 |
| 2006 | $ 7,954.00 | $263,934.00 | $255,980.00 |

The premiums and administrative costs associated with the whole life insurance premiums paid to Hartford Life Insurance Company under the Hickory Crest, Inc. Defined Benefit Plan are for the benefit of Josh H. Buterin individually.  The premium payments and administrative costs are dividends to Josh H. Buterin under Internal Revenue Code Sections 61 and 316 to the extent of earnings and profits. The amount of this dividend income is $256,270 and $255,980 for the years ended December 31, 2005 and December 31, 2006, respectively.

Alternatively, the full amounts are includible in income as compensation.

## C:   ITEMIZED DEDUCTIONS

| Year | Per Return | Per Audit | Adjustment |
|---|---|---|---|
| 2005 | $24,500.00 | $ 5,048.00 | $19,452.00 |
| 2006 | $14,777.00 | $ 8,075.00 | $ 6,072.00 |

The amount you can claim for some of your itemized deductions is limited because your adjusted gross income (AGI) for this year is more than the amount for your filing status.  We have attached an itemized deduction worksheet to explain how we refigured your itemized deductions.

| DEPARTMENT OF THE TREASURY – INTERNAL REVENUE SERVICE | FORM 886A |
|---|---|
| | Page 1 of 2 |

| FORM886A | **EXPLANATION OF ITEMS** | SCHEDULE OR EXHIBIT NO |
|---|---|---|
| NAME OF TAXPAYER: JOSH H. BUTERIN | | YEARS OR PERIODS ENDED: 2005, 2006 FORM 1040 |

## D: EXEMPTIONS

| Year | Per Return | Per Audit | Adjustment |
|---|---|---|---|
| 2005 | $2,560.00 | $ 0.00 | $2,560.00 |

For tax years beginning after December 31, 1987, the benefit of the personal exemption is phased out for individuals whose adjusted gross income is above specified levels. See the enclosed computation.

## 6: ALTERNATIVE MINIMUM TAX

| Year | Per Return | Per Audit | Corrected |
|---|---|---|---|
| 2005 | $2,289.00 | $ 0.00 | $ 0.00 |
| 2006 | $2,682.00 | $ 0.00 | $ 0.00 |

We have adjusted your alternative minimum tax because of an adjustment to your adjusted gross income, itemized deductions, and exemptions. Your adjusted gross income, itemized deductions, and exemptions are used in computing your alternative minimum taxable income. See enclosed computation.

## 17A: FRAUD PENALTY

| Year | Per Return | Per Audit | Adjustment |
|---|---|---|---|
| 2005 | $ 0.00 | $434,508.00 | $434,508.00 |
| 2006 | $ 0.00 | $578,690.25 | $578,690.25 |

All or part of the underpayment of tax required to be shown on the return is due to fraud. A penalty equal to seventy-five (75) percent of the portion of the underpayment attributable to fraud has been imposed under section 6663 of the Internal Revenue Code.

Alternatively, you are liable for the accuracy-related penalty imposed under section 6662(a) of the Internal Revenue Code because there was (1) a substantial understatement of income tax, or (2) you were negligent (or disregarded rules or regulations) and you have not shown you had reasonable cause for the underpayment of tax and that you acted in good faith. The penalty for the understatement is twenty (20) percent of the portion of the underpayment of tax attributable to each component of this penalty. See the accompanying computation.

| DEPARTMENT OF THE TREASURY – INTERNAL REVENUE SERVICE | FORM 886A |
|---|---|
| | Page 2 of 2 |

Page    of

| Form **4605-A** | Department of the Treasury — Internal Revenue Service<br>Examination Changes - Partnerships, Fiduciaries, S Corporations, and<br>Interest Charge Domestic International Sales Corporations (Unagreed and Excepted Agreed) | | |
|---|---|---|---|

| Name and address<br>COUNTRY HILL MOTORS, INC<br>6639 E Frontage Road<br>Merriam, Kansas 66202 | Employer Identification Number | | Form Number<br>1120S |
|---|---|---|---|
| | Person Examination<br>Changes Were<br>Discussed With | Name | |
| | | Title | |

| | Period End: 12/31/2005 | Period End: 12/31/2006 | Period End: |
|---|---|---|---|
| 1. Adjustments to ordinary, distributable net, or taxable income. | | | |
| a. Gross Receipts or Sales | 41,849.00 | | |
| b. Cost of Goods Sold | 100,000.00 | 40,176.00 | |
| c. Other Income from Hickory Crest | | 1,007.00 | |
| d. Other Deductions - Administrative Fees | 2,880,836.00 | 4,078,200.00 | |
| e. | | | |
| f. | | | |
| g. | | | |
| 2. Total adjustments to ordinary, distributable net, or taxable income. | 3,022,685.00 | 4,119,383.00 | |
| 3. Ordinary, distributable net, or taxable income as reported. | 57,565.00 | 218,710.00 | |
| 4. Corrected ordinary, distributable net, or taxable income. | 3,080,250.00 | 4,338,093.00 | |
| 5. Other adjustments | | | |
| a. Portfolio income (loss) interest | | | |
| (1) Adjustment | 0.00 | 0.00 | |
| (2) As Reported | 18,532.00 | 23,868.00 | |
| (3) Corrected | 18,532.00 | 23,868.00 | |
| b. Charitable contributions 50 percent | | | |
| (1) Adjustment | 0.00 | 0.00 | |
| (2) As Reported | 200.00 | 350.00 | |
| (3) Corrected | 200.00 | 350.00 | |

Remarks

| Examiner's Signature: | Employee ID: | Area Office: | Date: |
|---|---|---|---|
| Name | | | |

Form **4605-A** (Rev. 12-2008)    Catalog Number 41817X    publish.no.irs.gov    Department of the Treasury — Internal Revenue Service
RGS Version 10.20.00

Taxpayer:  COUNTRY HILL MOTORS, INC

TIN:  ▉▉▉▉

Page ____ of ____

## Form 4605-A – Other Adjustments (Continued)

| | Period End: 12/31/2005 | Period End: 12/31/2006 | Period End: |
|---|---|---|---|
| **c. Section 179 expense deduction** | | | |
| (1) Adjustment | 0.00 | 0.00 | |
| (2) As Reported | 652.00 | 10,836.00 | |
| (3) Corrected | 652.00 | 10,836.00 | |
| **d. Investment income included in portfolio income** | | | |
| (1) Adjustment | 0.00 | 0.00 | |
| (2) As Reported | 18,532.00 | 23,868.00 | |
| (3) Corrected | 18,532.00 | 23,868.00 | |
| **e. Adj./tax pref. items depreciation in serv. after 1986** | | | |
| (1) Adjustment | 0.00 | 0.00 | |
| (2) As Reported | (5,204.00) | (2,092.00) | |
| (3) Corrected | (5,204.00) | (2,092.00) | |
| **f. Nondeductible expenses** | | | |
| (1) Adjustment | 0.00 | 0.00 | |
| (2) As Reported | 200.00 | 2,338.00 | |
| (3) Corrected | 200.00 | 2,338.00 | |
| **g. Property distributions other than dividends** | | | |
| (1) Adjustment | 937,070.00 | 1,774,886.00 | |
| (2) As Reported | 300,000.00 | 275,114.00 | |
| (3) Corrected | 1,237,070.00 | 2,050,000.00 | |
| | | | |
| (1) Adjustment | | | |
| (2) As Reported | | | |
| (3) Corrected | | | |
| | | | |
| (1) Adjustment | | | |
| (2) As Reported | | | |
| (3) Corrected | | | |
| | | | |
| (1) Adjustment | | | |
| (2) As Reported | | | |
| (3) Corrected | | | |
| | | | |
| (1) Adjustment | | | |
| (2) As Reported | | | |
| (3) Corrected | | | |
| | | | |
| (1) Adjustment | | | |
| (2) As Reported | | | |
| (3) Corrected | | | |
| | | | |
| (1) Adjustment | | | |
| (2) As Reported | | | |
| (3) Corrected | | | |

Form **4605-A** (Rev. 12-2008)      Catalog Number 41817X      publish.no.irs.gov      Department of the Treasury — Internal Revenue Service
RGS Version  10.20.00

| FORM886A | **EXPLANATION OF ITEMS** | SCHEDULE OR EXHIBIT NO |
|---|---|---|
| NAME OF TAXPAYER: COUNTRY HILL MOTORS INC. | | YEARS OR PERIODS ENDED: 2005, 2006 FORM 1040 |

### (4605-A):

### 1A:   FORM 1120S – GROSS RECEIPTS OR SALES

| Year | Per Return | Per Audit | Adjustment |
|---|---|---|---|
| 2005 | $18,701,564.00 | $18,743,413.00 | $ 41,849.00 |

Since you are an accrual-basis taxpayer, your gross receipts have been adjusted to include current year sales where payment has been received in the next year and remove previous year sales where the payment has been received in the current year as the accrual method records sales when they occur not when payment is received.

### 1B:   FORM 1120S – COST OF GOODS SOLD

| Year | Per Return | Per Audit | Adjustment |
|---|---|---|---|
| 2005 | $15,201,317.00 | $15,101,317.00 | $ 100,000.00 |
| 2006 | $17,645,721.00 | $17,605,545.00 | $ 40,176.00 |

2005:
We adjusted your cost of goods sold because of the change to your ending inventory.  Your inventory was restored to the physical inventory figure because you did not substantiate the adjusting journal entry to change it from the physical inventory.

2006:
We have adjusted your purchases (which adjusts your cost of goods sold) to reflect the amount you verified as incurred during the taxable year.  We have removed the duplicated and unsubstantiated purchases.  We adjusted your cost of goods sold because of the change to your beginning inventory.

### 1C:   FORM 1120S – OTHER INCOME FROM HICKORY CREST

| Year | Per Return | Per Audit | Adjustment |
|---|---|---|---|
| 2006 | $ 0.00 | $1,007.00 | $1,007.00 |

In accordance with Section 482 of the Internal Revenue Code, to clearly reflect the income of the entities we have allocated income and deductions between the two entities. Your income has been increased by other income originally recorded by Hickory Crest.

| DEPARTMENT OF THE TREASURY – INTERNAL REVENUE SERVICE | FORM 886A |
|---|---|
| | Page 1 of 2 |

| FORM886A | **EXPLANATION OF ITEMS** | SCHEDULE OR EXHIBIT NO |
|---|---|---|
| NAME OF TAXPAYER: COUNTRY HILL MOTORS INC. | | YEARS OR PERIODS ENDED: 2005, 2006 FORM 1040 |

## 1D:   FORM 1120S – OTHER DEDUCTIONS – ADMINISTRATIVE FEE

| Year | Per Return | Per Audit | Adjustment |
|---|---|---|---|
| 2005 | $2,880,836.00 | $      0.00 | $2,880,836.00 |
| 2006 | $4,078,200.00 | $      0.00 | $4,078,200.00 |

Since you did not establish that the expense shown on your tax return was a business expense, arms length reasonable in amount (since they are related parties), and that the expense was ordinary and necessary to your business, we have disallowed the amount shown.

Alternatively, substance of the transactions shows the administrative fees were paid for the sole purpose of obtaining tax benefits, not a legitimate economic or business purpose. The substance of the transactions shows the administrative fees to be considered directly paid by Country Hill Motors Inc. to the shareholders.

Alternatively, it has not been substantiated that management or services have been provided in order that it can be considered deductible as an expense under the all events test.

Alternatively, this is an attempt at assignment of income. Since Country Hill Motors Inc. earned the income, it should remain taxable to it.

Alterntively, in accordance with Section 482 of the Internal Revenue Code, to clearly reflect the income of the entities we have allocated income and deductions between the two entities. The deductions of administrative fees is an attempt to switch income that is clearly County Hill Motors Inc.'s. The deduction has been disallowed.

Alternatively, because we have determined that the activity carried on by the management service corporations does not meet the guidelines of carrying on a trade or a business, their existence is being disregarded for Federal Income Tax purposes. It is a payment considered to be made directly to the shareholders of Country Hill Motors Inc.

| DEPARTMENT OF THE TREASURY – INTERNAL REVENUE SERVICE | FORM 886A |
|---|---|
| | Page 2 of 2 |

| Computer Generated Form 886-Z(C) | Department of the Treasury - Internal Revenue Service **Partner's or S Corporation Shareholders' Shares of Income** | | Page ___ of ___ Schedule Number: 1120S |
|---|---|---|---|
| Name of Partnership or S Corporation: COUNTRY HILL MOTORS, INC | | TIN of Partnership or S Corporation: ▮▮▮▮ | Taxable Year Ended: 12/31/2005 |

| Name and Address of Partner or Shareholder: (1) | TIN of Partner or Shareholder: (2) | Percentage of Profit (3) | Ordinary Income (loss) from trade or business (4) | Portfolio income (loss) Interest (5) |
|---|---|---|---|---|
| | | 49.00000000% | 1,509,322.00 | 9,081.00 |
| Josh Buterin 365 Kaw Lane Lake Quivira, Kansas 66217 | 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 | 51.00000000% | 1,570,928.00 | 9,451.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **Totals** | | 100.00000000% | 3,080,250.00 | 18,532.00 |

**Continuation**

| Partner or Shareholder TIN (6) | Charitable contributions 50 percent (7) | Section 179 expense deduction (8) | Investment income included in portfolio income (9) | Adj./tax pref. items depreciation in serv. after 1986 (10) | Nondeductible expenses (11) |
|---|---|---|---|---|---|
| | 98.00 | 319.00 | 9,081.00 | (2,550.00) | 98.00 |
| 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 | 102.00 | 333.00 | 9,451.00 | (2,654.00) | 102.00 |
| | | | | | |
| | | | | | |
| | | | | | |
| **Totals** | 200.00 | 652.00 | 18,532.00 | (5,204.00) | 200.00 |

Form 886-Z(C)-CG

RGS Version 10.20.00

| Computer Generated Form 886-Z(C) | Department of the Treasury - Internal Revenue Service **Partner's or S Corporation Shareholders' Shares of Income** | Page ____ of ____ Schedule Number: 1120S |
|---|---|---|

| Name of Partnership or S Corporation: COUNTRY HILL MOTORS, INC | TIN of Partnership or S Corporation: ████████ | Taxable Year Ended: 12/31/2005 |
|---|---|---|

| Name and Address of Partner or Shareholder: (1) | TIN of Partner or Shareholder: (2) | Percentage of Profit (3) | Property distributions other than dividends (4) | (5) |
|---|---|---|---|---|
| | | 49.00000000% | 504,035.00 | |
| Josh Buterin 365 Kaw Lane Lake Quivira, Kansas 66217 | 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 | 51.00000000% | 733,035.00 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | Totals | 100.00000000% | 1,237,070.00 | |

Continuation

| Partner or Shareholder TIN (6) | (7) | (8) | (9) | (10) | (11) |
|---|---|---|---|---|---|
| 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 | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| Totals | | | | | |

RGS Version 10.20.00

Form 886-Z(C)-CG

Page ___ of ___

Schedule Number:

| Computer Generated Form 886-Z(C) | Department of the Treasury - Internal Revenue Service **Partner's or S Corporation Shareholders' Shares of Income** | 1120S |
|---|---|---|

| Name of Partnership or S Corporation: COUNTRY HILL MOTORS, INC | TIN of Partnership or S Corporation: ▮▮▮▮ | Taxable Year Ended: 12/31/2006 |
|---|---|---|

| Name and Address of Partner or Shareholder: (1) | TIN of Partner or Shareholder: (2) | Percentage of Profit (3) | Ordinary income (loss) from trade or business (4) | Portfolio income (loss) interest (5) |
|---|---|---|---|---|
| | | 49.00000000% | 2,125,666.00 | 11,695.00 |
| Josh Buterin 365 Kaw Lane Lake Quivira, Kansas 66217 | 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 | 51.00000000% | 2,212,427.00 | 12,173.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Totals | | 100.00000000% | 4,338,093.00 | 23,868.00 |

Continuation

| Partner or Shareholder TIN (6) | Charitable contributions 50 percent (7) | Section 179 expense deduction (8) | Investment income included in portfolio income (9) | Adj./tax pref. items depreciation in serv. after 1986 (10) | Nondeductible expenses (11) |
|---|---|---|---|---|---|
| | 172.00 | 5,310.00 | 11,695.00 | (1,025.00) | 1,146.00 |
| 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 | 178.00 | 5,526.00 | 12,173.00 | (1,067.00) | 1,192.00 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| Totals | 350.00 | 10,836.00 | 23,868.00 | (2,092.00) | 2,338.00 |

Form 886-Z(C)-CG

RGS Version 10.20.00

| | | | | | Page    of |
|---|---|---|---|---|---|
| | | | | | Schedule Number: |
| Computer Generated Form 886-Z(C) | Department of the Treasury - Internal Revenue Service **Partner's or S Corporation Shareholders' Shares of Income** | | | | 1120S |
| Name of Partnership or S Corporation: COUNTRY HILL MOTORS, INC | | TIN of Partnership or S Corporation: ███████ | | | Taxable Year Ended: 12/31/2006 |

| Name and Address of Partner or Shareholder: (1) | TIN of Partner or Shareholder: (2) | Percentage of Profit (3) | Property distributions other than dividends (4) | (5) |
|---|---|---|---|---|
| | | 49.00000000% | 1,125,000.00 | |
| Josh Buterin 365 Kaw Lane Lake Quivira, Kansas 66217 | 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 | 51.00000000% | 925,000.00 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Totals | | 100.00000000% | 2,050,000.00 | |

Continuation

| Partner or Shareholder TIN (6) | (7) | (8) | (9) | (10) | (11) |
|---|---|---|---|---|---|
| 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 | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| Totals | | | | | |

RGS Version 10.20.00

Form 886-Z(C)-OG

Page ___ of ___

| Form **4605-A** | Department of the Treasury — Internal Revenue Service<br>Examination Changes - Partnerships, Fiduciaries, S Corporations, and<br>Interest Charge Domestic International Sales Corporations (Unagreed and Excepted Agreed) | | |

| Name and address<br>Buterin-Zaslavsky Investments<br>6639 Frontage Road<br>Merriam, Kansas 66202 | Employer Identification Number | | Form Number<br>1065 |
| | Person Examination<br>Changes Were<br>Discussed With | Name  Buterin-Zaslavsky Investments | |
| | | Title   Taxpayer | |

| 1. Adjustments to ordinary, distributable net, or taxable income. | Period End: 12/31/2005 | Period End: | Period End: |
| --- | --- | --- | --- |
| a. Gross Receipts or Sales | 1,520,000.00 | | |
| b. | | | |
| c. | | | |
| d. | | | |
| e. | | | |
| f. | | | |
| g. | | | |
| 2. Total adjustments to ordinary, distributable net, or taxable income. | 1,520,000.00 | | |
| 3. Ordinary, distributable net, or taxable income as reported. | | | |
| 4. Corrected ordinary, distributable net, or taxable income. | 1,520,000.00 | | |
| 5. Other adjustments | | | |
| a. Net Income (loss) from rental real estate activities | | | |
| (1) Adjustment | 0.00 | | |
| (2) As Reported | 97,702.00 | | |
| (3) Corrected | 97,702.00 | | |
| b. Net earnings (loss) from self-employment | | | |
| (1) Adjustment | 1,520,000.00 | | |
| (2) As Reported | 0.00 | | |
| (3) Corrected | 1,520,000.00 | | |

Remarks

| Examiner's Signature:<br>Name | Employee ID: | Area Office: | Date: |

Form **4605-A** (Rev. 12-2008)     Catalog Number 41817X     publish.no.irs.gov     Department of the Treasury — Internal Revenue Service
RGS Version 10.20.00

Taxpayer:  Buterin-Zaslavsky Investments

TIN:  ███████                                                                                  Page _____ of _____

## Form 4605-A – Other Adjustments (Continued)

| | Period End: 12/31/2005 | Period End: | Period End: |
|---|---|---|---|
| c.  Adj./tax pref. items depreciation in serv. after 1986 | | | |
| (1) Adjustment | 0.00 | | |
| (2) As Reported | 373.00 | | |
| (3) Corrected | 373.00 | | |
| (1) Adjustment | | | |
| (2) As Reported | | | |
| (3) Corrected | | | |
| (1) Adjustment | | | |
| (2) As Reported | | | |
| (3) Corrected | | | |
| (1) Adjustment | | | |
| (2) As Reported | | | |
| (3) Corrected | | | |
| (1) Adjustment | | | |
| (2) As Reported | | | |
| (3) Corrected | | | |
| (1) Adjustment | | | |
| (2) As Reported | | | |
| (3) Corrected | | | |
| (1) Adjustment | | | |
| (2) As Reported | | | |
| (3) Corrected | | | |
| (1) Adjustment | | | |
| (2) As Reported | | | |
| (3) Corrected | | | |
| (1) Adjustment | | | |
| (2) As Reported | | | |
| (3) Corrected | | | |
| (1) Adjustment | | | |
| (2) As Reported | | | |
| (3) Corrected | | | |
| (1) Adjustment | | | |
| (2) As Reported | | | |
| (3) Corrected | | | |
| (1) Adjustment | | | |
| (2) As Reported | | | |
| (3) Corrected | | | |

Form **4605-A** (Rev. 12-2008)        Catalog Number 41817X        publish.no.irs.gov        Department of the Treasury — Internal Revenue Service
RGS Version 10.20.00

| FORM886A | EXPLANATION OF ITEMS | SCHEDULE OR EXHIBIT NO |
|---|---|---|
| NAME OF TAXPAYER: BUTERIN-ZASLAVSKY INVESTMENTS | | YEARS OR PERIODS ENDED: 2005 |
| | | FORM 1040 |

**(4605-A):**

**1A:    FORM 1065 – GROSS RECEIPTS OR SALES**

| Year | Per Return | Per Audit | Adjustment |
|---|---|---|---|
| 2005 | $        0.00 | $1,520,000.00 | $1,520,000.00 |

We have adjusted your gross receipts to agree with the amounts shown by Country Hill Motors Inc. as payments of administrative fees of $1,520,000.

Alternatively, substance of the transactions shows the administrative fees of $1,520,000 to be considered directly paid by Country Hill Motors Inc. to the partners of Buterin-Zaslavsky Investments.

Alternatively, in accordance with Section 482 of the Internal Revenue Code, to clearly reflect the income of the entities we have allocated income and deductions between the two entities.

| DEPARTMENT OF THE TREASURY – INTERNAL REVENUE SERVICE | FORM 886A |
|---|---|
| | Page 1 of 1 |

| | | | Page | of |
|---|---|---|---|---|
| | | | Schedule Number: | |

| Computer Generated Form 886-Z(C) | Department of the Treasury - Internal Revenue Service **Partner's or S Corporation Shareholders' Shares of Income** | | | 1065 |
|---|---|---|---|---|

| Name of Partnership or S Corporation: Buterin-Zaslavsky Investments | | TIN of Partnership or S Corporation: ▇▇▇▇ | Taxable Year Ended: 12/31/2005 |
|---|---|---|---|

| Name and Address of Partner or Shareholder: (1) | TIN of Partner or Shareholder: (2) | Percentage of Profit (3) | Ordinary income (loss) from trade or business (4) | Net income (loss) from rental real estate activities (5) |
|---|---|---|---|---|
| | | 50.00000000% | 760,000.00 | 48,851.00 |
| Josh Buterin 365 Kaw Lane Lake Quivira, KS 65106 | 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 | 50.00000000% | 760,000.00 | 48,851.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Totals | | 100.00000000% | 1,520,000.00 | 97,702.00 |

Continuation

| Partner or Shareholder TIN (6) | Net earnings (loss) from self-employment (7) | Adj./tax pref. items depreciation in serv. after 1986 (8) | (9) | (10) | (11) |
|---|---|---|---|---|---|
| | 0.00 | 186.00 | | | |
| 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 | 1,520,000.00 | 186.00 | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| Totals | 1,520,000.00 | 372.00 | | | |

RGS Version 10.20.00

Form 886-Z(C)-CG

Name Of Taxpayer:  JOSH H BUTERIN  
Identification Number: ███████           Total                    10.20.00

## 2005  - SCHEDULE A - ITEMIZED DEDUCTIONS

|  | PER RETURN | PER EXAM | ADJUSTMENT |
|---|---|---|---|
| 1. Medical, dental and insurance premiums | 0.00 | 0.00 | 0.00 |
| 2.   7.50% of Adjusted Gross Income | 12,797.00 | 147,635.00 | |
| 3. Net Medical and Dental Expense | 0.00 | 0.00 | 0.00 |
| 4. Taxes | 24,643.00 | 24,643.00 | 0.00 |
| 5. Home Interest Expense | 0.00 | 0.00 | 0.00 |
| 6. Investment Interest | 0.00 | 0.00 | 0.00 |
| 7. Other Interest Expense | 0.00 | 0.00 | 0.00 |
| 8. Total Interest Expense | 0.00 | 0.00 | 0.00 |
| 9. Contributions | 597.00 | 597.00 | 0.00 |
| 9a. Elected Qualified Contributions | 0.00 | 0.00 | 0.00 |
| 10. Casualty and theft Losses | 0.00 | 0.00 | 0.00 |
| 11. Miscellaneous deductions subject to AGI limit | 750.00 | 750.00 | 0.00 |
| 12.   2.00% of Adjusted Gross Income | 3,413.00 | 39,369.00 | |
| 13. Excess Miscellaneous deductions | 0.00 | 0.00 | 0.00 |
| 14. Other Miscellaneous deductions | 0.00 | 0.00 | 0.00 |
| 15. Total itemized deductions (Sum of Lines 3, 4, 8, 9,10,13, and 14 less any applicable limitation) | 24,500.00 | 5,048.00 | 19,452.00 |

## ITEMIZED DEDUCTIONS WORKSHEET - PER EXAM

| | |
|---|---|
| A.  Total of lines 3, 4, 8, 9, 10, 13, and 14 | 25,240.00 |
| B.  Total of lines 3, 6, 9a,10, (plus any gambling losses included on line 14) | 0.00 |
| C.  Line A less Line B | 25,240.00 |
| D.  Multiply the amount on line C by 80% | 20,192.00 |
| E.  Adjusted Gross Income from Form 1040 | 1,968,472.00 |
| F.  Itemized Deduction Limitation | 145,950.00 |
| G.  Line E less Line F | 1,822,522.00 |
| H.  Multiply the amount on Line G by 3% | 54,676.00 |
| I.   Enter the smaller of Line D or Line H | 20,192.00 |
| J.  Total Itemized Deductions (entered on line 15 above) | 5,048.00 |

Name Of Taxpayer:   JOSH H BUTERIN
Identification Number: ▮▮▮▮▮▮                       Total                    10.20.00

## 2006   - SCHEDULE A - ITEMIZED DEDUCTIONS

|  | PER RETURN | PER EXAM | ADJUSTMENT |
|---|---|---|---|
| 1. Medical, dental and insurance premiums | 0.00 | 0.00 | 0.00 |
| 2.    7.50%  of Adjusted Gross Income | 20,762.00 | 197,527.00 |  |
| 3. Net Medical and Dental Expense | 0.00 | 0.00 | 0.00 |
| 4. Taxes | 16,775.00 | 16,775.00 | 0.00 |
| 5. Home Interest Expense | 0.00 | 0.00 | 0.00 |
| 6. Investment Interest | 0.00 | 0.00 | 0.00 |
| 7. Other Interest Expense | 0.00 | 0.00 | 0.00 |
| 8. Total Interest Expense | 0.00 | 0.00 | 0.00 |
| 9. Contributions | 529.00 | 529.00 | 0.00 |
| 10. Casualty and theft Losses | 0.00 | 0.00 | 0.00 |
| 11. Miscellaneous deductions subject to AGI limit | 750.00 | 750.00 | 0.00 |
| 12.   2.00%  of Adjusted Gross Income | 5,536.00 | 52,674.00 |  |
| 13. Excess Miscellaneous deductions | 0.00 | 0.00 | 0.00 |
| 14. Other Miscellaneous deductions | 0.00 | 0.00 | 0.00 |
| 15. Total Itemized deductions (Sum of Lines 3, 4, 8, 9,10,13, and 14 less any applicable limitation) | 14,777.00 | 8,075.00 | 6,702.00 |

## ITEMIZED DEDUCTIONS WORKSHEET - PER EXAM

| | |
|---|---|
| A.  Total of lines 3, 4, 8, 9, 10, 13, and 14 | 17,304.00 |
| B.  Total of lines 3, 6, 10, (plus any gambling losses included on line 14) | 0.00 |
| C.  Line A less Line B | 17,304.00 |
| D.  Multiply the amount on line C by 80% | 13,843.00 |
| E.  Adjusted Gross Income from Form 1040 | 2,633,688.00 |
| F.  Itemized Deduction Limitation | 150,500.00 |
| G.  Line E less Line F | 2,483,188.00 |
| H.  Multiply the amount on Line G by 3% | 74,496.00 |
| I.   Enter the smaller of Line D or Line H | 13,843.00 |
| J.  Divide Line I by 3 | 4,614.33 |
| K.  Subtract Line J from Line I | 9,228.67 |
| L.  Total Itemized Deductions (entered on line 15 above) | 8,075.00 |

| Name Of Taxpayer: | JOSH H BUTERIN | | |
|---|---|---|---|
| Identification Number: | ████████ | Total | 10.20.00 |

## 2005 - PERSONAL EXEMPTION WORKSHEET

| | |
|---|---|
| 1. Multiply $500 by the total number of guests listed in Part I of Form 8914 (Maximum allowed is $2,000; or $1,000 if married filing separately) | 0.00 |
| 2. Multiply $   3,200.00  by the total number of exemptions claimed on Form 1040, line 6d | 3,200.00 |
| 3. Add lines 1 and 2 | 3,200.00 |
| 4. Adjusted Gross Income | 1,968,472.00 |
| 5. Limitation based on Filing Status | 145,950.00 |
| Note: If line 5 is greater than line 4, enter the amount on line 3 on line 10 below and STOP | |
| 6. Subtract line 5 from line 4 | 1,822,522.00 |
| Note:  If line 6 is less than zero or line 6 is more than $122,500 (or $61,250, if married filing separately),  then enter the amount on line 1 on line 10 below and STOP | |
| 7. Divide line 6 by $2,500 ($1,250 if married filing separately) | 10.00 |
| 8. Multiply line 7 by 2% and enter the result as a decimal | 0.20 |
| 9. Multiply line 2 by line 8 | 640.00 |
| 10. Deduction for exemptions (Subtract line 9 from line 3) | 0.00 |

| Name of Taxpayer: | JOSH H BUTERIN | | |
|---|---|---|---|
| Identification Number: | | Total | 10.20.00 |

## 2005 - SCHEDULE D - CAPITAL GAINS AND LOSSES

**Part I**   Short-Term Capital Gains and Losses—Assets Held One Year or Less

| | | |
|---|---|---:|
| 1 | Short-term capital gain or loss | (82,779.00) |
| 2 | Short-term capital loss carryover | 0.00 |
| 3 | Net Short-term Gain or Loss (Add line 1 and 2) | (82,779.00) |

**Part II**   Long-Term Capital Gains and Losses—Assets Held More Than One Year

| | | |
|---|---|---:|
| 4 | Long-term capital gain or loss | (17,942.00) |
| 5 | Long-term capital gain or loss carryover | 0.00 |
| 6 | Net long-term Gain or Loss (Add line 4 and 5) | (17,942.00) |

**Part III**   Summary

| | | |
|---|---|---:|
| 7 | Sum of lines 3 and 6 - Net Capital Gain or Loss | (100,721.00) |
| 8 | Capital loss limitation | (3,000.00) |
| 9 | Capital Gain or Loss - As Corrected | (3,000.00) |
| 10 | Capital Gain or Loss - Per Return | (3,000.00) |
| 11 | Line 9 less line 10 - Adjustment to Income | 0.00 |

## CORRECTED CARRYOVER

| | | |
|---|---|---:|
| 12 | Short-term Carryover to Subsequent Year | (79,779.00) |
| 13 | Long-term Carryover to Subsequent Year | (17,942.00) |

### 28% RATE GAIN COMPUTATION

| | | |
|---|---|---:|
| 1 | Tentative 28% rate gain (total of lines 1 thru 4 from worksheet) | 0.00 |
| 2 | Long-term capital loss carryover | 0.00 |
| 3 | Net short-term capital loss | (82,779.00) |
| 4 | Allowable 28% rate gain (sum of lines 1 thru 3) (if -0- or less, enter -0-) | 0.00 |

### SECTION 1250 GAIN COMPUTATION

| | | | |
|---|---|---:|---:|
| 1 | Tentative Section 1250 gain (line 13 from worksheet) | | 0.00 |
| 2 | Tentative 28% rate gain | 0.00 | |
| 3 | Net short-term capital loss | (82,779.00) | |
| 4 | Long-term capital loss carryover | 0.00 | |
| 5 | Sum of lines 2 thru 4 (if less than -0-, enter as positive amount) (if -0- or greater, enter -0-) | | 82,779.00 |
| 6 | Allowable Section 1250 gain (line 1 less line 5) (if -0- or less, enter -0-) | | 0.00 |

Name of Taxpayer:  JOSH H BUTERIN

Identification Number: ███████    Total                          10.20.00

## 2005 - Qualified Dividends and Capital Gain Tax Worksheet

1. Enter the amount from Form 1040, line 43 .................... 1.          1,963,424.00
2. Enter the amount from Form 1040, line 9b ......... 2.          257,338.00
3. Are you filing Schedule D?
   ☑ Yes. Enter the smaller of line 15 or 16 of
      Schedule D, but do not enter less than -0-  } 3.          0.00
   ☐ No. Enter the amount from Form 1040, line 13 }
4. Add lines 2 and 3 ............................. 4.          257,338.00
5. If you are claiming investment interest expense on Form
   4952, enter the amount from line 4g of that form.
   Otherwise, enter -0- ........................ 5.          0.00
6. Subtract line 5 from line 4. If zero or less, enter -0-................. 6.          257,338.00
7. Subtract line 6 from line 1. If zero or less, enter -0-................. 7.          1,706,086.00
8. Enter the smaller of:
   • The amount on line 1, or 29,700.00
   • $29,700 if single or married filing separately,  } ......... 8.          29,700.00
      $59,400 if married filing jointly or qualifying widow(er),
      $39,800 if head of household.
9. Is the amount on line 7 equal to or more than the amount on line 8?
   ☑ Yes. Skip lines 9 through 11; go to line 12 and check the "No" box.
   ☐ No. Enter the amount from line 7 ..................... 9.
10. Subtract line 9 from line 8 ........................... 10.
11. Multiply line 10 by 5% (.05)........................... 11.
12. Are the amounts on lines 6 and 10 the same?
   ☐ Yes. Skip lines 12 through 15; go to line 16.
   ☑ No. Enter the smaller of line 1 or line 6 .................. 12.          257,338.00
13. Enter the amount from line 10 (if line 10 is blank, enter -0-) ........... 13.          0.00
14. Subtract line 13 from line 12............................ 14.          257,338.00
15. Multiply line 14 by 15% (.15)........................... 15.          38,601.00
16. Figure the tax on the amount on line 7. Use the Tax Table or Tax Computation Worksheet,
    whichever applies ............................ 16.          577,600.00
17. Add lines 11, 15, and 16........................... 17.          616,201.00
18. Figure the tax on the amount on line 1. Use the Tax Table or Tax Computation Worksheet,
    whichever applies ............................ 18.          667,668.00
19. Tax on all taxable income. Enter the smaller of line 17 or line 18. Also include this amount on
    Form 1040, line 44 .......................... 19.          616,201.00

Name of Taxpayer:   JOSH H BUTERIN
Identification Number: ████████            Total                                10.20.00

## 2006 - SCHEDULE D - CAPITAL GAINS AND LOSSES

**Part I     Short-Term Capital Gains and Losses—Assets Held One Year or Less**

| | | |
|---|---|---|
| 1 | Short-term capital gain or loss | 17,904.00 |
| 2 | Short-term capital loss carryover | (79,779.00) |
| 3 | Net Short-term Gain or Loss (Add line 1 and 2) | (61,875.00) |

**Part II    Long-Term Capital Gains and Losses—Assets Held More Than One Year**

| | | |
|---|---|---|
| 4 | Long-term capital gain or loss | 92,669.00 |
| 5 | Long-term capital gain or loss carryover | (17,942.00) |
| 6 | Net long-term Gain or Loss (Add line 4 and 5) | 74,727.00 |

**Part III    Summary**

| | | |
|---|---|---|
| 7 | Sum of lines 3 and 6 - Net Capital Gain or Loss | 12,852.00 |
| 8 | Capital loss limitation | 0.00 |
| 9 | Capital Gain or Loss - As Corrected | 12,852.00 |
| 10 | Capital Gain or Loss - Per Return | 12,852.00 |
| 11 | Line 9 less line 10 - Adjustment to Income | 0.00 |

**CORRECTED CARRYOVER**

| | | |
|---|---|---|
| 12 | Short-term Carryover to Subsequent Year | 0.00 |
| 13 | Long-term Carryover to Subsequent Year | 0.00 |

**28% RATE GAIN COMPUTATION**

| | | |
|---|---|---|
| 1 | Tentative 28% rate gain (total of lines 1 thru 4 from worksheet) | 0.00 |
| 2 | Long-term capital loss carryover | (17,942.00) |
| 3 | Net short-term capital loss | (61,875.00) |
| 4 | Allowable 28% rate gain (sum of lines 1 thru 3) (if -0- or less, enter -0-) | 0.00 |

**SECTION 1250 GAIN COMPUTATION**

| | | | |
|---|---|---|---|
| 1 | Tentative Section 1250 gain (line 13 from worksheet) | | 0.00 |
| 2 | Tentative 28% rate gain | 0.00 | |
| 3 | Net short-term capital loss | (61,875.00) | |
| 4 | Long-term capital loss carryover | (17,942.00) | |
| 5 | Sum of lines 2 thru 4 (if less than -0-, enter as positive amount) (if -0- or greater, enter -0-) | | 79,817.00 |
| 6 | Allowable Section 1250 gain (line 1 less line 5) (if -0- or less, enter -0-) | | 0.00 |

Name of Taxpayer:   JOSH H BUTERIN
Identification Number: ███████            Total                                10.20.00

## 2006 - Qualified Dividends and Capital Gain Tax Worksheet

1. Enter the amount from Form 1040, line 43 ........................ **1.**      2,624,513.00
2. Enter the amount from Form 1040, line 9b ......... **2.**      256,687.00
3. Are you filing Schedule D?
   ☑ **Yes.** Enter the **smaller** of line 15 or 16 of
   Schedule D, but do not enter less than -0-     } **3.**      12,852.00
   ☐ **No.** Enter the amount from Form 1040, line 13
4. Add lines 2 and 3 ............................... **4.**      269,539.00
5. If you are claiming investment interest expense on Form
   4952, enter the amount from line 4g of that form.
   Otherwise, enter -0- ............................ **5.**      0.00
6. Subtract line 5 from line 4. If zero or less, enter -0-................... **6.**      269,539.00
7. Subtract line 6 from line 1. If zero or less, enter -0-................... **7.**      2,354,974.00
8. Enter the **smaller** of:
   - The amount on line 1, or 30,650.00
   - $30,650 if single or married filing separately,     } ......... **8.**      30,650.00
   $61,300 if married filing jointly or qualifying widow(er),
   $41,050 if head of household.
9. Is the amount on line 7 equal to or more than the amount on line 8?
   ☑ **Yes.** Skip lines 9 through 11; go to line 12 and check the "No" box.
   ☐ **No.** Enter the amount from line 7 ............................ **9.**
10. Subtract line 9 from line 8 ....................................... **10.**
11. Multiply line 10 by 5% (.05)...................................... **11.**
12. Are the amounts on lines 6 and 10 the same?
    ☐ **Yes.** Skip lines 12 through 15; go to line 16.
    ☑ **No.** Enter the **smaller** of line 1 or line 6 ........................ **12.**      269,539.00
13. Enter the amount from line 10 (if line 10 is blank, enter -0-) ............ **13.**      0.00
14. Subtract line 13 from line 12...................................... **14.**      269,539.00
15. Multiply line 14 by 15% (.15) ....................................... **15.**      40,431.00
16. Figure the tax on the amount on line 7. Use the Tax Table or Tax Computation Worksheet,
    whichever applies ....................................................... **16.**      804,101.00
17. Add lines 11, 15, and 16.......................................... **17.**      844,532.00
18. Figure the tax on the amount on line 1. Use the Tax Table or Tax Computation Worksheet,
    whichever applies ....................................................... **18.**      898,440.00
19. **Tax on all taxable income.** Enter the **smaller** of line 17 or line 18. Also include this amount on
    Form 1040, line 44 ..................................................... **19.**      844,532.00

Name of Taxpayer       JOSH H BUTERIN
Identification Number: ██████████                    Total                    10.20.00

### 2005 – Form 6251 – Alternative Minimum Tax Computation

| | | |
|---|---|---:|
| 1. | If filing Schedule A, enter taxable income before exemptions (less any amount on Form 8914, line 2); otherwise, enter adjusted gross income (less any amount on Form 8914, line 2) | 1,963,424.00 |
| 2. | Total adjustment and preferences (excluding any NOL deduction) | 2,893.00 |
| 3. | Net operating loss deduction | 0.00 |
| 4. | Alternative tax net operating loss deduction | 0.00 |
| 5. | Alternative minimum taxable income (combine lines 1 thru 4) | 1,966,317.00 |
| 6. | Exemption amount | 0.00 |
| 7. | Subtract line 6 from line 5 ( if zero or less, enter 0) | 1,966,317.00 |
| 8. | If capital gains are reported, see line 20 from continuation page All others: If line 7 is $175,000 or less ($87,500 if MFS) multiply line 7 by 26%. Otherwise, multiply line 7 by 28% and subtract $3,500 ($1,750 if MFS) from the result | 513,615.00 |
| 9. | Alternative minimum tax foreign tax credit | 110.00 |
| 10. | Tentative minimum tax (line 8 less line 9) | 513,505.00 |
| 11. | Regular tax before credits (if Schedule J was used to figure tax, use the refigured amounts for lines 44 and 47 of Form 1040 without using Schedule J) | 616,094.00 |
| 12. | Alternative minimum tax | 0.00 |

### Exemption Worksheet (line 6 above)

| | | |
|---|---|---:|
| A. | Exemption amount based on filing status | 40,250.00 |
| B. | Alternative minimum taxable income | 1,966,317.00 |
| C. | Enter $112,500 ($150,000 if married filing jointly or qualifying widow(er), $75,000 if married filing separately) | 112,500.00 |
| D. | Subtract line C from line B | 1,853,817.00 |
| E. | Multiply line D by 25% | 463,454.00 |
| F. | Subtract line E from line A (if zero or less, enter 0) | 0.00 |

Name of Taxpayer:     JOSH H BUTERIN
Identification Number: ▮▮▮▮▮▮                                   Total                    10.20.00

### 2005 - Form 6251 - Continuation, Tax Computation Using Maximum Capital Gain Rates

| | | |
|---|---|---:|
| 1. | Amount from Form 6251 report, line 7 | 1,966,317.00 |
| 2. | Amount from line 6 Qualified Dividends and Capital Gain Tax Worksheet | 257,338.00 |
| | or line 13 from Schedule D Tax Worksheet (refigured for AMT) | |
| 3 | Amount from Schedule D line 19 (refigured for AMT) | 0.00 |
| 4. | Amount from line 2 if no Schedule D worksheet; otherwise, the smaller of | 257,338.00 |
| | the sum of 2 or 3 or Schedule D worksheet line 10 (refigured for AMT) | |
| 5. | Smaller of line 1 or line 4 | 257,338.00 |
| 6. | Subtract line 5 from line 1 | 1,708,979.00 |
| 7. | If line 6 is $175,000 or less ($87,500 if MFS) multiply line 6 by 26%. | 475,014.00 |
| | Otherwise, multiply line 6 by 28% and subtract $3,500 ($1,750 if MFS) | |
| | from the result | |
| 8. | Enter: | 29,700.00 |
| | $59,400 if filing married filing joint or qualified widow(er) | |
| | $29,700 if filing single or married filing separate | |
| | $39,800 if filing head of household | |
| 9. | Amount from line 7 Qualified Dividends and Capital Gain Tax Worksheet | 1,706,086.00 |
| | or line 14 from Schedule D Tax Worksheet | |
| 10. | Subtract line 9 from line 8 (if zero or less, enter 0) | 0.00 |
| 11. | Smaller of line 1 or 2 | 257,338.00 |
| 12. | Smaller of line 10 or 11 | 0.00 |
| 13. | Multiply line 12 by 5% | 0.00 |
| 14. | Subtract line 12 from line 11 | 257,338.00 |
| 15. | Multiply line 14 by 15% | 38,601.00 |
| 16. | Subttract line 11 from line 5 | 0.00 |
| 17. | Multiply line 16 by 25% | 0.00 |
| 18. | Total of lines 7, 13, 15 and 17 | 513,615.00 |
| 19. | If line 1 is $175,000 or less ($87,500 if MFS) multiply line 1 by 26%. | 547,069.00 |
| | Otherwise, multiply line 1 by 28% and subtract $3,500 ($1,750 if MFS) | |
| | from the result | |
| 20. | Smaller of line 18 or 19, enter here and on line 8 of Form 6251 report | 513,615.00 |

Name of Taxpayer:    JOSH H BUTERIN

Identification Number: █████████          Total          10.20.00

---

### 2006 - Form 6251 - Alternative Minimum Tax Computation

| | |
|---|---:|
| 1. If filing Schedule A, enter taxable income before exemptions; (less any amount on Form 8914, line 6); otherwise, enter adjusted gross income (less any amount on Form 8914, line 6) | 2,625,613.00 |
| 2. Total adjustment and preferences (excluding any NOL deduction) | 11,203.00 |
| 3. Net operating loss deduction | 0.00 |
| 4. Alternative tax net operating loss deduction | 0.00 |
| 5. Alternative minimum taxable income (combine lines 1 thru 4) | 2,636,816.00 |
| 6. Exemption amount | 0.00 |
| 7. Subtract line 6 from line 5 (if zero or less, enter zero) | 2,636,816.00 |
| 8. If capital gains are reported, see line 20 from continuation page | 699,769.00 |
| (If FEIT worksheet for AMT is used, enter amount from line 10 of that worksheet instead) All others: If line 7 is $175,000 or less ($87,500 if MFS) multiply line 7 by 26%. Otherwise, multiply line 7 by 28% and subtract $3,500 ($1,750 if MFS) from the result | |
| 9. Alternative minimum tax foreign tax credit | 29.00 |
| 10. Tentative minimum tax (line 8 less line 9) | 699,740.00 |
| 11. Regular tax before credits (if Schedule J was used to figure tax, use the refigured amounts for lines 44 and 47 of Form 1040 without using Schedule J) | 844,503.00 |
| 12. Alternative minimum tax | 0.00 |

### Exemption Worksheet (line 6 above)

| | |
|---|---:|
| A. Exemption amount based on filing status | 42,500.00 |
| B. Alternative minimum taxable income | 2,636,816.00 |
| C. Enter $112,500 ($150,000 if married filing jointly or qualifying widow(er), $75,000 if married filing separately) | 112,500.00 |
| D. Subtract line C from line B | 2,524,316.00 |
| E. Multiply line D by 25% | 631,079.00 |
| F. Subtract line E from line A (if zero or less, enter zero) | 0.00 |

Name of Taxpayer:   JOSH H BUTERIN

Identification Number: ██████████                    Total                    10.20.00

---

### 2006 - Form 6251 - Continuation, Tax Computation Using Maximum Capital Gain Rates

| | |
|---|---:|
| 1. Amount from Form 6251 report, line 7 | 2,636,816.00 |
| (If FEIT worksheet for AMT was used, enter amount from line 7 of that worksheet instead) | |
| 2. Amount from line 6 Qualified Dividends and Capital Gain Tax Worksheet | 269,539.00 |
| or line 13 Schedule D Tax Worksheet (refigured for AMT) | |
| 3. Amount from Schedule D line 19 (refigured for AMT) | 0.00 |
| 4. Amount from line 2 if no Schedule D worksheet; otherwise, the smaller of | 269,539.00 |
| the sum of line 2 or line 3 or Schedule D worksheet line 10 (refigured for AMT) | |
| 5. Smaller of line 1 or line 4 | 269,539.00 |
| 6. Subtract line 5 from line 1 | 2,367,277.00 |
| 7. If line 6 is $175,000 or less ($87,500 if MFS) multiply line 6 by 26%; | 659,338.00 |
| otherwise, multiply line 6 by 28% and subtract $3,500 ($1,750 if MFS) | |
| from the result | |
| 8. Enter: | 30,650.00 |
|     $61,300 if filing married filing joint or qualified widow(er) | |
|     $30,650 if filing single or married filing separate | |
|     $41,050 if filing head of household | |
| 9. Amount from line 7 Qualified Dividends and Capital Gain Tax Worksheet | 2,354,974.00 |
| or line 14 Schedule D Tax Worksheet | |
| 10. Subtract line 9 from line 8 (if zero or less, enter zero) | 0.00 |
| 11. Smaller of line 1 or line 2 | 269,539.00 |
| 12. Smaller of line 10 or line 11 | 0.00 |
| 13. Multiply line 12 by 5% | 0.00 |
| 14. Subtract line 12 from line 11 | 269,539.00 |
| 15. Multiply line 14 by 15% | 40,431.00 |
| 16. Subtract line 11 from line 5 | 0.00 |
| 17. Multiply line 16 by 25% | 0.00 |
| 18. Total of lines 7, 13, 15 and 17 | 699,769.00 |
| 19. If line 1 is $175,000 or less ($87,500 if MFS) multiply line 1 by 26%; | 734,808.00 |
| otherwise, multiply line 1 by 28% and subtract $3,500 ($1,750 if MFS) | |
| from the result | |
| 20. Smaller of line 18 or line 19. Enter here and on line 8 of Form 6251 report | 699,769.00 |

Total

| Taxpayer: | JOSH H BUTERIN | | Page | of: | |
|-----------|----------------|--|------|-----|--|
| TIN: | ███████████ | | Tax Period(s): | | 200512 |

## Civil Fraud Penalties under IRC 6663(a)

**Civil Fraud Penalty - Internal Revenue Code Section 6663(a)**

It has been determined that the underpayment of tax shown on line 6 below is attributable to fraud.
Therefore, an addition to the tax is imposed as provided by Section 6663(a) of the Internal Revenue Code.

| | | |
|--|--|--|
| 1. | Total Underpayment | 579,344.00 |
| 2. | Less: Underpayment attributable to non-penalty issues | 0.00 |
| 3. | Less: Underpayment attributable to Section 6662A penalty issues | 0.00 |
| 4. | Less: Underpayment attributable to Section 6662(a) penalty issues | 0.00 |
| 5. | Less: Underpayment attributable to Section 6662(h) penalty issues | 0.00 |
| 6. | Underpayment to which Section 6663(a) applies (Line 1 less the sum of lines 2, 3, 4, and 5) | 579,344.00 |
| 7. | Applicable penalty rate | 75.00% |
| 8. | Section 6663(a) civil fraud penalty (Line 6 times line 7) | 434,508.00 |
| 9. | Less: Previously assessed/previously agreed Section 6663(a) civil fraud penalty | 0.00 |
| 10. | Total Section 6663(a) civil fraud penalty (Line 8 less line 9) | 434,508.00 |

RGS Version 10.20.00

Name Of Taxpayer:    JOSH H BUTERIN
Identification Number:

Total    10.20.00

CIVIL FRAUD PENALTY (CONTINUED)

ADJUSTMENTS TO WHICH CIVIL FRAUD PENALTY APPLIES:

| | |
|---|---|
| Sch E - Country Hill Motors | 1,541,570.00 |
| Ordinary Dividend Income | 256,270.00 |

TAX MOTIVATED ADJUSTMENTS TO WHICH CIVIL FRAUD PENALTY APPLIES:

| | Total |
|---|---|

| Taxpayer: | JOSH H BUTERIN | | Page | of: | |
|---|---|---|---|---|---|
| TIN: | ▮▮▮▮▮▮ | | Tax Period(s): | | 200612 |

### Civil Fraud Penalties under IRC 6663(a)

**Civil Fraud Penalty - Internal Revenue Code Section 6663(a)**

It has been determined that the underpayment of tax shown on line 6 below is attributable to fraud. Therefore, an addition to the tax is imposed as provided by Section 6663(a) of the Internal Revenue Code.

| | | |
|---|---|---|
| 1. | Total Underpayment | 771,587.00 |
| 2. | Less: Underpayment attributable to non-penalty issues | 0.00 |
| 3. | Less: Underpayment attributable to Section 6662A penalty issues | 0.00 |
| 4. | Less: Underpayment attributable to Section 6662(a) penalty issues | 0.00 |
| 5. | Less: Underpayment attributable to Section 6662(h) penalty issues | 0.00 |
| 6. | Underpayment to which Section 6663(a) applies (Line 1 less the sum of lines 2, 3, 4, and 5) | 771,587.00 |
| 7. | Applicable penalty rate | 75.00% |
| 8. | Section 6663(a) civil fraud penalty (Line 6 times line 7) | 578,690.25 |
| 9. | Less: Previously assessed/previously agreed Section 6663(a) civil fraud penalty | 0.00 |
| 10. | Total Section 6663(a) civil fraud penalty (Line 8 less line 9) | 578,690.25 |

RGS Version 10.20.00

Name Of Taxpayer:    JOSH H BUTERIN
Identification Number:    █████████      Total    10.20.00

CIVIL FRAUD PENALTY (CONTINUED)

ADJUSTMENTS TO WHICH CIVIL FRAUD PENALTY APPLIES:

Sch E - Country Hill Motors    2,100,885.00

Ordinary Dividend Income    255,980.00

TAX  MOTIVATED  ADJUSTMENTS  TO  WHICH  CIVIL  FRAUD  PENALTY  APPLIES:

Form **9465**
(Rev. December 2008)
Department of the Treasury
Internal Revenue Service

# Installment Agreement Request

► If you are filing this form with your tax return, attach it to the front of the return. Otherwise, see instructions.

OMB No. 1545-0074

**Caution:** *Do not file this form if you are currently making payments on an installment agreement or can pay your balance due in full within 120 days. Instead, call 1-800-829-1040. If you are in bankruptcy or we have accepted your offer-in-compromise, see Bankruptcy or offer-in-compromise on page 2.*

This request is for Form(s) (for example, Form 1040) ▶ _____  and for tax year(s) (for example, 2007 and 2008) ▶ _____

| 1 | Your first name and initial | Last name | | Your social security number |
|---|---|---|---|---|
| | If a joint return, spouse's first name and initial | Last name | | Spouse's social security number |
| | Current address (number and street). If you have a P.O. box and no home delivery, enter your box number. | | | Apt. number |
| | City, town or post office, state, and ZIP code. If a foreign address, enter city, province or state, and country. Follow the country's practice for entering the postal code. | | | |

**2** If this address is new since you filed your last tax return, check here . . . . . . . . . . . . . . . . ▶ ☐

| **3** ( ____ ) _____ _____ | **4** ( ____ ) _____ _____ _____ |
|---|---|
| Your home phone number    Best time for us to call | Your work phone number    Ext.    Best time for us to call |
| **5** Name of your bank or other financial institution: | **6** Your employer's name: |
| Address | Address |
| City, state, and ZIP code | City, state, and ZIP code |

| | | | |
|---|---|---|---|
| **7** | Enter the total amount you owe as shown on your tax return(s) (or notice(s)) . . . . . . . . | **7** | |
| **8** | Enter the amount of any payment you are making with your tax return(s) (or notice(s)). See instructions | **8** | |
| **9** | Enter the amount you can pay each month. **Make your payments as large as possible to limit interest and penalty charges.** The charges will continue until you pay in full. . . . . . . | **9** | |
| **10** | Enter the day you want to make your payment each month. **Do not** enter a day later than the 28th ▶ | | |

**11** If you want to make your payments by electronic funds withdrawal from your checking account, see the instructions and fill in lines 11a and 11b. This is the most convenient way to make your payments and it will ensure that they are made on time.

► **a** Routing number ☐☐☐☐☐☐☐☐☐

► **b** Account number ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐

I authorize the U.S. Treasury and its designated Financial Agent to initiate a monthly ACH electronic funds withdrawal entry to the financial institution account indicated for payments of my federal taxes owed, and the financial institution to debit the entry to this account. This authorization is to remain in full force and effect until I notify the U.S. Treasury Financial Agent to terminate the authorization. To revoke payment, I must contact the U.S. Treasury Financial Agent at 1-800-829-1040 no later than 9 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payments of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payments.

| Your signature | Date | Spouse's signature. If a joint return, both must sign. | Date |
|---|---|---|---|
| | | | |

## General Instructions

Section references are to the Internal Revenue Code.

## Purpose of Form

Use Form 9465 to request a monthly installment plan if you cannot pay the full amount you owe shown on your tax return (or on a notice we sent you). Generally, you can have up to 60 months to pay. In certain circumstances, you can have longer to pay or your agreement can be approved for an amount that is less than the amount of tax you owe. However, before requesting an installment agreement, you should consider other less costly alternatives, such as getting a bank loan or using available credit on a credit card. If you have any questions about this request, call 1-800-829-1040.

Do not use Form 9465 if:

● You can pay the full amount you owe within 120 days (see page 2), or

● You want to request an online payment agreement. See *Applying online for a payment agreement* on page 2.

**Guaranteed installment agreement.** Your request for an installment agreement cannot be turned down if the tax you owe is not more than $10,000 and all three of the following apply.

● During the past 5 tax years, you (and your spouse if filing a joint return) have timely filed all income tax returns and paid any income tax due, and have not entered into an installment agreement for payment of income tax.

● The IRS determines that you cannot pay the tax owed in full when it is due and you give the IRS any information needed to make that determination.

● You agree to pay the full amount you owe within 3 years and to comply with the tax laws while the agreement is in effect.

For Privacy Act and Paperwork Reduction Act Notice, see page 3.    Cat. No. 14842Y    Form **9465** (Rev. 12-2008)

Form 9465 (Rev. 12-2008)                                                                          Page **2**

 A Notice of Federal Tax Lien may be filed to protect the government's interests until you pay in full.

**Can you pay in full within 120 days?** If you can pay the full amount you owe within 120 days, call 1-800-829-1040 to establish your request to pay in full. If you can do this, you can avoid paying the fee to set up an installment agreement. Instead of calling, you can apply online.

**Applying online for a payment agreement.** Instead of filing Form 9465, you can apply online for a payment agreement. To do that, go to www.irs.gov, use the pull-down menu under "I need to . . ." and select "Set Up a Payment Plan."

**Bankruptcy or offer-in-compromise.** If you are in bankruptcy or we have accepted your offer-in-compromise, do not file this form. Instead, call 1-800-829-1040 to get the number of your local IRS Insolvency function for bankruptcy or Technical Support function for offer-in-compromise.

## How the Installment Agreement Works

We will usually let you know within 30 days after we receive your request whether it is approved or denied. However, if this request is for tax due on a return you filed after March 31, it may take us longer than 30 days to reply. If we approve your request, we will send you a notice detailing the terms of your agreement and requesting a fee of $105 ($52 if you make your payments by electronic funds withdrawal). However, you may qualify to pay a reduced fee of $43 if your income is below a certain level. The IRS will let you know whether you qualify for the reduced fee. If the IRS does not say you qualify for the reduced fee, you can request the reduced fee using Form 13844, Application For Reduced User Fee For Installment Agreements.

You will also be charged interest and may be charged a late payment penalty on any tax not paid by its due date, even if your request to pay in installments is granted. Interest and any applicable penalties will be charged until the balance is paid in full. To limit interest and penalty charges, file your return on time and pay as much of the tax as possible with your return (or notice).

By approving your request, we agree to let you pay the tax you owe in monthly installments instead of immediately paying the amount in full. All payments received will be applied to your account in the best interests of the United States. In return, you agree to make your monthly payments on time. You also agree to meet all your future tax liabilities. This means that you must have enough withholding or estimated tax payments so that your tax liability for future years is paid in full when you timely file your return. Your request for an installment agreement will be denied if all required tax returns have not been filed. Any refund due you in a future year will be applied against the amount you owe. If your refund is applied to your balance, you are still required to make your regular monthly installment payment.

**Payment methods.** You can make your payments by check, money order, credit card, or one of the other payment methods shown next. The fee for each payment method is also shown.

| Payment method | Applicable fee |
|---|---|
| Check, money order, or credit card | $105 |
| Electronic funds withdrawal | $ 52 |
| Payroll deduction Installment agreement | $105 |

For details on how to pay, see your tax return instructions, visit www.irs.gov, or call 1-800-829-1040.

After we receive each payment, we will send you a notice showing the remaining amount you owe, and the due date and amount of your next payment. But if you choose to have your payments automatically withdrawn from your checking account, you will not receive a notice. Your bank statement is your record of payment. We will also send you an annual statement showing the amount you owed at the beginning of the year, all payments made during the year, and the amount you owe at the end of the year.

If you do not make your payments on time or do not pay any balance due on a return you file later, you will be in default on your agreement and we may take enforcement actions, such as the filing of a Notice of Federal Tax Lien or an IRS levy action, to collect the entire amount you owe. To ensure that your payments are made timely, you should consider making them by electronic funds withdrawal (see the instructions for lines 11a and 11b).

For additional information on the IRS collection process, see Pub. 594, The IRS Collection Process.

## Where To File

Attach Form 9465 to the front of your return and send it to the address shown in your tax return booklet. If you have already filed your return or you are filing this form in response to a notice, file Form 9465 by itself with the Internal Revenue Service Center at the address below that applies to you. No street address is needed.

| IF you live in . . . | THEN use this address . . . |
|---|---|
| Alabama, Florida, Georgia, North Carolina, South Carolina, Virginia | Department of the Treasury Internal Revenue Service Center Atlanta, GA 39901 |
| District of Columbia, Maine, Maryland, Massachusetts, New Hampshire, Vermont | Department of the Treasury Internal Revenue Service Center Andover, MA 05501 |
| Kentucky, Louisiana, Mississippi, Tennessee, Texas, APO, FPO | Department of the Treasury Internal Revenue Service Center Austin, TX 73301 |
| Alaska, Arizona, California, Colorado, Hawaii, Idaho, Illinois, Iowa, Kansas, Minnesota, Montana, Nebraska, Nevada, New Mexico, North Dakota, Oklahoma, Oregon, South Dakota, Utah, Washington, Wisconsin, Wyoming | Department of the Treasury Internal Revenue Service Center Fresno, CA 93888 |
| Arkansas, Connecticut, Delaware, Indiana, Michigan, Missouri, New Jersey, New York, Ohio, Pennsylvania, Rhode Island, West Virginia | Department of the Treasury Internal Revenue Service Center Kansas City, MO 64999 |

If you live in American Samoa or Puerto Rico (or exclude income under section 933); are a nonpermanent resident of Guam or the Virgin Islands*; have a foreign address; are a dual-status alien; or file Form 2555, 2555-EZ, or 4563, use this address: Department of the Treasury, Internal Revenue Service Center, Austin, TX 73301, USA.

* Permanent residents of Guam or the Virgin Islands cannot use Form 9465.

Form 9465 (Rev. 12-2008)                                                                                                    Page **3**

## Specific Instructions

### Line 1

If you are making this request for a joint tax return, show the names and social security numbers (SSNs) in the same order as on your tax return.

### Line 7

Enter the total amount you owe as shown on your tax return (or notice).

 *If the total amount you owe is more than $25,000 (including any amounts you owe from prior years), complete and attach Form 433-F, Collection Information Statement. You can get Form 433-F by visiting the IRS website at www.irs.gov.*

### Line 8

Even if you cannot pay the full amount you owe now, you should pay as much as possible to limit penalty and interest charges. If you are filing this form with your tax return, make the payment with your return. For details on how to pay, see your tax return instructions.

If you are filing this form by itself, such as in response to a notice, attach a check or money order payable to the "United States Treasury." Do not send cash. Be sure to include:

• Your name, address, SSN, and daytime phone number.

• The tax year and tax return (for example, "2008 Form 1040") for which you are making this request.

### Line 9

You should try to make your payments large enough so that your balance due will be paid off as quickly as possible without causing you a financial burden.

### Line 10

You can choose the day of each month your payment is due. This can be on or after the 1st of the month, but no later than the 28th of the month. For example, if your rent or mortgage payment is due on the 1st of the month, you may want to make your installment payments on the 15th. When we approve your request, we will tell you the month and day that your first payment is due.

If we have not replied by the date you chose for your first payment, you can send the first payment to the Internal Revenue Service Center at the address shown on page 2 that applies to you. See the instructions for line 8 above for details on what to write on your payment.

### Lines 11a and 11b

 *Making your payments by electronic funds withdrawal will help ensure that your payments are made timely and that you are not in default of this agreement.*

To pay by electronic funds withdrawal from your checking account at a bank or other financial institution (such as mutual fund, brokerage firm, or credit union), fill in lines 11a and 11b. Check with your financial institution to make sure that an electronic funds withdrawal is allowed and to get the correct routing and account numbers.

**Note.** We will send you a bill for the first payment and the fee. You must send us your first payment. All other payments will be electronically withdrawn.

**Line 11a.** The routing number must be nine digits. The first two digits of the routing number must be 01 through 12 or 21 through 32. Use a check to verify the routing number. On the sample check on this page, the routing number is 250250025. But if your check is payable through a financial

institution different from the one at which you have your checking account, do not use the routing number on that check. Instead, contact your financial institution for the correct routing number.

**Line 11b.** The account number can be up to 17 characters (both numbers and letters). Include hyphens but omit spaces and special symbols. Enter the number from left to right and leave any unused boxes blank. On the sample check on this page, the account number is 20202086. Do not include the check number.

 *The electronic funds withdrawal from your checking account will not be approved unless you (and your spouse if a joint return) sign Form 9465.*

Sample Check—Lines 11a and 11b



 *The routing and account numbers may be in different places on your check.*

---

**Privacy Act and Paperwork Reduction Act Notice.** Our legal right to ask for the information on this form is sections 6001, 6011, 6012(a), 6109, and 6159 and their regulations. We will use the information to process your request for an installment agreement. The reason we need your name and social security number is to secure proper identification. We require this information to gain access to the tax information in our files and properly respond to your request. You are not required to request an installment agreement. If you do request an installment agreement, you are required to provide the information requested on this form. Failure to provide this information may prevent processing your request; providing false information may subject you to fines or penalties.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by section 6103. However, we may give this information to the Department of Justice for civil and criminal litigation, and to cities, states, and the District of Columbia to carry out their tax laws. We may also disclose this information to other countries under a tax treaty, to federal and state agencies to enforce federal nontax criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism.

The average time and expenses required to complete and file this form will vary depending on individual circumstances. For the estimated averages, see the instructions for your income tax return.

If you have suggestions for making this form simpler, we would be happy to hear from you. See the instructions for your income tax return.

**Internal Revenue Service**
Technical Services Territory Manager

**Department of the Treasury**
SBSE/Examination/ Technical Services/
Midwest Territory/Group 3
211 W. Wisconsin Ave., Stop 4020
Milwaukee, Wisconsin 53201-2303

Date: **OCT 0 6** 2009

DAVID V CAPES
7701 FORSYTH BOULEVARD
12TH FLOOR
SAINT LOUIS, MO 63105-1818

Taxpayer Identification Number:
███████████

Contact Person:
Scott H. Paulson
Employee Identification Number:

███████

Contact Telephone Number:
(414) 231-2345
FAX:  (414) 231-2333

Dear Mr. Capes:

*NOTICE OF DEFICIENCY*

We are sending the enclosed material under the provisions of your power of attorney or other authorization on file with us. For your convenience, we have listed the name of the taxpayer to whom this material relates.

If you have any questions, please call the contact person at the telephone number shown in the heading of this letter. If you write, please provide a telephone number and the most convenient time to call if we need to contact you.

Thank you for your cooperation.

Sincerely yours,

Kevin Harris
Technical Services Territory Manager

Enclosures:
☒   Letter

Taxpayer's Names:
JOSH H BUTERIN

211 W. Wisconsin Ave., Milwaukee, WI 53203

Letter 3597 (04-2003)

MEMORANDUM IN OPPOSITION by Respondent Josh Buterin, Consol Defendant Yan Zaslavsky re 25 MOTION to Enforce IRS

# General Information

**Court**          United States District Court for the District of Kansas; United
                   States District Court for the District of Kansas

**Docket Number**  2:10-mc-00210

**Status**         Closed

Bloomberg Law®          © 2022 The Bureau of National Affairs, Inc. All Rights Reserved. Terms of Services