UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

WILLIAM C. STEPPACHER, JR.,
Individually and On Behalf of All Others
Similarly Situated,

Plaintiff,

v.

ALFI, INC., PAUL ANTONIO PEREIRA,
DENNIS MCINTOSH, JOHN M. COOK, II,
PETER BORDES, JIM LEE, JUSTIN
ELKOURI, ALLISON FICKEN, FRANK
SMITH, and RICHARD MOWSER,

Defendants.

Case No. 1:21-cv-24232-KMW-CMM

**DECLARATION OF REED R.
KATHREIN IN SUPPORT OF CHAD
AND AILEEN HABER'S OPPOSITION
TO COMPETING MOTIONS FOR
APPOINTMENT AS LEAD PLAINTIFF
AND APPROVAL OF COUNSEL**

- 1 -

011065-11/1792534 V2

I, Reed R. Kathrein, declare as follows:

1.      I am a Partner at the law firm Hagens Berman Sobol Shapiro, counsel for class members Chad Haber and Aileen Haber ("Movants"). I am an attorney licensed to practice law in the State of Florida. I make this declaration in support of Movants' Opposition to Competing Motions for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Local, Lead and Additional Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto. I have over 30 years of experience litigating securities fraud class action, and working with brokers, traders, analysts and experts in market efficiency and damage calculations, including the data they rely upon in such work.

2.      Attached as exhibits are the true and correct copies of the following screen shots off of a Bloomberg Desktop terminal software of Alfi, Inc. common stock (ticker symbol ALF) trade data of June 25, 2021, which I took with the assistance of Bloomberg Help personnel on the phone as we shared screens on February 9, 2022. Bloomberg trade data is relied upon by brokers, traders, analysts and experts I have worked with. The data as described to me by the Bloomberg Help Desk personnel, and as described on the terminal, included all intra-day trades for the date selected as reported by a comprehensive list of exchanges to Bloomberg including NASDAQ CM (Q), FINRA ADF (D), NYSE Arca (P), Edgx (K), CBOE BZX (Z). ALF is a Nasdaq traded stock and these exchanges or reporting entities should pick up most if not all trades:

Exhibit A:     Intra-day trades as reported by Bloomberg for ALF on June 25, 2021 of trade sizes larger than 200,000 shares at any price. This page shows no trades of that size.

011065-11/1792534 V2

Exhibit B:    Intra-day trades as reported by Bloomberg for ALF on June 25, 2021 of trade sizes larger than 30,000 shares at any price. This page shows the largest trade block size from after 00:00:01 to 23:59:00 to be 54,970 shares at $16.10 per share.

Exhibit C:    Intra-day trades as reported by Bloomberg for ALF on June 25, 2021 of trade sizes larger than 10,000 shares at a price range of $18.10 to $18.60 per share. This page shows no trades at $18.1956 nor at $18.49 at or above that quantity.

Exhibit D:    Intra-day trades as reported by Bloomberg for ALF on June 25, 2021 of all trades at a price of $18.1956. This page shows no trades at that price at any quantity.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 14th day of February 2022 in Berkeley, California.

                          */s/ Reed R. Kathrein*
                          REED R. KATHREIN

011065-11/1792534 V2