# Exhibit A

ALF U § F ↓ 1.78   +0.06   01.75/1.780   6×4

At 17:20  Vo 103,266 C 1.77 Q ⊢ 1.78 K  L 1.70 D  Va 180,23

| ALF US Equity | UR | 1) Actions ▾ | 97) Settings | | Page 1 | Trade/Quote Recap |

Range 06/25/21 00:00:01 - 06/25/21 23:59:00  Net Imbalance  Hide  Show

2) Trade Recap    3) Quote Recap

Show Ticks All ▾   Cond Code Definitions

High 20.75     Low 12.70

| Time | Size (x100) | Price | E | Cond | Time | Size (x100) | Price | E | Cond |
|------|-------------|-------|---|------|------|-------------|-------|---|------|
|      | > 200000    |       |   |      |      | > 200000    |       |   |      |

Currency USD

Australia 61 2 9777 8600 Brazil 5511 2395 9000 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000
Japan 81 3 4565 8900    Singapore 65 6212 1000    U.S. 1 212 318 2000    Copyright 2022 Bloomberg Finance L.P.
SN 1515676 EST  GMT-5:00 H947-2692-173 09-Feb-2022 18:25:19