# Exhibit B



Screen Printed

| Time | Size (x100) | Price | E | Cond |
|------|-------------|-------|---|------|
| | > 30000 | | | |
| 16:00:00 | 521.69 | 17.10 | Q | NC |
| 16:00:00 | 521.69 | ↑17.10 | Q | R6,6,CT |
| 14:23:53 | 549.7 | ↓15.82 | D | Q |
| 14:13:48 | 445.63 | ↓16.10 | D | Q |
| 13:51:48 | 381.02 | 18.20 | P | |
| 13:51:48 | 436.61 | 18.20 | Z | |
| 13:51:48 | 309.29 | 18.20 | K | |

**ALF US Equity**   UR   1) Actions ▾   97) Settings   Page 1   Trade/Quote Recap

Range 06/25/21 00:00:01 - 06/25/21 23:59:00   Net Imbalance   Hide   Show

2) Trade Recap   3) Quote Recap

Show Ticks All   Cond Code Definitions

High 20.75   Low 12.70

| Time | Size (x100) | Price | E | Cond |
|------|-------------|-------|---|------|
| | > 30000 | | | |

Currency USD

Australia 61 2 9777 8600 Brazil 5511 2395 9000 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000
Japan 81 3 4565 8900    Singapore 65 6212 1000    U.S. 1 212 318 2000    Copyright 2022 Bloomberg Finance L.P.
SN 1515676 EST  GMT-5:00 H947-2692-173 09-Feb-2022 18:23:18