# Exhibit C

Case 1:21-cv-24232-KMW Document 20-4 Entered on FLSD Docket 02/14/2022 Page 2 of 2

ALF U § F↓ 1.78 +0.06 ⎍⎍⌃⌃ 01.75 /1.78D 6×4
⊙ At 17:20 Vo 103,266 C 1.77Q ⊦1.78K L 1.70D Va 180,23

| ALF US Equity | | | UR | 1) Actions ▾ | 97) Settings | | Page 1 | Trade/Quote Recap |

Range 06/25/21 🗓 00:00:01 — 06/25/21 🗓 23:59:59  Net Imbalance  Hide  Show

2) Trade Recap  3) Quote Recap

Show Ticks All ▾  Cond Code Definitions

High 20.75  Low 12.70

| Time | Size (x100) | Price | E | Cond | Time | Size (x100) | Price | E | Cond |
|---|---|---|---|---|---|---|---|---|---|
| | > 10000 | 18.1 - 18.6 | | | | > 10000 | 18.1 - 18.6 | | |
| 13:51:48 | 381.02 | 18.20 | P | | | | | | |
| 13:51:48 | 436.61 | 18.20 | Z | | | | | | |
| 13:51:48 | 309.29 | 18.20 | K | | | | | | |
| 13:51:48 | 100 | 18.20 | Q | R6,IS | | | | | |
| 13:51:48 | 200 | 18.20 | Q | R6,IS | | | | | |
| 12:13:59 | 171.25 | 18.40 | Z | | | | | | |
| 12:13:08 | 100 | ↓18.3401 | D | N | | | | | |
| 12:05:46 | 100.4 | ↓18.43 | Z | | | | | | |
| 12:04:57 | 168 | ↑18.45 | Z | | | | | | |
| 11:10:10 | 111.22 | ↓18.56 | D | Q | | | | | |

Currency USD

Australia 61 2 9777 8600 Brazil 5511 2395 9000 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000
Japan 81 3 4565 8900    Singapore 65 6212 1000      U.S. 1 212 318 2000    Copyright 2022 Bloomberg Finance L.P.
SN 1515676 EST  GMT-5:00 H947-2692-173 09-Feb-2022 18:49:50