# EXHIBIT A

**DECLARATION OF CANDIDO RODRIGUEZ IN SUPPORT OF HIS MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF COUNSEL**

I, Candido Rodriguez, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I submit this declaration in support of my Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Lead Counsel in the instant class action on behalf of Alfi, Inc. ("Alfi") investors pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA").

2.      I have been a farmer for approximately 28 years and have managed my own investments for approximately 6 years. Lorena Ramirez is my spouse. Horticolas Duero S. Coop and Patatas Duero S.L.N.E. are my businesses.

3.      Lorena Fernandez Ramirez, Horticolas Duero S. Coop, and Patatas Duero S.L.N.E. have assigned to me all rights, title, ownership, and interest in claims, demands, and causes of action of any kind whatsoever that they have or may have arising from violations of the federal securities laws of the United States of America in connection with their purchase or acquisition of Alfi, Inc. securities. I have agreed to remit any proceeds received as a result of the assignments to the respective assignors.

4.      I and my counsel became aware on February 21, 2022, that the assignment agreements I executed on January 30, 2022, before my lead plaintiff motion was filed, contained a clerical error. The assignment agreements purported to transfer all claims related to "HyreCar Inc." securities rather than "Alfi, Inc." securities. The understanding and intention of all parties executing the agreements was to transfer all claims related to "Alfi, Inc." securities. To correct this error, all parties have executed new assignment agreements. The new assignment agreements are appended to the end of this declaration.

1

DocuSign Envelope ID: BB8C5CEF-FA48-4DF5-9EFC-DEFEB30AB333

5.      I believe that the securities class action against Alfi is meritorious and should be led by an investor that is committed to maximizing the recovery on behalf of the class. I suffered a substantial loss on my investments in Alfi securities, and I have the ability and competency to oversee this litigation to a successful conclusion. It is for this reason that I decided to seek appointment as lead plaintiff in this action.

6.      I am informed of and understand the requirements and duties imposed by the PSLRA. I understand the responsibilities of being a lead plaintiff, including my fiduciary duty to the class. I understand that if I am appointed as lead plaintiff, I will owe a duty to all members of the putative class to provide fair and adequate representation and to work with counsel to obtain the best possible recovery in good faith and with vigorous advocacy. I am committed to the prosecution of this case and will remain actively involved.

7.      I have selected counsel in this action based upon their experience and am confident in their ability to work with me to protect the interest of the class. I understand that one of my primary responsibilities will be overseeing counsel and thereby ensuring that the litigation is handled efficiently, and that the resulting fees and expenses are fair and reasonable, relative to the size, complexity, and risk of the litigation. I will continue to supervise counsel and actively oversee the prosecution of this action for the benefit of the class by, among other things, reviewing pleadings, instructing counsel, and/or attending hearings, as necessary.

8.      I understand that, as the lead plaintiff in this action, I will be subject to the jurisdiction of the Court and will be bound by all rulings by the Court, including rulings regarding any judgments.

DocuSign Envelope ID: BB8C5CFF-FA48-4DF5-9EFC-DFFEB30AB333

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

2/21/2022

Executed on _____.

_____
Candido Rodriguez

3

# ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into on __2/21/2022__ (the "Effective Date"), by and between Lorena Fernandez Ramirez ("Assignor") and Candido Rodriguez ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. <u>Assignment</u>. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with Assignor's purchase or acquisition of Alfi, Inc. securities. Furthermore, the Assignor hereby appoints the Assignee as his attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Assignee agrees to remit any proceeds received as a result of this assignment to the Assignor.

2. <u>Acceptance</u>. As of the Effective Date, Assignee hereby accepts the foregoing assignment.

3. <u>Successors</u>. This assignment shall be binding upon and inure to the benefit of the Parties, their successors, and assigns.

**ASSIGNOR**:

| | |
|---|---|
| Lorena Fernandez Ramirez | 2/21/2022 |
| | Date |

**ASSIGNEE**:

| | |
|---|---|
| Candido Rodriguez | 2/21/2022 |
| | Date |

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into on ____2/21/2022____ (the "Effective Date"), by and between Horticolas Duero S. Coop ("Assignor") and Candido Rodriguez ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with Assignor's purchase or acquisition of Alfi, Inc. securities. Furthermore, the Assignor hereby appoints the Assignee as his attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Assignee agrees to remit any proceeds received as a result of this assignment to the Assignor.

2. Acceptance. As of the Effective Date, Assignee hereby accepts the foregoing assignment.

3. Successors. This assignment shall be binding upon and inure to the benefit of the Parties, their successors, and assigns.

**ASSIGNOR**:

| | |
|---|---|
| _[signature]_ | 2/21/2022 |
| Horticolas Duero S. Coop | Date |
| By: Candido Rodriguez, Owner | |

**ASSIGNEE**:

| | |
|---|---|
| _[signature]_ | 2/21/2022 |
| Candido Rodriguez | Date |

# ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into on ___2/21/2022___ (the "Effective Date"), by and between Patatas Duero S.L.N.E. ("Assignor") and Candido Rodriguez ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. <u>Assignment</u>. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with Assignor's purchase or acquisition of Alfi, Inc. securities. Furthermore, the Assignor hereby appoints the Assignee as his attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Assignee agrees to remit any proceeds received as a result of this assignment to the Assignor.

2. <u>Acceptance</u>. As of the Effective Date, Assignee hereby accepts the foregoing assignment.

3. <u>Successors</u>. This assignment shall be binding upon and inure to the benefit of the Parties, their successors, and assigns.

**ASSIGNOR**:

_____     2/21/2022
Patatas Duero S.L.N.E.                              Date
By: Candido Rodriguez, Owner

**ASSIGNEE**:

_____     2/21/2022
Candido Rodriguez                                    Date