UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| WILLIAM C. STEPPACHER, JR., Individually and On Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>  v.<br><br>ALFI, INC., PAUL ANTONIO PEREIRA, DENNIS MCINTOSH, JOHN M. COOK, II, PETER BORDES, JIM LEE, JUSTIN ELKOURI, ALLISON FICKEN, FRANK SMITH, and RICHARD MOWSER,<br><br>      Defendants. | Case No. 1:21-cv-24232-KMW-CMM<br><br>**DECLARATION OF REED R. KATHREIN IN SUPPORT OF CHAD AND AILEEN HABER'S REPLY IN SUPPORT OF THEIR MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL** |

- 1 -

011065-11/1796434 V1

I, Reed R. Kathrein, declare as follows:

1.      I am a Partner at the law firm Hagens Berman Sobol Shapiro, counsel for class members Chad Haber and Aileen Haber ("Movants"). I am an attorney licensed to practice law in the State of Florida. I make this declaration in support of Movants' Reply in Support of their Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Local, Lead and Additional Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto. I have over 30 years of experience litigating securities fraud class action, and working with brokers, traders, analysts and experts in market efficiency and damage calculations, including the data they rely upon in such work.

2.      Attached as exhibits are the true and correct copies of the following:

Exhibit A:      Bleeker Street Research, "Alfi (ALF): Miami's First Tech IPO Is Quintessential Florida; An Ad-Tech Company With A Questionable C-Suite, "Continuing" Buy-Backs, And Relying On A Laser Engraving Company For Distribution", September 2, 2021.

Exhibit B:      Prices of ALF shares as reported by Yahoo Finance for the class period, May 4, 2021 – November 15, 2021.

Exhibit C:      Chart of Chad and Aileen Haber's losses excluding purchases sold prior to September 2, 2021 disclosure.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 22nd day of February 2022 in Berkeley, California.

                    /s/ Reed R. Kathrein
                    REED R. KATHREIN

- 2 -

011065-11/1796434 V1