# Exhibit B

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| 5/4/2021 | 3.75 | 3.91 | 2.41 | 2.9 | 2.9 | 4,573,100 |
| 5/5/2021 | 3.1 | 3.73 | 2.96 | 3.58 | 3.58 | 3,752,000 |
| 5/6/2021 | 5.22 | 5.6 | 3.4 | 3.61 | 3.61 | 41,259,200 |
| 5/7/2021 | 3.22 | 3.79 | 2.875 | 3.7 | 3.7 | 8,957,500 |
| 5/10/2021 | 4.88 | 4.91 | 3.86 | 4.57 | 4.57 | 23,111,300 |
| 5/11/2021 | 3.71 | 4.325 | 3.67 | 4.18 | 4.18 | 2,611,700 |
| 5/12/2021 | 3.894 | 4.35 | 3.75 | 4.14 | 4.14 | 3,048,900 |
| 5/13/2021 | 4.05 | 4.35 | 3.62 | 3.8 | 3.8 | 1,343,000 |
| 5/14/2021 | 3.83 | 3.9 | 3.32 | 3.43 | 3.43 | 1,062,700 |
| 5/17/2021 | 3.77 | 3.97 | 3.52 | 3.65 | 3.65 | 1,626,800 |
| 5/18/2021 | 3.63 | 3.66 | 3.44 | 3.45 | 3.45 | 619,600 |
| 5/19/2021 | 3.4 | 3.41 | 3.03 | 3.13 | 3.13 | 897,700 |
| 5/20/2021 | 3.16 | 3.282 | 3.09 | 3.13 | 3.13 | 479,700 |
| 5/21/2021 | 3.12 | 3.14 | 2.94 | 3.07 | 3.07 | 585,600 |
| 5/24/2021 | 3.05 | 3.07 | 2.73 | 2.86 | 2.86 | 651,900 |
| 5/25/2021 | 2.86 | 3.09 | 2.75 | 3 | 3 | 700,600 |
| 5/26/2021 | 2.97 | 3.24 | 2.88 | 3.19 | 3.19 | 608,000 |
| 5/27/2021 | 3.13 | 3.15 | 2.93 | 3.04 | 3.04 | 311,700 |
| 5/28/2021 | 2.97 | 2.99 | 2.81 | 2.83 | 2.83 | 617,900 |
| 6/1/2021 | 2.88 | 2.98 | 2.83 | 2.92 | 2.92 | 631,000 |
| 6/2/2021 | 2.92 | 3.1 | 2.92 | 2.94 | 2.94 | 572,100 |
| 6/3/2021 | 3.01 | 3.1 | 2.83 | 3.03 | 3.03 | 491,900 |
| 6/4/2021 | 3.03 | 3.2 | 2.92 | 3.17 | 3.17 | 366,800 |
| 6/7/2021 | 3.37 | 3.68 | 3.34 | 3.49 | 3.49 | 1,214,700 |
| 6/8/2021 | 3.564 | 3.6 | 3.23 | 3.33 | 3.33 | 651,400 |
| 6/9/2021 | 3.32 | 3.4 | 3.24 | 3.29 | 3.29 | 358,200 |
| 6/10/2021 | 3.28 | 3.705 | 3.13 | 3.62 | 3.62 | 1,872,200 |
| 6/11/2021 | 3.66 | 3.73 | 3.43 | 3.51 | 3.51 | 304,000 |
| 6/14/2021 | 3.51 | 3.6 | 3.31 | 3.41 | 3.41 | 220,900 |
| 6/15/2021 | 5.14 | 7 | 4.66 | 6.97 | 6.97 | 198,807,100 |
| 6/16/2021 | 5.87 | 9.22 | 5.65 | 6.69 | 6.69 | 74,504,200 |
| 6/17/2021 | 6.35 | 7.14 | 5.8 | 6.15 | 6.15 | 9,817,600 |
| 6/18/2021 | 6.13 | 8.56 | 6.011 | 7.96 | 7.96 | 54,089,000 |
| 6/21/2021 | 8.03 | 8.9 | 7 | 7.8 | 7.8 | 20,550,400 |
| 6/22/2021 | 9.48 | 16.45 | 9.03 | 16.29 | 16.29 | 216,500,800 |
| 6/23/2021 | 14.07 | 14.73 | 11.31 | 12.01 | 12.01 | 45,401,000 |
| 6/24/2021 | 11.9 | 13.75 | 11.15 | 12.85 | 12.85 | 29,969,100 |
| 6/25/2021 | 12.78 | 20.75 | 12.7 | 17.1 | 17.1 | 89,875,700 |
| 6/28/2021 | 19.82 | 22.5 | 17.75 | 18.59 | 18.59 | 38,392,500 |
| 6/29/2021 | 18.38 | 18.389 | 15.35 | 15.9 | 15.9 | 8,080,600 |
| 6/30/2021 | 14.73 | 17.25 | 13.7 | 14.72 | 14.72 | 9,338,800 |
| 7/1/2021 | 14.768 | 15.59 | 13.78 | 14.02 | 14.02 | 3,914,900 |
| 7/2/2021 | 14.15 | 16.38 | 14.02 | 14.21 | 14.21 | 9,251,900 |
| 7/6/2021 | 15.36 | 16.19 | 13.32 | 13.61 | 13.61 | 4,037,800 |
| 7/7/2021 | 14.21 | 17.95 | 13.75 | 14.87 | 14.87 | 27,297,300 |
| 7/8/2021 | 14.308 | 15.16 | 13 | 13.76 | 13.76 | 5,086,000 |

| 7/9/2021 | 14.594 | 15.93 | 13.75 | 14.06 | 14.06 | 5,452,700 |
| 7/12/2021 | 14.25 | 14.67 | 12.3 | 12.76 | 12.76 | 2,543,500 |
| 7/13/2021 | 13.02 | 13.05 | 10.2 | 10.2 | 10.2 | 2,860,500 |
| 7/14/2021 | 10.61 | 12.48 | 10.2 | 10.34 | 10.34 | 4,637,700 |
| 7/15/2021 | 10.64 | 10.9 | 8.65 | 8.7 | 8.7 | 2,504,300 |
| 7/16/2021 | 9.015 | 10.49 | 7.92 | 9.18 | 9.18 | 8,693,200 |
| 7/19/2021 | 8.63 | 12.4 | 8.55 | 12.05 | 12.05 | 9,846,100 |
| 7/20/2021 | 12 | 13.84 | 11 | 11.19 | 11.19 | 7,233,700 |
| 7/21/2021 | 11.1 | 11.64 | 10.36 | 11.1 | 11.1 | 2,791,200 |
| 7/22/2021 | 11.058 | 11.18 | 9.764 | 9.94 | 9.94 | 2,165,600 |
| 7/23/2021 | 9.94 | 10.92 | 9.82 | 10.68 | 10.68 | 2,333,500 |
| 7/26/2021 | 10.51 | 10.56 | 9.75 | 9.76 | 9.76 | 1,210,900 |
| 7/27/2021 | 9.9 | 10.84 | 9.47 | 10.5 | 10.5 | 1,575,400 |
| 7/28/2021 | 10.32 | 10.75 | 9.81 | 10.1 | 10.1 | 1,046,300 |
| 7/29/2021 | 10.1 | 10.5 | 9.86 | 9.86 | 9.86 | 965,000 |
| 7/30/2021 | 9.72 | 10.12 | 9.61 | 9.77 | 9.77 | 667,000 |
| 8/2/2021 | 9.7 | 11.08 | 9.65 | 9.96 | 9.96 | 2,455,700 |
| 8/3/2021 | 10 | 10.35 | 9.55 | 9.76 | 9.76 | 1,073,800 |
| 8/4/2021 | 9.93 | 9.93 | 8.72 | 8.81 | 8.81 | 1,135,500 |
| 8/5/2021 | 8.96 | 9 | 8.39 | 8.52 | 8.52 | 714,600 |
| 8/6/2021 | 8.5 | 9.14 | 8.48 | 9.01 | 9.01 | 694,200 |
| 8/9/2021 | 9.14 | 9.19 | 8.56 | 8.69 | 8.69 | 590,400 |
| 8/10/2021 | 8.65 | 8.87 | 8.396 | 8.53 | 8.53 | 1,163,400 |
| 8/11/2021 | 8.5 | 8.67 | 7.95 | 8.14 | 8.14 | 530,500 |
| 8/12/2021 | 7.95 | 8.11 | 7.611 | 7.69 | 7.69 | 752,700 |
| 8/13/2021 | 7.71 | 7.71 | 7.04 | 7.19 | 7.19 | 748,300 |
| 8/16/2021 | 7.27 | 7.4 | 6.704 | 7.21 | 7.21 | 573,900 |
| 8/17/2021 | 6.9 | 10.2 | 6.65 | 10.14 | 10.14 | 49,485,800 |
| 8/18/2021 | 9.75 | 11.1 | 9.05 | 11.07 | 11.07 | 20,545,000 |
| 8/19/2021 | 10.41 | 11.12 | 8.629 | 8.78 | 8.78 | 7,966,600 |
| 8/20/2021 | 8.44 | 9.484 | 8.42 | 9.05 | 9.05 | 2,544,000 |
| 8/23/2021 | 9.12 | 10.53 | 8.81 | 9.53 | 9.53 | 7,474,500 |
| 8/24/2021 | 9.43 | 9.85 | 9.02 | 9.2 | 9.2 | 3,062,200 |
| 8/25/2021 | 9.28 | 9.78 | 8.94 | 9.07 | 9.07 | 2,526,900 |
| 8/26/2021 | 9.1 | 9.13 | 8.1 | 8.25 | 8.25 | 1,590,800 |
| 8/27/2021 | 8.46 | 8.82 | 8.15 | 8.46 | 8.46 | 1,559,500 |
| 8/30/2021 | 8.43 | 8.97 | 8.01 | 8.83 | 8.83 | 1,364,500 |
| 8/31/2021 | 8.8 | 9.25 | 8.41 | 8.9 | 8.9 | 1,869,300 |
| 9/1/2021 | 8.91 | 9.44 | 8.68 | 8.71 | 8.71 | 1,282,200 |
| 9/2/2021 | 8.82 | 9.24 | 8.19 | 8.6 | 8.6 | 2,568,100 |
| 9/3/2021 | 8.6 | 8.74 | 8.05 | 8.21 | 8.21 | 715,600 |
| 9/7/2021 | 8.23 | 8.35 | 8.01 | 8.12 | 8.12 | 611,100 |
| 9/8/2021 | 8.01 | 8.12 | 7.65 | 7.86 | 7.86 | 1,030,400 |
| 9/9/2021 | 7.82 | 8.69 | 7.53 | 8.35 | 8.35 | 1,336,100 |
| 9/10/2021 | 8.45 | 8.62 | 8.01 | 8.2 | 8.2 | 579,300 |
| 9/13/2021 | 8.2 | 8.3 | 7.7 | 7.78 | 7.78 | 814,600 |
| 9/14/2021 | 7.69 | 7.907 | 7.02 | 7.14 | 7.14 | 1,082,900 |

| Date | | | | | | |
|---|---|---|---|---|---|---|
| 9/15/2021 | 7.14 | 7.59 | 7.025 | 7.43 | 7.43 | 668,900 |
| 9/16/2021 | 7.48 | 7.74 | 7.12 | 7.42 | 7.42 | 568,400 |
| 9/17/2021 | 7.4 | 7.9 | 7.22 | 7.52 | 7.52 | 875,400 |
| 9/20/2021 | 7.2 | 7.27 | 6.75 | 6.83 | 6.83 | 796,700 |
| 9/21/2021 | 6.97 | 7.15 | 6.86 | 6.96 | 6.96 | 457,500 |
| 9/22/2021 | 7.29 | 7.75 | 6.92 | 7.39 | 7.39 | 1,693,500 |
| 9/23/2021 | 7.38 | 7.38 | 7.03 | 7.03 | 7.03 | 580,300 |
| 9/24/2021 | 6.98 | 7.16 | 6.86 | 6.86 | 6.86 | 668,600 |
| 9/27/2021 | 6.961 | 7.18 | 6.81 | 7.07 | 7.07 | 402,700 |
| 9/28/2021 | 7.67 | 8.7 | 7.502 | 7.92 | 7.92 | 52,138,500 |
| 9/29/2021 | 7.65 | 7.69 | 6.83 | 6.87 | 6.87 | 3,546,100 |
| 9/30/2021 | 6.96 | 7.07 | 6.4 | 6.56 | 6.56 | 1,507,100 |
| 10/1/2021 | 6.5 | 6.684 | 6.183 | 6.32 | 6.32 | 767,800 |
| 10/4/2021 | 6.16 | 6.29 | 5.81 | 6.13 | 6.13 | 922,600 |
| 10/5/2021 | 6.1 | 6.35 | 5.82 | 5.89 | 5.89 | 459,100 |
| 10/6/2021 | 5.79 | 6.18 | 5.75 | 5.97 | 5.97 | 587,200 |
| 10/7/2021 | 6.11 | 6.28 | 5.92 | 5.95 | 5.95 | 889,100 |
| 10/8/2021 | 6.01 | 6.1 | 5.76 | 5.79 | 5.79 | 596,300 |
| 10/11/2021 | 5.82 | 6.03 | 5.63 | 5.83 | 5.83 | 641,500 |
| 10/12/2021 | 5.76 | 6.05 | 5.75 | 5.89 | 5.89 | 326,900 |
| 10/13/2021 | 5.99 | 6 | 5.75 | 5.85 | 5.85 | 353,000 |
| 10/14/2021 | 6 | 6.9 | 5.917 | 6.55 | 6.55 | 4,462,700 |
| 10/15/2021 | 6.41 | 6.53 | 5.96 | 6.05 | 6.05 | 1,027,600 |
| 10/18/2021 | 6.11 | 6.2 | 5.81 | 5.91 | 5.91 | 650,500 |
| 10/19/2021 | 5.83 | 6.02 | 5.78 | 5.93 | 5.93 | 555,100 |
| 10/20/2021 | 5.98 | 6.24 | 5.82 | 5.84 | 5.84 | 766,000 |
| 10/21/2021 | 5.86 | 5.98 | 5.59 | 5.72 | 5.72 | 627,500 |
| 10/22/2021 | 5.527 | 5.61 | 5.39 | 5.57 | 5.57 | 608,800 |
| 10/25/2021 | 5.56 | 5.791 | 5.4 | 5.7 | 5.7 | 749,000 |
| 10/26/2021 | 5.65 | 6.07 | 5.45 | 5.48 | 5.48 | 1,793,600 |
| 10/27/2021 | 5.48 | 5.6 | 5.3 | 5.34 | 5.34 | 305,300 |
| 10/28/2021 | 5.4 | 5.74 | 5.36 | 5.66 | 5.66 | 1,464,600 |
| 10/29/2021 | 4.24 | 4.74 | 4.19 | 4.42 | 4.42 | 2,046,100 |
| 11/1/2021 | 4.31 | 4.73 | 4.22 | 4.48 | 4.48 | 807,800 |
| 11/2/2021 | 4.52 | 4.75 | 4.49 | 4.71 | 4.71 | 640,200 |
| 11/3/2021 | 4.72 | 5.24 | 4.57 | 4.85 | 4.85 | 635,300 |
| 11/4/2021 | 4.93 | 5.3 | 4.77 | 4.92 | 4.92 | 725,000 |
| 11/5/2021 | 4.98 | 5.35 | 4.79 | 5.31 | 5.31 | 808,100 |
| 11/8/2021 | 5.31 | 5.31 | 5 | 5.02 | 5.02 | 594,800 |
| 11/9/2021 | 5 | 5.06 | 4.84 | 4.91 | 4.91 | 247,100 |
| 11/10/2021 | 4.92 | 5.03 | 4.63 | 4.65 | 4.65 | 291,700 |
| 11/11/2021 | 4.7 | 4.87 | 4.69 | 4.77 | 4.77 | 269,600 |
| 11/12/2021 | 4.72 | 5.14 | 4.662 | 4.93 | 4.93 | 1,536,400 |
| 11/15/2021 | 4.83 | 4.87 | 4.54 | 4.61 | 4.61 | 307,200 |