# EXHIBIT A

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| WILLIAM C. STEPPACHER, JR., Individually and on Behalf of All Others Similarly Situated, | Case No. 1:21-cv-24232-KMW |
| Plaintiff, | |
| v. | |
| ALFI, INC., PAUL ANTONIO PEREIRA, DENNIS MCINTOSH, JOHN M. COOK, II, PETER BORDES, JIM LEE, JUSTIN ELKOURI, ALLISON FICKEN, FRANK SMITH, and RICHARD MOWSER, | |
| Defendants. | |
| GARY KLEINSCHMIDT, Individually and on behalf of All Others Similarly Situated, | Case No. 1:21-cv-24338-JLK |
| Plaintiff, | |
| v. | |
| ALFI, INC., PAUL PEREIRA, DENNIS MCINTOSH, JOHN M. COOK, II, JIM LEE, JUSTIN ELKOURI, ALLISON FICKEN, FRANK SMITH, RICHARD MOWSER, KINGSWOOD CAPITAL MARKETS, REVERE SECURITIES LLC, and WESTPARK CAPITAL, INC., | |
| Defendants. | |

## CANDIDO RODRIGUEZ'S [PROPOSED] SUR-REPLY TO CHAD AND AILEEN HABER'S REPLY MEMORANDUM OF LAW (Dkt. No. 40)

Lead Plaintiff Movant Candido Rodriguez ("Rodriguez") respectfully submits this memorandum of law as a sur-reply to address new arguments and new evidence provided by Chad and Aileen Haber (the "Habers") in their reply memorandum in support of their lead plaintiff motion (Dkt. No. 40, "Haber Reply").

**I.      THE COURT SHOULD REJECT THE HABERS' REQUEST TO CONSIDER A NEW PURPORTED PARTIAL CORRECTIVE DISCLOSURE IN THEIR REPLY MEMORANDUM**

Faced with the reality that the Habers' do not have the largest financial interest since one of the group's members did not hold their shares over any corrective disclosures, the Habers now claim for the first time on reply that there is another corrective disclosure that no other movant, complaint, or themselves ever mentioned before that must be considered. Such gamesmanship should not be countenanced, and the Court should reject the Habers' invitation to consider this additional purported disclosure at this late date.

The Habers originally claimed in their opening memorandum in support of their lead plaintiff motion that "[t]he truth [regarding the Defendant's misrepresentations] emerged over a series of disclosures *beginning on October 28, 2021*." *See* Dkt. No. 13-1 at 4 (emphasis added). In response, the competing movants correctly pointed out that Chad Haber sold all his shares before October 28, 2021, and therefore does not have a recoverable loss. *See* Rodriguez Opp. (Dkt. No. 18) at 8-9; Buterin Opp. (Dkt. No. 19) at 2-3; Alfi Investor Group Opp. (Dkt. No. 21) at 4-5. Then, for the first time on reply, and contrary to their representations in their opening memorandum, the Habers urge the Court not to "limit" its analysis to "the corrective disclosures alleged in the complaints filed to-date beginning on October 28, 2021" because doing so would "completely ignore[] at least one corrective disclosure event that occurred on September 2, 2021." Haber Reply at 6.

1

In general, new arguments and new evidence are not permitted in reply briefs. *See Baltzer v. Midland Credit Mgmt., Inc.*, No. 14-cv-20140, 2014 WL 3845449, at *1 (S.D. Fla. Aug. 5, 2014) ("A reply memorandum may not raise new arguments or evidence, particularly where the evidence was available when the underlying motion was filed and the movant was aware (or should have been aware) of the necessity of the evidence."). Specific to the issue presented here, courts routinely reject late allegations of partial corrective disclosures in lead plaintiff briefing designed to manufacture a recoverable loss. *See City of Sunrise Firefighter's Pension Fund v. Citigroup Inc.,* No. 20-cv-10360, 2021 WL 396343, at *5 (S.D.N.Y. Feb. 4, 2021) ("Alleging an additional partial disclosure in subsequent briefings in order to increase the amount of recoverable losses for the purposes of the lead plaintiff analysis is the kind of gamesmanship that is inconsistent with the purposes of PSLRA."); *Africa v. Jianpu Tech. Inc.*, No. 21-cv-1419, 2021 WL 1999467, at *2 (S.D.N.Y. May 19, 2021) (rejecting late allegations of a partial corrective disclosure in part because "it is unclear whether the Court can even consider the [proposed corrective disclosure] because it is not alleged in the Complaint").[1]

Allowing the Habers to effectively amend the pleadings after the lead plaintiff movant deadline would "preclud[e] similarly-situated potential movants from identifying themselves to the Court." *Maliarov*, 2016 WL 1367246, at *4; *see also Topping v. Deloitte Touche Tohmatsu CPA*, 95 F. Supp. 3d 607, 620 (S.D.N.Y. 2015) ("[I]f October 3, 2011 were treated as a partial

---

[1] In fact, courts even routinely reject late filed ***complaints*** alleging partial corrective disclosures. *See Plaut v. Goldman Sachs Grp., Inc.*, No. 18-cv-12084, 2019 WL 4512774, at *5 (S.D.N.Y. Sept. 19, 2019) (declining to consider allegations of a partial corrective disclosure in a late amended complaint because it "appears to be an attempt by [the movant's] counsel to include in its loss calculation certain in-and-out transactions that occurred before the first corrective disclosure alleged in the original complaint"); *Maliarov v. Eros Int'l PLC*, No. 15-cv-8956, 2016 WL 1367246, at *4 (S.D.N.Y. Apr. 5, 2016) (rejecting a lead plaintiff movant who was "the only movant to allege any partial disclosure of fraud prior to [] October 30, 2015" by filing a complaint "on the last day for potential class members to file a lead plaintiff motion").

disclosure date," then "other class members besides Jayhawk would be able to meet the requirements of a lead plaintiff motion but would be precluded from filing such motions given the expiration of the PSLRA's time limit for doing so."). The unfairness to other class members is particularly pronounced here, where the Habers' counsel published at least 10 press releases from December 5, 2021, to January 24, 2022, affirming that "[t]he truth about Alfi's internal control weaknesses began to emerge on Oct. 28, 2021," discouraging investors who sold their shares before that date from applying for lead plaintiff. Printouts of the 10 press releases are attached to this brief as Exhibit 1.

Moreover, the Habers' proposed partial corrective disclosure does not actually disclose the facts that the complaints allege were concealed. The Habers claim Bleecker Street Research published a report on September 2, 2021, which revealed that:

- Defendant Pereira "had a history of making material misrepresentations to investors and engaging in self-dealing" according to "extensive litigation between Alfi's founder and CEO Paul Pereira and his *previous employer* Danimer Scientific" (formerly known as "Meredian"). Haber Reply at 7 (emphasis added);

- "Alfi's Chief Business Development Officer and Co-Founder Defendant John Cook had been barred by FINRA and charged by the SEC for his involvement in a stock fraud scheme *in 2001*." *Id.* (emphasis added);

- "Alfi's website had concealed the fact that their Chief Technology Officer Charles Ragalan *Pereira* is the son of Paul *Pereira*." *Id.* at 8 (emphasis added); and

- "Alfi had misrepresented their model to customers or users." *Id.*

However, the complaints in the action do not allege that the Defendants concealed these "facts." The complaints allege that Alfi concealed: (1) that Alfi maintained deficient controls over

disclosures and financial reporting, (2) that Alfi and its employees engaged in corporate transactions without sufficient consultation or board oversight, (3) that this increased the risk of internal and regulatory investigations into the Company and its employees, and (4) that revelation of these facts was likely to have a negative impact on the Company's reputation, financial condition, and ability to timely file periodic reports with the SEC. *See* Dkt. No. 1 ¶¶ 7, 48, 56; *see also Kleinschmidt v. Alfi, Inc.*, No. 1:21-cv-24338, Dkt. No. 1 ¶¶ 9, 39; 46. As such, "[e]ven if [the Court were] to take the allegations supplied in [the] reply brief as true," the "disclosures . . . cannot be considered partial disclosures because they are not related to the misconduct alleged in the complaint[s]." *Galmi v. Teva Pharms. Indus. Ltd.*, 302 F. Supp. 3d 485, 503 (D. Conn. 2017); *Topping*, 95 F. Supp. 3d at 621 (rejecting a proposed partial corrective disclosure in part because it "included no details that would have informed shareholders about fraudulent activities at the Company").

Moreover, even if the September 2, 2021 report were a factually relevant disclosure, it still would not be a proper corrective disclosure because there was no price decline following the disclosure. *See In re Comverse Tech., Inc. Sec. Litig.*, No. 06-cv-1825, 2007 WL 680779, at *4 (E.D.N.Y. Mar. 2, 2007) (to prove loss causation, "a plaintiff must . . . prove that the company's stock price later declined . . . immediately following a disclosure of the alleged misconduct to the public"). It appears the report was published at precisely 10:37 a.m. Eastern Time on September 2, 2021. At that minute, Bleecker Street Research published a tweet linking to the report:[2]

[Tweet Image on Next Page]

---

[2] Available at https://twitter.com/Bleecker__St/status/1433438866296483841 (last visited February 25, 2022).

**Ⓑ Ⓢ Ⓡ**  **Bleecker Street Research**
@Bleecker__St                                      ···

Miami's first tech IPO is quintessential Florida. Read
how Alfi $ALF became a $140 million market cap ad-
tech company with 9,600 $100 Lenovo tablets that
can facially fingerprint users in the back of rideshares.
We are short shares.

bleeckerstreetresearch.com/2021/09/02/alf...

10:37 AM · Sep 2, 2021 · Twitter Web App

However, as illustrated in the following chart, which displays Alfi's minute-by-minute share price

on September 2, 2021, Alfi's share price had already hit its intra-day low at exactly 10:37 a.m.,

when the report was released. Alfi's share price then spiked to $9.24 by 12:55 p.m., and closed for

the day at $8.60 per share, a price higher than when Bleecker Street Research released its report:[3]



---

[3] This chart image was generated and captured on barchart.com, a popular stock analysis website, available at https://www.barchart.com/stocks/quotes/ALF/interactive-chart (last visited February 25, 2022).

In other words, Alfi's stock price rose following the disclosure of the report. As such, Chad Haber cannot demonstrate a recoverable loss attributable to this purported disclosure.

Given that the Habers' proposed partial corrective disclosure did not disclose the facts that the complaints allege were concealed, and that Alfi's stock price rose in response to the report, the Habers should not be permitted to rely on this proposed corrective disclosure to claim a recoverable loss. *See Maliarov*, 2016 WL 1367246, at \*4 (rejecting a lead plaintiff movant in part because "unlike other movants, [he] would be completely barred from recovery if no earlier disclosure date is established").

## II.      CONCLUSION

For the foregoing reasons, Rodriguez respectfully requests that the Court reject the Habers' request in their reply brief that the Court consider a dubious additional partial corrective disclosure, deny the Habers' lead plaintiff motion, and appoint Rodriguez as lead plaintiff.

Dated:  March 1, 2022

Respectfully submitted,

**SAXENA WHITE P.A.**

By: /s/ *Adam D. Warden*
Joseph E. White, III (FL Bar No. 621064)
Adam D. Warden (FL Bar No. 873691)
Jonathan D. Lamet (FL Bar No. 106059)
7777 Glades Road Suite 300
Boca Raton, FL 33434
Telephone: (561) 394-3399
Facsimile: (561) 394-3382
jwhite@saxenawhite.com
awarden@saxenawhite.com
jlamet@saxenawhite.com

*Local Counsel for Candido Rodriguez*

**GLANCY PRONGAY & MURRAY LLP**
Robert V. Prongay
Charles H. Linehan
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Candido Rodriguez and Proposed Lead
Counsel for the Class*

**THE LAW OFFICES OF FRANK R. CRUZ**
Frank R. Cruz
1999 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067
Telephone: (310) 914-5007

*Additional Counsel*

**CERTIFICATE OF SERVICE**

I, Adam D. Warden, hereby certify that on March 1, 2022, a true and accurate copy of the above document was electronically filed with the Clerk of the Court by using the CM/ECF system which will send Notice of Electronic Filing (NEF) to all counsel of record.

*s/ Adam D. Warden*
Adam D. Warden

# EXHIBIT 1



**Source:** *Hagens Berman Sobol Shapiro LLP*

*December 05, 2021 10:07 ET*

# ALF INVESTOR FRAUD: Hagens Berman, National Trial Attorneys, Encourages Alfi, Inc. (ALF) Investors to Contact Firm's Attorneys, Securities Fraud Class Action Filed

SAN FRANCISCO, Dec. 05, 2021 (GLOBE NEWSWIRE) -- Hagens Berman urges Alfi, Inc. **(NASDAQ: ALF)** investors with significant losses to submit your losses now. A securities fraud class action lawsuit has been filed and certain investors may have valuable claims.

**Class Period:** May 4, 2021 – Nov. 15, 2021
**Lead Plaintiff Deadline:** Jan. 31, 2022
**Visit:** www.hbsslaw.com/investor-fraud/ALF
**Contact An Attorney Now:** ALF@hbsslaw.com

**844-916-0895**

**Alfi, Inc. (ALF) Securities Class Action:**

The lawsuit alleges that Defendants made false and misleading statements in Alfi's offering documents in connection with the company's May 4, 2021 initial public offering and thereafter throughout the Class Period, concerning the effectiveness of Alfi's internal controls over financial reporting and disclosures.

The truth about Alfi's internal control weaknesses began to emerge on Oct. 28, 2021, when the company announced its board (1) placed each of Alfi's CEO (Paul Pereira), CFO (Dennis McIntosh), and CTO (Charles Pereira) on administrative leave, and (2) authorized an internal investigation regarding certain corporate transactions and other matters.

Next, on Nov. 1, 2021, Alfi announced its outside auditor resigned after just 11 days on the job. The company also revealed that its internal investigation resulted from "the

Company's purchase of a condominium for a purchase price of approximately $1.1 million" and "the Company's commitment to sponsor a sports tournament in the amount of $640,000," both of which "were undertaken by the Company's management without sufficient and appropriate consultation with or approval by the Board."

Then, on Nov. 15, 2021, Alfi revealed it received a subpoena from the SEC directing the company to preserve documents and data related to the condominium and sports tournament sponsorship and to the company's financial reporting and disclosure controls.

These events drove the price of Alfi shares sharply lower.

"We're focused on recovering investors' losses and proving Alfi lied about controls that should have prevented management misconduct," said Reed Kathrein, the Hagens Berman partner leading the investigation.

If you invested in Alfi and have significant losses, or have knowledge that may assist the firm's investigation, click here to discuss your legal rights with Hagens Berman.

**Whistleblowers:** Persons with non-public information regarding Alfi should consider their options to help in the investigation or take advantage of the SEC Whistleblower program. Under the new program, whistleblowers who provide original information may receive rewards totaling up to 30 percent of any successful recovery made by the SEC. For more information, call Reed Kathrein at **844-916-0895** or email ALF@hbsslaw.com.

About Hagens Berman
Hagens Berman is a national law firm with eight offices in eight cities around the country and over eighty attorneys. The firm represents investors, whistleblowers, workers and consumers in complex litigation. More about the firm and its successes is located at hbsslaw.com. For the latest news visit our newsroom or follow us on Twitter at @classactionlaw.

Contact:
Reed Kathrein, 844-916-0895



*Source:* Hagens Berman Sobol Shapiro LLP

*December 10, 2021 11:13 ET*

## HAGENS BERMAN, NATIONAL TRIAL ATTORNEYS, Alerts Alfi, Inc. (ALF) Investors to Lead Plaintiff Opportunity in Securities Fraud Class Action

SAN FRANCISCO, Dec. 10, 2021 (GLOBE NEWSWIRE) -- Hagens Berman urges Alfi, Inc. **(NASDAQ: ALF)** investors with significant losses to submit your losses now.   A securities fraud class action lawsuit has been filed and certain investors may have valuable claims.

**Class Period:** May 4, 2021 – Nov. 15, 2021
**Lead Plaintiff Deadline:** Jan. 31, 2022
**Visit:** www.hbsslaw.com/investor-fraud/ALF
**Contact An Attorney Now:**            ALF@hbsslaw.com
                **844-916-0895**

**Alfi, Inc. (ALF) Securities Class Action:**

The lawsuit alleges that Defendants made false and misleading statements in Alfi's offering documents in connection with the company's May 4, 2021 initial public offering and thereafter throughout the Class Period, concerning the effectiveness of Alfi's internal controls over financial reporting and disclosures.

The truth about Alfi's internal control weaknesses began to emerge on Oct. 28, 2021, when the company announced its board (1) placed each of Alfi's CEO (Paul Pereira), CFO (Dennis McIntosh), and CTO (Charles Pereira) on administrative leave, and (2) authorized an internal investigation regarding certain corporate transactions and other matters.

Next, on Nov. 1, 2021, Alfi announced its outside auditor resigned after just 11 days on the job. The company also revealed that its internal investigation resulted from "the

Company's purchase of a condominium for a purchase price of approximately $1.1 million" and "the Company's commitment to sponsor a sports tournament in the amount of $640,000," both of which "were undertaken by the Company's management without sufficient and appropriate consultation with or approval by the Board."

Then, on Nov. 15, 2021, Alfi revealed it received a subpoena from the SEC directing the company to preserve documents and data related to the condominium and sports tournament sponsorship and to the company's financial reporting and disclosure controls.

These events drove the price of Alfi shares sharply lower.

"We're focused on recovering investors' losses and proving Alfi lied about controls that should have prevented management misconduct," said Reed Kathrein, the Hagens Berman partner leading the investigation.

If you invested in Alfi and have significant losses, or have knowledge that may assist the firm's investigation, click here to discuss your legal rights with Hagens Berman.

**Whistleblowers:** Persons with non-public information regarding Alfi should consider their options to help in the investigation or take advantage of the SEC Whistleblower program. Under the new program, whistleblowers who provide original information may receive rewards totaling up to 30 percent of any successful recovery made by the SEC. For more information, call Reed Kathrein at **844-916-0895** or email ALF@hbsslaw.com.

About Hagens Berman
Hagens Berman is a national law firm with eight offices in eight cities around the country and over eighty attorneys. The firm represents investors, whistleblowers, workers and consumers in complex litigation.   More about the firm and its successes is located at hbsslaw.com. For the latest news visit our newsroom or follow us on Twitter at @classactionlaw.

Contact:
Reed Kathrein, 844-916-0895



*Source: Hagens Berman Sobol Shapiro LLP*

*December 15, 2021 14:36 ET*

## HAGENS BERMAN, NATIONAL TRIAL ATTORNEYS, Alerts Alfi, Inc. (ALF) Investors to Securities Class Action, Encourages Investors with Losses to Contact Firm's Attorneys

SAN FRANCISCO, Dec. 15, 2021 (GLOBE NEWSWIRE) -- Hagens Berman urges Alfi, Inc. **(NASDAQ: ALF)** investors with significant losses to submit your losses now.   A securities fraud class action lawsuit has been filed and certain investors may have valuable claims.

**Class Period:** May 4, 2021 – Nov. 15, 2021
**Lead Plaintiff Deadline:** Jan. 31, 2022
**Visit:** www.hbsslaw.com/investor-fraud/ALF
**Contact An Attorney Now:** ALF@hbsslaw.com
**844-916-0895**

**Alfi, Inc. (ALF) Securities Class Action:**

The lawsuit alleges that Defendants made false and misleading statements in Alfi's offering documents in connection with the company's May 4, 2021 initial public offering and thereafter throughout the Class Period, concerning the effectiveness of Alfi's internal controls over financial reporting and disclosures.

The truth about Alfi's internal control weaknesses began to emerge on Oct. 28, 2021, when the company announced its board (1) placed each of Alfi's CEO (Paul Pereira), CFO (Dennis McIntosh), and CTO (Charles Pereira) on administrative leave, and (2) authorized an internal investigation regarding certain corporate transactions and other matters.

Next, on Nov. 1, 2021, Alfi announced its outside auditor resigned after just 11 days on the job. The company also revealed that its internal investigation resulted from "the Company's purchase of a condominium for a purchase price of approximately $1.1 million" and "the Company's commitment to sponsor a sports tournament in the amount

of $640,000," both of which "were undertaken by the Company's management without sufficient and appropriate consultation with or approval by the Board."

Then, on Nov. 15, 2021, Alfi revealed it received a subpoena from the SEC directing the company to preserve documents and data related to the condominium and sports tournament sponsorship and to the company's financial reporting and disclosure controls.

These events drove the price of Alfi shares sharply lower.

"We're focused on recovering investors' losses and proving Alfi lied about controls that should have prevented management misconduct," said Reed Kathrein, the Hagens Berman partner leading the investigation.

If you invested in Alfi and have significant losses, or have knowledge that may assist the firm's investigation, click here to discuss your legal rights with Hagens Berman.

**Whistleblowers:** Persons with non-public information regarding Alfi should consider their options to help in the investigation or take advantage of the SEC Whistleblower program. Under the new program, whistleblowers who provide original information may receive rewards totaling up to 30 percent of any successful recovery made by the SEC. For more information, call Reed Kathrein at **844-916-0895** or email ALF@hbsslaw.com.

About Hagens Berman
Hagens Berman is a national law firm with eight offices in eight cities around the country and over eighty attorneys. The firm represents investors, whistleblowers, workers and consumers in complex litigation.   More about the firm and its successes is located at hbsslaw.com. For the latest news visit our newsroom or follow us on Twitter at @classactionlaw.

Contact:
Reed Kathrein, 844-916-0895



*Source:* Hagens Berman Sobol Shapiro LLP

*December 20, 2021 09:30 ET*

## HAGENS BERMAN, NATIONAL TRIAL ATTORNEYS, Alerts Alfi, Inc. (ALF) Investors to Jan. 2022 Deadline in Securities Class Action, Encourages Investors with Losses to Contact Firm's Attorneys

SAN FRANCISCO, Dec. 20, 2021 (GLOBE NEWSWIRE) -- Hagens Berman urges Alfi, Inc. **(NASDAQ: ALF)** investors with significant losses to submit your losses now.   A securities fraud class action lawsuit has been filed and certain investors may have valuable claims.

**Class Period:** May 4, 2021 – Nov. 15, 2021
**Lead Plaintiff Deadline:** Jan. 31, 2022
**Visit:** www.hbsslaw.com/investor-fraud/ALF
**Contact An Attorney Now:** ALF@hbsslaw.com
                                    **844-916-0895**

**Alfi, Inc. (ALF) Securities Class Action:**

The lawsuit alleges that Defendants made false and misleading statements in Alfi's offering documents in connection with the company's May 4, 2021 initial public offering and thereafter throughout the Class Period, concerning the effectiveness of Alfi's internal controls over financial reporting and disclosures.

The truth about Alfi's internal control weaknesses began to emerge on Oct. 28, 2021, when the company announced its board (1) placed each of Alfi's CEO (Paul Pereira), CFO (Dennis McIntosh), and CTO (Charles Pereira) on administrative leave, and (2) authorized an internal investigation regarding certain corporate transactions and other matters.

Next, on Nov. 1, 2021, Alfi announced its outside auditor resigned after just 11 days on the job. The company also revealed that its internal investigation resulted from "the Company's purchase of a condominium for a purchase price of approximately $1.1 million" and "the Company's commitment to sponsor a sports tournament in the amount

of $640,000," both of which "were undertaken by the Company's management without sufficient and appropriate consultation with or approval by the Board."

Then, on Nov. 15, 2021, Alfi revealed it received a subpoena from the SEC directing the company to preserve documents and data related to the condominium and sports tournament sponsorship and to the company's financial reporting and disclosure controls.

These events drove the price of Alfi shares sharply lower.

"We're focused on recovering investors' losses and proving Alfi lied about controls that should have prevented management misconduct," said Reed Kathrein, the Hagens Berman partner leading the investigation.

If you invested in Alfi and have significant losses, or have knowledge that may assist the firm's investigation, click here to discuss your legal rights with Hagens Berman.

**Whistleblowers:** Persons with non-public information regarding Alfi should consider their options to help in the investigation or take advantage of the SEC Whistleblower program. Under the new program, whistleblowers who provide original information may receive rewards totaling up to 30 percent of any successful recovery made by the SEC. For more information, call Reed Kathrein at **844-916-0895** or email ALF@hbsslaw.com.

About Hagens Berman
Hagens Berman is a national law firm with eight offices in eight cities around the country and over eighty attorneys. The firm represents investors, whistleblowers, workers and consumers in complex litigation.   More about the firm and its successes is located at hbsslaw.com. For the latest news visit our newsroom or follow us on Twitter at @classactionlaw.

Contact:
Reed Kathrein, 844-916-0895



*Source:* Hagens Berman Sobol Shapiro LLP

*December 27, 2021 12:52 ET*

## HAGENS BERMAN, NATIONAL TRIAL ATTORNEYS, Alerts Alfi, Inc. (ALF) Investors to Jan. 31st Deadline in Securities Class Action, Encourages Investors with Losses to Contact Firm's Attorneys

SAN FRANCISCO, Dec. 27, 2021 (GLOBE NEWSWIRE) -- Hagens Berman urges Alfi, Inc. **(NASDAQ: ALF)** investors with significant losses to submit your losses now.   A securities fraud class action lawsuit has been filed and certain investors may have valuable claims.

**Class Period:** May 4, 2021 – Nov. 15, 2021
**Lead Plaintiff Deadline:** Jan. 31, 2022
**Visit:** www.hbsslaw.com/investor-fraud/ALF
**Contact An Attorney Now:** ALF@hbsslaw.com
**844-916-0895**

**Alfi, Inc. (ALF) Securities Class Action:**

The lawsuit alleges that Defendants made false and misleading statements in Alfi's offering documents in connection with the company's May 4, 2021 initial public offering and thereafter throughout the Class Period, concerning the effectiveness of Alfi's internal controls over financial reporting and disclosures.

The truth about Alfi's internal control weaknesses began to emerge on Oct. 28, 2021, when the company announced its board (1) placed each of Alfi's CEO (Paul Pereira), CFO (Dennis McIntosh), and CTO (Charles Pereira) on administrative leave, and (2) authorized an internal investigation regarding certain corporate transactions and other matters.

Next, on Nov. 1, 2021, Alfi announced its outside auditor resigned after just 11 days on the job. The company also revealed that its internal investigation resulted from "the Company's purchase of a condominium for a purchase price of approximately $1.1 million" and "the Company's commitment to sponsor a sports tournament in the amount

of $640,000," both of which "were undertaken by the Company's management without sufficient and appropriate consultation with or approval by the Board."

Then, on Nov. 15, 2021, Alfi revealed it received a subpoena from the SEC directing the company to preserve documents and data related to the condominium and sports tournament sponsorship and to the company's financial reporting and disclosure controls.

These events drove the price of Alfi shares sharply lower.

"We're focused on recovering investors' losses and proving Alfi lied about controls that should have prevented management misconduct," said Reed Kathrein, the Hagens Berman partner leading the investigation.

If you invested in Alfi and have significant losses, or have knowledge that may assist the firm's investigation, click here to discuss your legal rights with Hagens Berman.

**Whistleblowers:** Persons with non-public information regarding Alfi should consider their options to help in the investigation or take advantage of the SEC Whistleblower program. Under the new program, whistleblowers who provide original information may receive rewards totaling up to 30 percent of any successful recovery made by the SEC. For more information, call Reed Kathrein at **844-916-0895** or email ALF@hbsslaw.com.

About Hagens Berman
Hagens Berman is a national law firm with eight offices in eight cities around the country and over eighty attorneys. The firm represents investors, whistleblowers, workers and consumers in complex litigation.   More about the firm and its successes is located at hbsslaw.com. For the latest news visit our newsroom or follow us on Twitter at @classactionlaw.

Contact:
Reed Kathrein, 844-916-0895



*Source: Hagens Berman Sobol Shapiro LLP*

*January 03, 2022 14:08 ET*

## HAGENS BERMAN, NATIONAL TRIAL ATTORNEYS, Alerts Alfi, Inc. (ALF) Investors to Pending Securities Class Action, Encourages Investors with Losses to Contact Firm's Attorneys

SAN FRANCISCO, Jan. 03, 2022 (GLOBE NEWSWIRE) -- Hagens Berman urges Alfi, Inc. **(NASDAQ: ALF)** investors with significant losses to submit your losses now.   A securities fraud class action lawsuit has been filed and certain investors may have valuable claims.

**Class Period:** May 4, 2021 – Nov. 15, 2021
**Lead Plaintiff Deadline:** Jan. 31, 2022
**Visit:** www.hbsslaw.com/investor-fraud/ALF
**Contact An Attorney Now:** ALF@hbsslaw.com
**844-916-0895**

**Alfi, Inc. (ALF) Securities Class Action:**

The lawsuit alleges that Defendants made false and misleading statements in Alfi's offering documents in connection with the company's May 4, 2021 initial public offering and thereafter throughout the Class Period, concerning the effectiveness of Alfi's internal controls over financial reporting and disclosures.

The truth about Alfi's internal control weaknesses began to emerge on Oct. 28, 2021, when the company announced its board (1) placed each of Alfi's CEO (Paul Pereira), CFO (Dennis McIntosh), and CTO (Charles Pereira) on administrative leave, and (2) authorized an internal investigation regarding certain corporate transactions and other matters.

Next, on Nov. 1, 2021, Alfi announced its outside auditor resigned after just 11 days on the job. The company also revealed that its internal investigation resulted from "the Company's purchase of a condominium for a purchase price of approximately $1.1 million" and "the Company's commitment to sponsor a sports tournament in the amount

of $640,000," both of which "were undertaken by the Company's management without sufficient and appropriate consultation with or approval by the Board."

Then, on Nov. 15, 2021, Alfi revealed it received a subpoena from the SEC directing the company to preserve documents and data related to the condominium and sports tournament sponsorship and to the company's financial reporting and disclosure controls.

These events drove the price of Alfi shares sharply lower.

"We're focused on recovering investors' losses and proving Alfi lied about controls that should have prevented management misconduct," said Reed Kathrein, the Hagens Berman partner leading the investigation.

If you invested in Alfi and have significant losses, or have knowledge that may assist the firm's investigation, click here to discuss your legal rights with Hagens Berman.

**Whistleblowers:** Persons with non-public information regarding Alfi should consider their options to help in the investigation or take advantage of the SEC Whistleblower program. Under the new program, whistleblowers who provide original information may receive rewards totaling up to 30 percent of any successful recovery made by the SEC. For more information, call Reed Kathrein at **844-916-0895** or email ALF@hbsslaw.com.

About Hagens Berman
Hagens Berman is a national law firm with eight offices in eight cities around the country and over eighty attorneys. The firm represents investors, whistleblowers, workers and consumers in complex litigation.   More about the firm and its successes is located at hbsslaw.com. For the latest news visit our newsroom or follow us on Twitter at @classactionlaw.

Contact:
Reed Kathrein, 844-916-0895



*Source:* Hagens Berman Sobol Shapiro LLP

*January 08, 2022 13:03 ET*

## HAGENS BERMAN, NATIONAL TRIAL ATTORNEYS, Encourages Alfi, Inc. (ALF) Investors to Contact Firm's Attorneys, Deadline Approaching in Securities Class Action

SAN FRANCISCO, Jan. 08, 2022 (GLOBE NEWSWIRE) -- Hagens Berman urges Alfi, Inc. **(NASDAQ: ALF)** investors with significant losses to submit your losses now. A securities fraud class action lawsuit has been filed and certain investors may have valuable claims.

**Class Period:** May 4, 2021 – Nov. 15, 2021
**Lead Plaintiff Deadline:** Jan. 31, 2022
**Visit:** www.hbsslaw.com/investor-fraud/ALF
**Contact An Attorney Now:** ALF@hbsslaw.com
**844-916-0895**

**Alfi, Inc. (ALF) Securities Class Action:**

The lawsuit alleges that Defendants made false and misleading statements in Alfi's offering documents in connection with the company's May 4, 2021 initial public offering and thereafter throughout the Class Period, concerning the effectiveness of Alfi's internal controls over financial reporting and disclosures.

The truth about Alfi's internal control weaknesses began to emerge on Oct. 28, 2021, when the company announced its board (1) placed each of Alfi's CEO (Paul Pereira), CFO (Dennis McIntosh), and CTO (Charles Pereira) on administrative leave, and (2) authorized an internal investigation regarding certain corporate transactions and other matters.

Next, on Nov. 1, 2021, Alfi announced its outside auditor resigned after just 11 days on the job. The company also revealed that its internal investigation resulted from "the Company's purchase of a condominium for a purchase price of approximately $1.1 million" and "the Company's commitment to sponsor a sports tournament in the amount

of $640,000," both of which "were undertaken by the Company's management without sufficient and appropriate consultation with or approval by the Board."

Then, on Nov. 15, 2021, Alfi revealed it received a subpoena from the SEC directing the company to preserve documents and data related to the condominium and sports tournament sponsorship and to the company's financial reporting and disclosure controls.

These events drove the price of Alfi shares sharply lower.

"We're focused on recovering investors' losses and proving Alfi lied about controls that should have prevented management misconduct," said Reed Kathrein, the Hagens Berman partner leading the investigation.

If you invested in Alfi and have significant losses, or have knowledge that may assist the firm's investigation, click here to discuss your legal rights with Hagens Berman.

**Whistleblowers:** Persons with non-public information regarding Alfi should consider their options to help in the investigation or take advantage of the SEC Whistleblower program. Under the new program, whistleblowers who provide original information may receive rewards totaling up to 30 percent of any successful recovery made by the SEC. For more information, call Reed Kathrein at **844-916-0895** or email ALF@hbsslaw.com.

About Hagens Berman
Hagens Berman is a national law firm with eight offices in eight cities around the country and over eighty attorneys. The firm represents investors, whistleblowers, workers and consumers in complex litigation. More about the firm and its successes is located at hbsslaw.com. For the latest news visit our newsroom or follow us on Twitter at @classactionlaw.

Contact:
Reed Kathrein, 844-916-0895



*Source:* *Hagens Berman Sobol Shapiro LLP*

*January 13, 2022 15:14 ET*

## HAGENS BERMAN, NATIONAL TRIAL ATTORNEYS, Encourages Alfi, Inc. (ALF) Investors with Losses to Contact Firm's Attorneys, Application Deadline Approaching in Securities Class Action

SAN FRANCISCO, Jan. 13, 2022 (GLOBE NEWSWIRE) -- Hagens Berman urges Alfi, Inc. **(NASDAQ: ALF)** investors with significant losses to submit your losses now.   A securities fraud class action lawsuit has been filed and certain investors may have valuable claims.

**Class Period:** May 4, 2021 – Nov. 15, 2021
**Lead Plaintiff Deadline:** Jan. 31, 2022
**Visit:** www.hbsslaw.com/investor-fraud/ALF
**Contact An Attorney Now:** ALF@hbsslaw.com
                    **844-916-0895**

**Alfi, Inc. (ALF) Securities Class Action:**

The lawsuit alleges that Defendants made false and misleading statements in Alfi's offering documents in connection with the company's May 4, 2021 initial public offering and thereafter throughout the Class Period, concerning the effectiveness of Alfi's internal controls over financial reporting and disclosures.

The truth about Alfi's internal control weaknesses began to emerge on Oct. 28, 2021, when the company announced its board (1) placed each of Alfi's CEO (Paul Pereira), CFO (Dennis McIntosh), and CTO (Charles Pereira) on administrative leave, and (2) authorized an internal investigation regarding certain corporate transactions and other matters.

Next, on Nov. 1, 2021, Alfi announced its outside auditor resigned after just 11 days on the job. The company also revealed that its internal investigation resulted from "the Company's purchase of a condominium for a purchase price of approximately $1.1 million" and "the Company's commitment to sponsor a sports tournament in the amount

of $640,000," both of which "were undertaken by the Company's management without sufficient and appropriate consultation with or approval by the Board."

Then, on Nov. 15, 2021, Alfi revealed it received a subpoena from the SEC directing the company to preserve documents and data related to the condominium and sports tournament sponsorship and to the company's financial reporting and disclosure controls.

These events drove the price of Alfi shares sharply lower.

"We're focused on recovering investors' losses and proving Alfi lied about controls that should have prevented management misconduct," said Reed Kathrein, the Hagens Berman partner leading the investigation.

If you invested in Alfi and have significant losses, or have knowledge that may assist the firm's investigation, click here to discuss your legal rights with Hagens Berman.

**Whistleblowers:** Persons with non-public information regarding Alfi should consider their options to help in the investigation or take advantage of the SEC Whistleblower program. Under the new program, whistleblowers who provide original information may receive rewards totaling up to 30 percent of any successful recovery made by the SEC. For more information, call Reed Kathrein at **844-916-0895** or email ALF@hbsslaw.com.

About Hagens Berman
Hagens Berman is a national law firm with eight offices in eight cities around the country and over eighty attorneys. The firm represents investors, whistleblowers, workers and consumers in complex litigation. More about the firm and its successes is located at hbsslaw.com. For the latest news visit our newsroom or follow us on Twitter at @classactionlaw.

Contact:
Reed Kathrein, 844-916-0895



*Source:* *Hagens Berman Sobol Shapiro LLP*

*January 18, 2022 13:00 ET*

## ALF 13-DAY DEADLINE ALERT: Hagens Berman, National Trial Attorneys, Encourages Alfi, Inc. (ALF) Investors with Losses to Contact Firm's Attorneys, Application Deadline Approaching in Securities Class Action

SAN FRANCISCO, Jan. 18, 2022 (GLOBE NEWSWIRE) -- Hagens Berman urges Alfi, Inc. **(NASDAQ: ALF)** investors with significant losses to submit your losses now.   A securities fraud class action lawsuit has been filed and certain investors may have valuable claims.

**Class Period:** May 4, 2021 – Nov. 15, 2021
**Lead Plaintiff Deadline:** Jan. 31, 2022
**Visit:** www.hbsslaw.com/investor-fraud/ALF
**Contact An Attorney Now:** ALF@hbsslaw.com
**844-916-0895**

**Alfi, Inc. (ALF) Securities Class Action:**

The lawsuit alleges that Defendants made false and misleading statements in Alfi's offering documents in connection with the company's May 4, 2021 initial public offering and thereafter throughout the Class Period, concerning the effectiveness of Alfi's internal controls over financial reporting and disclosures.

The truth about Alfi's internal control weaknesses began to emerge on Oct. 28, 2021, when the company announced its board (1) placed each of Alfi's CEO (Paul Pereira), CFO (Dennis McIntosh), and CTO (Charles Pereira) on administrative leave, and (2) authorized an internal investigation regarding certain corporate transactions and other matters.

Next, on Nov. 1, 2021, Alfi announced its outside auditor resigned after just 11 days on the job. The company also revealed that its internal investigation resulted from "the Company's purchase of a condominium for a purchase price of approximately $1.1 million" and "the Company's commitment to sponsor a sports tournament in the amount of $640,000," both of which "were undertaken by the Company's management without sufficient and appropriate consultation with or approval by the Board."

Then, on Nov. 15, 2021, Alfi revealed it received a subpoena from the SEC directing the company to preserve documents and data related to the condominium and sports tournament sponsorship and to the company's financial reporting and disclosure controls.

These events drove the price of Alfi shares sharply lower.

"We're focused on recovering investors' losses and proving Alfi lied about controls that should have prevented management misconduct," said Reed Kathrein, the Hagens Berman partner leading the investigation.

If you invested in Alfi and have significant losses, or have knowledge that may assist the firm's investigation, click here to discuss your legal rights with Hagens Berman.

**Whistleblowers:** Persons with non-public information regarding Alfi should consider their options to help in the investigation or take advantage of the SEC Whistleblower program. Under the new program, whistleblowers who provide original information may receive rewards totaling up to 30 percent of any successful recovery made by the SEC. For more information, call Reed Kathrein at **844-916-0895** or email ALF@hbsslaw.com.

About Hagens Berman
Hagens Berman is a national law firm with eight offices in eight cities around the country and over eighty attorneys. The firm represents investors, whistleblowers, workers and consumers in complex litigation. More about the firm and its successes is located at hbsslaw.com. For the latest news visit our newsroom or follow us on Twitter at @classactionlaw.

Contact:
Reed Kathrein, 844-916-0895



*Source:* Hagens Berman Sobol Shapiro LLP

*January 24, 2022 09:36 ET*

## ALF 7-DAY DEADLINE ALERT: Hagens Berman, National Trial Attorneys, Encourages Alfi, Inc. (ALF) Investors with Losses to Contact Firm's Attorneys, Application Deadline Approaching in Securities Class Action

SAN FRANCISCO, Jan. 24, 2022 (GLOBE NEWSWIRE) -- Hagens Berman urges Alfi, Inc. **(NASDAQ: ALF)** investors with significant losses to submit your losses now.   A securities fraud class action lawsuit has been filed and certain investors may have valuable claims.

**Class Period:** May 4, 2021 – Nov. 15, 2021
**Lead Plaintiff Deadline:** Jan. 31, 2022
**Visit:** www.hbsslaw.com/investor-fraud/ALF
**Contact An Attorney Now:** ALF@hbsslaw.com
**844-916-0895**

**Alfi, Inc. (ALF) Securities Class Action:**

The lawsuit alleges that Defendants made false and misleading statements in Alfi's offering documents in connection with the company's May 4, 2021 initial public offering and thereafter throughout the Class Period, concerning the effectiveness of Alfi's internal controls over financial reporting and disclosures.

The truth about Alfi's internal control weaknesses began to emerge on Oct. 28, 2021, when the company announced its board (1) placed each of Alfi's CEO (Paul Pereira), CFO (Dennis McIntosh), and CTO (Charles Pereira) on administrative leave, and (2) authorized an internal investigation regarding certain corporate transactions and other matters.

Next, on Nov. 1, 2021, Alfi announced its outside auditor resigned after just 11 days on the job. The company also revealed that its internal investigation resulted from "the

Company's purchase of a condominium for a purchase price of approximately $1.1 million" and "the Company's commitment to sponsor a sports tournament in the amount of $640,000," both of which "were undertaken by the Company's management without sufficient and appropriate consultation with or approval by the Board."

Then, on Nov. 15, 2021, Alfi revealed it received a subpoena from the SEC directing the company to preserve documents and data related to the condominium and sports tournament sponsorship and to the company's financial reporting and disclosure controls.

These events drove the price of Alfi shares sharply lower.

"We're focused on recovering investors' losses and proving Alfi lied about controls that should have prevented management misconduct," said Reed Kathrein, the Hagens Berman partner leading the investigation.

If you invested in Alfi and have significant losses, or have knowledge that may assist the firm's investigation, click here to discuss your legal rights with Hagens Berman.

**Whistleblowers:** Persons with non-public information regarding Alfi should consider their options to help in the investigation or take advantage of the SEC Whistleblower program. Under the new program, whistleblowers who provide original information may receive rewards totaling up to 30 percent of any successful recovery made by the SEC. For more information, call Reed Kathrein at **844-916-0895** or email ALF@hbsslaw.com.

About Hagens Berman
Hagens Berman is a national law firm with eight offices in eight cities around the country and over eighty attorneys. The firm represents investors, whistleblowers, workers and consumers in complex litigation. More about the firm and its successes is located at hbsslaw.com. For the latest news visit our newsroom or follow us on Twitter at @classactionlaw.

Contact:
Reed Kathrein, 844-916-0895