**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 21-24232-CIV-WILLIAMS**

WILLIAM  C.  STEPPACHER,  JR.,
Individually and On Behalf of All Others
Similarly Situated,

Plaintiff,

vs.

ALFI, INC., PAUL ANTONIO PEREIRA,
DENNIS MCINTOSH, JOHN M. COOK,
II, PETER BORDES, JIM LEE, JUSTIN
ELKOURI, ALLISON FICKEN, FRANK
SMITH, and RICHARD MOWSER,

Defendants.

_____ /

**NOTICE OF MOTION AND MOTION OF MOVANT ALFI INVESTOR GROUP**
**FOR LEAVE TO SUBMIT SUR-REPLY TO MOVANTS CHAD AND AILEEN**
**HABER'S REPLY**

John K. Allen, on behalf of the Joseph M. Driscoll Trust (the "Driscoll Trust"), as the Executor and a Trustee of the Driscoll Trust, and Alexander C. Takian ("Takian" and, collectively with the Driscoll Trust, the "Alfi Investor Group" or "Movant"), pursuant to Local Rule 7.1(c), hereby moves this honorable Court on a date and at such time as may be designated by the Court, for an Order granting leave to submit a sur-reply to competing movants Chad and Aileen Haber's (the "Habers") reply in further support of their lead plaintiff motion. Dkt. No. 40 (the "Reply").

On February 22, 2022 the Habers filed their Reply. The Habers' reply alleges, for the first time, a disclosure not included in the initial complaint. The Alfi Investor Group has had no opportunity to address the new argument in the reply. It is improper for the Habers to raise a new argument on reply, and the alleged disclosure is not relevant to this case. Therefore, the Alfi Investor Group has good cause to file a sur-reply.

1

For these reasons, the Alfi Investor Group respectfully requests that the Court grant it leave to file the Proposed Sur-Reply, attached to this motion as Exhibit 1, and all other relief this Court deems just, proper, and equitable.

### LOCAL RULE 7.1(a)(3) CERTIFICATION

On March 2, 2022, counsel for the Alfi Investor Group conferred with counsel for Chad and Aileen Haber and counsel for Candido Rodriguez—the only other two movants still seeking appointment as lead plaintiff and of lead counsel.

Counsel for Chad and Aileen Haber represented that they do not oppose the Alfi Investor Group making this motion, but reserve the Habers' right to file a response.

Counsel for Candido Rodriguez consent to the Alfi Investor Group's request to file a Sur-Reply.

Dated: March 2, 2022               Respectfully submitted,

                                   **THE ROSEN LAW FIRM, P.A.**

                                   /s/Laurence M. Rosen
                                   Laurence M. Rosen, Esq., Fla. Bar No. 0182877
                                   Phillip Kim, Esq. (*pro hac vice* to be filed)
                                   275 Madison Avenue, 40th Floor
                                   New York, New York 10016
                                   Telephone: (212) 686-1060
                                   Fax: (212) 202-3827
                                   Email: lrosen@rosenlegal.com
                                   Email: pkim@rosenlegal.com

                                   *[Proposed] Lead Counsel for Lead Plaintiff*

2

3

## CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2022, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/Laurence M. Rosen