UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

|  |  |
|---|---|
| WILLIAM C. STEPPACHER, JR., Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ALFI, INC., PAUL ANTONIO PEREIRA, DENNIS MCINTOSH, JOHN M. COOK, II, PETER BORDES, JIM LEE, JUSTIN ELKOURI, ALLISON FICKEN, FRANK SMITH, and RICHARD MOWSER,<br><br>Defendants. | Case No. 1:21-cv-24232-KMW-CMM<br><br>**NOTICE OF MOTION AND MOTION OF MOVANT CHAD AND AILEEN HABER FOR LEAVE TO SUBMIT RESPONSE TO COMPETING MOVANTS' SUR-REPLIES IN CONNECTION WITH MOTIONS FOR APPOINTMENT OF LEAD PLAINTIFF AND APPROVAL OF COUNSEL** |

011065-11/1818897 V2

Lead Plaintiff Movants Chad and Aileen Haber (the "Habers"), pursuant to Local Rule 7.1(c), hereby move this honorable Court for an Order granting leave to submit a response to the sur-replies of competing movants Candido Rodriguez ("Rodriguez") and John K. Allen ("Allen"), on behalf of the Joseph M. Driscoll Trust (the "Driscoll Trust"), as the Executor and a Trustee of the Driscoll Trust, and Alexander C. Takian (the "Alfi Investor Group") (collectively, the "Competing Movants"). *See* Dkt. Nos. 46-47.

On March 7, 2022, pursuant to Court Order, the Competing Movants filed sur-reply briefs. Dkt. Nos. 46-47. The Competing Movants' sur-replies advance numerous arguments for the first time that misstate the law, the facts in this case, and are contrary to the interests of Class members. The Habers respectfully submit that they should have the opportunity to address the new arguments, facts, evidence, and authorities raised in the sur-replies before the Court resolves the parties' pending lead plaintiff motions.

For these reasons, the Habers respectfully request that the Court grant them leave to file their [Proposed] Response to the Sur-Replies, attached to this motion as Exhibit 1, and all other relief this Court deems just, proper, and equitable.

## LOCAL RULE 7.1(a)(3) CERTIFICATION

On March 8, 2022, counsel for the Habers conferred with counsel for the Competing Movants.

Counsel for the Competing Movants represented that they oppose the Habers making this motion, stating that they "do not believe a Sur-Sur-Reply is warranted, in part, because [they] limited [their] Sur-Reply to addressing the new purported corrective disclosure the Habers set forth for the first time in their Reply," and that the Competing Movants disagree that their sur-

- 1 -

reply briefs "misstate the law, the facts in this case, and [is] contrary to the interests of Class members."

Dated: March 8, 2022

Respectfully submitted,

By: s// David M. Buckner
    David M. Buckner (FBN 60550)

BUCKNER + MILES
2020 Salzedo Street, Suite 302
Coral Gables, FL 33134
Telephone: (305) 964-8003
Facsimile: (786) 523-0485
Email: david@bucknermiles.com

*Liaison Counsel for [Proposed] Lead Plaintiff Chad and Aileen Haber*

Reed R. Kathrein (262161)
Lucas E. Gilmore (*pro hac vice* forthcoming)
Wesley A. Wong (*pro hac vice* forthcoming)
HAGENS BERMAN SOBOL SHAPIRO LLP
533 F Street, Suite 207
San Diego, CA  92101
Telephone: (619) 929-3340
Facsimile: (619) 929-3337
Email:  reed@hbsslaw.com
Email:  lucasg@hbsslaw.com
Email:  wesleyw@hbsslaw.com

Steve W. Berman (*pro hac vice* forthcoming)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: steve@hbsslaw.com

*Lead Counsel for [Proposed] Lead Plaintiff Chad and Aileen Haber*

- 2 -

Steven J. Bonafonte (*pro hac vice* forthcoming)
DCB LAW GROUP LLC
62 West Street
PO Box 630
Litchfield, CT 06759
Telephone: (860) 560-6092
Email: bonafonte@dcblawgroup.com

*Additional Counsel for [Proposed] Lead Plaintiff*
*Chad and Aileen Haber*

- 3 -

011065-11/1818897 V2