**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**Case No. 1:21-cv-24232-KMW**

| | |
|---|---|
| CANDIDO RODRIGUEZ,<br>Individually and on Behalf of All Others<br>Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALFI, INC., PAUL ANTONIO PEREIRA,<br>DENNIS MCINTOSH, JOHN M. COOK, II,<br>PETER BORDES, JIM LEE, JUSTIN<br>ELKOURI, ALLISON FICKEN, FRANK<br>SMITH, AND RICHARD MOWSER,<br>KINGSWOOD CAPITAL MARKETS,<br>REVERE SECURITIES LLC, AND<br>WESTPARK CAPITAL, INC.<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT MOTION TO STAY DEADLINES**

Lead Plaintiff Candido Rodriguez and additional plaintiffs John K. Allen, on behalf of the Joseph M. Driscoll Trust, and Alexander C. Takian, and Defendants Alfi, Inc., Paul Antonio Pereira, Dennis McIntosh, John M. Cook, II, Peter Bordes, Jim Lee, Justin Elkouri, Allison Ficken, Frank Smith, Kingswood Capital Markets, Revere Securities, LLC, and Westpark Capital, Inc. (collectively, the "Parties") respectfully move the Court to stay the deadlines in the Case Management Schedule (ECF No. 71) for a period of 60 days while the Parties discuss the possibility of an early settlement.  A proposed order is attached for the Court's consideration.

Lead Plaintiff filed the Amended Consolidated Class Action Complaint (the "Complaint") on June 13, 2022 (ECF No. 82), in accordance with the Case Management Schedule.  Under the Case Management Schedule, Defendants' response to the Complaint is due on August 12, 2022. If a motion to dismiss is filed, Lead Plaintiff's response is due on October 11, 2022, and any reply by Defendants is due on November 28, 2022.  If the Court denies the motion(s) to dismiss, Defendants' answers to the Complaint are due within 45 days of such an order.

The Parties have conferred and respectfully move the Court to stay the remaining deadlines in the Case Management Schedule for 60 days in accordance with the following schedule:

1. By October 11, 2022, the Parties shall either: (a) inform the Court that their discussions concerning early resolution have been successful and that they are in the process of preparing the customary settlement agreement and documents related thereto; or (b) the Defendants shall respond to the Complaint.

2. In the event a Defendant files a motion to dismiss and/or strike the Complaint, Plaintiffs shall file a response on or before December 9, 2022.

3. Defendants shall file a reply brief in further support of their motions on or before January 26, 2023.

The Parties have not previously moved to request a time extension on the remaining deadlines in the Case Management Schedule.  There is good cause to grant this motion.  The requested stay will conserve the Parties' and the Court's resources as the Parties explore the potential of an early settlement.

2

## LOCAL RULE 7.1 CERTIFICATE

Counsel for the undersigned Parties have conferred with each other and agree to the relief requested herein and to the entry of the Proposed Order.

Respectfully submitted:  August 1, 2022

**SAXENA WHITE P.A.**

/s/ Adam D. Warden
Joseph E. White, III (FL Bar No. 621064)
Adam D. Warden (FL Bar No. 873691)
Jonathan D. Lamet (FL Bar No. 106059)
7777 Glades Road Suite 300
Boca Raton, FL 33434
Telephone: (561) 394-3399
Facsimile: (561) 394-3382
jwhite@saxenawhite.com
awarden@saxenawhite.com
jlamet@saxenawhite.com

*Local Counsel for Lead Plaintiff Candido Rodriguez*

**GLANCY PRONGAY & MURRAY LLP**
Robert V. Prongay (*pro hac vice*)
Leanne H. Solish (*pro hac vice*)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
RProngay@glancylaw.com
lsolish@glancylaw.com
*Lead Counsel for Lead Plaintiff Candido Rodriguez*

**SMITH GAMBRELL & RUSSELL LLP**

/s/ James H. Cummings
James H. Cummings (FBN 27657)
Bank of America Tower, Suite 2600
50 North Laura Street
Jacksonville, FL 32202
Tel:  (904) 598-6127
Fax:  (904) 598-6300
jcummings@sgrlaw.com

Dan F. Laney (*pro hac vice*)
Austin J. Hemmer (*pro hac vice*)
1105 West Peachtree St. N.E., Suite 1000
Atlanta, GA 30309
Tel: (404) 815-3500
Fax: (404) 815-3509
dlaney@sgrlaw.com
ahemmer@sgrlaw.com

*Counsel for Defendants Alfi, Inc., John M. Cook, II, Peter Bordes, Jim Lee, Justin Elkouri, Allison Ficken, and Frank Smith*

**ADAMS AND REESE LLP**

/s/  James N. Floyd, Jr.
John T. Rogerson, III (FBN 832839)
James N. Floyd, Jr. (FBN 0114216)
501 Riverside Avenue, Suite 601
Jacksonville, FL 32202
Tel: (904) 355-1700
Fax: (904) 355-1797
John.rogerson@arlaw.com
James.floyd@arlaw.com

3

**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen (FL Bar No. 0182877)
Phillip Kim *(pro hac vice)*
Ha Sung (Scott) Kim *(pro hac vice)*
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
lrosen@rosenlegal.com
pkim@rosenlegal.com
skim@rosenlegal.com
*Counsel for Plaintiff John K. Allen,*
*on behalf of the Joseph M. Driscoll Trust, and*
*Plaintiff Alexander C. Takian*

**THE LAW OFFICES OF FRANK R. CRUZ**
Frank R. Cruz
1999 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067
Telephone: (310) 914-5007

*Additional Counsel for Lead Plaintiff*

**GOODWIN PROCTER LLP**

 */s/ Douglas H. Flaum*
Douglas H. Flaum *(pro hac vice)*
Samuel J. Rubin *(pro hac vice)*
Anna T. Wittman *(pro hac vice)*
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Tel: (212) 813-8800
Fax: (212) 355-3333
dflaum@goodwinlaw.com
srubin@goodwinlaw.com
awittman@goodwinlaw.com

*Counsel for Defendants Paul Antonio*
*Pereira and Dennis McIntosh*

**HUNTER TAUBMAN FISCHER & LI LLC**

 */s/ Mark David Hunter*
Mark David Hunter (FL Bar No. 12995)
2 Alhambra Plaza, Suite 650
Coral Gables, Florida 33134
Tel: (305) 629-1180
mhunter@htflawyers.com
jsardella@htflawyers.com

*Counsel for Defendants Kingswood Capital,*
*Revere Securities, LLC, and WestPark*
*Capital*

4

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 1, 2022, a true and correct copy of the foregoing document was filed using the Court's CM/ECF system, which will automatically serve all counsel of record registered with the Court's CM/ECF system.

*/s/ James H. Cummings*
James H. Cummings (FBN 27657)
Smith, Gambrell & Russell, LLP
Bank of America Tower, Suite 2600
50 North Laura Street
Jacksonville, FL 32202
Tel: (904) 598-6127
Fax: (904) 598-6300
jcummings@sgrlaw.com

5