UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No. 1:21-cv-24232-KMW

| | |
|---|---|
| CANDIDO RODRIGUEZ, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| ALFI, INC., PAUL ANTONIO PEREIRA, DENNIS MCINTOSH, JOHN M. COOK, II, PETER BORDES, JIM LEE, JUSTIN ELKOURI, ALLISON FICKEN, FRANK SMITH, AND RICHARD MOWSER, KINGSWOOD CAPITAL MARKETS, REVERE SECURITIES LLC, AND WESTPARK CAPITAL, INC. | ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) ) |

**JOINT MOTION TO SUPPLEMENT AND RENEW JOINT MOTION TO STAY DEADLINES**

Lead Plaintiff Candido Rodriguez and additional plaintiffs John K. Allen, on behalf of the Joseph M. Driscoll Trust, and Alexander C. Takian, and Defendants Alfi, Inc., Paul Antonio Pereira, Dennis McIntosh, John M. Cook, II, Peter Bordes, Jim Lee, Justin Elkouri, Allison Ficken, Frank Smith, Kingswood Capital Markets, Revere Securities, LLC, and Westpark Capital, Inc. (collectively, the "Parties") respectfully move to supplement and renew the Parties' Joint Motion to Stay Deadlines (ECF No. 85) with additional argument and evidence demonstrating why the requested extension of time is in the best interests of the Parties and the putative class and will serve the interests of justice and, therefore, there is good cause for the extension.

In the Joint Motion, the Parties moved the Court to extend the remaining deadlines in the Case Management Schedule for 60 days, including the August 12 deadline for Defendants to answer, move against, or otherwise respond to the Amended Consolidated Class Action Complaint while the Parties discussed the possibility of an early settlement. The Court issued an order on August 3, 2022 (ECF No. 86), finding that the Parties had not proffered a sufficient showing of good cause in the Joint Motion.

The Parties acknowledge the Court's finding and respectfully ask the Court to permit this supplementation and renewal of the Joint Motion with the requisite showing as to why there is good cause for the requested extension of deadlines.

Alfi is a small start-up company that went public on May 4, 2021. As disclosed in its most recent Form 10-Q filed with the Securities and Exchange Commission ("SEC") for the period ending March 31, 2022, Alfi has very limited financial resources. (A copy of Alfi's May 19, 2022 filing is attached hereto as Exhibit 1.) As stated therein, Alfi reported an operating loss for that quarter, and as of the date of that report (*i.e.,* May 19, 2022), Alfi "has not yet generated substantial revenue from customers and business activity has mainly consisted of cash outflows associated with its business development activities. These conditions indicate that there is substantial doubt about the Company's ability to continue as a going concern within one year from the issuance date of the consolidated financial statements." (*Id.* at 19.) That same filing reflects that cash in the quarter declined from $4,391,816 to $345,949. (*Id.* at 2.) Subsequent reports reflect even less cash. (*See, e.g.,* July 1, 2022 Form 8-K at 1, attached hereto as Exhibit 2 (discussing the exhaustion of a Credit Agreement and stating that Alfi has "very limited cash on hand").)

Alfi also has recently publicly reported a substantial change in corporate leadership. It recently announced that its CEO (Peter Bordes) was stepping down and that the Company had

named Chairman of the Board James Lee as its new interim CEO.  Further reflecting the limited resources available to Alfi, Mr. Lee is not receiving any compensation for serving in this capacity. (*See* July 28, 2022 Form 8-K attached hereto as Exhibit 3.)

In addition, the SEC is conducting an ongoing investigation.  Alfi is cooperating with that investigation, which requires the assistance of counsel and the expenditure of additional funds. (*See* Exhibit 1 at 30.)  Finally, individual Defendants Pereira and McIntosh have made claims that the Company indemnify and advance their legal fees and expenses incurred in connection with the above-referenced SEC investigation and this action.  (*Id.*)  There are similar issues as to other individual Defendants.

Following the filing of the Amended Consolidated Class Action Complaint in this action, counsel for Alfi and six of the individual Defendants engaged with Lead Plaintiff regarding the possibility of early settlement discussions before Alfi's resources are depleted by the costs of litigation, which would not be in the interests of any of the parties or Alfi's shareholders.  In response, Lead Plaintiff made a good faith settlement demand and copied all Defendants' counsel.

Accomplishing an early settlement will require the cooperation of many persons and entities and is not without complexities.  But the Parties, including the Court-appointed Lead Plaintiff, respectfully submit that the best and perhaps only chance to resolve this matter by settlement is before Alfi incurs further expenses drafting and filing a motion to dismiss or otherwise responding to the Complaint.  Allowing defense costs to impact whether Alfi can continue as a going concern is not in the best interests of Alfi, the putative class of Alfi shareholders, or the other Parties.

For these reasons, the Parties respectfully and jointly submit that there is good cause for the requested extension, and the Parties respectfully request that the Court permit this supplementation and renewal of the Joint Motion and grant the requested extension.

A proposed order is attached for the Court's consideration.  If the Court has any concerns about this request, the Parties would very much appreciate the opportunity to answer such questions during a conference with the Court at the Court's convenience.

## LOCAL RULE 7.1 CERTIFICATE

Counsel for the undersigned Parties have conferred with each other and agree to the relief requested herein and to the entry of the Proposed Order.

Respectfully submitted:  August 4, 2022

**SAXENA WHITE P.A.**

*/s/ Adam D. Warden*
Joseph E. White, III (FL Bar No. 621064)
Adam D. Warden (FL Bar No. 873691)
Jonathan D. Lamet (FL Bar No. 106059)
7777 Glades Road Suite 300
Boca Raton, FL 33434
Telephone: (561) 394-3399
Facsimile: (561) 394-3382
jwhite@saxenawhite.com
awarden@saxenawhite.com
jlamet@saxenawhite.com

*Local Counsel for Lead Plaintiff Candido Rodriguez*

**SMITH GAMBRELL & RUSSELL LLP**

*/s/ James H. Cummings*
James H. Cummings (FBN 27657)
Bank of America Tower, Suite 2600
50 North Laura Street
Jacksonville, FL 32202
Tel:  (904) 598-6127
Fax:  (904) 598-6300
jcummings@sgrlaw.com

Dan F. Laney (*pro hac vice*)
Austin J. Hemmer (*pro hac vice*)
1105 West Peachtree St. N.E., Suite 1000
Atlanta, GA 30309
Tel: (404) 815-3500
Fax: (404) 815-3509
dlaney@sgrlaw.com
ahemmer@sgrlaw.com

*Counsel for Defendants Alfi, Inc., John M. Cook, II, Peter Bordes, Jim Lee, Justin Elkouri, Allison Ficken, and Frank Smith*

**GLANCY PRONGAY & MURRAY LLP**
Robert V. Prongay (*pro hac vice*)
Leanne H. Solish (*pro hac vice*)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
RProngay@glancylaw.com
lsolish@glancylaw.com
*Lead Counsel for Lead Plaintiff Candido Rodriguez*

**ADAMS AND REESE LLP**

*/s/  James N. Floyd, Jr.*
John T. Rogerson, III (FBN 832839)
James N. Floyd, Jr. (FBN 0114216)
501 Riverside Avenue, Suite 601
Jacksonville, FL 32202
Tel: (904) 355-1700
Fax: (904) 355-1797
John.rogerson@arlaw.com
James.floyd@arlaw.com

5

**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen (FL Bar No. 0182877)
Phillip Kim *(pro hac vice)*
Ha Sung (Scott) Kim *(pro hac vice)*
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
lrosen@rosenlegal.com
pkim@rosenlegal.com
skim@rosenlegal.com
*Counsel for Plaintiff John K. Allen,*
*on behalf of the Joseph M. Driscoll Trust, and*
*Plaintiff Alexander C. Takian*

**THE LAW OFFICES OF FRANK R. CRUZ**
Frank R. Cruz
1999 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067
Telephone: (310) 914-5007

*Additional Counsel for Lead Plaintiff*

**GOODWIN PROCTER LLP**

 */s/ Douglas H. Flaum*
Douglas H. Flaum *(pro hac vice)*
Samuel J. Rubin *(pro hac vice)*
Anna T. Wittman *(pro hac vice)*
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Tel: (212) 813-8800
Fax: (212) 355-3333
dflaum@goodwinlaw.com
srubin@goodwinlaw.com
awittman@goodwinlaw.com

*Counsel for Defendants Paul Antonio*
*Pereira and Dennis McIntosh*

**HUNTER TAUBMAN FISCHER & LI LLC**

 */s/ Mark David Hunter*
Mark David Hunter (FL Bar No. 12995)
2 Alhambra Plaza, Suite 650
Coral Gables, Florida 33134
Tel: (305) 629-1180
mhunter@htflawyers.com
jsardella@htflawyers.com

*Counsel for Defendants Kingswood Capital,*
*Revere Securities, LLC, and WestPark*
*Capital*

6

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2022, a true and correct copy of the foregoing document was filed using the Court's CM/ECF system, which will automatically serve all counsel of record registered with the Court's CM/ECF system.

*/s/ James H. Cummings*
James H. Cummings (FBN 27657)
Smith, Gambrell & Russell, LLP
Bank of America Tower, Suite 2600
50 North Laura Street
Jacksonville, FL 32202
Tel:  (904) 598-6127
Fax:  (904) 598-6300
jcummings@sgrlaw.com

7