# EXHIBIT 1

Table of Contents

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**FORM 10-Q**

☒ **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the quarterly period ended March 31, 2022

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from to

Commission File Number: 001-40294

**Alfi, Inc.**
(Exact name of registrant as specified in its charter)

| **Delaware** | **30-1107078** |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification Number) |
| **429 Lenox Avenue** **Miami Beach, Florida** | **33139** |
| (Address of principal executive offices) | (Zip Code) |

Registrant's telephone number, including area code: **(305) 395-4520**

**Not applicable**
(Former name or former address, if changed since last report)

Securities registered pursuant to Section 12(b) of the Act:

| **Title of each class** | **Trading Symbol(s)** | **Name of each exchange on which registered** |
|---|---|---|
| Common stock, par value $0.0001 per share | ALF | The Nasdaq Stock Market LLC |
| Warrants, each whole warrant exercisable for one share of Common Stock at an exercise price of $4.57 | ALFIW | The Nasdaq Stock Market LLC |

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Date File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files). Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company" and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Large accelerated filer | ☐ | Accelerated filer | ☐ |
| Non-accelerated filer | ☒ | Smaller reporting company | ☒ |
| | | Emerging growth company | ☒ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐ No ☒

As of April 30, 2022, there were 16,094,882 shares of the Company's common stock, par value $0.0001, outstanding.

Table of Contents

**ALFI, INC.**

**TABLE OF CONTENTS**

|  |  |  | **Page** |
|---|---|---|---|
| **PART I - FINANCIAL INFORMATION:** |  |  |  |
| Item 1. | Financial Statements: |  | 2 |
|  | Consolidated Balance Sheets as of March 31, 2022 (Unaudited) and December 31, 2021 |  | 2 |
|  | Consolidated Statements of Operations for the Three Months Ended March 31, 2022 (Unaudited) and March 31, 2021 (Unaudited) |  | 3 |
|  | Consolidated Statements of Changes in Stockholders' Equity (Deficit) for the Three Months Ended March 31, 2022 (Unaudited) and March 31, 2021 (Unaudited) |  | 4 |
|  | Consolidated Statements of Cash Flows for the Three Months Ended March 31, 2022 (Unaudited) and March 31, 2021 (Unaudited) |  | 5 |
|  | Notes to Consolidated Financial Statements (Unaudited) |  | 6 |
| Item 2. | Management's Discussion and Analysis of Financial Condition and Results of Operations |  | 15 |
| Item 3. | Quantitative and Qualitative Disclosures About Market Risk |  | 20 |
| Item 4. | Controls and Procedures |  | 20 |
| **PART II - OTHER INFORMATION:** |  |  | 22 |
| Item 1. | Legal Proceedings |  | 22 |
| Item 1A. | Risk Factors |  | 23 |
| Item 2. | Unregistered Sales of Equity Securities and Use of Proceeds |  | 23 |
| Item 3. | Defaults Upon Senior Securities |  | 23 |
| Item 4. | Mine Safety Disclosures |  | 23 |
| Item 5. | Other Information |  | 23 |
| Item 6. | Exhibits |  | 24 |

Table of Contents

**PART I - FINANCIAL INFORMATION**

**Item 1. Financial Statements**

Alfi, Inc.
f/k/a Lectrefy, Inc.
Consolidated Balance Sheets

|  | | Unaudited | | |
|---|---|---|---|---|
|  | | **Mar 31, 2022** | | **Dec 31, 2021** |
| **Assets** | | | | |
| Current assets: | | | | |
| Cash and cash equivalents | $ | 345,949 | $ | 4,391,816 |
| Accounts receivable | | 96,899 | | 5,578 |
| Prepaid expenses and other assets | | 485,400 | | 926,170 |
| Total current assets | | 928,248 | | 5,323,564 |
| Property and equipment, net | | 3,659,587 | | 4,031,904 |
| Intangible assets, net | | 668,240 | | 712,247 |
| Operating lease right-of-use asset, net | | 83,032 | | 95,765 |
| Assets held for sale and other assets | | 1,155,330 | | 1,209,525 |
| Total assets | $ | 6,494,437 | $ | 11,373,005 |
| | | | | |
| **Liabilities and Stockholders' Equity** | | | | |
| Current liabilities: | | | | |
| Accounts payable and accrued expenses | $ | 2,600,537 | $ | 2,264,582 |
| Lease liability | | 85,140 | | 98,175 |
| Total current liabilities | | 2,685,677 | | 2,362,757 |
| Total liabilities | | 2,685,677 | | 2,362,757 |
| **Stockholders' Equity** | | | | |
| Common stock, $0.0001 par value, 80,000,000 shares authorized, 16,094,882 and 16,069,347 shares issued and outstanding at March 31, 2022 and December 31, 2021, respectively | | 1,623 | | 1,620 |
| Additional paid-in capital | | 38,059,036 | | 37,967,926 |
| Accumulated deficit | | (32,251,902) | | (26,959,301) |
| Common stock held in treasury at cost, $0.0001 par 137,650 and 137,650 shares, respectively | | (1,999,997) | | (1,999,997) |
| Total stockholders' equity | | 3,808,760 | | 9,010,248 |
| Total liabilities and stockholders' equity | $ | 6,494,437 | $ | 11,373,005 |

*See accompanying notes to the consolidated financial statements*

2

Table of Contents

Alfi, Inc.
f/k/a Lectrefy, Inc.
Consolidated Statements of Operations
(Unaudited)

| | Three months ended Mar 31, 2022 | Three months ended Mar 31, 2021 |
|---|---|---|
| Revenues | $ 63,303 | $ 17,450 |
| | | |
| Operating expenses | | |
| Compensation and benefits | 1,786,629 | 883,211 |
| Other general and administrative | 3,154,981 | 1,251,859 |
| Depreciation and amortization | 416,323 | 247,315 |
| Total operating expenses | 5,357,933 | 2,382,385 |
| | | |
| Operating loss | (5,294,630) | (2,364,935) |
| | | |
| Other income (expense) | | |
| Other income | 2,059 | 13,018 |
| Interest expense | (30) | (356,914) |
| Total other income (expense) | 2,029 | (343,896) |
| | | |
| Net loss before provision for income taxes | (5,292,601) | (2,708,831) |
| Provision for income taxes | - | - |
| Net loss | $ (5,292,601) | $ (2,708,831) |
| | | |
| Loss per share, basic and diluted | $ (0.33) | $ (0.61) |
| | | |
| Weighted average shares outstanding, basic and diluted | 16,087,730 | 4,459,082 |

*See accompanying notes to the consolidated financial statements*

3

Table of Contents

Alfi, Inc.
f/k/a Lectrefy, Inc.
Consolidated Statement of Changes to Stockholders' Equity (Deficit)
(Unaudited)

| | Series Seed Convertible Preferred Stock | | Common Stock | | Additional Paid-In | Accumulated | Common Stock Held | Total Stockholders' Equity |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Shares | Amount | Shares | Amount | Capital | Deficit | in Treasury | (Deficit) |
| Balance - January 1, 2021 | 2,500,000 | $2,500,000 | 4,441,582 | $ 444 | $2,076,151 | $ (8,014,859) | $ - | $ (3,438,264) |
| Shares issued with debt | - | - | 157,503 | 16 | 249,984 | - | - | 250,000 |
| Share based compensation | - | - | - | - | 46,684 | - | - | 46,684 |
| Net loss | - | - | - | - | - | (2,708,831) | - | (2,708,831) |
| Balance - March 31, 2021 | 2,500,000 | $2,500,000 | 4,599,085 | $ 460 | $2,372,819 | $(10,723,690) | $ - | $ (5,850,411) |

| | Series Seed Convertible Preferred Stock | | Common Stock | | Additional Paid-In | Accumulated | Common Stock Held | Total Stockholders' Equity |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Shares | Amount | Shares | Amount | Capital | Deficit | in Treasury | (Deficit) |
| Balance - January 1, 2022 | - | - | 16,069,347 | $ 1,620 | $37,967,926 | $(26,959,301) | $(1,999,997) | $ 9,010,248 |
| Share based compensation | - | - | - | - | 68,038 | - | - | 68,038 |
| Exercise of options | - | - | 25,535 | 3 | 23,072 | - | - | 23,075 |
| Net loss | - | - | - | - | - | (5,292,601) | - | (5,292,601) |
| Balance - March 31, 2022 | - | $ - | 16,094,882 | $ 1,623 | $38,059,036 | $(32,251,902) | $(1,999,997) | $ 3,808,760 |

*See accompanying notes to the consolidated financial statements*

4

Table of Contents

Alfi, Inc.
f/k/a Lectrefy, Inc.
Consolidated Statements of Cash Flows
(Unaudited)

| | Three months ended Mar 31, 2022 | | Three months ended Mar 31, 2021 | |
|---|---:|---|---:|---|
| **Operating activities** | | | | |
| Net loss | $ | (5,292,601) | $ | (2,708,831) |
| Adjustments to reconcile net loss to net cash used in operating activities: | | | | |
| Depreciation and amortization | | 416,323 | | 247,315 |
| Share based compensation expense | | 68,038 | | 46,684 |
| Shares issued with debt | | - | | 250,000 |
| Amortization of operating lease right-of-use asset | | 12,734 | | 13,675 |
| Changes in assets and liabilities: | | | | |
| Accounts receivable | | (91,321) | | (17,450) |
| Prepaid expenses and other assets | | 440,770 | | 793 |
| Other assets | | 54,195 | | - |
| Accounts payable and accrued expenses | | 335,955 | | 172,802 |
| Lease liability | | (13,035) | | (13,976) |
| Interest payable, related parties | | - | | 106,122 |
| Net cash used in operating activities | | (4,068,942) | | (1,902,866) |
| **Investing activities** | | | | |
| Capital expenditures | | - | | (7,791) |
| Net cash used in investing activities | | - | | (7,791) |
| **Financing activities** | | | | |
| Proceeds from related party debt | | - | | 1,998,345 |
| Proceeds from exercise of options | | 23,075 | | - |
| Net cash provided by financing activities | | 23,075 | | 1,998,345 |
| Net change in cash and cash equivalents | | (4,045,867) | | 87,688 |
| Cash and cash equivalents at the beginning of the period | | 4,391,816 | | 8,335 |
| Cash and cash equivalents at the end of the period | $ | 345,949 | $ | 96,023 |
| | | | | |
| **Supplemental disclosure of cash flow information** | | | | |
| Cash paid for interest | $ | 30 | $ | - |
| Cash paid for income tax | $ | - | $ | - |

*See accompanying notes to the consolidated financial statements*

5

Table of Contents

**ALFI, INC.**
*f/k/a LECTREFY, INC.*
**NOTES TO THE UNAUDITED CONSOLIDATED FINANCIAL STATEMENTS**

**NOTE 1 BUSINESS DESCRIPTION BACKGROUND**

Alfi, Inc. is a C-corporation incorporated in Delaware that operates in the technology sector; specifically, Software as a Service ("SaaS") in the Digital Out Of Home ("DOOH") Smart Advertising segment. This segment includes artificial intelligence, machine & deep learning, edge computing, Big Data, telecommunications, and the Internet of Things (IoT). Alfi, Inc. includes its wholly owned subsidiary Alfi (N.I.) Ltd, the results of which are presented on a consolidated basis in the financial statements included in this Quarterly Report on Form 10-Q (this "Quarterly Report"). Alfi (N.I.) Ltd is a registered business in Belfast, Ireland. Collectively, the consolidated entity is referred to as the "Company" or "Alfi" throughout this Quarterly Report.

The Company's timeline of events relative to its current formation above began on April 4, 2018, when Lectrefy, Inc., a Florida corporation, was incorporated. On July 6, 2018, Lectrefy, Inc., a Delaware corporation, was incorporated. On July 11, 2018, Lectrefy, Inc., the Florida corporation, was merged into the newly created entity Lectrefy, Inc., the Delaware corporation. On July 25, 2018, Lectrefy, Inc. became qualified to do business in Florida. On January 31, 2020, Lectrefy, Inc. changed its name to Alfi, Inc.

On September 18, 2018, Lectrefy, (N.I.) Ltd was organized in Belfast, Ireland. On February 4, 2020, Lectrefy, (N.I.) Ltd's name was changed to Alfi (N.I.) Ltd. On February 13, 2020, Lectrefy, Inc. registered its name change to Alfi, Inc. in the State of Florida.

Alfi seeks to provide solutions that bring transparency and accountability to the DOOH advertising marketplace. Alfi uses artificial intelligence and big data analytics to measure and disseminate audience presence and audience demographics. The Company's computer vision technology is powered by proprietary artificial intelligence, to determine the relevant demographic and geospecific information of the audience in front of an Alfi-enabled device, such as a tablet or kiosk. Alfi can then deliver in real-time, the advertisements to that particular viewer based on the viewer's demographic profile and/or geolocation. By delivering the advertisements most relevant to the audience in front of the device, Alfi connects its advertising customers to the viewers they seek to target.

The Company's initial focus is to place Alfi-enabled devices in malls, airports, rideshares and taxis. In addition, the Company has begun offering its software solution to other DOOH media operators as a SaaS product.

The Company's primary activities since inception have been research and development, managing collaborations, and raising capital.

**NOTE 2 BASIS OF PRESENTATION**

The accompanying interim consolidated financial statements have been prepared based upon U.S. Securities and Exchange Commission rules that permit reduced disclosure for interim periods. Therefore, they do not include all information and footnote disclosures necessary for a complete presentation of the Company's financial position, results of operations and cash flows, in conformity with generally accepted accounting principles. The Company filed audited consolidated financial statements as of and for the fiscal years ended December 31, 2021, 2020 and 2019, which included all information and notes necessary for such complete presentation in conjunction with its 2021 Annual Report on Form 10-K.

The results of operations for the interim period ended March 31, 2022 are not necessarily indicative of the results to be expected for any future period or the entire fiscal year. These interim consolidated financial statements should be read in conjunction with the audited consolidated financial statements for the year ended December 31, 2021, which are contained in the Company's 2021 Annual Report on Form 10-K. For further discussion refer to Note 2 - "Significant Accounting Policies" to the consolidated financial statements and "Management's Discussion and Analysis of Financial Condition and Results of Operations - Critical Accounting Policies and Estimates" in the Company's Annual Report on Form 10-K for the fiscal year ended December 31, 2021.

**NOTE 3 GOING CONCERN AND MANAGEMENT'S LIQUIDITY PLANS**

As of the date of this Quarterly Report, the Company has not yet generated substantial revenue from customers and business activity has mainly consisted of cash outflows associated with its business development activities. These conditions indicate that there is substantial doubt about the Company's ability to continue as a going concern within one year from the issuance date of the consolidated financial statements.

Table of Contents

The Company's primary source of operating funds since inception through April 2021 was cash proceeds from the private placements of preferred equity and debt securities. During 2021, the Company completed its IPO yielding net proceeds to the Company of approximately $

15.7 million from the sale of Common Stock and warrants and approximately $16.0 million from the exercise of warrants. The capital raised included funding for working capital to launch and expand operations in accordance with its business model.

The Company intends to raise additional capital through private placements of debt and equity securities, but there can be no assurance that these funds will be available on terms acceptable to the Company or will be sufficient to enable the Company to fully complete its development activities or sustain operations. If the Company is unable to raise sufficient additional funds, it will have to develop and implement a plan to further extend payables, reduce overhead, or scale back its current business plan until sufficient additional capital is raised to support further operations. There is no assurance that such a plan will be successful.

Accordingly, the accompanying consolidated financial statements have been prepared in conformity with U.S. GAAP, which contemplate continuation of the Company as a going concern and the realization of assets and satisfaction of liabilities in the normal course of business. The carrying amounts of assets and liabilities presented in the consolidated financial statements do not necessarily represent realizable or settlement values. The consolidated financial statements do not include any adjustment that might result from the outcome of this uncertainty.

**NOTE 4 RESTATEMENTS OF PREVIOUSLY ISSUED FINANCIAL STATEMENTS**

*Prior Period Restatements*

On March 11, 2022, the Audit Committee (the "Audit Committee") of the Company's Board of Directors (the "Board") and the Company's management concluded that the previously issued audited financial statements for the years ended December 31, 2019 and 2020, included in the Company's Registration Statement on Form S-1 (File No. 333-251959), and the Company's previously issued interim financial statements included in the Company's Quarterly Reports on Forms 10-Q for the quarters ended March 31, 2021 and June 30, 2021 (collectively, the "Prior Period Financial Statements"), should no longer be relied upon as a result of the accounting errors described below and should be restated. Similarly, any previously furnished or filed reports, press releases, earnings releases, investor presentations or other communications describing the Prior Period Financial Statements and related financial information should not be relied upon.

In connection with the Company's evaluation of the issues and findings identified in the Company's previously disclosed internal independent investigation (the "Investigation"), the Company reviewed the Prior Period Financial Statements and identified the following accounting errors:

(a) The Company incorrectly capitalized certain general and administrative expenses incurred during the years ended December 31, 2018, 2019, and 2020, and incorrectly included those costs in intangible assets in its balance sheets as of December 31, 2019 and 2020, March 31, 2021, and June 30, 2021.

(b) The Company overstated the carrying value of tablets by incorrectly reporting them at cost with no allowance for depreciation, resulting in an overstatement of other assets (complimentary devices), net, in its balance sheets as of December 31, 2019 and 2020, March 31, 2021, and June 30, 2021.

(c) The Company overstated total assets and total liabilities as of December 31, 2020, by incorrectly recording a note receivable (related parties) and a liability included in current portion of long-term debt (related parties). This note receivable represents a bridge loan provided to the Company by certain related parties that was executed in December 2020 but not fully funded until April 2021.

(d) The Company did not recognize and report on its balance sheets as of December 31, 2019 and 2020, March 31, 2021, and June 30, 2021, an office lease in accordance with FASB Accounting Standards Update No. 2018-11, Leases (Topic 842).

On May 16, 2022, the Company filed interim consolidated financial statements restated to correct the accounting errors and conform to current period presentation in an amended Quarterly Report on Form 10-Q/A for the quarter ended March 31, 2021. The interim consolidated financial statements for the quarter ended March 31, 2021, included in this Quarterly Report reflect all such restatements.

Table of Contents

**NOTE 5 FAIR VALUE OF FINANCIAL INSTRUMENTS**

The Company measures the fair value of financial assets and liabilities based on the exchange price that would be received for an asset or paid to transfer a liability (an exit price) in the principal or most advantageous market for the asset or liability in an orderly transaction between market participants on the measurement date. The Company also follows a fair value hierarchy, which requires an entity to maximize the use of observable inputs and minimize the use of unobservable inputs when measuring fair value.

ASC 820 describes three levels of inputs that may be used to measure fair value:

Level 1 - quoted prices in active markets for identical assets or liabilities
Level 2 - quoted prices for similar assets and liabilities in active markets or inputs that are observable
Level 3 - inputs that are unobservable based on an entity's own assumptions, as there is little, if any, related market activity (e.g., cash flow modeling inputs based on assumptions).

The risk-free interest rate is the United States Treasury rate on the measurement date having a term equal to the remaining contractual life of the instrument. The volatility is a measure of the amount by which the comparable companies' share price has fluctuated or is expected to fluctuate. Since the Common Stock was not publicly traded prior to the IPO, an average of the historical volatility of comparative companies was used.

Level 3 financial assets and liabilities are valued using unobservable inputs to the valuation methodology that are significant to the measurement of fair value. The determination of fair value and the assessment of a measurement's placement within the hierarchy requires judgment. Level 3 valuations often involve a higher degree of judgment and complexity. Level 3 valuations may require the use of various cost, market, or income valuation methodologies applied to unobservable management estimates and assumptions. Management's assumptions could vary depending on the asset or liability valued and the valuation method used. Such assumptions could include estimates of prices, earnings, costs, actions of market participants, market factors, or the weighting of various valuation methods.

An increase or decrease in volatility or interest free rate, in isolation, can significantly increase or decrease the fair value of financial assets and liabilities. Changes in the values of the assets and liabilities are recorded as a component of other income (expense) on the accompanying consolidated statement of operations.

Non-financial assets that are measured on a non-recurring basis include our intellectual property and property and equipment which are measured using fair value techniques whenever events or changes in circumstances indicate a condition of impairment exists.

**NOTE 6 DEBT - RELATED PARTIES**

During the three months ended March 31, 2021, the Company accrued interest expense of $356,914 on debt payable to related parties. All borrowings from related parties were paid in full upon completion of the Company's IPO in May 2021. Debt payable to related parties immediately prior to the IPO included the following notes and loans:

The Company entered into

six promissory note agreements with a related-party pursuant to which the Company could borrow up to $2,500,000 at an annual interest rate of 5%. Borrowings pursuant to those agreements were $2,500,000.

A related party provided financing of approximately $950,000 for the Company's purchase of 7,600 tablets. Payment was due to the related party upon the closing of the Company's IPO. There was no stated interest rate or additional repayment terms.

The Company entered into a $2,000,000 bridge loan agreement with a related party. The terms of the bridge loan included repayment of principal on or before June 30, 2021, and an annual interest rate of 18%.

During the year ended December 31, 2021, the Company entered into bridge loans totaling $800,000 with related party investors. Terms of the bridge loans with related parties included repayment of principal on or before June 30, 2021, and an annual interest rate of 18%. In addition to repayment of principal and interest under the bridge loans, the Company issued

472,510 shares of Common Stock. Management valued these issuances of shares at $750,000 and recorded that amount in interest expense.

8

Table of Contents

**NOTE 7 COMMITMENTS AND CONTINGENCIES**

*Concentration of Credit Risk*

Generally, the Company's cash balances, which are deposited in non-interest-bearing accounts may exceed FDIC insurance limits from time to time. The financial stability of these institutions is periodically reviewed by senior management. At March 31, 2022, and December 31, 2021, cash balances in excess of FDIC requirements were $

95,949 and $4,141,816, respectively.

*Litigation, Claims, and Assessments*

The Company is in legal proceedings, claims and assessments. Such matters are subject to many uncertainties, and outcomes are not predictable.

On December 2, 2021, the Company and certain of its present and former officers and directors were named as defendants in a putative class action lawsuit styled *Steppacher v. Alfi, Inc., et al.*, Case No. 1:21-cv-24232, brought in the United States District Court for the Southern District of Florida. On December 15, 2021, the Company, certain of its present and former officers and directors, and the underwriters in the Company's IPO were named as defendants in a second putative class action *styled Kleinschmidt v. Alfi, Inc., et al.*, Case No. 1:21-cv-24338, also brought in the United States District Court for the Southern District of Florida.

The complaints in both actions allege that the Company and other named defendants violated Sections 11 and 15 of the Securities Act of 1933, as amended (the "Securities Act"), with respect to allegedly false and misleading statements included in the registration statement and prospectus supplements issued in connection with the Company's IPO (the "Offering Documents") in May 2021, and Sections 10(b) and 20(a) of the Securities Exchange Act of 1934, as amended (the "Exchange Act"), and Rule 10b-5 promulgated thereunder, by allegedly making false and materially misleading statements and failing to disclose material adverse facts in the Company's public filings with the Securities and Exchange Commission (the "SEC"). Both complaints assert that the putative plaintiff class includes: (i) persons or entities, other than the defendants, who purchased or acquired the Common Stock or warrants to purchase the Common Stock pursuant and/or traceable to the Offering Documents; and (ii) persons or entities, other than the defendants, who purchased or acquired the Company's securities between May 4, 2021, and November 15, 2021 (both dates inclusive). The plaintiffs seek unspecified compensatory damages, including interest, and costs and expenses, including attorney's and expert fees. On February 3, 2022, the court consolidated the two actions under the caption *Steppacher, Jr., et al. v. Alfi, Inc. et al.*, Case No. 21-cv-24232-KMW. Three putative stockholders (or groups of stockholders) moved to be appointed as lead plaintiff, and the court appointed Candido Rodriguez as lead plaintiff. The consolidated actions are now captioned *Rodriguez, et al. v. Alfi, Inc., et al.*, Case No. 21-cv-24232-KMW. The Company intends to vigorously defend these actions. The Company is currently unable to estimate the costs and timing of the resolution of this matter.

During February and March 2022, two former employees filed breach of contract claims against the Company. The Company is currently unable to estimate the costs and timing of arbitration of these claims.

*Other Matters*

As previously disclosed, on November 9, 2021, the Company received a letter from the staff of the SEC indicating that the Company, its affiliates and agents may possess documents and data relevant to an ongoing investigation being conducted by the staff of the SEC and notifying the Company that such documents and data should be reasonably preserved and retained until further notice. The materials to be preserved and retained include documents and data created on or after April 1, 2018 that: (i) were created, modified or accessed by certain named former and current officers and directors of the Company or any other officer or director of the Company; or (ii) relate or refer to the condominium or the sports tournament sponsorship identified in the Company's Current Report on Form 8-K filed on November 1, 2021, or financial reporting and disclosure controls, policies or procedures. On March 8, 2022, the Company received a subpoena from the SEC relating to the investigation. The Company intends to cooperate fully with the SEC in this matter. The Company is currently unable to estimate the costs and timing of the resolution of this matter.

The Company's former Chief Executive Officer and former Chief Financial Officer have made claims that the Company indemnify and advance the legal fees and expenses incurred by them in connection with the Investigation (see Note 11) and the putative class action litigations and the SEC investigation, each referred to above. With respect to the advancement of fees and expenses incurred in connection with the Investigation prior to December 31, 2021, the amount of such fees and expenses that is subject to advancement is approximately $147,000. The former officers have also demanded advancement of fees and expenses of additional amounts of approximately $339,000 for the period January 1, 2022 through March 31, 2022. Additional amounts may be subject to claims for

Table of Contents

advancement and indemnification, but the Company is unable to estimate the amount of additional fees and expenses that may be subject to advancement or indemnification.

**NOTE 8 STOCKHOLDERS' EQUITY**

Common shares issued before the IPO were recorded at estimated fair value. In May 2021, the Company completed its IPO of its Common Stock. The Common Stock is listed on the Nasdaq Capital Market under the symbol "ALF".

In 2018, the Company created the Series Seed Preferred Stock and 2,500,000 shares of Series Seed Preferred Stock were authorized. During 2018 and 2019, 2,500,000 shares of Series Seed Preferred Stock were issued to an investor in exchange for $2,500,000 cash consideration. Shares of Series Seed Preferred Stock converted to Common Stock at a ratio of 1.260023:1 at any time at the option of the holder. Holders of Series Seed Preferred Stock had preferential liquidation rights in the event of the Company's dissolution. Shares of Series Seed Preferred stock bore no interest or dividend payments to its holders. The Series Seed Preferred Stock had a buyout feature if not converted into Common Stock by the holder. Series Seed Preferred Stock could be bought out by the Company if full return of principal was made to investor ($2,500,000), plus an additional 1x return of capital to the holder ($2,500,000). On December 31, 2020, 2,500,000 Series Seed Preferred Stock shares were issued and outstanding. In May 2021, 2,500,000 shares of Series Seed Preferred Stock were converted into 3,150,058 shares of Common Stock at a conversion ratio of 1:1.260023. During the year ended December 31, 2021, and the three months ended March 31, 2022, no preferred stock was issued by the Company, and no shares of preferred stock were outstanding as of March 31, 2022.

*Dividends*

Holders of preferred stock are not entitled to dividend payment but do have liquidation preference in the event of dissolution of the Company. Holders of Common Stock are not entitled to dividend payments but would receive such payments in the event dividend payments were made to stockholders. There was

no dividend payment made on any class of stock (Common Stock or preferred stock) through March 31, 2022.

*Common Stock*

The Company is authorized to issue 80,000,000 shares of Common Stock, par value $

0.0001. In 2018, 3,150,058 shares of Common Stock were issued to the three management members who are the Company's founders, at par. In March 2021, a 1.260023 to 1 forward stock split was effected. Common Stock share numbers contained herein in this Quarterly Report are presented on a post-split basis unless specifically noted otherwise.

During the year ended December 31, 2020, the Company issued 31,501 shares of Common Stock to an unaffiliated third party in exchange for services associated with investment relations and fundraising, and to support the development of revenue producing contracts. Management valued this issuance of shares at $25,000 and recorded that amount in other general and administrative expense.

During the year ended December 31, 2020, the Company issued 1,260,023 shares of Common Stock to related party investors in exchange for bridge loan funding necessary to procure ongoing business operations. Management valued this issuance of shares at $2,000,000 and recorded that amount in interest expense.

During the year ended December 31, 2021, the Company arranged two bridge loans with related party investors. The Company issued 472,510 shares of Common Stock in exchange for bridge loan funding necessary to procure ongoing business operations. Management valued these issuances of shares at $750,000 and recorded that amount in interest expense.

During the year ended December 31, 2021, the Company also issued 300,000 shares of Common Stock in connection with certain vendor contracts. Management valued this issuance of shares at $476,180 and recorded that amount in other general and administrative expense.

*Initial Public Offering*

On May 3, 2021, the Company's registration statement on Form S-1 (File No. 333-251959) was declared effective by the SEC and the Company completed its IPO on May 6, 2021. In connection with the IPO, the Company issued and sold 4,291,045 shares of Common Stock and warrants to purchase 4,291,045 shares of Common Stock (including 559,701 shares of Common Stock and warrants to purchase 559,701 shares of Common Stock pursuant to the full exercise of the underwriters' overallotment option), at the combined

10

Table of Contents

public offering price of $4.15 for aggregate gross proceeds of approximately $17.8 million, before deducting underwriting discounts and commissions and other estimated offering expenses payable by Alfi. Net IPO proceeds of approximately $15.7 million were allocated $11.0 million to Common Stock and $4.7 million to warrants. The warrants were exercisable immediately upon issuance and at any time up to the date that is five years from the date of issuance and have an exercise price of $4.57 per share.

On May 3, 2021, pursuant to the underwriting agreement for the IPO, we issued to the underwriters warrants to purchase up to an aggregate of 186,567 shares of Common Stock ("Underwriter's Warrants"). The Underwriter's Warrants may be exercised beginning on May 3, 2022 until May 3, 2026. The initial exercise price of each Underwriter's Warrant is $5.19 per share.

*Warrants Issued and Exercised*

Warrants to purchase 4,477,612 shares of Common Stock were issued in connection with the Company's May 2021 IPO. As of December 31, 2021, warrant holders have exercised warrants to purchase 3,508,227 shares of Common Stock providing Alfi with $
16,034,189 in additional funding. As of December 31, 2021, there were warrants to purchase 969,385 shares of Common Stock outstanding. No warrants to purchase shares of Common Stock were issued or exercised during the quarter ended March 31, 2022. As of March 31, 2022, there were warrants to purchase 969,385 shares of Common Stock outstanding.

*Share Buy-Back*

On June 23, 2021, Alfi announced a $

2.0 million buy-back of its Common Stock. The buyback was completed on July 9, 2021, with Alfi acquiring 137,650 shares of Common Stock, for an aggregate price of $1,999,997, which are recorded as treasury stock.

*Employee Equity (Stock) Incentive Plan*

The Company has a stock equity incentive plan, the 2018 Plan, in which, at its sole discretion, it may award employees Common Stock or Common Stock options, among other awards, as an incentive for performance. Total shares of Common Stock reserved under the 2018 Plan for grants is not to exceed 1,575,029 shares. During the three months ended March 31, 2022 and 2021, respectively, the Company granted -0- and 197,668 Common Stock options under the 2018 Plan.

On March 31, 2022 and 2021, total Common Stock options issued and outstanding under the 2018 Plan were 429,939 and 433,927, respectively, and weighted average strike price per employee stock option was approximately $2.37 and $1.52 per share, respectively. Management recorded stock-based compensation expense associated with the issuance of employee stock options of $68,038 and $46,684 for the three months ended March 31, 2022 and 2021, respectively.

During the three months ended March 31, 2022, two employees exercised stock options and received 23,072 restricted shares of Common Stock.

Stock option and warrant valuation models require the input of highly subjective assumptions. The fair value of stock-based payment awards was estimated using the Black-Scholes option model with a volatility figure derived from an index of historical stock prices for comparable entities. For warrants and stock options issued to non- employees, the Company accounts for the expected life based on the contractual life of the warrants and stock options. For employees, the Company accounts for the expected life of options in accordance with the "simplified" method, which is used for "plain-vanilla" options, as defined in the accounting standards codification. The risk-free interest rate was determined from the implied yields of U.S. Treasury zero-coupon bonds with a remaining life consistent with the expected term of the options.

Potentially dilutive securities excluded from the computation of basic net loss per share as of are as follows:

|  | Mar 31, 2022 | Mar 31, 2021 |
|---|---|---|
| Convertible Series ("Seed") Preferred stock | - | 3,150,058 |
| Warrants | 969,385 | - |
| Employee stock options | 429,939 | 433,927 |
| Total potentially dilutive securities | 1,399,324 | 3,583,985 |

Table of Contents

**NOTE 9 PROPERTY AND EQUIPMENT**

Property and equipment, net of accumulated depreciation, consists of the following:

| | Mar 31, 2022 | Dec 31, 2021 |
|---|---|---|
| Tablets | $ 5,314,005 | $ 5,314,005 |
| Office furniture and fixtures | 349,672 | 349,672 |
| Property and equipment, gross | 5,663,677 | 5,663,677 |
| Less accumulated depreciation | (2,004,090) | (1,631,773) |
| Property and equipment, net | $ 3,659,587 | $ 4,031,904 |

The Company incurred depreciation expense of $

372,317 and $203,308 for the three-month periods ended March 31, 2022, and 2021, respectively.

Property and equipment includes approximately 27,000 Lenovo tablet hardware devices including over 9,000 tablets placed with rideshare and other businesses. Tablets are provided to rideshare and other businesses at no charge but remain the property of the Company and must be returned to the Company upon termination of the rideshare or other use agreement. The Company may pay a revenue share or commission to such third party for the placement of the Alfi-enabled device.

**NOTE 10 INTANGIBLE ASSETS - INTELLECTUAL PROPERTY**

*Intellectual Property - Software Development and Patent Acquisition Costs*

The Company's intellectual property includes capitalized software development and patent acquisition costs associated with creation of its technology (see Note 1). During the period between the Company's formation in 2018 through June 2020, the Company created and developed the proprietary software that is the basis of its ability to deliver targeted digital advertising. The Company considers this software to be internal-use software, as it is used exclusively by the Company on devices it controls to deliver the advertising services it is engaged to provide. The Company determined that the application development phase for this software began in May 2018 and ended in June 2020, and its first release of production software was activated in a tablet in July 2020.

On July 1, 2020 forward, the Company commenced amortization of these intangible assets. The Company estimated a 5-year useful life for capitalized software development costs and a 15-year useful life for patent acquisition costs. Management selected a 5-year useful life for software development costs as an expectation of the length of time the Company expects its technology product set to produce future cash flows assuming that there are no significant software or version upgrades. All software development costs incurred beyond June 30, 2020 are being expensed.

Intangible assets, net of accumulated amortization, consists of the following:

| | Mar 31, 2022 | Dec 31, 2021 |
|---|---|---|
| Capitalized software | $ 832,045 | $ 832,045 |
| Patents | 144,239 | 144,239 |
| Intangible assets, gross | 976,284 | 976,284 |
| Less accumulated amortization | (308,044) | (264,037) |
| Intangible assets, net | $ 668,240 | $ 712,247 |

The Company incurred amortization expense of $44,006 and $44,006 for the three-month periods ended March 31, 2022 and 2021, respectively.

12

Table of Contents

Future amortization of intangible assets as of March 31, 2022, is as follows:

| | | |
|---|---|---:|
| 2022 | $ | 132,019 |
| 2023 | | 176,025 |
| 2024 | | 176,025 |
| 2025 | | 92,820 |
| 2026 | | 9,616 |
| Thereafter | | 81,735 |
| | $ | 668,240 |

**NOTE 11 CHANGES IN MANAGEMENT**

*Replacement of Executive Officers, Board Members, and Independent Accountants*

As previously disclosed in the Company's filings with the SEC on October 22, 2021, the Board placed each of Paul Pereira, the Company's then President and Chief Executive Officer, Dennis McIntosh, the Company's then Chief Financial Officer and Treasurer, and Charles Pereira, the Company's then Chief Technology Officer, on paid administrative leave and authorized an Investigation into certain corporate transactions and other matters.

Also as previously disclosed, since placing the former executives on leave, the Board has appointed: (i) James Lee as Chairman of the Board, replacing Mr. P. Pereira in such role; (ii) new management personnel, including Peter Bordes as Interim Chief Executive Officer, Louis Almerini as Interim Chief Financial Officer and David Gardner as Chief Technology Officer; (iii)

two new independent directors to the Board, Allen Capsuto and Patrick Dolan; and (iv) Mr. Capsuto as Chair of the Audit Committee and Mr. Dolan as a member of the Compensation Committee and the Nominating and Corporate Governance Committee. Furthermore, Mr. P. Pereira resigned as a director and from all positions he held with the Company, Mr. McIntosh resigned from all positions he held with the Company, and Mr. C. Pereira's employment with the Company was terminated.

*Findings of the Investigation*

The Investigation was conducted by a special committee of the Board (the "Special Committee") consisting of Mr. Capsuto, the Audit Committee Chair, who was appointed to the Special Committee on November 8, 2021. The Special Committee retained outside legal counsel to assist in conducting the Investigation, and such counsel retained additional advisors to provide forensic accounting services, computer forensics and e-discovery services and other legal services.

The Investigation found, among other things, that the Company's former senior management caused the Company to enter into certain transactions and certain agreements that were not approved by the Board, some of which included the unauthorized issuance of shares of Common Stock, as follows:

- The Company's former senior management caused the Company to purchase a condominium in Miami Beach, Florida for a purchase price of approximately $1.1 million without the Board's knowledge or approval. After the conclusion of the Investigation, the Company sold the condominium for a price of $1.1 million on April 15, 2022. Net proceeds after commissions and other expenses of the sale were $990,000.

- The Company's former senior management caused the Company to enter into an agreement to sponsor a sports tournament for two years, for a $640,000 sponsorship fee, which the Company paid $320,000 in cash and $320,000 through the issuance of 31,683 shares of Common Stock, without the Board's knowledge or approval. The Company has since obtained, in connection with the Company's termination of the sponsorship agreement, the return of the 31,683 shares of Common Stock. In addition, of the $320,000 in cash paid by the Company, $295,000 was converted to a charitable contribution and the remaining $25,000 was retained by the tournament organizer.

- The Company's former senior management caused the Company to enter into agreements with three vendors: (i) an investor relations firm to provide investor relations and strategic consulting services and capital introductions; (ii) a consultant to provide financial and business advice; and (iii) a start-up call center to provide customer service, sales, and onboarding services. Pursuant to these agreements, cash payments totaling approximately $1,200,000 were made to these vendors and 300,000 shares of Common Stock were issued to them without the Board's knowledge or approval.

Table of Contents

These findings and other conduct by the Company's former senior management were previously disclosed in the Company's Current Report on Form 8-K filed on February 23, 2022.

The Investigation found the Company's internal control over financial reporting to be deficient with respect to: (i) the disbursement process for third-party vendors; (ii) the review and approval process for significant vendor contracts; (iii) the use of Company credit cards by executives; (iv) the supervision and approval of travel and entertainment expenses incurred by executives; (v) the segregation of duties in connection with the payment and recording of invoices and related bank reconciliations; (vi) the lack of a sufficient accounting manual; and (vii) guidelines for the capitalization of fixed assets.

**NOTE 12 SUBSEQUENT EVENTS**

*Litigation, Claims, and Assessments*

On April 27, 2022, Ryan Dodgson filed a Verified Shareholder Derivative Complaint on behalf of the Company styled *Ryan Dodgson, derivatively on behalf of Alfi, Inc., Plaintiff, v. Paul Pereira, Dennis McIntosh, Charles Pereira, Peter Bordes, John M. Cook, II, Justin Elkouri, Allison Ficken, Jim Lee, Richard Mowser, and Frank Smith, Defendants, and Alfi, Inc., Nominal Defendant*, Case 1:22-cv-21318, in the United States District Court for the Southern District of Florida. The complaint alleges, as to the defendants: (i) violations of Section 10(b) and Rule 10b-5 of the Exchange Act; (ii) violations of Section 20(a) of the Exchange Act; (iii) breach of fiduciary duties; (iv) unjust enrichment; (v) abuse of control; (vi) gross mismanagement; and (vii) waste of corporate assets, in connection with alleged improper corporate transactions, an alleged pattern and practice of abuse of control of the Company and allegedly deficient internal controls, among other things. The complaint also seeks contribution under Section 11(f) of the Securities Act and Section 21D of the Exchange Act as to the defendants, and seeks contribution under Sections 10(b) and 21D of the Exchange Act as to defendants Mr. P. Pereira and Mr. McIntosh. Plaintiff requests a declaration that the defendants have breached or aided and abetted the breach of their fiduciary duties to the Company, an award of damages to the Company, restitution, and an award of plaintiff's costs and disbursements in the action, including reasonable attorneys' and experts' fees, costs and expenses, and alleged improvements to the Company's corporate governance and internal procedures regarding compliance with laws. The Company is currently unable to estimate the costs and timing of the resolution of this matter.

*Credit and Security Agreement - Related Party*

On April 12, 2022, the Company entered into a Credit and Security Agreement (the "Credit Agreement") with a related party lender. Pursuant to the agreement, the Company may borrow up to $2,500,000 for up to one year. Through May 10, 2022, the lender has funded to the Company $1,000,000 under the Credit Agreement. Prior to the maturity date, the Company may borrow an additional $1.5 million under the Credit Agreement, in the lender's sole discretion and subject to the Company requesting such additional funds from the lender in accordance with the Credit Agreement, the accuracy of the Company's representations in the Credit Agreement and related documents, and that no default under the Credit Agreement has occurred and is continuing.

The line of credit note matures on the earlier of (i) the date upon which the Company consummates a debt or equity financing in an amount equal to or greater than $4,000,000 or (ii) April 12, 2023. Borrowings under the Credit Agreement are collateralized by a security interest in the Company's assets. Interest on the unpaid principal amount accrues an annual rate of 6% through October 12, 2022 and an annual rate of 9% thereafter, except that in event of default additional penalty interest at an annual rate of 3% will accrue on borrowings through October 12, 2022. In connection with the Credit Agreement, the Company issued a warrant to the lender pursuant to which the lender may purchase up to 1,250,000 shares of the Common Stock at a price of $1.51 per share. The warrant can be exercised commencing on the three-month anniversary of the Credit Agreement (i.e., on July 12, 2022) and expires on April 12, 2025.

14

Table of Contents

**Item 2. Management's Discussion and Analysis of Financial Condition and Results of Operations**

*Unless the context requires otherwise, references to the "Company," "Alfi," "we," "us" and "our" refer to Alfi, Inc., a Delaware corporation and its wholly owned subsidiary, Alfi (N.I.), Ltd, formed in Belfast, Northern Ireland on September 18, 2018. Unless otherwise noted, the share and per share information in this Quarterly Report reflect a forward stock split of the Common Stock privately held before the IPO at a ratio of 1.260023:1 effective on March 15, 2021.*

**Cautionary Statement Regarding Forward-Looking Statements**

This Quarterly Report contains forward-looking statements within the meaning of Section 27A of the Securities Act and Section 21E of the Exchange Act. Forward-looking statements generally relate to future events or our future financial or operating performance. Forward-looking statements in this Quarterly Report include statements regarding our business and technology development, our strategy, future operations, anticipated financial position, estimated revenues and losses, projected costs, prospects, plans and objectives of management. In some cases, you can identify forward-looking statements because they contain words such as "may," "should," "expects," "plans," "anticipates," "could," "intends," "target," "projects," "contemplates," "believes," "estimates," "predicts," "potential" or "continue" or the negative of these words or other similar terms or expressions that concern our expectations, strategy, plans or intentions. These forward-looking statements are not guarantees of future performance; they reflect our current views with respect to future events and are based on assumptions and are subject to known and unknown risks, uncertainties and other factors that may cause our actual results, performance or achievements to be materially different from expectations or results projected or implied by forward-looking statements.

We discuss many of these risks in other filings we make from time to time with the SEC. Also, these forward-looking statements represent our estimates and assumptions only as of the date of this Quarterly Report, which are inherently subject to change and involve risks and uncertainties. Unless required by federal securities laws, we assume no obligation to update any of these forward-looking statements, or to update the reasons actual results could differ materially from those anticipated, to reflect circumstances or events that occur after the statements are made. Given these uncertainties, investors should not place undue reliance on these forward-looking statements.

Investors should read this Quarterly Report, and the documents that we reference in this Quarterly Report and have filed with the SEC, with the understanding that our actual future results may be materially different from what we expect. We qualify all of our forward-looking statements by these cautionary statements.

*Overview*

We seek to provide solutions that bring transparency and accountability to the DOOH advertising marketplace. Alfi uses artificial intelligence and big data analytics to measure and disseminate audience presence and audience demographics. Our computer vision technology is powered by proprietary artificial intelligence, to determine the relevant demographic and geospecific information of the audience in front of an Alfi-enabled device, such as a tablet or kiosk. Alfi can then deliver in real-time, the advertisements to that particular viewer based on the viewer's demographic profile and/or geolocation. Alfi is designed to deliver the right marketing content, to the right person at the right time in a responsible and ethical manner. By delivering the advertisements most relevant to the audience in front of the device, we connect our advertising customers to the viewers they seek to target. The result is higher click through rates ("CTRs"), higher QR code scans and higher cost per thousand rates ("CPMs").

Alfi seeks to solve the problems facing advertisers in the DOOH marketplace, as its proprietary technology is designed to measure the audience when an advertisement is displayed. Our data rich reporting functionality is able to inform the advertiser exactly when someone viewed each ad, as well as the general demographic and geospecific characteristics of the viewing audience. Alfi gives large and small businesses access to data-driven insights by expanding their advertising capabilities, providing analytical sophistication and delivering it all over multiple devices.  In addition to the traditional Content Management System model that delivers adverts on a scheduled loop, Alfi's technology is able to first analyze the audience and determine the most relevant content to be displayed.

15

Table of Contents

Alfi has created an enterprise grade, multimedia computer vision and machine learning platform, capable of generating powerful advertising recommendations and insights. Multiple technologies work together with viewer privacy and data-rich reporting as our primary objectives. Alfi is able to use a facial fingerprinting process to make demographic determinations. As such, Alfi makes no attempt to identify the individual in front of the screen. Brand owners do not need to know someone's name or invade their privacy to gain a deeper understanding of the consumers who view their content. By providing age, gender and geolocation information, we believe brand owners should have the pertinent data they need for meaningful insight. From an analytics perspective, these data points are intended to provide meaningful reporting instead of arbitrary calculations based on estimates of ad engagement.

Alfi seeks to solve the problem of providing real time, accurate and rich reporting on customer demographics, usage, interactivity and engagement while never storing any personally identifiable information. No viewer is ever required, or requested by us, to enter any information about themselves on any Alfi-enabled device.

Our initial focus is to place our Alfi-enabled devices in malls, airports rideshares and taxis. We also have begun offering our software solution to other DOOH media operators as a SaaS product.

Currently, we intend to charge customers solely based on a CPM, or ads delivered, model. As we continue to prove Alfi in the marketplace, we expect to charge customers based on a combination of CPM and CTR, and we expect we will generate higher CPM rates than typical DOOH advertising platforms because of our unique ability to only deliver ads to the customer's desired demographic. In addition, we also intend to provide the aggregated data to the brands so they can make more informed advertising decisions.

**Recent Developments**

*Warrants Exercised*

Through March 31, 2022, warrant holders have exercised warrants to purchase 3,508,227 shares of Common Stock, providing Alfi with $16,034,189 in additional funding. As of March 31, 2022, there were warrants outstanding to purchase 969,385 shares of Common Stock.

*Share Buy-Back*

On June 23, 2021, Alfi announced a $2.0 million buy-back of its Common Stock. The buy-back was completed on July 9, 2021, with Alfi acquiring 137,650 shares of Common Stock, for an aggregate price of $1,999,997, which are recorded as treasury stock.

*Changes in Management*

As previously disclosed in the Company's filings with the SEC on October 22, 2021, the Board placed each of Paul Pereira, the Company's then President and Chief Executive Officer, Dennis McIntosh, the Company's then Chief Financial Officer and Treasurer, and Charles Pereira, the Company's then Chief Technology Officer, on paid administrative leave and authorized an Investigation into certain corporate transactions and other matters.

Also as previously disclosed, since placing the former executives on leave, the Board has appointed: (i) James Lee as Chairman of the Board, replacing Mr. P. Pereira in such role; (ii) new management personnel, including Peter Bordes as Interim Chief Executive Officer, Louis Almerini as Interim Chief Financial Officer and David Gardner as Chief Technology Officer; (iii) two new independent directors to the Board, Allen Capsuto and Patrick Dolan; and (iv) Mr. Capsuto as Chair of the Audit Committee and Mr. Dolan as a member of the Compensation Committee and the Nominating and Corporate Governance Committee. Furthermore, Mr. P. Pereira resigned as a director and from all positions he held with the Company, Mr. McIntosh resigned from all positions he held with the Company, and Mr. C. Pereira's employment with the Company was terminated.

*Findings of the Investigation*

The Investigation was conducted by a Special Committee. The Special Committee retained outside legal counsel to assist in conducting the Investigation, and such counsel retained additional advisors to provide forensic accounting services, computer forensics and e-discovery services and other legal services.

16

Table of Contents

The Investigation found, among other things, that the Company's former senior management caused the Company to enter into certain transactions and certain agreements that were not approved by the Board, some of which included the unauthorized issuance of shares of Common Stock, as follows:

- The Company's former senior management caused the Company to purchase a condominium in Miami Beach, Florida for a purchase price of approximately $1.1 million without the Board's knowledge or approval. After the conclusion of the Investigation, the Company sold the condominium for a price of $1.1 million on April 15, 2022. Net proceeds after commissions and other expenses of the sale were $990,000.

- The Company's former senior management caused the Company to enter into an agreement to sponsor a sports tournament for two years, for a $640,000 sponsorship fee, which the Company paid $320,000 in cash and $320,000 through the issuance of 31,683 shares of Common Stock, without the Board's knowledge or approval. The Company has since obtained, in connection with the Company's termination of the sponsorship agreement, the return of the 31,683 shares of Common Stock. In addition, of the $320,000 in cash paid by the Company, $295,000 was converted to a charitable contribution and the remaining $25,000 was retained by the tournament organizer.

- The Company's former senior management caused the Company to enter into agreements with three vendors: (i) an investor relations firm to provide investor relations and strategic consulting services and capital introductions; (ii) a consultant to provide financial and business advice; and (iii) a start-up call center to provide customer service, sales and onboarding services. Pursuant to these agreements, cash payments totaling approximately $1,151,000 were made to these vendors and 300,000 shares of Common Stock were issued to them without the Board's knowledge or approval.

These findings and other conduct by the Company's former senior management were previously disclosed in the Company's Current Report on Form 8-K filed on February 23, 2022.

The Investigation found the Company's internal control over financial reporting to be deficient with respect to: (i) the disbursement process for third-party vendors; (ii) the review and approval process for significant vendor contracts; (iii) the use of Company credit cards by executives; (iv) the supervision and approval of travel and entertainment expenses incurred by executives; (v) the segregation of duties in connection with the payment and recording of invoices and related bank reconciliations; (vi) the lack of a sufficient accounting manual; and (vii) guidelines for the capitalization of fixed assets.

*Credit and Security Agreement - Related Party*

On April 12, 2022, the Company entered into a Credit and Security Agreement with a related party lender. Pursuant to the agreement, the Company may borrow up to $2,500,000 for up to one year. Through May 10, 2022, the lender has funded to the Company $1,000,000 under the Credit Agreement. Prior to the maturity date, the Company may borrow an additional $1.5 million under the Credit Agreement, in the lender's sole discretion and subject to the Company requesting such additional funds from the lender in accordance with the Credit Agreement, the accuracy of the Company's representations in the Credit Agreement and related documents, and that no default under the Credit Agreement has occurred and is continuing.

The line of credit note matures on the earlier of (i) the date upon which the Company consummates a debt or equity financing in an amount equal to or greater than $4,000,000 or (ii) April 12, 2023. Borrowings under the Credit Agreement are collateralized by a security interest in the Company's assets. Interest on the unpaid principal amount accrues an annual rate of 6% through October 12, 2022 and an annual rate of 9% thereafter, except that in event of default additional penalty interest at an annual rate of 3% will accrue on borrowings through October 12, 2022. In connection with the Credit Agreement, the Company issued a warrant to the lender pursuant to which the lender may purchase up to 1,250,000 shares of the Common Stock at a price of $1.51 per share. The warrant can be exercised commencing on the three-month anniversary of the Credit Agreement (i.e., on July 12, 2022) and expires on April 12, 2025.

*Impact of COVID-19*

On January 30, 2020, the World Health Organization ("WHO") announced a global health emergency caused by a new strain of the coronavirus and advised of the risks to the international community as the virus spread globally. In March 2020, the WHO classified the COVID-19 outbreak as a pandemic based on the rapid increase in exposure globally. The spread of COVID-19 coronavirus has caused public health officials to recommend precautions to mitigate the spread of the virus, especially as to travel and congregating in large numbers. In addition, certain states and municipalities have enacted quarantining regulations which severely limit the ability of people to move and travel.

Table of Contents

COVID-19 has adversely affected the Company's financial condition and results of operations. The impact of the COVID-19 outbreak on businesses and the economy in the United States is expected to continue to be significant. The extent to which the COVID-19 outbreak will continue to impact businesses and the economy is highly uncertain. Accordingly, the Company cannot predict the extent to which its financial condition and results of operation will be affected.

**Results of Operations**

*Revenues*

In general, Alfi earns revenue from rideshares or SaaS contracts with operating companies who maintain their own network and lease the Alfi platform.

*Operating Expenses*

Compensation and benefits expenses include compensation expenses related to our executive, finance, and administrative personnel (including salaries, commissions, bonuses, stock-based compensation, payroll taxes, and contract labor costs). Other general and administrative expenses include communications and technology costs, professional fees, selling and marketing fees, legal fees, and rent and occupancy expense.

***Three-Month Period Ended March 31, 2022, Compared to Three-Month Period Ended March 31, 2021***

| | Three months ended Mar 31, 2022 | Three months ended Mar 31, 2021 | $ Change | % Change |
|---|---|---|---|---|
| Revenues | $ 63,303 | $ 17,450 | $ 45,853 | 262.8 % |
| | | | | |
| Operating expenses | | | | |
| Compensation and benefits | 1,786,629 | 883,211 | 903,418 | 102.3 % |
| Other general and administrative | 3,154,981 | 1,251,859 | 1,903,122 | 152.0 % |
| Depreciation and amortization | 416,323 | 247,315 | 169,008 | 68.3 % |
| Total operating expenses | 5,357,933 | 2,382,385 | 2,975,548 | 124.9 % |
| | | | | |
| Operating loss | (5,294,630) | (2,364,935) | (2,929,695) | 123.9 % |
| | | | | |
| Other income (expense) | | | | |
| Other income | 2,059 | 13,018 | (10,959) | -84.2% |
| Interest expense | (30) | (356,914) | 356,884 | -100% |
| Total other income (expense) | 2,029 | (343,896) | 345,925 | (100.6)% |
| | | | | |
| Net loss before provision for income taxes | (5,292,601) | (2,708,831) | (2,583,770) | 95.4 % |
| Provision for income taxes | - | - | - | N/M |
| Net loss | $ (5,292,601) | $ (2,708,831) | $ (2,583,770) | 95.4 % |

*Revenues*

For the three-month periods ended March 31, 2022, and 2021, net revenues were $63,303 and $17,450, respectively. During the three-month period ended March 31, 2022, the Company earned revenues from customers for advertising delivered through Alfi-owned devices. Revenue earned during the three-month period ended March 31, 2021 was earned from a single customer.

*Operating Expenses*

For the three months ended March 31, 2022, and 2021, total operating expenses were $5,357,933 and $2,382,385, respectively, an increase of $2,975,548. Compensation and benefits expense increased as independent contractors became full time employees effective March 1, 2021. Other general and administrative expenses increased due to higher costs related to the Company's growth and launch of its technology platform and the Company's May 2021 IPO. Legal and professional fees increased due to additional fees related

18

Table of Contents

to the Investigation, and data network charges and payments to drivers increased due to significant year-over-year growth in the number of tablets in service. Depreciation and amortization expense rose because the three months ended March 31, 2022 included depreciation expense for additional tablets purchased since March 31, 2021.

*Operating Loss*

For the three months ended March 31, 2022, the operating loss increased from $2,364,935 to $5,294,630, an increase of $2,929,695 compared with the three months ended March 31, 2021. The increase was primarily due to higher operating expenses, as discussed above.

*Other Income (Expense)*

Interest expense was $30 and $356,914 for the three months ended March 31, 2022, and 2021, respectively. The Company incurred interest expense during the three months ended March 31, 2021, in connection with related party debt outstanding prior to its IPO. The Company repaid all related party debt in May 2021 with a portion of the cash proceeds from its IPO. No related party debt was outstanding during the three months ended March 31, 2022.

*Net Loss*

For the three months ended March 31, 2022, the net loss increased from $2,708,831 to $5,292,601, an increase of $2,583,770 compared with the three months ended March 31, 2021. The increase was primarily due to higher operating expenses, as discussed above.

**Liquidity and Capital Resources**

As of the date of this Quarterly Report, the Company has not yet generated substantial revenue from customers and business activity has mainly consisted of cash outflows associated with its business development activities. These conditions indicate that there is substantial doubt about the Company's ability to continue as a going concern within one year from the issuance date of the consolidated financial statements.

The Company's primary source of operating funds since inception through April 2021 was cash proceeds from the private placements of preferred equity and debt securities. During 2021, the Company completed its IPO yielding net proceeds to the Company of approximately $15.7 million from the sale of Common Stock and warrants and approximately $16.0 million from the exercise of warrants. The capital raised included funding for working capital to launch and expand operations in accordance with its business model. On April 12, 2022, the Company entered into a Credit and Security Agreement with a related party lender, pursuant to which it may borrow up to $2,500,000 for up to one year. Through May 10, 2022, the lender has funded to the Company $1,000,000 under the Credit Agreement.

The Company intends to raise additional capital through private placements of debt and equity securities, but there can be no assurance that these funds will be available on terms acceptable to the Company or will be sufficient to enable the Company to fully complete its development activities or sustain operations. If the Company is unable to raise sufficient additional funds, it will have to develop and implement a plan to further extend payables, reduce overhead, or scale back its current business plan until sufficient additional capital is raised to support further operations. There is no assurance that such a plan will be successful.

**Off-Balance Sheet Arrangements**

We did not have, during the period presented, and we do not currently have, any relationships with any organizations or financial partnerships, such as structured finance or special purpose entities, which would have been established for the purpose of facilitating off-balance sheet arrangements or other contractually narrow or limited purposes.

**Critical Accounting Policies and Significant Accounting Estimates**

Our management's discussion and analysis of our financial condition and results of operations are based on our financial statements, which have been prepared in accordance with U.S. GAAP. The preparation of these financial statements requires us to make estimates and assumptions that affect the reported amounts of assets and liabilities and the disclosure of contingent assets and liabilities

19

Table of Contents

as of the date of the financial statements as well as the reported expenses during the reporting periods. Actual results may differ materially from these estimates.

We believe that the assumptions and estimates associated with the evaluation of revenue recognition criteria, including the determination of revenue recognition as net versus gross in our revenue arrangements, useful lives of long-lived assets and stock-based compensation expense have the greatest potential impact on our consolidated financial statements. Therefore, we consider these to be our critical accounting policies and estimates. By their nature, estimates are subject to an inherent degree of uncertainty. Actual results could differ materially from these estimates.

Our significant accounting policies are more fully described in our consolidated financial statements (Note 2) included in this Quarterly Report.

**Recently Issued Accounting Standards**

Our analysis of recently issued accounting standards are more fully described in our consolidated financial statements (Note 2) included in this Quarterly Report.

**Item 3. Quantitative and Qualitative Disclosures About Market Risk**

Not applicable to smaller reporting companies.

**Item 4. Controls and Procedures**

*Evaluation of Disclosure Controls and Procedures*

We maintain disclosure controls and procedures designed to provide reasonable assurance that information required to be disclosed in reports filed under the Exchange Act, is recorded, processed, summarized and reported within the specified time periods and accumulated and communicated to our management, including our principal executive officer and principal financial officer, as appropriate to allow timely decisions regarding disclosure.

Our Interim Chief Executive Officer and Interim Chief Financial Officer evaluated the effectiveness of our disclosure controls and procedures (as defined in Rules 13a-15(e) and 15d-15(e) promulgated under the Exchange Act) as of March 31, 2022. In designing and evaluating the Company's disclosure controls and procedures, management recognizes that disclosure controls and procedures, no matter how well designed and operated, can provide only reasonable assurance of achieving the desired objectives, and the Company necessarily is required to apply its judgment in evaluating the cost-benefit relationship of possible disclosure controls and procedures.

Our management, with the participation of our Interim Chief Executive Officer and Interim Chief Financial Officer, who serve as our principal executive officer and principal financial and accounting officer, respectively, has evaluated the effectiveness of our disclosure controls and procedures as of March 31, 2022. Based on such evaluation, our Interim Chief Executive Officer and Interim Chief Financial Officer have concluded that our disclosure controls and procedures were not effective as of March 31, 2022.

As noted in Note 4 to the consolidated financial statements included in this Quarterly Report, the Company concluded that Prior Period Financial Statements should no longer be relied upon and should be restated. As such, management believes material weaknesses exist in its internal controls over financial reporting as of March 31, 2022. The Company does not have a sufficient complement of personnel commensurate with the accounting and reporting requirements of a public company. The material weaknesses identified relate to inadequate controls that address segregation of certain accounting duties and reconciliation and analysis of certain key accounts. We have concluded that these material weaknesses arose because, as a pre-revenue private company recently formed, we did not have the necessary personnel to design effective components of internal control, including risk assessment control activities information/communication and monitoring to satisfy the accounting and financial reporting requirements of a public company.

In light of the conclusion that the Company's internal disclosure controls were ineffective as of March 31, 2022, it has applied additional procedures and processes as necessary to ensure the reliability of financial reporting in regard to this Quarterly Report. Accordingly, the Company believes, based on its knowledge, that: (i) this Quarterly Report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which they were made, not misleading with respect to the period covered by this Quarterly Report; and (ii) the financial statements, and other financial

20

Table of Contents

information included in this Quarterly Report, fairly present in all material respects our financial condition, results of operations and cash flows as of and for the periods presented in this Quarterly Report.

**Changes in Internal Control Over Financial Reporting**

Except as disclosed in Note 4 to the consolidated financial statements included in this Quarterly Report, there have been no changes in internal control over financial reporting (as defined in Rules 13a-15(f) and 15d-15(f) under the Exchange Act) during the fiscal quarter ended March 31, 2022 that have materially affected, or are reasonably likely to materially affect, our internal control over financial reporting. Management will seek to remediate the material weaknesses described above through hiring additional qualified accounting and financial reporting personnel, and designing and implementing financial reporting systems, processes, policies and internal controls.

Table of Contents

## PART II - OTHER INFORMATION

### Item 1. Legal Proceedings

We are party to the legal proceedings described below. We are unable to provide any assurances as to the ultimate outcome of these proceedings and intend to vigorously defend these matters.

### Litigation

On December 2, 2021, the Company and certain of its present and former officers and directors were named as defendants in a putative class action lawsuit styled *Steppacher v. Alfi, Inc., et al.*, Case No. 1:21-cv-24232, brought in the United States District Court for the Southern District of Florida. On December 15, 2021, the Company, certain of its present and former officers and directors, and the underwriters in the Company's IPO were named as defendants in a second putative class action styled *Kleinschmidt v. Alfi, Inc., et al.*, Case No. 1:21-cv-24338, also brought in the United States District Court for the Southern District of Florida. The complaints in both actions allege that the Company and other named defendants violated Sections 11 and 15 of the Securities Act with respect to allegedly false and misleading statements included in the registration statement and prospectus supplements issued in connection with the Company's IPO (the "Offering Documents") in May 2021, and Sections 10(b) and 20(a) of the Exchange Act and Rule 10b-5 promulgated thereunder, by allegedly making false and materially misleading statements and failing to disclose material adverse facts in the Company's public filings with the SEC. Both complaints assert that the putative plaintiff class includes: (i) persons or entities, other than the defendants, who purchased or acquired the Common Stock or warrants to purchase the Common Stock pursuant and/or traceable to the Offering Documents; and (ii) persons or entities, other than the defendants, who purchased or acquired the Company's securities between May 4, 2021, and November 15, 2021 (both dates inclusive). The plaintiffs seek unspecified compensatory damages, including interest, and costs and expenses, including attorney's and expert fees. On February 3, 2022, the court consolidated the two actions under the caption *Steppacher, Jr., et al. v. Alfi, Inc. et al.*, Case No. 21-cv-24232-KMW. Three putative stockholders (or groups of stockholders) moved to be appointed as lead plaintiff, and the court appointed Candido Rodriguez as lead plaintiff. The consolidated actions are now captioned *Rodriguez, et al. v. Alfi, Inc., et al.*, Case No. 21-cv-24232-KMW.

On April 27, 2022, Ryan Dodgson filed a Verified Shareholder Derivative Complaint on behalf of the Company styled *Ryan Dodgson, derivatively on behalf of Alfi, Inc., Plaintiff, v. Paul Pereira, Dennis McIntosh, Charles Pereira, Peter Bordes, John M. Cook, II, Justin Elkouri, Allison Ficken, Jim Lee, Richard Mowser, and Frank Smith, Defendants, and Alfi, Inc., Nominal Defendant*, Case 1:22-cv-21318, in the United States District Court for the Southern District of Florida. The complaint alleges, as to the defendants: (i) violations of Section 10(b) and Rule 10b-5 of the Exchange Act; (ii) violations of Section 20(a) of the Exchange Act; (iii) breach of fiduciary duties; (iv) unjust enrichment; (v) abuse of control; (vi) gross mismanagement; and (vii) waste of corporate assets, in connection with alleged improper corporate transactions, an alleged pattern and practice of abuse of control of the Company and allegedly deficient internal controls, among other things. The complaint also seeks contribution under Section 11(f) of the Securities Act and Section 21D of the Exchange Act as to the defendants, and seeks contribution under Sections 10(b) and 21D of the Exchange Act as to defendants Mr. P. Pereira and Mr. McIntosh. Plaintiff requests a declaration that the defendants have breached or aided and abetted the breach of their fiduciary duties to the Company, an award of damages to the Company, restitution, and an award of plaintiff's costs and disbursements in the action, including reasonable attorneys' and experts' fees, costs and expenses, and alleged improvements to the Company's corporate governance and internal procedures regarding compliance with laws.

### Arbitration

On February 23, 2022, Fred Figueroa, a former Executive Assistant at the Company, filed a Demand for Arbitration against the Company with the American Arbitration Association ("AAA"), alleging overtime violations of the Fair Labor Standards Act, as amended, and breach of contract claims involving alleged termination without cause in violation of Mr. Figueroa's employment agreement. In his Demand for Arbitration, Mr. Figueroa seeks damages in the amount of $81,000 for base salary and 5,000 shares of Common Stock in the amount of $16,650 pursuant to a stock option award from the Company, as well as attorneys' fees and costs. The arbitration proceeding was initiated pursuant to the arbitration provision in Mr. Figueroa's employment agreement with the Company. The Company is in the process of responding to Mr. Figueroa's claims. The Company is currently unable to estimate the costs and timing of the arbitration, including any potential damages, if Mr. Figueroa were to prevail on any of his claims.

22

Table of Contents

On March 10, 2022, Charles Pereira, a former Chief Technology Officer of the Company, filed a Statement of Claim against the Company with the AAA, alleging various breaches of contract and torts with respect to his employment, his compensation, and the termination of his employment. In his Statement of Claim, Mr. Pereira seeks damages in an amount to be determined at the hearing, but not less than $10 million dollars, and certain declaratory relief and other money damages. The arbitration proceeding was initiated pursuant to the arbitration provision in Mr. Pereira's employment agreement with the Company. The Company is in the process of responding to Mr. Pereira's claims. The Company is currently unable to estimate the costs and timing of the arbitration, including any potential damages, if Mr. Pereira were to prevail on any of his claims.

**Other Matters**

As previously disclosed, on November 9, 2021, the Company received a letter from the staff of the SEC indicating that the Company, its affiliates and agents may possess documents and data relevant to an ongoing investigation being conducted by the staff of the SEC and notifying the Company that such documents and data should be reasonably preserved and retained until further notice. The materials to be preserved and retained include documents and data created on or after April 1, 2018 that: (i) were created, modified or accessed by certain named former and current officers and directors of the Company or any other officer or director of the Company; or (ii) relate or refer to the condominium or the sports tournament sponsorship identified in the Company's Current Report on Form 8-K filed on November 1, 2021, or financial reporting and disclosure controls, policies or procedures. On March 8, 2022, the Company received a subpoena from the SEC relating to the investigation. The Company intends to cooperate fully with the SEC in this matter.

The Company's former Chief Executive Officer and former Chief Financial Officer have made claims that the Company indemnify and advance the legal fees and expenses incurred by them in connection with the Investigation (see Note 4) and the putative class action litigations and the SEC investigation, each referred to above. With respect to the advancement of fees and expenses incurred in connection with the Investigation prior to December 31, 2021, the amount of such fees and expenses that is subject to advancement is approximately $147,000. The former officers have also demanded advancement of fees and expenses of additional amounts of approximately $339,000 for the period January 1, 2022 through March 31, 2022. Additional amounts may be subject to claims for advancement and indemnification, but the Company is unable to estimate the amount of additional fees and expenses that may be subject to advancement or indemnification.

**Item 1A. Risk Factors**

Not applicable to smaller reporting companies.

**Item 2. Unregistered Sales of Equity Securities and Use of Proceeds**

None.

**Item 3. Defaults Upon Senior Securities**

None.

**Item 4. Mine Safety Disclosures**

Not Applicable.

**Item 5. Other Information**

None.

Table of Contents

**Item 6. Exhibits**

| Exhibit Number | Description | Reference |
|---|---|---|
| 3.1 | Restated Certificate of Incorporation of Alfi, Inc., dated January 31, 2020 | Incorporated by reference to Exhibit 3.1 to Alfi, Inc.'s Registration Statement on Form S-1, as amended (No. 333-251959). |
| 3.2 | Third Amended and Restated Certificate of Incorporation, effective May 3, 2021 | Incorporated by reference to Exhibit 3.2 to Alfi, Inc's Annual Report on Form 10-K filed on May 16, 2022 (Commission File No. 001-40294). |
| 3.3 | Bylaws of Lectrefy, Inc. | Incorporated by reference to Exhibit 3.3 to Alfi, Inc.'s Registration Statement on Form S-1, as amended (No. 333-251959). |
| 3.4 | Amended and Restated By-laws | Incorporated by reference to Exhibit 3.4 to Alfi, Inc's Annual Report on Form 10-K filed on May 16, 2022 (Commission File No. 001-40294). |
| 4.1 | Form of Common Stock Certificate | Incorporated by reference to Exhibit 4.1 to Alfi, Inc.'s Registration Statement on Form S-1, as amended (No. 333-251959). |
| 4.2 | Form of Warrant Agent Agreement (including form of Series A Warrant) between Alfi, Inc. and VStock Transfer, LLC | Incorporated by reference to Exhibit 4.2 to Alfi, Inc.'s Registration Statement on Form S-1, as amended (No. 333-251959). |
| 4.3 | Form of Representative's Warrant | Incorporated by reference to Exhibit 1.2 to Alfi, Inc.'s Registration Statement on Form S-1, as amended (No. 333-251959). |
| 4.4 | Warrant, dated April 12, 2022, issued by Alfi, Inc. to Lee Aerospace, Inc. | Incorporated by reference to Exhibit 99.3 to Alfi, Inc.'s Current Report on Form 8-K filed on April 18, 2022 (Commission File No. 001-40294). |
| 10.1* | Alfi, Inc. 2018 Stock Incentive Plan | Incorporated by reference to Exhibit 10.1 to Alfi, Inc.'s Registration Statement on Form S-1, as amended (No. 333-251959). |
| 10.2 | Agreement and Plan of Merger, dated July 11, 2018, between Lectrefy Inc., a Florida corporation, and Lectrefy Inc., a Delaware corporation | Incorporated by reference to Exhibit 10.2 to Alfi, Inc.'s Registration Statement on Form S-1, as amended (No. 333-251959). |
| 10.3 | Series Seed Stock Investment Agreement, dated August 1, 2018, among Lectrefy Inc., the Purchasers and the Key Holders | Incorporated by reference to Exhibit 10.3 to Alfi, Inc.'s Registration Statement on Form S-1, as amended (No. 333-251959). |
| 10.4 | Amendment No. 1 to Series Seed Stock Investment Agreement, dated October 31, 2019, between Lectrefy, Inc. and Lee Aerospace, Inc. | Incorporated by reference to Exhibit 10.4 to Alfi, Inc.'s Registration Statement on Form S-1, as amended (No. 333-251959). |

24

Table of Contents

| 10.5* | Executive Employment Agreement, dated February 10, 2021, between Alfi, Inc. and Paul Pereira | Incorporated by reference to Exhibit 10.5 to Alfi, Inc.'s Registration Statement on Form S-1, as amended (No. 333-251959). |
|---|---|---|
| 10.6* | Executive Employment Agreement, dated February 10, 2021, between Alfi, Inc. and John Cook, III | Incorporated by reference to Exhibit 10.6 to Alfi, Inc.'s Registration Statement on Form S-1, as amended (No. 333-251959). |
| 10.7* | Executive Employment Agreement, dated February 10, 2021, between Alfi, Inc. and Charles Pereira | Incorporated by reference to Exhibit 10.7 to Alfi, Inc.'s Registration Statement on Form S-1, as amended (No. 333-251959). |
| 10.8* | Executive Employment Agreement, dated February 10, 2021, between Alfi, Inc. and Dennis McIntosh | Incorporated by reference to Exhibit 10.8 to Alfi, Inc.'s Registration Statement on Form S-1, as amended (No. 333-251959). |
| 10.9 | Promissory Note, dated January 15, 2019, between Lectrefy Inc. and Lee Aerospace, Inc. | Incorporated by reference to Exhibit 10.9 to Alfi, Inc.'s Registration Statement on Form S-1, as amended (No. 333-251959). |
| 10.10 | Security Agreement, dated January 15, 2020, between Lectrefy Inc. and Lee Aerospace, Inc. | Incorporated by reference to Exhibit 10.10 to Alfi, Inc.'s Registration Statement on Form S-1, as amended (No. 333-251959). |
| 10.11 | Bridge Loan Agreement, dated December 30, 2020, among Alfi, Inc., Lee Aerospace, Inc., Paul Antonio Pereira and Dennis McIntosh | Incorporated by reference to Exhibit 10.11 to Alfi, Inc.'s Registration Statement on Form S-1, as amended (No. 333-251959). |
| 10.12 | Letter Agreement Related to Purchase of Lenovo Tablets, dated March 19, 2020, between Alfi, Inc. and Lee Aerospace, Inc. | Incorporated by reference to Exhibit 10.12 to Alfi, Inc.'s Registration Statement on Form S-1, as amended (No. 333-251959). |
| 10.13 | Bridge Loan Agreement, dated March 22, 2021, among Alfi, Inc., Lee Aerospace, Inc., Paul Antonio Pereira and Rachael Pereira | Incorporated by reference to Exhibit 10.13 to Alfi, Inc.'s Registration Statement on Form S-1, as amended (No. 333-251959). |
| 10.14 | Bridge Loan Agreement, dated April 1, 2021, among Alfi, Inc., Lee Aerospace, Inc., Paul Antonio Pereira, Peter Bordes, Dennis McIntosh, Rachael Pereira, Charles Pereira and FLBT, LLC | Incorporated by reference to Exhibit 10.14 to Alfi, Inc.'s Registration Statement on Form S-1, as amended (No. 333-251959). |
| 10.15 | Letter of Understanding, dated November 8, 2021, between Alfi, Inc. and CFO Financial Partners, LLC | Incorporated by reference to Exhibit 99.1 to Alfi, Inc.'s Current Report on Form 8-K filed on November 15, 2021 (Commission File No. 001-40294). |
| 10.16* | Resignation Agreement, dated February 2, 2022, between Alfi, Inc. and Paul Pereira | Incorporated by reference to Exhibit 10.16 to Alfi, Inc's Annual Report on Form 10-K filed on May 16, 2022 (Commission File No. 001-40294). |
| 10.17* | Limited Release of Claims, dated as of February 2, 2022, between Alfi, Inc. and Paul Pereira | Incorporated by reference to Exhibit 10.17 to Alfi, Inc's Annual Report on Form 10-K filed on May 16, 2022 (Commission File No. 001-40294). |
| 10.18* | Resignation Agreement, dated February 2, 2022, between Alfi, Inc. and Dennis McIntosh | Incorporated by reference to Exhibit 10.18 to Alfi, Inc's Annual Report on Form 10-K filed on May 16, 2022 (Commission File No. 001-40294). |

25

Table of Contents

| | | |
|---|---|---|
| 10.19* | Limited Release of Claims, dated as of February 2, 2022, between Alfi, Inc. and Dennis McIntosh | Incorporated by reference to Exhibit 10.19 to Alfi, Inc's Annual Report on Form 10-K filed on May 16, 2022 (Commission File No. 001-40294). |
| 10.20 | Credit and Security Agreement, dated April 12, 2022, between Alfi, Inc. and Lee Aerospace, Inc. | Incorporated by reference to Exhibit 99.1 to Alfi, Inc.'s Current Report on Form 8-K filed on April 18, 2022 (Commission File No. 001-40294). |
| 10.21 | Non-Revolving Line of Credit Note, dated April 12, 2022, made by Alfi, Inc. in favor of Lee Aerospace, Inc. | Incorporated by reference to Exhibit 99.2 to Alfi, Inc.'s Current Report on Form 8-K filed on April 18, 2022 (Commission File No. 001-40294). |
| 10.22 | Patent Security Agreement, dated April 12, 2022, made by Alfi, Inc. in favor of Lee Aerospace, Inc. | Incorporated by reference to Exhibit 99.4 to Alfi, Inc.'s Current Report on Form 8-K filed on April 18, 2022 (Commission File No. 001-40294). |
| 10.23 | Trademark Security Agreement, dated April 12, 2022, made by Alfi, Inc. in favor of Lee Aerospace, Inc. | Incorporated by reference to Exhibit 99.5 to Alfi, Inc.'s Current Report on Form 8-K filed on April 18, 2022 (Commission File No. 001-40294). |
| 10.24* | Consulting Agreement, dated as of March 15, 2021, between Alfi, Inc. and Ronald Spears | Incorporated by reference to Exhibit 10.1 to Alfi, Inc.'s Current Report on Form 8-K filed on May 10, 2021 (Commission File No. 001-40294). |
| 10.25* | Form of Incentive Stock Option Award Agreement (under the Alfi, Inc. 2018 Stock Incentive Plan) | Incorporated by reference to Exhibit 10.25 to Alfi, Inc's Annual Report on Form 10-K filed on May 16, 2022 (Commission File No. 001-40294). |
| 10.26* | Stock Option Award Agreement, dated March 15, 2021, between Alfi, Inc. and Ronald Spears. | Incorporated by reference to Exhibit 10.26 to Alfi, Inc's Annual Report on Form 10-K filed on May 16, 2022 (Commission File No. 001-40294). |
| 10.27 | Promissory Note, dated August 8, 2019, between Lectrefy, Inc. and Lee Aerospace, Inc. | Incorporated by reference to Exhibit 10.27 to Alfi, Inc's Annual Report on Form 10-K filed on May 16, 2022 (Commission File No. 001-40294). |
| 10.28 | First Amended and Promissory Note, dated September 20, 2019, between Lectrefy, Inc. and Lee Aerospace, Inc. | Incorporated by reference to Exhibit 10.28 to Alfi, Inc's Annual Report on Form 10-K filed on May 16, 2022 (Commission File No. 001-40294). |
| 10.29 | Promissory Note, dated October 25, 2019, between Lectrefy, Inc. and Lee Aerospace, Inc. | Incorporated by reference to Exhibit 10.29 to Alfi, Inc's Annual Report on Form 10-K filed on May 16, 2022 (Commission File No. 001-40294). |
| 10.30 | Promissory Note, dated November 12, 2019, between Lectrefy, Inc. and Lee Aerospace, Inc. | Incorporated by reference to Exhibit 10.30 to Alfi, Inc's Annual Report on Form 10-K filed on May 16, 2022 (Commission File No. 001-40294). |
| 10.31 | Promissory Note, dated November 26, 2019, between Lectrefy, Inc. and Lee Aerospace, Inc. | Incorporated by reference to Exhibit 10.31 to Alfi, Inc's Annual Report on Form 10-K filed on May 16, 2022 (Commission File No. 001-40294). |
| 31.1 | Certification of Principal Executive Officer Pursuant to Securities Exchange Act Rules 13a-14(a) and 15(d)-14(a), as adopted Pursuant to Section 302 of the Sarbanes-Oxley Act of 2002 | Filed herewith. |

Table of Contents

| | | |
|---|---|---|
| 31.2 | Certification of Principal Financial Officer Pursuant to Securities Exchange Act Rules 13a-14(a) and 15(d)-14(a), as adopted Pursuant to Section 302 of the Sarbanes-Oxley Act of 2002 | Filed herewith. |
| 32.1 | Certifications of Principal Executive Officer and Principal Financial Officer Pursuant to 18 U.S.C. Section 1350, as adopted Pursuant to Section 906 of the Sarbanes-Oxley Act of 2002 | Furnished herewith. |
| 101.INS | Inline XBRL Instance Document | The instance document does not appear in the Interactive Data File because its XBRL tags are embedded within the Inline XBRL document. |
| 101.SCH | Inline XBRL Taxonomy Extension Schema | |
| 101.CAL | Inline XBRL Taxonomy Extension Calculation Linkbase | |
| 101.DEF | Inline XBRL Taxonomy Extension Definition Linkbase | |
| 101.LAB | Inline XBRL Taxonomy Extension Label Linkbase | |
| 101.PRE | Inline XBRL Taxonomy Extension Presentation Linkbase | |
| 104 | Cover Page Interactive Data File (formatted as Inline XBRL with applicable taxonomy extension information contained in Exhibits 101). | |

*Identifies a management contract or compensatory plan or arrangement.

27

Table of Contents

**SIGNATURES**

Pursuant to the requirements of Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

|  |  |
|---|---|
|  | **ALFI, INC.** |
| Date: May 19, 2022 | /s/ Peter Bordes |
|  | Name:  Peter Bordes |
|  | Title:    Interim Chief Executive Officer |
|  |              (Principal Executive Officer) |
| Date: May 19, 2022 | /s/ Louis Almerini |
|  | Name:  Louis Almerini |
|  | Title:    Interim Chief Financial Officer |
|  |              (Principal Financial and Accounting Officer) |

28

**Exhibit 31.1**

**Certification of Principal Executive Officer**
**pursuant to**
**Exchange Act Rules 13a-14(a) and 15d-14(a),**
**as adopted pursuant to**
**Section 302 of the Sarbanes-Oxley Act of 2002**

I, Peter Bordes, certify that:

1.   I have reviewed this quarterly report on Form 10-Q of Alfi, Inc.;

2.   Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3.   Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4.   The registrant's other certifying officer(s) and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) for the registrant and have:

   a)   Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

   b)   Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

   c)   Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5.   The registrant's other certifying officer(s) and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

   a)   All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

   b)   Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: May 19, 2022                                          /s/ Peter Bordes
                                                            Peter Bordes
                                                            Interim Chief Executive Officer
                                                            *(principal executive officer)*

**Exhibit 31.2**

**Certification of Principal Financial Officer**
**pursuant to**
**Exchange Act Rules 13a-14(a) and 15d-14(a),**
**as adopted pursuant to**
**Section 302 of the Sarbanes-Oxley Act of 2002**

I, Louis Almerini, certify that:

1.      I have reviewed this quarterly report on Form 10-Q of Alfi, Inc.;

2.      Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3.      Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4.      The registrant's other certifying officer(s) and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) for the registrant and have:

   a)      Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

   b)      Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

   c)      Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5.      The registrant's other certifying officer(s) and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

   a)      All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

   b)      Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: May 19, 2022

/s/ Louis Almerini
Louis Almerini
Interim Chief Financial Officer
*(principal financial and accounting officer)*

**Exhibit 32.1**

**Certifications of Principal Executive Officer and Principal Financial Officer**
**pursuant to**
**18 U.S.C. Section 1350,**
**as adopted pursuant to**
**Section 906 of the Sarbanes-Oxley Act of 2002**

Pursuant to 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002, Peter Bordes, Interim Chief Executive Officer (principal executive officer) of Alfi, Inc. (the "Company"), and Louis Almerini, Interim Chief Financial Officer (principal financial and accounting officer) of the Company, each hereby certifies that, to the best of his knowledge:

1)      The Company's Quarterly Report on Form 10-Q for the quarterly period ended March 31, 2022, to which this certification is attached as Exhibit 32.1 (the "Report") fully complies with the requirements of Section 13(a) or 15(d) of the Securities Exchange Act of 1934; and

2)      The information contained in the Report fairly presents, in all material respects, the financial condition and results of operations of the Company.

Date: May 19, 2022

/s/ Peter Bordes
Peter Bordes
Interim Chief Executive Officer
*(principal executive officer)*

/s/ Louis Almerini
Louis Almerini
Interim Chief Financial Officer
*(principal financial and accounting officer)*

The foregoing certifications are being furnished pursuant to 18 U.S.C. Section 1350. They are not being filed for purposes of Section 18 of the Securities Exchange Act of 1934, as amended, and are not to be incorporated by reference into any filing of the Company, regardless of any general incorporation language in such filing.