**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**Case No. 1:21-cv-24232-KMW**

| | |
|---|---|
| CANDIDO RODRIGUEZ,<br>Individually and on Behalf of All Others<br>Similarly Situated,<br><br>          Plaintiff,<br><br>    v.<br><br>ALFI, INC., PAUL ANTONIO PEREIRA,<br>DENNIS MCINTOSH, JOHN M. COOK, II,<br>PETER BORDES, JIM LEE, JUSTIN<br>ELKOURI, ALLISON FICKEN, FRANK<br>SMITH, AND RICHARD MOWSER,<br>KINGSWOOD CAPITAL MARKETS,<br>REVERE SECURITIES LLC, AND<br>WESTPARK CAPITAL, INC.<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER GRANTING THE PARTIES'**
**JOINT MOTION TO SUPPLEMENT AND RENEW JOINT MOTION TO STAY**
**DEADLINES**

THIS CAUSE came before the Court on the Parties' Joint Motion to Supplement and

Renew Joint Motion to Stay Deadlines (the "Joint Motion"). The Court has carefully considered

the Joint Motion and is otherwise adequately advised in the premises. With the Parties'

supplementation, the Court finds that there is good cause for the requested extension of the

remaining deadlines in the Case Management Order.

Accordingly, it is hereby **ORDERED** as follows:

1. The Joint Motion is hereby **GRANTED**. All remaining deadlines in the Case Management Order (ECF No. 71) are extended for a period of 60 days.

2. By **October 11, 2022**, the Parties shall either: (a) inform the Court that their discussions concerning early resolution have been successful and that they are in the process of preparing the customary settlement agreement and documents related thereto; or (b) the Defendants shall respond to the Amended Class Action Complaint (ECF No. 82).

3. In the event a Defendant files a motion to dismiss and/or strike the Amended Consolidated Class Action Complaint, Plaintiffs shall file a response on or before **December 9, 2022**.

4. Defendants shall file a reply brief in further support of their motions on or before **January 26, 2023**.

5. In the event the Court denies the motions to dismiss, Defendants shall file their answers to the Amended Consolidated Class Action Complaint within forty-five (45) days of such order.

**DONE AND ORDERED** in chambers at Miami, Miami-Dade County, Florida this \_\_\_\_ day of _____ 2022.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

Copies furnished to counsel of record.

2