**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**Case No. 1:21-cv-24232-KMW**

| | |
|---|---|
| CANDIDO RODRIGUEZ, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| ALFI, INC., PAUL ANTONIO PEREIRA, DENNIS MCINTOSH, JOHN M. COOK, II, PETER BORDES, JIM LEE, JUSTIN ELKOURI, ALLISON FICKEN, FRANK SMITH, AND RICHARD MOWSER, KINGSWOOD CAPITAL MARKETS, REVERE SECURITIES LLC, AND WESTPARK CAPITAL, INC. | ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) ) ) |

## DEFENDANT ALFI, INC'S SUGGESTION OF BANKRUPTCY

Defendant Alfi, Inc. ("Alfi") advises this Court and all parties of record that on October 14, 2022, Alfi filed a petition under Chapter 7 of Title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.*, in the United States Bankruptcy Court for the District of Delaware. Alfi's bankruptcy case is styled as *In re: Alfi, Inc.*, Case No. 22-10979 (KBO). The bankruptcy petition (a copy of which is attached hereto as Exhibit 1) operates to stay the continuation of the above-captioned action as to Alfi pursuant to 11 U.S.C. § 362.

Respectfully submitted:  October 17, 2022

SMITH GAMBRELL & RUSSELL LLP

*/s/ James H. Cummings*
James H. Cummings (FBN 27657)
Bank of America Tower, Suite 2600
50 North Laura Street
Jacksonville, FL 32202

Tel:  (904) 598-6127
Fax:  (904) 598-6300
jcummings@sgrlaw.com

Dan F. Laney (*pro hac vice*)
Austin J. Hemmer (*pro hac vice*)
1105 West Peachtree St. N.E., Suite 1000
Atlanta, GA 30309
Tel: (404) 815-3500
Fax: (404) 815-3509
dlaney@sgrlaw.com
ahemmer@sgrlaw.com

*Counsel for Defendants Alfi, Inc., John M.
Cook, II, Peter Bordes, Jim Lee, Justin
Elkouri, Allison Ficken, and Frank Smith*

3

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on October 17, 2022, a true and correct copy of the foregoing document was filed using the Court's CM/ECF system, which will automatically serve all counsel of record registered with the Court's CM/ECF system.

*/s/ James H. Cummings*
James H. Cummings (FBN 27657)
Smith, Gambrell & Russell, LLP
Bank of America Tower, Suite 2600
50 North Laura Street
Jacksonville, FL 32202
Tel:  (904) 598-6127
Fax:  (904) 598-6300
jcummings@sgrlaw.com
