**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 21- 24232-CIV-WILLIAMS/SANCHEZ**

CANDIDO RODRIGUEZ, Individually and on
Behalf of All Others Similarly Situated,

        Plaintiff,

    v.

ALFI, INC., PAUL ANTONIO PEREIRA,
DENNIS MCINTOSH, JOHN M. COOK, II,
PETER BORDES, JIM LEE, JUSTIN
ELKOURI, ALLISON FICKEN, FRANK
SMITH, AND RICHARD MOWSER,
KINGS WOOD CAPITAL MARKETS,
REVERE SECURITIES LLC, AND
WESTPARK CAPITAL, INC.,

        Defendants.

## JOINT MOTION TO STAY PROCEEDINGS

Lead Plaintiff Candido Rodriguez and additional plaintiffs John K. Allen, on behalf of the

Joseph M. Driscoll Trust, and Alexander C. Takian (collectively, the "Plaintiffs"), and Defendants

Paul Antonio Pereira, Dennis McIntosh, John M. Cook, II, Peter Bordes, Jim Lee, Justin Elkouri,

Allison Ficken, Frank Smith, Kingswood Capital Markets, Revere Securities, LLC, and Westpark

Capital, Inc. (collectively, the "Defendants" and together with Plaintiffs, the "Parties")[1]

---

[1] Defendant Alfi, Inc. ("Alfi") filed a petition for bankruptcy under Chapter 7 of Title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* on October 14, 2022. (See ECF No. 108 "Suggestion of Bankruptcy"). The bankruptcy petition operates to stay the continuation of this action as to Alfi pursuant to 11 U.S.C. § 362. (*Id.*) The Parties understand that the Chapter 7 Trustee for Alfi will be attending the mediation discussed herein and supports the limited stay requested herein.

1

respectfully request that the Court stay these proceedings, including any oral argument or issuance of any decision and order on the pending motions to dismiss (ECF Nos. 96-98, 105-107, 109-111), until no earlier than April 3, 2023 following a mediation scheduled for March 24, 2023. This would be in the best interests of the Parties and the putative class and will serve the interests of justice.  In support of this motion, the Parties state:

1. On August 1, 2022, the Parties filed a Joint Motion to Stay Deadlines (ECF No. 85, the "Joint Motion"), requesting that the Court extend the remaining deadlines in the Case Management Schedule (ECF No. 71) for 60 days, including the August 12 deadline for Defendants to answer, move against, or otherwise respond to the Amended Consolidated Class Action Complaint while the Parties discussed the possibility of an early settlement. The Court issued an order on August 3, 2022 (ECF No. 86), finding that the Parties had not proffered a sufficient showing of good cause in the Joint Motion.

2. On August 4, 2022, the Parties filed a Joint Motion to Supplement and Renew Joint Motion to Stay Deadlines (ECF No. 87, "Renewed Joint Motion"), providing additional argument and evidence in support thereof. The Parties stated, among other things, that Alfi had very limited funds, had experienced a substantial change in corporate leadership, and that Alfi was cooperating with an SEC investigation, which required the assistance of counsel and the expenditure of additional funds.

3. The Court issued an order on August 5, 2022 (ECF No. 88), finding that the Parties failed to show good cause for the requested extension. The Order stated that none of the reasons outlined in the second motion were unknown to the Parties when they submitted proposed dates for the filing of an amended consolidated complaint, Defendants' response thereto, and any opposition and reply should Defendants file a motion to dismiss and/or strike (ECF Nos. 70-71).

4.      The Parties acknowledge the Court's findings.  However, since the filing of the Joint Motion and Renewed Joint Motion, the circumstances have substantially changed, and the Parties respectfully submit that good cause exists to stay the proceedings until shortly after a mediation the Parties have scheduled for March 24, 2023. *See Rodriguez v. Universal Prop. & Cas. Ins. Co.,* 2016 WL 9274717 (S.D. Fla. Oct. 27, 2016) (finding good cause existed to stay proceedings for six weeks pending mediation because the parties could devote their resources to reaching a mediated settlement).

5.      Since the previous order, Alfi has filed for Chapter 7 bankruptcy, staying this action as to Alfi.  The motions to dismiss have also been fully briefed.  Finally, as noted above, the Parties have scheduled a full-day mediation for March 24, 2023 with mediator Jed Melnick, Esq. of JAMS in an attempt to resolve this matter.  Granting a limited stay to allow the Parties to devote their resources to reaching a mediated settlement would serve the best interests of the Class and the Parties and would also conserve the resources of the Court.

6.      Because settlement discussions with the mediator may continue after the March 24, 2023 mediation, the Parties request a stay until no later than April 3, 2023, and propose that on April 3, 2023, they will file a status report informing the Court as to the outcome of the mediation and the status of settlement discussions.

For the foregoing reasons, the Parties respectfully request that the Court stay these proceedings, including any oral argument or the issuance of any decision on the pending motions to dismiss, until no earlier than April 3, 2023, and for all other relief the Court deems just, proper, and equitable.  A proposed order is attached for the Court's consideration.

## LOCAL RULE 7.1 CERTIFICATE

Counsel for the undersigned Parties have conferred and agree to the relief requested herein and to the entry of the proposed order.

Dated: February 21, 2023                              Respectfully submitted,

**SAXENA WHITE P.A.**                              **SMITH GAMBRELL & RUSSELL LLP**

/s/  Adam D. Warden                              /s/  James H. Cummings
Joseph E. White, III (FL Bar No. 621064)          James H. Cummings (FBN 27657)
Adam D. Warden (FL Bar No. 873691)                Bank of America Tower, Suite 2600
Jonathan D.  Lamet (FL Bar No. 106059)            50 North Laura Street
7777 Glades Road Suite 300                        Jacksonville, FL 32202
Boca Raton, FL 33434                              Tel:  (904) 598-6127
Telephone: (561) 394-3399                         Fax:  (904) 598-6300
Facsimile: (561) 394-3382                         jcummings@sgrlaw.com
jwhite@saxenawhite.com
awarden@saxenawhite.com
jlamet@saxenawhite.com                            Dan  F. Laney (*pro hac vice*)
                                                  Austin J. Hemmer (*pro hac vice*)
*Local Counsel for Lead Plaintiff Candido*        1105 West Peachtree St. N.E., Suite 1000
*Rodriguez*                                       Atlanta, GA 30309
                                                  Tel: (404) 815-3500
                                                  Fax: (404) 815-3509
                                                  dlaney@sgrlaw.com ahemmer@sgrlaw.com

                                                  *Counsel for Defendants John M Cook, II,*
                                                  *Peter Bordes, Jim Lee, Justin Elkouri,*
                                                  *Allison Ficken, and Frank Smith*

**GLANCY PRONGAY & MURRAY LLP**

Robert V. Prongay (*pro hac vice*)
Leanne H. Solish (*pro hac vice*)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
rprongay@glancylaw.com
lsolish@glancylaw.com

*Lead Counsel for Lead Plaintiff*
*Candido Rodriguez*

**THE ROSEN LAW FIRM, P.A.**

Laurence M. Rosen (FL Bar No. 0182877)
Phillip Kim (*pro hac vice*)
Ha Sung (Scott) Kim (*pro hac vice*)
275 Madison Avenue, 40th Floor New York,
New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
lrosen@rosenlegal.com
pkim@rosenlegal.com skim@rosenlegal.com

*Counsel for Plaintiff John K. Allen, on behalf*
*of the Joseph M. Driscoll Trust, and Plaintiff*
*Alexander C. Takian*

**ADAMS AND REESE LLP**

/s/  *John T. Rogerson, III*

John T. Rogerson, III  (FBN 832839)
501 Riverside Avenue, Suite 601
Jacksonville, FL 32202
Tel: (904) 355-1700
Fax: (904) 355-1797
John.rogerson@arlaw.com

**GOODWIN PROCTER LLP**

Douglas H. Flaum (*pro hac vice*)
Samuel J. Rubin (*pro hac vice*)
Anna T. Wittman (*pro hac vice*)
The New York Times Building
620 Eighth Avenue New York, NY 10018
Tel: (212) 813-8800
Fax: (212) 355-3333
dflaum@goodwinlaw.com
srubin@goodwinlaw.com
awittman@goodwinlaw.com

*Counsel for Defendants Paul Antonio Pereira*
*and Dennis McIntosh*

5

**THE LAW OFFICES OF FRANK R. CRUZ**
Frank R. Cruz
1999 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067
Telephone: (310) 914-5007

*Additional Counsel for Lead Plaintiff*

**HUNTER TAUBMAN FISCHER & LI LLC**

 */s/ Mark David Hunter*
Mark David Hunter (FL Bar No. 12995)
2 Alhambra Plaza, Suite 650
Coral Gables, Florida 33134
Tel: (305) 629-1180
mhunter@htflawyers.com
jsardella@htflawyers.com

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
Robert D. Weber (*pro hac vice*)
Nolan Walter (*pro hac vice*)
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6055
Tel: (310) 228-3700
Fax: (310) 228-3701
rweber@sheppardmullin.com
nwalter@sheppardmullin.com

*Counsel for Defendants Kingswood Capital, Revere Securities, LLC, and WestPark Capital*

## CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2023, a true and correct copy of the foregoing document was filed using the Court's CM/ECF system, which will automatically serve all counsel of record registered with the Court's CM/ECF system.

/s/ Adam D. Warden
Adam D. Warden

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 21- 24232-CIV-WILLIAMS/SANCHEZ**

CANDIDO RODRIGUEZ, Individually and on
Behalf of All Others Similarly Situated,

       Plaintiff,

   v.

ALFI, INC., PAUL ANTONIO PEREIRA,
DENNIS MCINTOSH, JOHN M. COOK, II,
PETER BORDES, JIM LEE, JUSTIN
ELKOURI, ALLISON FICKEN, FRANK
SMITH, AND RICHARD MOWSER,
KINGS WOOD CAPITAL MARKETS,
REVERE SECURITIES LLC, AND
WESTPARK CAPITAL, INC.,

       Defendants.

**[PROPOSED] ORDER GRANTING THE PARTIES'**
**JOINT MOTION TO STAY PROCEEDINGS**

THIS CAUSE came before the Court on the Parties' Joint Motion to Stay Proceedings (the "Joint Motion"). The Court has carefully considered the Joint Motion and is otherwise adequately advised in the premises. The Court finds that there is good cause for the requested stay of this Action until April 3, 2023, so that the Parties may engage in mediation.

Accordingly, it is hereby ORDERED as follows:

1.      The Joint Motion is hereby **GRANTED.** The Court shall stay these proceedings, including any oral argument or the issuance of any decision and order on the pending motions to dismiss.

2.      By **April 3, 2023**, the Parties shall inform the Court of the results of the mediation and the status of settlement efforts.

**DONE AND ORDERED** in chambers at Miami, Miami-Dade County, Florida this ___ day of _____ 2023.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

Copies furnished to counsel of record.

2