UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 21-24232-CV-WILLIAMS

CANDIDO RODRIGUEZ, *et al.*,

      Plaintiffs,

v.

ALFI, INC., *et al.*,

      Defendants.

_____/

## ORDER SETTING FILING SCHEDULE

**THIS MATTER** is before the Court on the Parties' Joint Motion for Entry of a Case Management Schedule (DE 117) ("***Joint Motion***"), submitted in accordance with the Court's April 6, 2023 order (DE 116). Upon review of the Joint Motion and the record, it is **ORDERED AND ADJUDGED** that:

1. The Joint Motion (DE 117) is **GRANTED**;

2. Plaintiffs shall file a motion for preliminary approval of the class action settlement on or before **July 21, 2023**; and

3. Should the Parties not be in a position to finalize the settlement so that Plaintiffs will be unable submit their motion by July 21, 2023, the Parties shall file a joint motion for extension of time by <u>**5:00 p.m. on July 18, 2023**</u> in compliance with the Court's Practices and Procedures setting forth good cause for the extension. Failure to do so may result in sanctions being imposed, including denial of any motion for extension.

**DONE AND ORDERED** in Chambers in Miami, Florida, this <u>24th</u> day of April, 2023.

                                                     KATHLEEN M. WILLIAMS
                                                     UNITED STATES DISTRICT JUDGE