**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | |
|---|---|
| CANDIDO RODRIGUEZ, Individually and on Behalf of All Others Similarly Situated, | Case No. 1:21-cv-24232-KMW |
| Plaintiff, | |
| v. | |
| ALFI, INC., PAUL ANTONIO PEREIRA, DENNIS MCINTOSH, JOHN M. COOK, II, PETER BORDES, JIM LEE, JUSTIN ELKOURI, ALLISON FICKEN, FRANK SMITH, AND RICHARD MOWSER, KINGS WOOD CAPITAL MARKETS, REVERE SECURITIES LLC, AND WESTPARK CAPITAL, INC., | |
| Defendants. | |

**DECLARATION OF LEANNE H. SOLISH IN SUPPORT OF PLAINTIFFS'**
**UNOPPOSED MOTION FOR: (I) PRELIMINARY APPROVAL OF CLASS ACTION**
**SETTLEMENT; (II) CERTIFICATION OF THE SETTLEMENT CLASS;**
**AND (III) APPROVAL OF NOTICE TO THE SETTLEMENT CLASS**

1006529.1

I, Leanne H. Solish, hereby declare and state as follows:

1.      I am an attorney duly licensed to practice law before all of the courts of the State of California and I am admitted *pro hac vice* in the above-captioned action (the "Action").  I am a partner in the law firm of Glancy Prongay & Murray LLP, the Court-appointed Lead Counsel in the Action.  I make this Declaration in support of Plaintiffs' Unopposed Motion for: (I) Preliminary Approval of Class Action Settlement; (II) Certification of the Settlement Class; and (III) Approval of Notice to the Settlement Class.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached as Exhibit 1 is a true and correct copy of the fully executed Stipulation and Agreement of Settlement, dated July 20, 2023, along with the related exhibits.

3.      Attached as Exhibit 2 is a true and correct copy of excerpts from a report by Cornerstone Research, titled "Securities Class Action Settlements, 2022 Review and Analysis."

4.      Attached as Exhibit 3 is a [Proposed] Order Preliminarily Approving Settlement and Providing for Notice.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on this, the 21st day of July, 2023, at Los Angeles, California.

 *s/ Leanne H. Solish*
Leanne H. Solish

1006529.1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 21, 2023, a true and correct copy of the foregoing

document was filed using the Court's CM/ECF system, which will automatically

serve all counsel of record registered with the Court's CM/ECF system.

*s/ Adam D. Warden*
Adam D. Warden

1006529.1