# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | |
|---|---|
| CANDIDO RODRIGUEZ, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ALFI, INC., PAUL ANTONIO PEREIRA, DENNIS MCINTOSH, JOHN M. COOK, II, PETER BORDES, JIM LEE, JUSTIN ELKOURI, ALLISON FICKEN, FRANK SMITH, AND RICHARD MOWSER, KINGS WOOD CAPITAL MARKETS, REVERE SECURITIES LLC, AND WESTPARK CAPITAL, INC.,<br><br>Defendants. | Case No. 1:21-cv-24232-KMW |

**SUPPLEMENTAL DECLARATION OF MARGERY CRAIG**
**CONCERNING: (A) MAILING OF THE POSTCARD NOTICE; AND**
**(B) REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS**

I, Margery Craig, declare as follows:

1. I am a Project Manager of Strategic Claims Services, Inc. ("SCS"), a nationally recognized class action administration firm.[1] I have over sixteen years of experience specializing in the administration of class action cases. SCS was established in April 1999 and has administered over five hundred and fifty (550) class action cases since its inception. I have personal knowledge of the facts set forth herein and, if called on to do so, I could and would testify competently thereto.

**UPDATE ON MAILING OF THE POSTCARD NOTICE**

2. Pursuant to the Court's Order Preliminarily Approving Settlement and Providing for Notice, dated October 31, 2023 (Dkt. No. 127) (the "Preliminary Approval Order"), SCS was

---

[1] All capitalized terms used herein that are not otherwise defined have the meanings ascribed to them in the Stipulation and Agreement of Settlement, dated July 20, 2023 (Dkt. No. 122-1) (the "Stipulation").

retained as the Claims Administrator in the above-captioned Action.  I submit this declaration as a supplement to my earlier declaration, the Declaration of Margery Craig Concerning: (A) Mailing of CAFA Notice; (B) Mailing of the Postcard Notice; (C) Publication of the Summary Notice; and (D) Report on Requests for Exclusion and Objections, dated January 22, 2024 (Dkt. No. 132) (the "Initial Mailing Declaration").

3.      As reported in the Initial Mailing Declaration, as of January 22, 2024, a total of 42,848 Postcard Notices had been mailed to potential Settlement Class Members either by SCS or nominees.  Additionally, as noted in the Initial Mailing Declaration, 53,921 emails containing a link to the Notice and Claim Form had been sent to potential Settlement Class Members by either SCS or a nominee.

4.      Since the execution of the Initial Mailing Declaration, SCS received three additional names and addresses of potential Settlement Class Members from a nominee requesting that a Postcard Notice be mailed by SCS.  SCS also received requests from two nominees for 685 Postcard Notices so that the nominees[2] could forward them to their customers.  No additional requests were received by SCS to email the link to the Notice and Claim Form, and SCS was notified that 6,483 additional emails were sent by a nominee.  To date, a total of 103,940 potential Settlement Class Members were either mailed a Postcard Notice or an emailed the link to the Notice and Claim Form.[3]

---

[2] Out of the 43,536 Postcard Notices mailed by SCS or a nominee, 1,573 were returned as undeliverable.  Of these, the United States Postal Service provided forwarding addresses for 123, and SCS immediately mailed another Postcard Notice to the updated addresses.  The remaining 1,450 Postcard Notices returned as undeliverable were "skip-traced" to obtain updated addresses and 778 were re-mailed to updated addresses.

[3] SCS also received 23 requests from potential Settlement Class Members to mail them a Notice and Claim Form.  SCS immediately mailed them a Notice and Claim Form.

**UPDATE ON TOLL-FREE PHONE LINE**

5.      As stated in the Initial Mailing Declaration, SCS maintains a toll-free telephone number (1-866-274-4004) for potential Settlement Class Members to call and obtain information about the Settlement. Settlement Class Members may also request a Notice and Claim Form be mailed or emailed to them.  SCS continues to promptly respond to each telephone inquiry and address Settlement Class Members' inquiries.

**UPDATE ON SETTLEMENT WEBSITE**

6.      On November 17, 2023, SCS established a webpage on its website at www.strategicclaims.net/Alfi/ ("Settlement Website").  The Settlement Website is accessible 24 hours a day, 7 days a week. The Settlement Website contains information related to the current status of the Action; case deadlines; the online claim filing link; and important documents.  On January 31, 2024, SCS posted to the Settlement Website: (a) Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement and Plan of Allocation, and Incorporated Memorandum of Law; (b) Plaintiffs' Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses, and Incorporated Memorandum of Law; and (c) the Declaration of Leanne H. Solish in Support of; (I) Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation; and (II) Plaintiffs' Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses.  To date, the Settlement Website has received 17,300 pageviews from 4,012 unique users.

**UPDATE ON REPORT ON EXCLUSIONS AND OBJECTIONS**

7.      The Postcard Notice, Notice, Summary Notice, and the Settlement Website informed potential Settlement Class Members that written request for exclusion were to be mailed to SCS such that they were received no later than February 13, 2024. SCS has been monitoring all

3

mail delivered for this case. As of the date of this declaration, SCS has received two requests for exclusion. **Exhibit A** are copies of the exclusion requests.

8.      The Postcard Notice, Notice, Summary Notice, and the Settlement Website, further informed Settlement Class Members seeking to object to the Settlement, the proposed Plan of Allocation or Plaintiffs' Counsel's motion for an award of attorneys' fees and reimbursement of Litigation Expenses, that objections must be submitted to the Clerk of the Court, Lead Counsel, and Defendants' Counsel such that they were received on or before February 13, 2024.  As of the date of this declaration, SCS has not been notified of any objections or received any misdirected objections.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 26th day of February 2024, in Media, Pennsylvania.


_____
Margery Craig

I, Kranthi Kantem   would like to exclude myself from the settlement class.

Name and Address:   Kranthi Kantem

phone number:

Requested:   Exclusion from the settlement class in Rodriguez et al. v. Alfi Inc., et al., Case No. 1:21-CV-24232-KMW

Number of shares:   20 shares   purchased on May 20, 2021 and sold on June 7, 2021 (ALFIQ shares.)

Signature: K. Oranth

print name: Kranthi Kantem

From: Kranthi Kantem.

29 JAN 2024 · PM 2 · L

FOREVER / USA

To: In re Alfi Inc. Securities Litigation, EXCLUSIONS
c/o Strategic Claims Services
P.O. Box 230, 600N. Jackson street, Suite 205,
Media, PA 19063.

FEB 0 1 2024

19063-023030

In re Alfi Inc. Securities Litigation, EXCLUSIONS
c/o Strategic Claims Services
P.O. Box 230, 600 N. Jackson Street, Suite 205
Media, PA 19063


Re:     IRA FBO Josh H. Buterin
        SSB&T Custodian



I Josh H. Buterin requests exclusion from the Settlement Class in Rodriguez et al. v. Alfi Inc., et al., Case No. 1:21-cv-24232-KMW.

I purchased a total of 38,138 shares in the amount of $705,181.57 of Alfi common stock on June, 25, 2021 as identified on the attached statement.


_____ *Josh H. Buterin*

Josh H. Buterin

Case 1:21-cv-24232-KMW  Document 135-1  Entered on FLSD Docket 02/27/2024  Page 9 of 17



American Century Brokerage, a Division of
American Century Investment Services, Inc.
P.O. Box 419146
Kansas City, MO 64141-6146
Toll free: 1-888-345-2071

American Century
Investments®

# Confirmation

### IRA FBO JOSH H BUTERIN

IRA FBO JOSH H BUTERIN
SSB&T CUSTODIAN

Account Number:
Process Date: **June 25, 2021**

---

We confirm the below trades, subject to the terms and conditions set forth on this confirmation.

For additional information, please see the reverse side.

### Client Service Information

**Your Financial Consultant: AC7**

PRIORITY INVESTOR

### You Bought

| | Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount | Capacity | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **ALF** | | | | | | | | | | | |
| Trade Date: 06-25-21 | Settlement Date: 06-29-21 | | | | | | | | | | |
| Cusip: 00161P-10-9 | Settlement Currency: U.S. Dollars | | | | | | | | | | |
| ALFI INC COM | | | | | | | | | | | |
| | 11MLZ0 | 30 | 18.49 | 554.70 | | | | | 554.70 | 1 | 1 |
| Unsolicited Order | | | | | | | | | | | |
| | 11MLZ2 | 50 | 18.49 | 924.50 | | 0.01 | | | 924.51 | 1 | 1 |
| Unsolicited Order | | | | | | | | | | | |

THIS CONFIRMATION IS AN ADVICE NOT AN INVOICE. REMITTANCE OR SECURITIES ARE DUE ON OR BEFORE SETTLEMENT DATE.

SEE TERMS AND CONDITIONS AND EXPLANATION OF CODED SYMBOLS RELATING TO THIS CONFIRMATION. ON OTHER THAN ROUND LOTS (NORMALLY 100 SHARES), IF " DIF " APPEARS ABOVE, AN ODD-LOT DIFFERENTIAL HAS BEEN CHARGED IN CONNECTION WITH THIS TRANSACTION. THE AMOUNT OF SUCH DIFFERENTIAL WILL BE FURNISHED UPON REQUEST. CLEARING THROUGH PERSHING LLC , A WHOLLY OWNED SUBSIDIARY OF THE BANK OF NEW YORK MELLON CORPORATION (BNY MELLON) PERSHING LLC, MEMBER FINRA, NYSE, SIPC. ONE PERSHING PLAZA, JERSEY CITY, NJ 07399.

▶ **go paperless**
Ask about e-delivery

IF YOU WOULD LIKE TO RECEIVE YOUR TRADE CONFIRMATIONS ONLINE, PLEASE CONTACT YOUR INVESTMENT PROFESSIONAL OR FINANCIAL ORGANIZATION.

**IRA FBO JOSH H BUTERIN**
June 25, 2021

For additional information, please see the reverse side.

## You Bought (continued)

| | Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount | Capacity | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **ALF** (continued) | | | | | | | | | | | |
| | 11MLZ3 | 200 | 18.49 | 3,698.00 | | 0.05 | | | 3,698.05 | 1 | 1 |
| Unsolicited Order | | | | | | | | | | | |
| | 11MLZ4 | 40 | 18.49 | 739.60 | | 0.01 | | | 739.61 | 1 | 1 |
| Unsolicited Order | | | | | | | | | | | |
| | 11MLZ5 | 70 | 18.49 | 1,294.30 | | 0.01 | | | 1,294.31 | 1 | 1 |
| Unsolicited Order | | | | | | | | | | | |
| | 11MLZ6 | 190 | 18.49 | 3,513.10 | | 0.04 | | | 3,513.14 | 1 | 1 |
| Unsolicited Order | | | | | | | | | | | |
| | 11MLZ7 | 100 | 18.49 | 1,849.00 | | 0.02 | | | 1,849.02 | 1 | 1 |
| Unsolicited Order | | | | | | | | | | | |
| | 11MLZ8 | 100 | 18.49 | 1,849.00 | | 0.02 | | | 1,849.02 | 1 | 1 |
| Unsolicited Order | | | | | | | | | | | |
| | 11MLZ9 | 25 | 18.49 | 462.25 | | | | | 462.25 | 1 | 1 |
| Unsolicited Order | | | | | | | | | | | |
| | 11ML0A | 1,700 | 18.49 | 31,433.00 | | 0.44 | | | 31,433.44 | 1 | 1 |
| Unsolicited Order | | | | | | | | | | | |
| | 11ML0B | 2,459 | 18.49 | 45,466.91 | | 0.64 | | | 45,467.55 | 1 | 1 |
| Unsolicited Order | | | | | | | | | | | |
| | 11ML0C | 540 | 18.49 | 9,984.60 | | 0.14 | | | 9,984.74 | 1 | 1 |
| Unsolicited Order | | | | | | | | | | | |
| | 11ML0D | 3,235 | 18.49 | 59,815.15 | | 0.84 | | | 59,815.99 | 1 | 1 |
| Unsolicited Order | | | | | | | | | | | |
| | 11ML0E | 2,000 | 18.49 | 36,980.00 | | 0.52 | | | 36,980.52 | 1 | 1 |
| Unsolicited Order | | | | | | | | | | | |

Account Number:

**IRA FBO JOSH H BUTERIN**
June 25, 2021

For additional information, please see the reverse side.

## You Bought (continued)

| | Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount | Capacity | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **ALF** (continued) | | | | | | | | | | | |
| Unsolicited Order | 11MLOF | 5,700 | 18.49 | 105,393.00 | | 1.49 | | | 105,394.49 | 1 | 1 |
| Unsolicited Order | 11MLOG | 364 | 18.49 | 6,730.36 | | 0.09 | | | 6,730.45 | 1 | 1 |
| Unsolicited Order | 11MLOH | 1,201 | 18.49 | 22,206.49 | | 0.31 | | | 22,206.80 | 1 | 1 |
| Unsolicited Order | 11MLOI | 112 | 18.49 | 2,070.88 | | 0.02 | | | 2,070.90 | 1 | 1 |
| Unsolicited Order | 11MLOK | 300 | 18.49 | 5,547.00 | | 0.07 | | | 5,547.07 | 1 | 1 |
| Unsolicited Order | 11MLOL | 4,572 | 18.49 | 84,536.28 | | 1.21 | | | 84,537.49 | 1 | 1 |
| Unsolicited Order | 11MLOM | 112 | 18.49 | 2,070.88 | | 0.02 | | | 2,070.90 | 1 | 1 |
| Unsolicited Order | 11MLON | 300 | 18.49 | 5,547.00 | | 0.07 | | | 5,547.07 | 1 | 1 |
| Unsolicited Order | 11MLOO | 300 | 18.49 | 5,547.00 | | 0.07 | | | 5,547.07 | 1 | 1 |
| Unsolicited Order | 11MLOP | 500 | 18.49 | 9,245.00 | | 0.13 | | | 9,245.13 | 1 | 1 |
| Unsolicited Order | 11MLOV | 1,290 | 18.49 | 23,852.10 | | 0.34 | | | 23,852.44 | 1 | 1 |
| Unsolicited Order | 11MLO3 | 90 | 18.49 | 1,664.10 | | 0.02 | | | 1,664.12 | 1 | 1 |

Account Number:

**IRA FBO JOSH H BUTERIN**
June 25, 2021

For additional information, please see the reverse side.

## You Bought *(continued)*

**ALF** *(continued)*

| Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount | Capacity | Type |
|---|---|---|---|---|---|---|---|---|---|---|
| 11MMBO | 900 | 18.49 | 16,641.00 | | 0.24 | | | 16,641.24 | 1 | 1 |
| Unsolicited Order | | | | | | | | | | |
| 11MMBP | 40 | 18.49 | 739.60 | | 0.01 | | | 739.61 | 1 | 1 |
| Unsolicited Order | | | | | | | | | | |
| 11MMBQ | 369 | 18.49 | 6,822.81 | | 0.09 | | | 6,822.90 | 1 | 1 |
| Unsolicited Order | | | | | | | | | | |
| 11MMBY | 648 | 18.49 | 11,981.52 | | 0.17 | | | 11,981.69 | 1 | 1 |
| Unsolicited Order | | | | | | | | | | |
| 11MMBZ | 540 | 18.49 | 9,984.60 | | 0.14 | | | 9,984.74 | 1 | 1 |
| Unsolicited Order | | | | | | | | | | |
| 11MMBO | 541 | 18.49 | 10,003.09 | | 0.14 | | | 10,003.23 | 1 | 1 |
| Unsolicited Order | | | | | | | | | | |
| 11MMB6 | 700 | 18.49 | 12,943.00 | | 0.18 | | | 12,943.18 | 1 | 1 |
| Unsolicited Order | | | | | | | | | | |
| 11MMCX | 44 | 18.49 | 813.56 | | 0.01 | | | 813.57 | 1 | 1 |
| Unsolicited Order | | | | | | | | | | |
| 11MMCY | 106 | 18.49 | 1,959.94 | | 0.02 | | | 1,959.96 | 1 | 1 |
| Unsolicited Order | | | | | | | | | | |
| 11MMCZ | 348 | 18.49 | 6,434.52 | | 0.09 | | | 6,434.61 | 1 | 1 |
| Unsolicited Order | | | | | | | | | | |
| 11MMC0 | 50 | 18.49 | 924.50 | | 0.01 | | | 924.51 | 1 | 1 |
| Unsolicited Order | | | | | | | | | | |
| 11MMC2 | 101 | 18.49 | 1,867.49 | | 0.02 | | | 1,867.51 | 1 | 1 |
| Unsolicited Order | | | | | | | | | | |

Account Number:

Case 1:21-cv-24232-KMW   Document 135-1   Entered on FLSD Docket 02/27/2024   Page 13 of 17

**IRA FBO JOSH H BUTERIN**
June 25, 2021

For additional information, please see the reverse side.

## You Bought *(continued)*

**ALF** *(continued)*

| | Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount | Capacity | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unsolicited Order | 11MMC4 | 76 | 18.49 | 1,405.24 | | 0.02 | | | 1,405.26 | 1 | 1 |
| Unsolicited Order | 11MMC5 | 2,297 | 18.49 | 42,471.53 | | 0.63 | | | 42,472.16 | 1 | 1 |
| Unsolicited Order | 11MMC6 | 1,409 | 18.49 | 26,052.41 | | 0.38 | | | 26,052.79 | 1 | 1 |
| Unsolicited Order | 11MMC8 | 57 | 18.49 | 1,053.93 | | 0.01 | | | 1,053.94 | 1 | 1 |
| Unsolicited Order | 11MMC9 | 100 | 18.49 | 1,849.00 | | 0.02 | | | 1,849.02 | 1 | 1 |
| Unsolicited Order | 11MMDB | 100 | 18.49 | 1,849.00 | | 0.02 | | | 1,849.02 | 1 | 1 |
| Unsolicited Order | 11MMDC | 144 | 18.49 | 2,662.56 | | 0.04 | | | 2,662.60 | 1 | 1 |
| Unsolicited Order | 11MMDD | 100 | 18.49 | 1,849.00 | | 0.02 | | | 1,849.02 | 1 | 1 |
| Unsolicited Order | 11MMDE | 200 | 18.49 | 3,698.00 | | 0.05 | | | 3,698.05 | 1 | 1 |
| Unsolicited Order | 11MMDF | 100 | 18.49 | 1,849.00 | | 0.02 | | | 1,849.02 | 1 | 1 |
| Unsolicited Order | 11MMDG | 1,191 | 18.49 | 22,021.59 | | 0.34 | | | 22,021.93 | 1 | 1 |
| Unsolicited Order | 11MMDH | 100 | 18.49 | 1,849.00 | | 0.02 | | | 1,849.02 | 1 | 1 |

Account Number:

**IRA FBO JOSH H BUTERIN**
June 25, 2021

For additional information, please see the reverse side.

**You Bought** *(continued)*

| | Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount | Capacity | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **ALF** *(continued)* | | | | | | | | | | | |
| Unsolicited Order | 11MMDI | 125 | 18.49 | 2,311.25 | | 0.03 | | | 2,311.28 | 1 | 1 |
| Unsolicited Order | 11MMDK | 38 | 18.49 | 702.62 | | 0.01 | | | 702.63 | 1 | 1 |
| Unsolicited Order | 11MMDL | 100 | 18.49 | 1,849.00 | | 0.02 | | | 1,849.02 | 1 | 1 |
| Unsolicited Order | 11MMDM | 300 | 18.49 | 5,547.00 | | 0.09 | | | 5,547.09 | 1 | 1 |
| Unsolicited Order | 11MMDN | 100 | 18.49 | 1,849.00 | | 0.03 | | | 1,849.03 | 1 | 1 |
| Unsolicited Order | 11MMDO | 1,634 | 18.49 | 30,212.66 | | 0.50 | | | 30,213.16 | 1 | 1 |
| **TOTALS** | | 38,138 | | 705,171.62 | | 9.95 | | | 705,181.57 | | |

Account Number:

## TERMS AND CONDITIONS

Securities purchased on a cash or margin basis are or may be hypothecated under circumstances that will permit the commingling thereof with securities carried for other customers; but such securities, if hypothecated, will be withdrawn from hypothecation as soon as practicable after receipt of payment therefor.

If this transaction is a purchase by you in a cash account, and sufficient funds are not already in your account with us, it is agreed that you will promptly make full payment for the securities described on this confirmation and no later than settlement date, or at such earlier time payment may be demanded in accordance with the terms of this transaction, and that you do not contemplate the sale of such securities prior to making such payment. If this transaction is a sale by you in a cash account, and the securities described on this confirmation are not already held in your account with us, we are acting upon your representation that you or your principal own such securities, and it is agreed that you will promptly, and no later than the settlement date, deposit such securities with us. If full payment for the securities purchased by you in this transaction is not received by us, or if securities sold by you in this transaction are not delivered to us in proper form on or after the first trading day after the settlement date, we may at our option cancel or otherwise liquidate this transaction without notice to you, and you will be liable to us for any resulting loss, including, without limitation, all expenses, attorney's fees and other costs incurred by us and interest thereon.

If this transaction is a purchase by you in a margin account, it is agreed that sufficient cash or acceptable collateral will be deposited on or before the settlement date, or at such earlier time that payment may be demanded to satisfy applicable margin requirements.

Provisions of agreements and contracts shall inure to any successor of your introducing firm or Pershing LLC ("Pershing").

It is understood and agreed that all transactions are subject to the rules and customs of the exchange or market (and its clearing house, if any) where they are executed. The name of the other broker or party and the time of execution will be furnished on request.

YOUR INTRODUCING BROKER DOES NOT RECEIVE COMPENSATION FOR DIRECTING ORDER FLOW IN EQUITY SECURITIES. PERSHING RECEIVES COMPENSATION FOR DIRECTING ORDER FLOW IN CERTAIN EQUITY SECURITIES AND LISTED OPTIONS. THE SOURCE AND NATURE OF THE COMPENSATION, IF ANY, RECEIVED IN CONNECTION WITH THIS TRADE WILL BE FURNISHED UPON WRITTEN REQUEST TO PERSHING.

In those equity transactions where it is indicated that Pershing or an affiliated company, acted in the capacity of principal (as market maker or specialist), it fills orders at the inside market without mark up or down, and charges for its services.

Commission rates are subject to negotiation, and any commission charged to you in this transaction may be more or less than commissions charged to or by others in similar transactions. The source and amount of other commissions received in connection with this transaction will be furnished on request.

Call features may exist for securities. Call features for fixed income securities may affect yield. Complete information will be provided upon request.

Rating information is not provided for securities for which a rating is not available. Securities which are unrated are marked "UNRATED". Ratings information that appears in the description of fixed income securities has been obtained from rating services which Pershing believes to be reliable; however Pershing cannot guarantee their accuracy.

If this transaction involves an asset-backed security, including a municipal collateralized mortgage obligation, which represents an interest in or is secured by a pool of receivables or other financial assets that are subject continuously to prepayment, then the actual yield of such a security may vary according to the rate at which the underlying receivables or other financial assets are prepaid. Information concerning the factors that affect yield (including, at a minimum estimated yield, weighted average life, and the prepayment assumptions of the underlying yield) will be furnished upon your written request.

## EXPLANATION OF CODED SYMBOLS

**Type of Account**

0. Deliver/Receive vs. Payment
1. Cash Account
2. Margin Account
3. Short Account
4. Special Subscription Account
5. Arbitrage Account

8. Non-Securities Credit Account — reflects the purchase or sale of Precious Metals, which are not securities and are, therefore, not eligible for protection by the Securities Investor Protection Corporation (SIPC) or for any excess SIPC coverage

**Capacity in Which Your Introducing Firm Acted**

1, 2, 3, or 8 ........As broker/agent only.
4. ....... Reprinted confirmation; capacity appears on original
5. or 6. ....... As principal.
9. ....... As agent for the buyer and seller, charging you a commission as shown on this confirmation.
0. ....... Average price or block transaction.
A. ....... As agent.
M. .......As both principal & agent in this transaction.
P. .......As principal.

**Additional Capacity Information**

If so noted on this Confirmation, Pershing, or an affiliated company, makes a market in this security and acted as principal in buying from or selling to you. Your introducing firm (if any) acted as your agent, charging you a commission for the service.

If " Average Unit Price Transaction" is indicated on this confirmation, your introducing firm, Pershing or an affiliate, may have executed your order as a single price execution and/or may have acted as principal, agent or both or agent for another party on one or more exchanges . Details are available through your introducing firm upon request.

With respect to the purchase of zero coupon securities, please note: No periodic interest payment will be made, and, if callable, securities may be called below maturity value without notice by mail to holder unless registered.

Your introducing firm charges you a transaction fee on certain securities transactions which are subject to fees assessed by a self-regulatory organization, securities exchange and/or government agency. The fee is based on the value of the "covered" securities transactions. To determine the exact amount of this fee with respect to any transaction, please contact your introducing firm.

PLEASE IMMEDIATELY REPORT ANY ERROR, OMISSION OR EXCEPTION TO YOUR INTRODUCING FIRM AT THE ADDRESS SHOWN ON THIS CONFIRMATION.

When Pershing LLC receives a non-directed order from an introducing firm or customer for execution on your behalf, and executes that order in accordance with Pershing's best execution policy, Pershing may execute that order itself as a market maker, or send that order for execution to an exchange or other off-exchange venue.

Details concerning the type of order, venue, date, time of execution as stated in Coordinated Universal Time (UTC) and multiple executions are available upon your written request to your introducing broker.

Net Asset Value (NAV) based transactions in Exchange Traded Products (ETPs) and transactions in foreign securities executed in a foreign market may include additional fees. Details furnished upon request.

CB-1 (07/18)



For information about UPS's privacy practices or to opt out from the sale of personal information, please see the UPS Privacy Notice at www.ups.com

0301951101  05/21  TC  United Parcel Service

International Shipping Notice — Carriage hereunder may be subject to the rules relating to liability and other terms and/or conditions established by the Convention for the Unification of Certain Rules Relating to International Carriage by Air (the "Warsaw Convention") and/or the Convention on the Contract for the International Carriage of Goods by Road (the "CMR Convention"). These commodities, technology or software were exported from the U.S. in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited.

United Parcel Service.®

174604 8/18 BP

SHIP TO:
C/O STRATEGIC CLAIMS SERVICES
9139158094
IN RE ALFI INC. SECRTIES LITIGATIO
SUITE 205
600 N JACKSON ST
MEDIA PA 19063

UPS NEXT DAY AIR

TRACKING #: 1Z 986 RF8 01 9180 7671

PA 194 9-02

0.2 LBS LTR          1 OF 1

2/8/24, 10:33 AM

BILLING: P/P

XOL 24.01-25          NV45 6.6A 02/2024*

FEB 0 9 2024

1

Print Label

ups.com

P:TEAL
T:207 — 1:023
S: BLUE
1096

STRATEGIC CLAIMS SERVICES
600 N JACKSON ST
STE 205
MEDIA PA 19063

xtremely Urgent



SHIP TO:
C/O STRATEGIC CLAIMS SERVICES
9139158094
IN RE ALFI INC. SECRITIES LITIGATIO
SUITE 205
600 N JACKSON ST
MEDIA PA 19063

PA 194 9-02

UPS NEXT DAY AIR
TRACKING #: 1Z 986 RF8 01 9180 7671

1

0.2 LBS LTR          1 OF 1

BILLING: P/P

XOL 24.01.23        NV45 6.0A 02/2024*

FEB 09 2024