**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 21-24232-CV-WILLIAMS**

CANDIDO RODRIGUEZ, Individually and
on Behalf of All Others Similarly Situated,

Plaintiff,

v.

ALFI, INC., *et al.*,

Defendants.
_______________________________________/

**FINAL JUDGMENT**

**THIS MATTER** is before the Court following the March 5, 2024 Class Action Settlement Hearing (DE 138) (the "***Settlement Hearing***") and the Court's Final Approval Order (DE 139) granting Lead Plaintiff's Unopposed Motion for Final Approval of Class Action Settlement and Plan of Allocation (DE 130). For the reasons discussed on the record at the Settlement Hearing and in accordance with Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED AND ADJUDGED** that the Court enters final judgment under the terms set forth in the Final Approval Order.

**DONE AND ORDERED** in Chambers in Miami, Florida on this 8th day of March, 2024.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE